

CAUSE NO. 18-2793-431

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 431st JUDICIAL DISTRICT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF a/k/a | § | |
| Dean Anderson d/b/a ViaView Files LLC, BV | § | |
| Files, and ViaView Files | § | |
| Defendant. | § | DENTON COUNTY, TEXAS |

### TEMPORARY RESTRAINING ORDER & ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

1. After considering the application of Jason Lee Van Dyke for temporary restraining order, the pleadings, the affidavits, and arguments of counsel, the Court finds there is evidence that harm is imminent to plaintiffs, and if the Court does not issue the temporary restraining order, plaintiffs will be irreparably injured by the conduct of Thomas Christopher Retzlaff.

2. An *ex parte* order, without notice to Thomas Christopher Retzlaff is necessary because there was not enough time to give notice to defendant, hold a hearing, and issue a restraining order before additional irreparable injury, loss, or damage would occur to plaintiffs and public safety may be jeopardized by doing so.

3. Therefore, by this order, the Court hereby restrains Thomas Christopher Retzlaff from (a) having further contact of any kind with Jason Lee Van Dyke, unless Thomas Christopher Retzlaff represents himself as a *pro se*, and in that case, only to the minimum extent necessary to comply with the Texas Rules of Civil Procedure; (b) having any contact with any employer of Jason Lee Van Dyke; (c) having any contact with any potential employer of Jason Lee Van Dyke; (d) having any contact with any

TEMPORARY RESTRAINING ORDER

past, current, or future client of Jason Lee Van Dyke; ~~and (e) making any further publications, on the Internet or elsewhere, which relate or pertain to Jason Lee Van Dyke in any way.~~ This order shall not be construed in such a way at to prohibit Thomas Christopher Retzlaff from participating in the discovery process in this or any other case, and furthermore, shall not be construed in such a way as to prohibit Thomas Christopher Retzlaff from filing or assisting the Office of the Chief Disciplinary Counsel of the State Bar of Texas with any grievance concerning Jason Lee Van Dyke.

4. The Clerk is ordered to issue notice to Thomas Christopher Retzlaff, that the hearing on Plaintiffs' application for temporary injunction is set for April 11, 2018, at 1:30 ~~a.m.~~/p.m. The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

6. Bond is set at $100.00

This order expires on April 12, 2018 at 10:29 o'clock A.m.

SIGNED on March 29, 2018 at 10:29 o'clock A.M.

_____
JUDGE PRESIDING

TEMPORARY RESTRAINING ORDER