IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
APR 1 0 2018
Clerk, U.S. District Court
Texas Eastern

JASON LEE VAN DYKE,
*Plaintiff*,

v.                                                             CASE NO. 4:18cv247

THOMAS RETZLAFF,
*Defendant*.

# DEFENDANT'S REQUEST FOR ECF ACCESS

1. Plaintiff is Jason Lee Van Dyke; defendant is Thomas Retzlaff.

2. Retzlaff is appearing *pro se* in this action.

3. Pursuant to Local Rule CV-5(a)(2)(B), Retzlaff requests permission to register as a Filing User in the Electronic Filing System solely for purposes of the action.

4. Retzlaff, who lives in Arizona, has been an ECF user in other federal courts and knows how it works.

1

Respectfully submitted,

*/s/ Tom*

_____
Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424
(210) 317-9800

email: Retzlaff@texas.net

DEFENDANT, PRO SE

## CERTIFICATE OF SERVICE

I certify that on April 9, 2018, a copy of this document was served upon plaintiff via 1st class US Mail at his residence of:

**Jason L. Van Dyke, 108 Durango Dr., Aubrey, TX 76227.**

_/s/ Tom_
_____
Thomas Retzlaff