# EXHIBIT "B"

# Texas Department of Public Safety
## Criminal History Search

USER: jason@vandykelawfirm.com (1565689,1607646) SERVER: DPSWEBSLAVE2 DATE:3/12/2018 9:41:27 AM
LANG:ENGLISH (UNITED STATES) ORIG:PublicSite

## Criminal History Conviction Search

### Search Information

| | |
|---|---|
| BATCH # | ▓▓▓▓▓▓ |
| SEARCH # | 18545141 |
| SEARCH SUMMARY | RETZLAFF,THOMAS CHRISTOPHER |
| USER NAME | JASON@VANDYKELAWFIRM.COM |
| DATE | 2018-03-12T09:41:27.0551929-05:00 |

## RETZLAFF,THOMAS CHRISTOPHER (SID: 05225148)

| | |
|---|---|
| SID | ▓▓▓-▓▓ |
| DATE LAST UPDATED | 10/31/2017 |
| SEX | MALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | 5'9" |
| WEIGHT | 160 LBS |
| EYES | BROWN |
| HAIR | BROWN |
| PLACE OF BIRTH | TEXAS |
| NAME(S) | RETZLAFF,T |
| | RETZLAFF,THOMAS |
| | RETZLAFF,THOMAS C |
| | RETZLAFF,THOMAS CHRISTOP |
| | RETZLAFF,THOMAS CHRISTOPHER (PRIMARY) |
| | RETZLAFF,TOM |
| BIRTH DATE(S) | ▓▓▓▓▓▓▓ (PRIMARY) |

## ARREST SUMMARY

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 9/27/1994 | A | 9014640285 | TEXAS HWY PATROL REG 6 DIST B AUSTIN |
| 8/15/1995 | A | 9015439923 | TEMPLE PD |
| 2/12/1997 | A | 9015495696 | TEMPLE PD |
| 3/6/1997 | A | 0015581217 | BELL CO SO BELTON |
| 3/15/1997 | B | 9015498849 | BELL CO SO BELTON |
| 3/19/1997 | A | 9015499160 | TEMPLE PD |

*Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you*

are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.

## ARREST DATE 9/27/1994 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 9/27/1994 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9014640285 |
| ARRESTING AGENCY | TEXAS HWY PATROL REG 6 DIST B AUSTIN (TXDPS6500) |

### ARREST DATE 9/27/1994 (CHARGE A001)

#### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 38170 |
| ARREST OFFENSE | FLEEING POLICE OFFICER (48010004) |
| ARREST OFFENSE CITATION | 6701D(186)(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 9/27/1994 |
| ARREST DISPOSITION DATE | 9/27/1994 |
| ARREST DISPOSITION | HELD (205) |
| ARREST DISPOSITION LITERAL | WILLIAMSON COUNTY |
| PROSECUTOR ORI REFERRED TO | WILLIAMSON COUNTY ATTORNEY (TX246013A) |

#### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | COUNTY COURT AT LAW 1 GEORGETOWN (TX246093J) |
| COURT OFFENSE | FLEEING POLICE OFFICER (48010004) |
| COURT OFFENSE CITATION | 6701D(186)(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS B (MB) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 2/8/1996 |
| DATE OF SENTENCE/STATUS | 2/8/1996 |
| CAUSE NUMBER | CAU:9437161 |
| FINAL PLEADING | NOT GUILTY (N) |
| COURT CONFINEMENT | 0Y0M180D |
| COURT PROBATION | 0Y6M0D |
| COURT FINE | 1500 |
| COURT COSTS | 253 |
| AGENCY RECEIVING CUSTODY | COUNTY COURT AT LAW 1 GEORGETOWN (TX246015G) |

## ARREST DATE 8/15/1995 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 8/15/1995 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015439923 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

### ARREST DATE 8/15/1995 (CHARGE A001)

## OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 098028 |
| INTERNAL AGENCY CASE NUMBER | 95065809 |
| ARREST OFFENSE | HARRASSMENT (53990004) |
| ARREST OFFENSE CITATION | 42.07(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS B (MB) |
| DATE OF OFFENSE | 8/15/1995 |
| ARREST DISPOSITION DATE | 8/15/1995 |
| ARREST DISPOSITION | BAIL/RELEASED ON OWN RECOGNIZANCE (206) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

## PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 42.07(A) |
| PROSECUTOR OFFENSE | HARRASSMENT (53990004) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS B (MB) |

## COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | CLASS C MISDEMEANOR (99999999) |
| COURT OFFENSE LITERAL | ATTEMPT TO COMMIT HARASSING COMMUNICATION |
| COURT OFFENSE CITATION | X |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS C (MC) |
| COURT DISPOSITION | DEFERRED (312) |
| COURT DISPOSITION DATE | 2/7/1996 |
| DATE OF SENTENCE/STATUS | 2/7/1996 |
| COURT SENTENCE SUSPENDED TIME | 0D |
| COURT SENTENCE SUSPENDED FINE | 400 |
| CAUSE NUMBER | CAU:MR2C955198 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 0D |
| COURT PROBATION | 6M |
| COURT FINE | 500 |
| COURT COSTS | 741 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX014015G) |
| COURT PROVISION | DEFERRED ADJUDICATION (378) |

## ARREST DATE 2/12/1997 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 2/12/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015495696 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

## ARREST DATE 2/12/1997 (CHARGE D001)

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | 27TH DISTRICT COURT BELTON (TX014015J) |
| COURT OFFENSE | UNL CARRYING WEAPON PROHIBITED PLACES (52030009) |
| COURT OFFENSE CITATION | 46.03 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | DEFERRED (312) |
| COURT DISPOSITION DATE | 4/10/1997 |
| CAUSE NUMBER | CAU:47206 |
| FINAL PLEADING | GUILTY (G) |
| COURT PROBATION | 10Y |
| AGENCY RECEIVING CUSTODY | 27TH DISTRICT COURT BELTON (CSCD) |

### COURT STATUS B

| | |
|---|---|
| AGENCY DESCRIPTION | 27TH DISTRICT COURT BELTON (TX014015J) |
| COURT OFFENSE | UNL CARRYING WEAPON PROHIBITED PLACES (52030009) |
| COURT OFFENSE CITATION | 46.03 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 4/10/1997 |
| DATE OF SENTENCE/STATUS | 2/13/1998 |
| CAUSE NUMBER | CAU:47206 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 8Y |
| COURT FINE | 5000 |
| COURT COSTS | 313 |
| AGENCY RECEIVING CUSTODY | 27TH DISTRICT COURT BELTON (TDCJ) |
| COURT PROVISION LITERAL | PROBATION REVOKED/130D CREDIT TIME SERVED |

## ARREST DATE 3/6/1997 (1 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 3/6/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 0015581217 |
| ARRESTING AGENCY | BELL CO SO BELTON (TX0140000) |

## ARREST DATE 3/6/1997 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 91870 |
| ARREST OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| ARREST OFFENSE CITATION | 37.10(A) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/6/1997 |
| ARREST DISPOSITION DATE | 3/7/1997 |
| ARREST DISPOSITION | BAIL/RELEASED ON OWN RECOGNIZANCE (206) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

### PROSECUTION DETAIL

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 37.10(A) |
| PROSECUTOR OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

## COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | TAMPERING WITH GOVT RECORD (73990275) |
| COURT OFFENSE CITATION | 37.10(A) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971676 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (2 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 3/15/1997 |
| SEQUENCE CODE | B |
| TRACKING NUMBER | 9015498849 |
| ARRESTING AGENCY | BELL CO SO BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 91870 |
| ARREST OFFENSE | THEFT PROP>=$500 < $1500 (23990003) |
| ARREST OFFENSE CITATION | 31.03(E)(3) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/6/1997 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | THEFT PROP>=$500 < $1500 (23990003) |
| COURT OFFENSE CITATION | 31.03(E)(3) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971675 |

| | |
|---|---|
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/15/1997 (CHARGE A003)

### OFFENSE RECORD

| | |
|---|---|
| ARREST OFFENSE | SALE DISTR OR DISPLAY HARMFUL MATER TO MINOR (37020002) |
| ARREST OFFENSE CITATION | 43.24(B)(1&2) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 1/31/1997 |
| ARREST DISPOSITION | HELD (205) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

### COURT STATUS A

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | SALE DISTR OR DISPLAY HARMFUL MATER TO MINOR (37020002) |
| COURT OFFENSE CITATION | 43.24(B)(1&2) |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971672 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/19/1997 (2 CHARGES)

### ARREST DETAIL

| | |
|---|---|
| ARREST DATE | 3/19/1997 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 9015499160 |
| ARRESTING AGENCY | TEMPLE PD (TX0140700) |

## ARREST DATE 3/19/1997 (CHARGE A001)

### OFFENSE RECORD

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 98028 |
| INTERNAL AGENCY CASE NUMBER | 97033298 |
| ARREST OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| ARREST OFFENSE CITATION | 25.07 |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| DATE OF OFFENSE | 3/19/1997 |
| ARREST DISPOSITION DATE | 3/19/1997 |

| | |
|---|---|
| ARREST DISPOSITION | TRANSFERRED TO COUNTY (220) |
| PROSECUTOR ORI REFERRED TO | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |

**PROSECUTION DETAIL**

| | |
|---|---|
| AGENCY | COUNTY ATTORNEYS OFFICE BELTON (TX014013A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 25.07 |
| PROSECUTOR OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| LEVEL AND DEGREE PROSECUTED | MISDEMEANOR - CLASS A (MA) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | BELL COUNTY COURT AT LAW 2 BELTON (TX014083J) |
| COURT OFFENSE | VIOL OF PROTECTIVE ORDER (38990001) |
| COURT OFFENSE CITATION | 25.07 |
| LEVEL AND DEGREE OFFENSE | MISDEMEANOR - CLASS A (MA) |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 9/2/1997 |
| DATE OF SENTENCE/STATUS | 9/2/1997 |
| CAUSE NUMBER | CAU:MR2C971669 |
| FINAL PLEADING | GUILTY (G) |
| COURT CONFINEMENT | 325D |
| COURT FINE | 100 |
| COURT COSTS | 157 |
| AGENCY RECEIVING CUSTODY | BELL COUNTY COURT AT LAW 2 BELTON (TX0140000) |

## ARREST DATE 3/19/1997 (CHARGE A002)

**OFFENSE RECORD**

| | |
|---|---|
| ARREST OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| ARREST OFFENSE CITATION | 37.09 |
| LEVEL AND DEGREE OF OFFENSE | FELONY - 3RD DEGREE (F3) |
| DATE OF OFFENSE | 3/19/1997 |
| ARREST DISPOSITION DATE | 3/26/1998 |
| ARREST DISPOSITION | DISPOSITION UNKNOWN (215) |
| PROSECUTOR ORI REFERRED TO | DISTRICT ATTORNEYS OFFICE BELTON (TX014015A) |

**PROSECUTION DETAIL**

| | |
|---|---|
| AGENCY | DISTRICT ATTORNEYS OFFICE BELTON (TX014015A) |
| PROSECUTOR ACTION FIELD | PROSECUTOR ACCEPTS THE CHARGE (A) |
| PROSECUTOR OFFENSE CITATION | 37.09 |
| PROSECUTOR OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| LEVEL AND DEGREE PROSECUTED | FELONY - 3RD DEGREE (F3) |

**COURT STATUS A**

| | |
|---|---|
| AGENCY DESCRIPTION | 264TH DISTRICT COURT BELTON (TX014045J) |
| COURT OFFENSE | TAMPERING/FABRICATING PHYSICAL EVIDENCE (73990280) |
| COURT OFFENSE CITATION | 37.09 |
| LEVEL AND DEGREE OFFENSE | FELONY - 3RD DEGREE (F3) |
| COURT DISPOSITION | CONVICTED (310) |

| | |
|---|---|
| COURT DISPOSITION DATE | 3/26/1998 |
| DATE OF SENTENCE/STATUS | 3/26/1998 |
| COURT SENTENCE SUSPENDED TIME | 10Y |
| CAUSE NUMBER | CAU:47846 |
| FINAL PLEADING | NO CONTEST OR NOLO CONTENDERE (C) |
| COURT PROBATION | 10Y |
| COURT FINE | 10000 |
| COURT COSTS | 313 |
| AGENCY RECEIVING CUSTODY | 264TH DISTRICT COURT BELTON (CSCD) |

## CUSTODIES

### Custody

| | |
|---|---|
| DATE OF OFFENSE | 10/6/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 10/6/2005 |
| STATUS SUPERVISION | DISCHARGED (409) |
| STATUS SUPERVISION LITERAL | TX227015G 00819427 |

### Custody

| | |
|---|---|
| DATE OF OFFENSE | 2/12/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| SENTENCE EXPIRATION DATE | 10/6/2005 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 5/7/2004 |
| STATUS SUPERVISION | MANDATORY RELEASE (414) |
| STATUS SUPERVISION LITERAL | TX227015G 00819427 |
| RECEIVING AGENCY | 227 |
| PAROLED UNTIL DATE | 10/6/2005 |

### Custody

| | |
|---|---|
| DATE OF OFFENSE | 2/12/1997 |
| CUSTODIAL AGENCY/ORI | PARDON AND PAROLE BOARD AUSTIN (TX227015G) |
| PERSONAL ID NUMBER | 00819427 |
| SENTENCE EXPIRATION DATE | 10/6/2005 |
| COUNTY OF COMMITMENT | BELL (014) |
| STATUS STARTING DATE | 3/30/1998 |
| STATUS SUPERVISION | RECEIVED (421) |
| STATUS SUPERVISION LITERAL | TX236065C 00819427 |

TOP