FILED: 4/9/2018 9:57 AM
SHERRI ADELSTEIN
Denton County District Clerk
By: Joan Vallee, Deputy

CAUSE NO. 18-2793-431

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | 431st JUDICIAL DISTRICT |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF a/k/a | § | |
| Dean Anderson d/b/a BV Files, ViaView Files | § | |
| L.L.C., and ViaView Files | § | |
|     Defendant. | § | DENTON COUNTY, TEXAS |

**ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE**

After considering Plaintiff's Motion for Substitute Service and the supporting affidavit, the Court finds Plaintiff's attempts to serve Defendant have been unsuccessful and finds the substitute service requested in Plaintiff's motion will be reasonably effective to give defendant notice of the suit. The Court takes judicial notice of the fact that Defendant, Thomas Christopher Retzlaff, has filed several letters to the Court through the Texas e-filing system in this case.

Therefore, the Court GRANTS the motion and authorizes substitute service on Defendant as follows: The clerk is ORDERED to deliver a copy of Citation, Plaintiff's First Amended Petition and Application for Temporary Restraining Order, and the Temporary Restraining Order in this cause on Thomas Christopher Retzlaff by electronic delivery to retzlaff@texas.net through the Texas e-filing system. The clerk is further ORDERED to file proof of service with this Court. Plaintiff is ORDERED to promptly pay any fees which may be charged by the Clerk for service in this manner.

**Signed on this day 4/9/2018 9:57 AM**

SIGNED on _____, 2018.



_____
JUDGE PRESIDING