IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:18-CV-00247-ALM-CAN |
| v. § | |
| § | |
| THOMAS RETZLAFF, § | |
| § | |
| Defendant. § | |

## ADVISORY TO ALL PARTIES

On April 11, 2018, both Parties in this case phoned chambers and attempted to provide information regarding the above-captioned matter. All Parties are reminded that *ex parte* communication with the Court is forbidden. *Guidelines for A Pro Se Plaintiff In the U.S. District Court for the Eastern District of Texas*, available at: http://www.txed.uscourts.gov/?q=filing/non-lawyers. "If you wish to communicate with the judge of your case, you must file a motion with the Clerk of Court (on 8 ½ by 11 inch white paper) and send a copy to the other side. It is improper to call or write a letter directly to the judge presiding over your case." *Id*. You may mail or take filings to either of the Sherman Division Clerk's Offices, at the addresses below:

| | |
|---|---|
| U.S. District Clerk | U.S. District Clerk |
| 7940 Preston Road | 101 E. Pecan Street |
| Plano, Texas 75024 | Sherman, Texas 75090 |
| (214) 872-4800 | (903) 892-2921 |

Information about the status of documents, entry of orders, or docket entries can be obtained from the CM/ECF or Pacer Systems, or from the United States District Clerk's Office. The Court thanks the Parties for their adherence to these strictures in the future.

**IT IS SO ORDERED.** SIGNED this 11th day of April, 2018.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE