# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:18-CV-00247-ALM-CAN |
| v. § | |
| § | |
| THOMAS RETZLAFF, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is *pro se* Defendant Thomas Retzlaff's "Request for ECF Access" [Dkt. 4]. Therein, Defendant "requests permission to register as a Filing User in the Electronic Filing System solely for purposes of th[is] action" [Dkt. 4 at 1]. Having reviewed the Motion, the Court finds that it would serve the interests of efficiency for Defendant to receive electronic notice of filings and other postings in this matter. Therefore, the Clerk of Court shall add Defendant's email address, Retzlaff@texas.net to the electronic service list. Once Defendant's e-mail is on the service list, Defendant will be deemed as having been given notice of all docket activity at the time of electronic posting. However, to the extent, Defendant's Motion seeks permission to file electronically and/or for a user ID and access to the Electronic Filing System, such request is denied. Defendant is *pro se*, and, unless represented by an attorney licensed to practice in this District, shall file materials in accordance with the guidelines established by the Clerk's Office for *pro se* parties. Accordingly,

It is therefore **ORDERED** that Defendant's "Request for ECF Access" [Dkt. 4] is **GRANTED IN PART AND DENIED IN PART.**

It is further **ORDERED** that the Clerk of Court shall add Defendant's email address: Retzlaff@texas.net to the electronic service list.

It is further **ORDERED** that the addition of Defendant's email address to the electronic list in no way allows him to file electronically and/or entitles him to a user ID and access to the Electronic Filing System.

**IT IS SO ORDERED.**
**SIGNED this 11th day of April, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE