IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|    Defendant | § | |

## PLAINTIFF'S CERTIFICATE OF DISCLOSURE

Plaintiff, Jason Lee Van Dyke, certifies that he served the initial disclosures ordered by this Court and required under Rule 26(a) on Thomas Christopher Retzlaff, at PO Box 46424, Phoenix, AZ 85063, Defendant, by U.S. Certified Mail No. 7017 1450 0000 4188 4291, postage pre-paid, return receipt request, by depositing the same in a box of the U.S. Postal Service on April 12, 2018.

                                                Respectfully submitted,

                                                /s/ Jason Lee Van Dyke
                                                Jason L. Van Dyke
                                                State Bar No. 24057426
                                                108 Durango Drive
                                                Crossroads, TX 76227
                                                P – (469) 964-5346
                                                F – (972) 421-1830
                                                Email:  jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on Defendant, Thomas Christopher Retzlaff.

                                                /s/ Jason Lee Van Dyke
                                                JASON L. VAN DYKE