Appendix 1

## PROPOSED SCHEDULING ORDER DEADLINES

The following actions shall be completed by the date indicated.[1]   (The times indicated are the standard for most cases.  Parties should be prepared to explain the need for requested changes)

| | |
|---|---|
| **6/6/18** (1 week after mgmt conf.) | Deadline for motions to transfer |
| **7/11/18** (6 weeks after mgmt conf.) | Deadline to add parties |
| **OBJECT** | Mediation must occur by this date. |
| 6 weeks prior to mediation | Deadline by which the parties shall notify the Court of the name, address, and telephone number of the agreed-upon mediator, or request that the Court select a mediator, if they are unable to agree on one. |
| **8/8/18** (10 weeks after mgmt conf.) | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| **8/22/18** (12 weeks after mgmt conf.) | Deadline for Plaintiff to file amended pleadings (A motion for leave to amend is required.) |
| **9/5/18** (14 weeks after mgmt conf.) | Defendant's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| **9/5/18** (14 weeks after mgmt conf.) | Deadline for Defendant's final amended pleadings (A motion for leave to amend is required.) |
| 6 weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. Objection shall be made as a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection |
| **1/28/19** (14 weeks after mgmt conf. **but no later than 110 days prior to deadline for submission of Joint Final Pretrial Order)** | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Fed. R. Civ. P. 6, the effective date is the first federal court business day following the deadline imposed.

__11/14/2018__
(24 weeks after mgmt conf.)

All discovery shall be commenced in time to be completed by this date.

__5/22/2019__
(6 weeks before final pretrial conf.)

Notice of intent to offer certified records

__5/22/2019__
(6 weeks before final pretrial conf.)

Plaintiff and Defendant are each responsible for contacting each other to determine how they will prepare the Joint Final Pretrial Order (*See* Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases).

__5/29/2019__
(5 weeks before final pretrial conf.)

Video Deposition Designation due.  Each party who proposes to offer a deposition by video shall serve on all other parties a   disclosure identifying the line and page numbers to be offered.   All other parties will have seven calendar  days to serve  a response with any objections and requesting cross examination line and page numbers to be included.   The party who filed the initial Video Deposition Designation is responsible for  preparation of the final edited video in accordance with all    parties designations and the court's rulings on objections.

__6/3/2019__
(30 days before final pretrial conf.)

Motions in limine due
File Joint Final Pretrial Order (*See* www.txed.uscourts.gov).

__6/19/2019__
(2 weeks before final pretrial conf.)

Response to motions in limine due[2]
File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.   (This does not extend   deadline to object  to  expert  witnesses.)  File  Proposed  Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law)

Date will be set by Court.
Usually within 10 days prior
to final pretrial conf.

If numerous  objections are filed the court may set a hearing to consider all pending motions and objections.

July 3, 2019

Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Date parties should be prepared to try case.

---

[2] This is not an invitation or requirement to file written responses.  Most motions in limine can be decided without a written response.  But, if there is particularly difficult or novel issue, the Court needs some time to review the matter. To save time and space respond only to items objected to.  All others will be considered to be agreed.

All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket.

To be determined

9:30am - Bench Trial at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between 8/5/2019 – 8/30/2019. A specific trial date in this time frame will be selected at the Final Pretrial Conference.