**FILED**

APR 18 2018

Clerk, U.S. District Court
Texas Eastern



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): J. VAN DYKE  C. Date of Delivery: 4-16-18 |
| 1. Article Addressed to:<br>Jason Lee Van Dyke<br>108 Durango Dr.<br>Aubrey, TX 76227<br><br>9590 9402 2166 6193 4177 21 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>4:18 CV 247<br>[6] |
| 2. Article Number (Transfer from service label)<br>7016 2070 0000 8070 9964 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...d Mail<br>☐ ...d Mail Restricted Delivery<br>(over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt