# EXHIBIT "A"

**RECEIVED**



OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
GRIEVANCE FORM

ONLINE FILING AVAILABLE AT http://cdc.texasbar.com.

12/20/2017

I. **General Information**

**Before you fill out this paperwork, there may be a faster way to resolve the issue you are currently having with an attorney.**

If you are considering filing a grievance against a Texas attorney for any of the following reasons:

- ➢ You are concerned about the progress of your case.
- ➢ Communication with your attorney is difficult.
- ➢ Your case is over or you have fired your attorney and you need documents from your file or your former attorney.

**You may want to consider contacting the Client-Attorney Assistance Program (CAAP) at 1-800-932-1900.**

CAAP was established by the State Bar of Texas to help people resolve these kinds of issues with attorneys quickly, without the filing of a formal grievance.

CAAP can resolve many problems without a grievance being filed by providing information, by suggesting various self-help options for dealing with the situation, or by contacting the attorney either by telephone or letter.

I have _____ I have not __X__ contacted the Client-Attorney Assistance Program.

If you prefer, you have the option to file your grievance online at http://cdc.texasbar.com.

**In order for us to comply with our deadlines, additional information/documentation that you would like to include as part of your grievance submission must be received in this office by mail or fax within (10) days after submission of your grievance. This information will be added to your pending grievance. Information received after that timeframe will be returned and not considered. Thank you for your cooperation in this matter.**

**NOTE: Please be sure to fill out each section completely. Do not leave any section blank. If you do not know the answer to any question, write "I don't know."**

II. INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT

    TDCJ/SID #: _____

    Name:    Mr./Ms. Tom Retzlaff

    Immigration #: _____

    Address:   PO Box 46424

    City: Phoenix    State: AZ    Zip Code: 85063-6424

2. Employer: _____

    Employer's Address: _____

    City: _____ State: _____ Zip Code: _____

3. Telephone number: Residence: _____ Work: _____

    Cell:   (210) 317-9800

4. Email:   retzlaff@texas.net

5. Driver's License #: _____ Date of Birth: ▇▇▇▇▇

6. Name, address, and telephone number of person who can always reach you.

    Name: _____ Address: _____
    Telephone: _____

7. Do you understand and write in the English language?   Yes
    If no, what is your primary language?
    Who helped you prepare this form?
    Will they be available to translate future correspondence during this process?

8. **Are you a Judge?**   No
    If yes, please provide Court, County, City, State:

III. INFORMATION ABOUT ATTORNEY

> Note: Grievances are not accepted against law firms. You must specifically name the attorney against whom you are complaining. A separate grievance form must be completed for each attorney against whom you are complaining.

1. Attorney name: _Jason Lee Van Dyke_

   Address: 108 Durango Drive
   Denton, TX 76227

2. Telephone number: Work: _469-964-5346_ Home: _____ Other: _____

3. Have you or a member of your family filed a grievance about this attorney previously?
   Yes: ____ No: ____ If "yes", please state its approximate date and outcome:
   _____

   Have you or a member of your family ever filed an appeal with the Board of Disciplinary Appeals about this attorney?
   Yes: _X_ No: ____ If "yes", please state its approximate date and outcome:
   _____

4. Please check one of the following:
   ____ This attorney was **hired** to represent me.
   ____ This attorney was **appointed** to represent me.
   _X_ This attorney was hired to represent **someone else**.

   Please give the date the attorney was hired or appointed. _n/a_

   Please state what the attorney was hired or appointed to do.
   _He is representing himself_

5. What was your fee arrangement with the attorney? _____

   How much did you pay the attorney? _____

   **If you signed a contract and have a copy, please attach.**
   **If you have copies of checks and/or receipts, please attach.**
   **Do not send originals.**

6. If you did not hire the attorney, what is your connection with the attorney? Explain briefly

   _He is an opposing attorney_

7.  Are you currently represented by an attorney?    No

    If yes, please provide information about your current attorney:

    _____

8.  Do you claim the attorney has an impairment, such as depression or a substance use disorder? If yes, please provide specifics (your **personal** observations of the attorney such as slurred speech, odor of alcohol, ingestion of alcohol or drugs in your presence etc., including the date you observed this, the time of day, and location).

    Yes   He is a violent person suffering from very profound mental illness that self-medicates with illegal drugs.

9.  Did the attorney ever make any statements or admissions to you or in your presence that would indicate that the attorney may be experiencing an impairment, such as depression or a substance use disorder? If so, please provide details.
    He said he was going to murder both me and my family, as well as murder anyone else who "interferes" with his law practice.

IV. **INFORMATION ABOUT YOUR GRIEVANCE**

1.  Where did the activity you are complaining about occur?

    County:  Denton                    City:  Denton

2.  If your grievance is about a lawsuit, answer the following, if known:

    a. Name of court:                          377th Judicial District Court

    b. Title of the suit:                      Jason Lee Van Dyke vs. Stephen B. Tyler

    c. Case number and date suit was filed:    17-03-80810-D, filed March 24, 2017

    d. If you are not a party to this suit, what is your connection with it? Explain briefly.
       I am one of the individuals from whom Van Dyke was attempting to get discovery from in his Rule 202 Pre-suit Discovery petition.

    **If you have copies of court documents, please attach.**

3.  Explain in detail why you think this attorney has done something improper or has failed to do something which should have been done. Attach additional sheets of paper if necessary.

    **Supporting documents, such as copies of a retainer agreement, proof of payment, correspondence between you and your attorney, the case name and number if a specific case is involved, and copies of papers filed in connection with the case, may be useful to our**

investigation.  **Do not send originals, as they will not be returned**. **Additionally, please do not use staples, post-it notes, or binding.**

**Include the names, addresses, and telephone number of all persons who know something about your grievance.**

**Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance.**

> Van Dyke is a crazy person who regularly gets into violent disputes with people on the internet in which Van Dyke ends up making ridiculous death threats and racists comments.  Earlier this year I found out that he had gotten a job as an Assistant District Attorney for Victoria County, Texas, in charge of felony prosecutions.  So I contacted Steve Tyler, the District Attorney (who I know because I live in San Antonio) and said "Do not hire this dude - he is a fucking lunatic." I then pointed out that I am convinced that Van Dyke is a drug addict who suffers from a very profound mental illegal that looks to be untreated and he regularly gets into "flame wars" and disputes with random people on the internet.  I pointed out that Van Dyke is likely posting on Storm Front (a white nationalist website) as the user "WNLaw".  Van Dyke has since been posting online that he is going to murder me because I am the one who cost him his jobw ith Victoria County.  He further threatens to murder my family, and many others.  Unfortunately for Van Dyke, he has come up against a person who simply cannot be intimidated.  You all need to disbar this retard ASAP.
>
> On March 24, 2017, Van Dyke filed a Rule 202 Pre-suit Discover petition in the 377th District Court in Victoria County trying to uncover the reasons why he lost that job at the District Attorney's office.  On June 16, 2017, the petition was denied when the judge ruling against Van Dyke poured him out of court for being an idiot for filing such a thing to begin with.
>
> Van Dyke's legal action was clearly in retaliation for my exercising my First Amendment rights and was in violation of the Texas Citizens Participation Act.  See In re Chris Elliott, 504 S.W.3d 455 (tex.App. - Austin 2016, no pet.).
>
> Van Dyke's continued public racial attacks and threats of violence against me and against so many others is a disgrace and embarrassment to the Texas State Bar.

V.   **HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY GRIEVANCE PROCESS?**

    __ Yellow Pages        __ CAAP
    X_ Internet            __ Attorney
    __ Other               __ Website

VI. **ATTORNEY-CLIENT PRIVILEGE WAIVER**

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of this grievance, and authorize such attorney to reveal any information in the professional relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the processing of Grievances.

I hereby swear and affirm that I am the person named in Section II, Question 1 of this form (the Complainant) and that the information provided in this complaint is true and correct to the best of my knowledge.

Signature: _____Electronically Signed_____   Date: _____12/20/2017_____

**TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:**

**THE OFFICE OF THE CHIEF DISCIPLINARY COUNSEL**
**P.O. Box 13287**
**Austin, TX  78711**