# EXHIBIT "E"

| | |
|---|---|
| **From:** | Bob Karlseng |
| **To:** | Jason Van Dyke |
| **Subject:** | Who is Dean Anderson? |
| **Date:** | Sunday, March 25, 2018 12:15:55 PM |

He just sent me an email about you.


Thank you,

Bob Karlseng
Texas Title, CEO



Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

| | |
|---|---|
| **From:** | Bob Karlseng |
| **To:** | Jason Van Dyke |
| **Subject:** | Re: Who is Dean Anderson? |
| **Date:** | Sunday, March 25, 2018 12:19:09 PM |

To whom can I report an employee who is responsible for creating a very hostile work environment with regards to open racism, posting death threats on social media, and claims to be a Nazi.  The guy is literally threatening to MURDER people who get into disagreements with him!!!

This is absolutely no joke and when I say the dude is a white supremacist / Nazi, that is what he really is.  Plus, he has a criminal record for assaulting women!

I thought that I would contact management before I go to Facebook and Twitter and blast this out all over the world.  This guy has been working for you for a very long time and I am shocked that nothing has been done.

#TimesUp

#MeToo


Dean Anderson

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

On Mar 25, 2018, at 12:17 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:

> His real name is Thomas Retzlaff.   Just a stalker.  Send me the email.  I am suing him Monday morning
>
> Sent from my iPhone
>
> On Mar 25, 2018, at 12:15 PM, Bob Karlseng <bob@texastitle.com> wrote:
>
>> He just sent me an email about you.
>>
>> Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

**From:** Bob Karlseng
**To:** Jason Van Dyke
**Subject:** Re: Who is Dean Anderson?
**Date:** Sunday, March 25, 2018 12:21:52 PM

Why sue him?   What is his beef?

Thank you,

Bob Karlseng
Texas Title, CEO



Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

On Mar 25, 2018, at 12:20 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:

> Thanks.  Ill sue him first thing
>
> Sent from my iPhone
>
> On Mar 25, 2018, at 12:19 PM, Bob Karlseng <bob@texastitle.com> wrote:
>
>> To whom can I report an employee who is responsible for creating a very hostile work environment with regards to open racism, posting death threats on social media, and claims to be a Nazi.  The guy is literally threatening to MURDER people who get into disagreements with him!!!
>>
>> This is absolutely no joke and when I say the dude is a white supremacist / Nazi, that is what he really is.  Plus, he has a criminal record for assaulting women!
>>
>> I thought that I would contact management before I go to Facebook and Twitter and blast this out all over the world.  This guy has been working for you for a very long time and I am shocked that nothing has been done.
>>
>> #TimesUp
>>
>> #MeToo
>>
>>
>> Dean Anderson
>>
>> Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

On Mar 25, 2018, at 12:17 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:

> His real name is Thomas Retzlaff.   Just a stalker.  Send me the email.  I am suing him Monday morning
>
> Sent from my iPhone
>
> On Mar 25, 2018, at 12:15 PM, Bob Karlseng <bob@texastitle.com> wrote:
>
>> He just sent me an email about you.
>>
>>
>> Thank you,
>>
>> Bob Karlseng
>> Texas Title, CEO
>> 
>> Karlseng, Leblanc & Rich, LLC
>> Maverick National Services, LLC
>> 972-733-3800 office
>> 214-929-9015 cell
>> 214-204-0042 E-fax

| | |
|---|---|
| **From:** | Bob Karlseng |
| **To:** | Jason Van Dyke |
| **Subject:** | The guy |
| **Date:** | Tuesday, March 27, 2018 6:24:29 PM |

I need to know everything this guy have done or posted that effects Texas title, anyone that works at Texas title.  He keeps reaching out.

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

**From:** Bob Karlseng
**To:** Jason Van Dyke; Claude Rich
**Subject:** Screenshot 2018-03-27 at 7.23.26 PM
**Date:** Tuesday, March 27, 2018 7:24:10 PM

This is a problem. A major problem.



Bend Office Park in Plano, TX 75093- 4843. This property is one of many commercial real estate listings on Showcase.com, the premier ...

Riordan High School class lists - contact ...
https://old-friends.co › school

    

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

**From:** Bob Karlseng
**To:** Jason Van Dyke; Claude Rich
**Subject:** Screenshot 2018-03-27 at 7.29.54 PM
**Date:** Tuesday, March 27, 2018 7:30:32 PM

Here is also what is on the page.










Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

| | |
|---|---|
| **From:** | Bob Karlseng |
| **To:** | Jason Van Dyke; Claude Rich |
| **Subject:** | Screenshot 2018-03-27 at 7.31.20 PM |
| **Date:** | Tuesday, March 27, 2018 7:31:48 PM |

Another one.



So why does Bob Karlseng give money and economic support to Nazis? **And what do each and everyone of the corporate clients of Maverick Title of Texas, LLC dba Texas Title Company think about their monies going into the pocket of a racist ass-hat who likes to**

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

**From:** [Bob Karlseng](#)
**To:** [Jason Van Dyke](#)
**Subject:** Re: Screenshot 2018-03-27 at 7.29.54 PM
**Date:** Tuesday, March 27, 2018 8:01:50 PM

My picture is on a website above you saying horrible things. That is the issue.

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

On Mar 27, 2018, at 7:57 PM, Jason Van Dyke <[jason@vandykelawfirm.com](mailto:jason@vandykelawfirm.com)> wrote:

> I did not provoke this guy. I did absolutely nothing, and this guy came after me for no reason whatsoever. He is criminally insane. No matter what you or I do, he is not going away without the use of force (through the courts or otherwise). That having been said, I am willing to do everything in my power to compel him, either through physical means or legal requirement, to stop this nonsense and to accept full and sole responsibility for any action I take against this guy, for the purpose of protecting myself and Texas Title. Ill have a draft pleading prepared tonight and will forward it to you.
>
> Sent from my iPhone
>
> On Mar 27, 2018, at 7:30 PM, Bob Karlseng <[bob@texastitle.com](mailto:bob@texastitle.com)> wrote:
>
>> Here is also what is on the page.
>>
>> <Image-1.jpg>
>>
>>
>> Thank you,
>>
>> Bob Karlseng
>> Texas Title, CEO
>> 
>> Karlseng, Leblanc & Rich, LLC
>> Maverick National Services, LLC
>> 972-733-3800 office
>> 214-929-9015 cell
>> 214-204-0042 E-fax

| | |
|---|---|
| **From:** | Bob Karlseng |
| **To:** | Jason Van Dyke; Bob Karlseng; Claude Rich |
| **Subject:** | Re: Screenshot 2018-03-27 at 7.31.20 PM |
| **Date:** | Tuesday, March 27, 2018 7:56:05 PM |

It is too late for that for us.  We can not have you work for us anymore.  I can not have that posted about me, the company or others.  I work hard and do not agree with those views that I am now attached to.

We will need to get a new lawyer for the cases you are involved in and would ask treat you provide us the information and files.

Today is your last day.  We will pay you through the end of the month. I am sorry, but the issues are now effecting is.

Thank you,

Bob Karlseng
Texas Title, CEO

Karlseng, Leblanc & Rich, LLC
Maverick National Services, LLC
972-733-3800 office
214-929-9015 cell
214-204-0042 E-fax

On Mar 27, 2018, at 7:48 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:

> I am suing his sorry ass tomorrow.
>
> Sent from my iPhone
>
> On Mar 27, 2018, at 7:31 PM, Bob Karlseng <bob@texastitle.com> wrote:
>
>> Another one.
>>
>> <Image-1.jpg>
>>
>> Thank you,
>>
>> Bob Karlseng
>> Texas Title, CEO
>> 
>> Karlseng, Leblanc & Rich, LLC
>> Maverick National Services, LLC
>> 972-733-3800 office
>> 214-929-9015 cell

214-204-0042 E-fax

| | |
|---|---|
| **From:** | Claude Rich |
| **To:** | Jason Van Dyke |
| **Cc:** | Bob Karlseng; alan@aktlawfirm.com |
| **Subject:** | Re: Screenshot 2018-03-27 at 7.29.54 PM |
| **Date:** | Tuesday, March 27, 2018 8:20:59 PM |

Jason I am sorry but i stand by the decision.
Clearly you made this person angry who will stop at no end to harm you and now a company bob and I have worked hard to build.
We advised you to stay off social media, yet you choose not to follow our advice.

Claude Rich


On Mar 27, 2018, at 8:13 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:

> I am copying Claude and my own attorney on this.  The bottom line is that I am now facing financial ruin for no reason other than being targeted by a person who is criminally insane.  This is wrong.  You firing me will not get those posts taken down.  It will only empower a madman and cause things to escalate.
>
> Sent from my iPhone
>
> On Mar 27, 2018, at 8:01 PM, Bob Karlseng <bob@texastitle.com> wrote:
>
>> My picture is on a website above you saying horrible things.  That is the issue.
>>
>> Thank you,
>>
>> Bob Karlseng
>> Texas Title, CEO
>> 
>> Karlseng, Leblanc & Rich, LLC
>> Maverick National Services, LLC
>> 972-733-3800 office
>> 214-929-9015 cell
>> 214-204-0042 E-fax
>>
>> On Mar 27, 2018, at 7:57 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:
>>
>>> I did not provoke this guy.  I did absolutely nothing, and this guy came after me for no reason whatsoever.  He is criminally insane.  No matter what you or I do, he is not going away without the use of force (through the courts or otherwise).  That having been said, I am willing to do everything in my power to compel him, either through

physical means or legal requirement, to stop this nonsense and to accept full and sole responsibility for any action I take against this guy, for the purpose of protecting myself and Texas Title.  Ill have a draft pleading prepared tonight and will forward it to you.

Sent from my iPhone

On Mar 27, 2018, at 7:30 PM, Bob Karlseng <bob@texastitle.com> wrote:

> Here is also what is on the page.
>
> <Image-1.jpg>
>
>
> Thank you,
>
> Bob Karlseng
> Texas Title, CEO
> 
> Karlseng, Leblanc & Rich, LLC
> Maverick National Services, LLC
> 972-733-3800 office
> 214-929-9015 cell
> 214-204-0042 E-fax