IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF<br>a/k/a Dean Anderson d/b/a BV Files, Via<br>View Files L.L.C., and ViaView Files<br>    Defendant | §<br>§<br>§<br>§ | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

After considering Defendant's motion to dismiss the above-numbered and styled case for lack of personal jurisdiction, the Court makes the following orders:

_____    The Court finds that Defendant has waived his objections to personal jurisdiction in this case. It is accordingly ordered that Defendant's motion is denied.

_____    The Court does not find that Defendant has waived his objections to personal jurisdiction in this case, but finds that it has specific jurisdiction over the Defendant. It is accordingly ordered that Defendant's motion is denied.

_____    The Court finds that Defendant has admitted to domicile in the State of Texas and the Court has general jurisdiction over the Defendant. Based upon this finding, the Court also finds that it lacks subject matter jurisdiction in this cause. It is accordingly ordered that this case is remanded to the 431st District Court in and for Denton County, Texas.

SIGNED ON: _____, 2018

_____
U.S. DISTRICT JUDGE