IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
APR 26 2018
Clerk, U.S. District Court
Texas Eastern

JASON LEE VAN DYKE,
    *Plaintiff*,

v.    CASE NO. 4:18-CV-00247-ALM-CAN

THOMAS RETZLAFF,
    *Defendant*.

## DEFENDANT'S NOTICE OF DEATH THREATS MADE BY PLAINTIFF JASON LEE VAN DYKE

1.    Plaintiff is Jason Lee Van Dyke; defendant is Tom Retzlaff.

2.    Van Dyke filed this lawsuit, in which he is seeking $100 million in damages from Retzlaff, on March 28, 2018, in the 341st District Court of Denton County, Texas, in which Van Dyke, in his SAC (ECF #7) accuses Retzlaff of defamation, intrusion upon seclusion, and tortious interference with a contract.

3.    Starting on or about March 28, 2018, Van Dyke sent a series of very threatening email messages:

    **a) You better have your will made out Thomas. Im coming for YOU!**

1

b) You are a dead man

c) lol. you are a dead man. enjoy it while it lasts.

d) No more lawsuit. See you this weekend with my rifle

e) I don't use Twitter. I can't wait to see your fat ass on the other end of my scope. Did you know that a 190 grain 300 Winchester Magnum round travels at approximately 2,800 feet per second?

f) What do you want on your polished rock, Tom? I'm coming for you. Sure as God's vengeance I'm coming. Nobody will ever be harassed by you again. Youre taking a dirt nap.

g) Kill yourself, Tom.

h) Did you know that, when I strangle you, that you could be conscious to feel all of that pain for up to three minutes before brain death occurs? What kind of vegetable would you like to be for the rest of your life? How about a turnip?

4. Each of these emails was sent from the same email account that Van Dyke has registered with the State Bar of Texas and with PACER:

jason@vandykelawfirm.com

5. The emails were sent from the following two IP addresses:

a) 2600:387:1:813::7a, which is registered to AT&T Wireless; and,

b) 108.221.148.128, which is registered to AT&T U-verse and geo-locates to Aubrey, Texas, which is where Van Dyke lives / works.

6. This, of course, is in addition to all of the social media posts from Van Dyke that I complained about before in which he threatens to murder me and my family, and many others. As well as calling people niggers and faggots.

7. These messages have been turned over to investigators with the State Bar of Texas and the Department of Public Safety. Retzlaff, who is a former state and federal law enforcement officer (and whose son is a current law enforcement officer), isn't about to tolerate any **BULLSHIT** from a racist piece of shit like Van Dyke. I see hand cuffs in his future.

8. These emails are a violation of Texas Penal Code §42.07 (Harassment), subsection 2: ("a) A person commits an offense if, with intent to harass, annoy, alarm, abuse, torment, or embarrass another, the person: (2) threatens, in a manner reasonably likely to alarm the person receiving the threat, to inflict bodily injury on the person or to commit a felony against the person, a member of the person's family or household, or the person's property.").

9. Furthermore, these emails are also a violation of Texas Penal Code §22.07 (Terroristic Threat). Retzlaff would point out that saying "No more lawsuit. See you this weekend with my rifle." is a pretty "immediate" threat against his life.

10. Retzlaff would also argue that Van Dyke is guilty of the 3rd Degree felony offense of *Obstruction or Retaliation Against A Witness*, in violation of Texas Penal Code §36.06(a)(1)(A) and (a)(2)(A).

11. In case the court has not figured it out by now, this case is a totally bogus SLAPP suit filed by a retarded person who is bent upon wasting as much of this court's time – and taxpayer money – as possible, while he goes down in flames. Texas is an "at will" state and Van Dyke did not have any employment contract with the Karlseng, LeBlanc & Rich L.L.C. law firm that authorized him to go on racist tirades on social media. Thus, there is no 'contract' that Retzlaff could have interfered with, tortuously or otherwise. And pointing out other peoples' PUBLIC social media posts is hardly an 'intrusion upon seclusion.'

Respectfully submitted,

Tom

Thomas Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424
(210) 317-9800
email: Retzlaff@texas.net
DEFENDANT, PRO SE

4

## CERTIFICATE OF SERVICE

I certify that on April 23, 2018, a copy of this document was delivered to the US District Court Clerk's office by US Mail, which will automatically serve a Notice of Electronic Filing on the plaintiff Jason Van Dyke.

I certify that Van Dyke is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

_/s/ Tom_
_____
Thomas Retzlaff