Tom Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

PHOENIX AZ 852

23 APR 2018 PM 10 L





APR 26 2018

Clerk, U.S. District Court
Texas Eastern

US District Court Clerk's Office
Room 216
101 East Pecan St.
Sherman, TX 75090

75090-598937