Cause No. 2014-CI-17145

| | | |
|---|---|---|
| E. M. AND V.B.M. | § § | IN THE DISTRICT COURT |
| v. | § § | 73RD JUDICIAL DISTRICT |
| PHILIP R. KLEIN, KLEIN INVESTIGATIONS & CONSULTING, AND JAMES W. LANDESS | § § § | OF BEXAR COUNTY, TEXAS |

<u>ORDER GRANTING DEFENDANTS, PHILIP R. KLEIN AND KLEIN INVESTIGATIONS & CONSULTING'S MOTION TO STRIKE ALL PLEADINGS FILED BY THOMAS RETZLAFF, A VEXATIOUS LITIGANT</u>

Came on to be considered Defendants' Motion to Strike all Pleadings Filed by Thomas Retzlaff, a Vexatious Litigant, and the Court finds that said motion is meritorious and should be granted; therefore, it is

ORDERED that Defendants' Motion to Strike all Pleadings Filed by Thomas Retzlaff, a Vexatious Litigant, is hereby GRANTED. It is further,

ORDERED that all pleadings filed by Thomas Retzlaff, a Vexatious Litigant, are hereby STRICKEN from the Clerk's Record in this case. It is further,

ORDERED that the District Clerk shall remove all pleadings filed by Thomas Retzlaff, a Vexatious Litigant, from the Clerk's Record in this case; It is further,

ORDERED that Thomas Retzlaff, a Vexatious Litigant, is prohibited

from filing any additional pleadings, motions, letters or documents in the above-referenced case.

Signed this 11th day of October, 2016.

_____
JUDGE ~~PRESIDING~~ ANTONIA ARTEAGA