Dear Clerk,

Please scan in color as I use color to help emphasize certian points and you not using color scan is screwing me + my case up.

Thanks!

Tom

RECEIVED
MAY - 3 2018
Clerk, U.S. District Court
Texas Eastern