**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|     Defendant | § | |

## MOTION TO WITHDRAW MOTION FOR SANCTIONS

Plaintiff, Jason Lee Van Dyke, respectfully requests that this Honorable Court enter an order permitting him to withdraw the motion for sanctions filed on or around April 27, 2017. ECF 29.  Plaintiff further prays that he be permitted to withdraw said motion without prejudice of his right to refile the same after compliance with Rule 11(c) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    /s/ Jason Lee Van Dyke
    Jason L. Van Dyke
    State Bar No. 24057426
    108 Durango Drive
    Crossroads, TX 76227
    P – (469) 964-5346
    F – (972) 421-1830
    Email:  jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF System, which will automatically serve a Notice of Electronic Filing on Defendant, Thomas Christopher Retzlaff.

    /s/ Jason Lee Van Dyke
    JASON LEE VAN DYKE