IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE, §<br>Plaintiff, §<br>§<br>v. §<br>§<br>THOMAS CHRISTOPHER RETZLAFF, §<br>Defendant. § | CIVIL ACTION NO. 4:18-CV-00247-ALM-CAN |

## ORDER

Pending before the Court is Plaintiff Jason Lee Van Dyke's Motion to Withdraw Motion for Sanctions [Dkt. 34]. On April 27, 2018, Plaintiff filed his Motion for Sanctions [Dkt. 29]. Plaintiff now wishes to withdraw his Motion for Sanctions. Having considered the Motion to Withdraw, the Court finds the motion should be **GRANTED**. Accordingly,

It is therefore **ORDERED** that Plaintiff Jason Lee Van Dyke's Motion to Withdraw Motion for Sanctions [Dkt. 34] is **GRANTED** and Plaintiff Jason Lee Van Dyke's Motion for Sanctions [Dkt. 29] is hereby **WITHDRAWN**.

**IT IS SO ORDERED**.
SIGNED this 4th day of May, 2018.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE