IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON VAN DYKE** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO. 4:18-CV-247 |
| | § | |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF a/k/a Dean Anderson** | § | |
| **d/b/a BV Files d/b/a ViaView Files,** | § | |
| *Defendant* | § | |

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for:

**Defendant Thomas Christopher Retzlaff**

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
**ANTHONY L. LAPORTE**
State Bar No. 00787876
alaporte@hanszenlaporte.com
**KENT M. HANSZEN**
State Bar No. 00784210
khanszen@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on 5-9, 2018, a true and correct copy of the foregoing was served by CM/ECF, in accordance with FED. R. CIV. P. 5(b) to the following counsel of record at the addresses and telephone numbers shown:

**Mr. Jason L. Van Dyke**
108 Durango Drive
Crossroads, Texas 76227
Telephone: 469-964-5346
Facsimile: 972-421-1830
jason@vandykelawfirm.com
**ATTORNEY PLAINTIFF**

/s/ Jeffrey L. Dorrell

**JEFFREY L. DORRELL**