# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JASON LEE VAN DYKE § | |
| § | |
| v. § | |
| § | Civil Action No. 4:18CV247 |
| THOMAS CHRISTOPHER RETZLAFF § | Judge Mazzant |
| a/k/a Dean Anderson d/b/a BV Files, Via § | |
| View Files L.L.C., and ViaView Files § | |

## ORDER

The Court hereby withdraws its Magistrate Referral (Dkt. #2-1) entered on April 10, 2018.

**IT IS SO ORDERED.**

**SIGNED this 14th day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE