**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:18-CV-0247 |
| v. | § | Judge Mazzant |
| | § | |
| TOM RETZLAFF, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court hereby RESETS the Scheduling Conference of this case for Thursday, May 31, 2018, at 9:00 a.m. at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas  75090.

**IT IS SO ORDERED.**
**SIGNED this 15th day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE