# EXHIBIT "B"



— Houston attorneys Anthony LaPorte – Jeff Dorrell – Kent Hanszen

Does anyone here think that any of these guys give two shits about small town corrupt judges and lawyers?  Yeah, we didn't think so, either!

Now under Texas law, anyone and everyone has the absolute right to challenge a motion to seal court records.  So it will be very interesting to see who shows up in court next week to object.  **STAY TUNED!!!**

**A MEAN TEXAS LAWYER MEETS HIS MATCH…**

James McGibney (who we don't like) once thought about hiring Denton, Texas based attorney Jason Van Dyke to handle the appeal of his LOLsuit.  Instead, we all know he hired a drug addicted mentally retarded person by the name of Evan Stone.

Too bad McGibney did not stick with his first choice…



— Van Dyke Facebook post – April 20 2017

Unfortunately for Van Dyke, he tried to take on a man who simply cannot be intimidated and who has the time, money, and expertise to completely and utterly smash you like the bug that you are. **CHECK IT OUT!!**



**FUN FACT:** The Board of Disciplinary Appeals (BODA) is a statewide independent adjudicatory body of 12 attorneys appointed by the Supreme Court of Texas to hear certain attorney discipline cases and to promote consistency in interpretation and application of the Texas Disciplinary Rules of Professional Conduct and the Texas Rules of Disciplinary Procedure. Since 1992 the Board has heard and decided over 60,000 disciplinary matters including grievance screening decisions (classification appeals) by the State Bar of Texas Chief Disciplinary Counsel's Office, appeals from District Grievance Committee evidentiary panels, petitions to revoke probated license suspensions, compulsory discipline cases, reciprocal discipline cases, and disability cases.

**During 2016–2017, BODA reversed approximately 11 percent of the appeals – Retzlaff's was one of those 11%!**

*Hey BV Files – So who is Jason Van Dyke?* you ask. Well just check out and see what our friends over at the Popehat blog written by former federal prosecutor Ken White have to say!

This dumb ass once decided to take on two of our most favorite websites in the world – PinkMeth and Tor – seriously!

https://www.theverge.com/2014/7/9/5883651/texas-lawyer-sues-tor-for-providing-tools-used-by-revenge-porn-site



*"Texas Attorney Jason L. Van Dyke: Fraudulent Buffoon, Violence-Threatening Online-Tough-Guy, Vexatious Litigant, Proud Bigot, And All Around Human Dumpster Fire"*

https://www.techdirt.com/blog/?tag=jason+lee+van+dyke

**Attorney in Revenge Porn Twitter War Sues DA over Rescinded Job Offer**

Plano attorney Jason Van Dyke thought he'd be starting a new job this month as an assistant district attorney in Victoria County so he...

By John Council | Apr 20, 2017 at 05:30 AM | Originally published on Texas Lawyer

https://www.law.com/sites/almstaff/2017/04/19/attorney-in-revenge-porn-twitter-war-sues-da-over-rescinded-job-offer/?slreturn=20180208223123

**AND NOW....**



Lostutter filed a motion to modify the terms of his supervised release (i.e. parole) because he felt that it was terribly unfair that he could not own a computer or have access to the Interwebs or cyber-stalk and harass random people.