# EXHIBIT "C"

ABOUT   ABUSE REPORTS   CONTACT US   LEGAL DISCLAIMER

# BV Files ~ *James McGibney is a complete fraud, and here is why…*



### RECENT POSTS

- San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!
- McGibney Employee / Pedophile Deric Lostutter Gets SLAMMED By Federal Judge In Criminal Case
- James McGibney vs The Internets – FOUR Years Later, And Counting!!!
- Texas Judge Removed From Klein Lawsuit Due To Close Ties To Local Attorney / Alleged Child Sex Trafficker!!!
- Beaumont Attorney John Morgan – The Gift That Keeps On Giving!

### RECENT COMMENTS

**25**
Sunday
MAR 2018

# *San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!*

POSTED BY BV FILES IN UNCATEGORIZED        ≈ 14 COMMENTS

Tweet

*Tags*

anti-SLAPP, attorney Jason Van Dyke, Brittany Retzlaff, Bullyville.com, Cheaterville, Christina McGibney,



- BV Files on San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!
- Sven on San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!
- Elizabeth Cady Stanton on San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!
- BV Files on San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!
- Mr. Robot on San Jose Revenge Porno Perv James McGibney Caught Sexually Blackmailing Young Girl!!

♣ **ARCHIVES**

- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016

James McGibney, James McGibney Bullyville, Jano Khachian, Jano Khachian Rosendin Electric, Jason Van Dyke, Martha Anne Lamonica, Marty Lamonica, Michael Lamonica, Neal Rauhauser, Revenge Porn, Robert Karlseng, Rosendin Electric, Rosendin Electric sexual harassment, Salina Brown Rosendin Electric, Sam Lamonica Rosendin Electric, Shelly Sever Rosendin Electric, Texas Title Company, Thomas Retzlaff, Tom Retzlaff, Tom Sorley Rosendin Electric, ViaView Inc, ViaView Inc v Retzlaff



**Good day, eh. Well today's topic is all about how James McGibney (who we don't like) is up to his little One Trick Pony tricks once again, this time getting caught red-handed trying to cyber-stalk a young girl and her family. Like all One Trick Ponies, McGibney is really good only at one thing, and that thing is cyber-stalking.**

---

\*\* **SPECIAL NOTE:** Updates on recent events are at the bottom of the article. BUT HERE IS A SNEAK PREVIEW!





- May 2016
- April 2016
- March 2016
- February 2016
- January 2016
- December 2015
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015

♣ **CATEGORIES**

- Uncategorized

♣ **SUBSCRIBE TO BLOG VIA EMAIL**

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Email Address

Subscribe

**MARCH 2018**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Feb

— Texas lawyer Jason L. Van Dyke

This man claims to be a Nazi but he has a criminal record for abusing women and he likes to file frivolous and vexatious LOLsuits.  He is the attorney for **Texas Title Company / Maverick Title of Texas**.  Robert Karlseng has given Van Dyke a great deal of money over the years and knows that he has a Nazi / white supremacist on his payroll.

How do his female employees and employees of color feel?

How do the customers of Texas Title Company feel?

And what is the State Bar of Texas doing?

**STAY TUNED!!**

---

This here is the most recent example of McGibney's continued attempts at sexually blackmailing Brittany Retzlaff and her family from just over a year ago.  **CHECK IT OUT!!**



but Tom Retzlaff did!

Neither Tom Retzlaff, nor Jeff Dorrell, nor Judge Walker, nor Bob Wortham, nor Mitch Woods, nor Zena Stephens, nor Zack Hawthorn, or any of the others, run this blog.  Nor are any of them responsible for its content.

**But, hey – Thanks for playing!!**

.

**IN OTHER NEWS….**



Who is the self-admitted white supremacist / Nazi on the payroll of Texas Title Company?  **GUESS CORRECTLY AND WIN A NEW CAR!!**

**Is it these two guys?**





**HERE IS A HINT:** This person recently Tweeted

> *"Look good and hard at this picture you fucking nigger [picture of noose]. It's where I am going to put your neck!"*

**How about one of these three people? Are any of them Nazis??**



**Maybe it is one of these young ladies instead?**



.



.

So have you guessed who the Nazi / white supremacist is?  **IT IS THIS GUY RIGHT HERE!!**

> *"I have ZERO ethics when it comes to business and will not hesitate to destroy anyone daring to interfere with my interests."*

Unfortunately for attorney Jason Lee Van Dyke of Denton, Texas, the State Bar of Texas – Office of Chief Disciplinary Counsel has some ethics, as well as plans to seriously interfere with his interests – lol.  In fact, this is what **Tom Vick, President of the State Bar of Texas**, told us when we recently asked him for a comment:

> *"The statements attributed to this individual are reprehensible and contrary to the values we hold as Texas lawyers. I condemn them in the strongest terms."*

Your Admins of the *BV Files* work tirelessly to bring you all the news that is news around the world.  Thus, you hear it here first!  **A disbarment action is pending against Van Dyke for violations of several Disciplinary Rules of Professional Conduct!!**

<span style="color:red">**Specifically, Rules(s) 4.04 (a); 4.04 (b); 8.04 (a)(2); and 8.04 (a)(4).**</span>

**Rule 4.04. Respect for Rights of Third Persons**

(a) In representing a client, a lawyer shall not use means that have no substantial purpose other than to embarrass, delay, or burden a third person, or use methods of obtaining evidence that violate the legal rights of such a person.

(b) A lawyer shall not present, participate in presenting, or threaten to present:

   (1) criminal or disciplinary charges solely to gain an advantage in a civil matter; or

   (2) civil, criminal or disciplinary charges against a complainant, a witness, or a potential witness in a bar disciplinary proceeding solely to prevent participation by the complainant, witness or potential witness therein.

…………..

**Rule 8.04. Misconduct**

<span style="color:red">(a) A lawyer shall not:</span>

(1) violate these rules, knowingly assist or induce another to do so, or do so through the acts of another, whether or not such violation occurred in the course of a client-lawyer relationship;

(2) commit a serious crime or commit any other criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(3) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(4) engage in conduct constituting obstruction of justice;

(5) state or imply an ability to influence improperly a government agency or official;

(6) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law;

(7) violate any disciplinary or disability order or judgment

So why are we posting this and why do we care?  After all, what is one more racist ass-hat on the internets, right?

Well, unfortunately for Van Dyke, he decided to send us an email, **totally out of the blue**, demanding that we stop talking about him and threatening us with a lawsuit!

> *"Dean —*
>
> *I see that you and your friend Tommy have continued your slander campaigns.  Good.*
>
> *See you in Court. "*

— Email of March 13, 2018.

We have no clue as to what "slander campaigns" Van Dyke is referring to.  **But we are most happy to start one… TODAY**, if that will make him feel better!!

**FYI:**  There is no "Tommy" here.  No one named "Tommy" is an Admin of the *BV Files* or is otherwise responsible for our content.  But then again, you guys already know that.

**DO NOT DO BUSINESS WITH THIS MAN OR HIS COMPANY!!!**



— Bob Karlseng – Owner, Texas Title Company and paymaster to Nazis

So why does Bob Karlseng give money and economic support to Nazis?  **And what do each and everyone of the corporate clients of Maverick Title of Texas, LLC dba Texas Title Company think about their monies going into the pocket of a racist ass-hat who likes to post ridiculous stuff on The Interwebs?**  That, our teeming **MILLIONS** of readers, listeners, and supporters, will be the subject of an upcoming article.  **STAY TUNED!!**

We here at the *BV Files* have a very special message for Denton, TX attorney Jason Lee Van Dyke:



— Go Fuck Yourself, Jason Van Dyke. Woof, bitch!!

**SO. HOW WAS YOUR WEEK?**

Tweet

← Previous post

**14**

**THOUGHTS ON "SAN JOSE REVENGE PORNO PERV JAMES MCGIBNEY CAUGHT SEXUALLY BLACKMAILING YOUNG GIRL!!"**

 Sicknesses *said:*  March 25, 2018 at 11:58 pm

Really more naked photos of this poor child..

**REPLY**

> **BV Files** *said:*  March 26, 2018 at 3:05 am
>
> You can thank your friend James McGibney (who we don't like) as these photos came straight from his Cheaterville.com website.