# EXHIBIT "E"

JASON S. LEIDERMAN
LEIDERMAN DEVINE LLP
5740 Ralston Street; Suite 300
Ventura, California 93003
California State Bar no. 203336
Phone (805) 654-0200
Fax (805) 645-0280
jay@leidermandevine.com

**Attorneys for Petitioner VIAVIEW INC.**

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| VIAVIEW INC; <br>     PETITIONER <br><br> V. <br><br> THOMAS RETZLAFF <br><br>     RESPONDENT. | ) No. 114CH005460 <br> ) <br> ) <br> ) <br> ) <br> ) DECLARATION OF COLLIN RETZLAFF IN <br> ) SUPPORT OF PETITION FOR A RESTRAINING ORDER <br> ) <br> ) |

COLLIN RETZLAFF declares the following under penalty of perjury:

1. I am the son of Respondent Thomas Retzlaff.
2. Mr. Retzlaff lives near me in Arizona and I see him from time to time.
3. I personally saw him working on the WordPress blogs that attack James McGibney and his company. He's created articles for these blogs and posts material to these blogs. He specifically was using the BVfiles account which was tied into a "bvfiles" email address which was clearly visible on the top right of the computer screen. This "BVFiles" account has posted on "BVFiles" "McGibneyFiles" and "ViaViewfiles" Wordpress blogs.
4. Mr. Retzlaff ordered an internet connection in my name and has been using that connection to post directly to the blogs aforementioned. I have never posted to any of the blogs. I will be disconnecting the internet connection immediately so Thomas Retzlaff can no longer use an account that is in my name to harass and stalk people.
5. I saw Thomas Retzlaff get personally served with multiple restraining orders and the federal lawsuit on July 14th, 2014 at 8312 W. Elm Street, Phoenix, AZ 85037. I was in the house with Thomas Retzlaff when he was served.

DECLARATION OF COLLIN RETZLAFF, Page - 1
                                                                             LAW OFFICES OF JAY LEIDERMAN
                                                                             5740 Ralston Street, Suite 300
                                                                             Ventura, California 93003
                                                                                  Tel: 805-654-0200
                                                                                  Fax: 805-654-0280

6. I ask that the court seal this declaration and keep it from Mr. Retzlaff. I Am EXTREMELY afraid of him and I believe he will physically harm me if he sees this document.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed in _Maricopa_ County, Arizona on this 23th day of July 2014.

_____
Collin Retzlaff

[Notary Seal: CHARISS BAYNE, NOTARY PUBLIC - ARIZONA, Maricopa County, My Commission Expires August 31, 2017]

STATE OF ARIZONA
COUNTY OF Maricopa
The foregoing instrument was acknowledged before me this 23rd day of July, 2014
By Collin Retzlaff
Notary Public Chariss Bayne
My Commission Expires: 8/31/2017

DECLARATION OF COLLIN RETZLAFF, Page - 2