# EXHIBIT "G"

## BREAKING NEWS!!!

Jason Van Dyke makes settlement offer!!!

> "*A condition of both offers will be a mutual release by myself and Mr. Retzlaff and a mutual non-disparagement agreement under which we will agree to refrain from disparaging each other in any manner going forward, with liquidated damages in the amount of at least $100,000.00 for a violation. In short, I am unwilling to settle anything unless he agrees to go his way, I agree to go mine, and we both agree that we are going to stay away from each other — both physically and online.*"

To sum it up: Van Dyke is offering to settle for ZERO DOLLARS and a promise to "stay away" from each other online and in the real world.

## THE RESPONSE:

Go fuck yourself. Go fuck yourself long, and go fuck yourself hard.

It's not about the money, bitch. I've got money to burn. It's about the lulz and putting you out of business – 100% VERIFIED!