# EXHIBIT "H"

**Jason Van Dyke**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Wednesday, May 09, 2018 7:30 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Notification of Service for Case:  18-2793-431, Jason Lee Van Dyke v. Thomas Christopher Retzlaff a/k/a Dean Anderson d/b/a BV Files, ViaView Files L.L.C., and ViaView Files for filing No Fee Documents, Envelope Number: 24491682 |



# Notification of Service

Case Number: 18-2793-431
Case Style: Jason Lee Van Dyke v. Thomas Christopher Retzlaff a/k/a Dean Anderson d/b/a BV Files, ViaView Files L.L.C., and ViaView Files
Envelope Number: 24491682



This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | 18-2793-431 |
| **Case Style** | Jason Lee Van Dyke v. Thomas Christopher Retzlaff a/k/a Dean Anderson d/b/a BV Files, ViaView Files L.L.C., and ViaView Files |
| **Date/Time Submitted** | 5/9/2018 7:29 PM CST |
| **Filing Type** | No Fee Documents |
| **Filing Description** | Notice of Withdraw of Settlement Officer |
| **Filed By** | Tom Retzlaff |
| **Service Contacts** | Jason Lee Van Dyke:<br><br>Jason Van Dyke (jason@vandykelawfirm.com)<br><br><br>Thomas Christopher Retzlaff:<br><br>Tom Retzlaff (retzlaff@texas.net)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>Tonya L. Harlan (tharlan@texasbar.com)<br><br>Robert Christopher Karlseng (Bob@texastitle.com) |

|  | Kristin Brady (kristin.brady@texasbar.com) |
|---|---|
|  | Andy Campbell (scoops@huffpost.com) |
|  | John Council (jcouncil@alm.com) |
|  | Ken White (kwhite@brownwhitelaw.com) |
|  | Jessica Schulberg (jessica.schulberg@huffpost.com) |
|  | Julian Gill (jgill@dentonrc.com) |
|  | Claire Mock (Claire.Mock@TEXASBAR.COM) |
|  | Jill Cowan (jcowan@dallasnews.com) |
|  | David Yates (david.yates@therecordinc.com) |

| Document Details ||
|---|---|
| **Served Document** | Download Document |
|  | This link is active for 15 days. |

Jason Van Dyke
108 Durango Drive
Aubrey, Texas 76227                                              May 9, 2018


Re:   WITHDRAW OF SETTLEMENT OFFER
      Jason L. Van Dyke v. Thomas Retzlaff
      Case # 18-2793-431


Van Dyke,

I am formally withdrawing my settlement offer of you paying me $75,000 in exchange for the dismissal with prejudice of your stupid lawsuit.

The only "settlement" that I am interested in involves (1) you sticking <u>both</u> your Bar Card <u>and</u> your law degree into the shredder, and (2) you bending over, dropping your pants, and grabbing your ankles as the U.S. District Court Judge hearing the case reads off the judgment and sentence against you for violating the Texas Citizens Participation Act and tells you how much you gotta pay me and my lawyers for filing a SLAPP lawsuit.

You were a fucking retard for thinking that you could poke a bear and not suffer any consequences.  Seriously.  Dumb ass = you.


**Go fuck yourself.  Go fuck yourself long, and go fuck yourself hard.**

1

Respectfully submitted,

*Tom*

_____

Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424

email: Retzlaff@texas.net
Ph# (210) 317-9800

2

# FOR IMMEDIATE RELEASE

May 9, 2018
Houston, Texas

## Hanszen Laporte to Defend $100 Million Free Speech Case

A top-flight team of Hanszen Laporte lawyers will take over the defense of a $100,000,000 federal defamation suit filed by Denton, Texas, attorney Jason Van Dyke against Arizona resident Thomas Retzlaff. The Hanszen Laporte team will be led by Jeffrey L. Dorrell, and will include Anthony L. Laporte and Kent M. Hanszen.

Van Dyke claims Retzlaff libeled him, invaded his privacy, and "tortiously interfered" with a contract by complaining about Van Dyke to the State Bar of Texas. The State Bar initially dismissed Retzlaff's complaint, but after the board of disciplinary appeals reinstated it, Van Dyke sued. Retzlaff has asked the court to dismiss the suit as a baseless attack on his rights of free speech and to petition. State law protects citizens from baseless lawsuits brought to chill the exercise of constitutional rights.

Van Dyke alleges Retzlaff called him a "Nazi" and a "white supremacist," and that this caused a job offer from the Victoria County, Texas, district attorney to be withdrawn. Retzlaff responds that the public had a right to know the truth about Van Dyke before hiring him to prosecute felony crimes, and alleges Van Dyke is a leader of the "Proud Boys," a 5,000-member organization that the Southern Poverty Law Center has designated a hate group. Retzlaff also alleges Van Dyke has published racist threats on social media and other Internet sites.

"Free speech is vital to American democracy," said Dorrell, "and is meaningless unless citizens can say things others may not like." Dorrell added, "Sometimes the truth is difficult to hear."

"My daughter Brittany and I are delighted that Hanszen Laporte agreed to take on this case, and confident in our team. We look forward to bringing the truth to light," said Retzlaff.

Court papers show Van Dyke has a history of filing defamation lawsuits against members of the press and other critics for making statements about him he does not like.

For more information, contact:

Jeffrey L. Dorrell
jdorrell@hanszenlaporte.com
Hanszen Laporte, LLP
**713-522-9444**

IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON VAN DYKE** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO. 4:18-CV-247 |
| | § | |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF a/k/a Dean Anderson** | § | |
| **d/b/a BV Files d/b/a ViaView Files,** | § | |
| *Defendant* | § | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for:

**Defendant Thomas Christopher Retzlaff**

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
**ANTHONY L. LAPORTE**
State Bar No. 00787876
alaporte@hanszenlaporte.com
**KENT M. HANSZEN**
State Bar No. 00784210
khanszen@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on 5-9, 2018, a true and correct copy of the foregoing was served by CM/ECF, in accordance with FED. R. CIV. P. 5(b) to the following counsel of record at the addresses and telephone numbers shown:

**Mr. Jason L. Van Dyke**
108 Durango Drive
Crossroads, Texas 76227
Telephone: 469-964-5346
Facsimile: 972-421-1830
jason@vandykelawfirm.com
**ATTORNEY PLAINTIFF**


/s/ Jeffrey L. Dorrell

**JEFFREY L. DORRELL**

*Van Dyke v. Retzlaff*
Notice of Appearance                          2