## 54B DISTRICT COURT - EAST LANSING

 Return

### Register of Action

**Enter New Search**

---

### *Register of Actions Details*

```
|STATE OF MICHIGAN     |                  | CASE NO:  00-4366    D01 SM |
|54-B JUDICIAL DISTRICT|  REGISTER OF ACTIONS   | X-REFERENCE #:  00-12651M   |
|ORI330065J            |                  | STATUS: CLSD       07/08/08 |
|                      |                  |                             |
```

                              JUDGE OF RECORD: JORDON,DAVID L.,     P-24248
                                      JUDGE: JORDON,DAVID L.,       P-24248
STATE OF MICHIGAN v
                                              CTN: 330001078301
     VANDYKE/JASON/LEE                        TCN:
     9400 N CENTRAL EXPRESSWAY APT 450        SID:
     DALLAS        TX 75231            ENTRY DATE: 11/16/00
                                       OFFENSE DATE: 11/15/00
DEFENDANT PHONE: (469) 232-9133    VEHICLE TYPE:     VPN:
DOB: 04/03/1980  SEX: M  RACE: W                    CDL:
VEH YR:       VEH MAKE:     VIN:              PAPER PLATE:

---

OFFICER: ROZMAN/CHRIS/ LT.        |DEPT: MSU POLICE & PUBLIC SAFET
                                  |
PROSECUTOR: DUNNINGS,STUART J.,   |  P-31089
                                  |

---

COUNT  1 C/M/F: M 750812                    PACC#750.812
DOMESTIC VIOLENCE
ARRAIGNMENT DATE:  11/16/00    PLEA:   PLEA N-GLTY   PLEA DATE: 11/16/00
FINDINGS:  DISMISSED    DISPOSITION DATE: 11/28/00
SENTENCING DATE:  11/28/00
      FINE       COST ST.COST    CON     MISC.    REST   TOT FINE    TOT DUE
      0.00       0.00    0.00    0.00    0.00    0.00      0.00       0.00
      JAIL SENTENCE:           PROBATION:
   VEH IMMOB START DATE:          NUMBER OF DAYS:      VEH FORFEITURE:

---

BOND HISTORY:

# Exhibit 1

```
       10,000.00   CASH/SURETY BOND      BOND SET

_____

COUNT  2 C/M/F: M 750228                      PACC#750.228
WEAPONS FIREARMS SAFETY INSPECTION VIOLATION
ARRAIGNMENT DATE:  11/16/00     PLEA:    PLEA N-GLTY   PLEA DATE: 11/16/00
FINDINGS:  DISMISSED    DISPOSITION DATE: 11/28/00
SENTENCING DATE:  11/28/00
      FINE       COST ST.COST    CON     MISC.      REST   TOT FINE    TOT DUE
      0.00       0.00   0.00    0.00     0.00      0.00       0.00       0.00
         JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:           NUMBER OF DAYS:     VEH FORFEITURE:

_____

COUNT  3 C/M/F: M 18.01                    PACC#
MSU/POSS FA/WEAPON PROHIBITED
ARRAIGNMENT DATE:  11/16/00     PLEA:    PLEA N-GLTY   PLEA DATE: 11/16/00
FINDINGS:  DISMISSED    DISPOSITION DATE: 11/28/00
SENTENCING DATE:  11/28/00
      FINE       COST ST.COST    CON     MISC.      REST   TOT FINE    TOT DUE
      0.00       0.00   0.00    0.00     0.00      0.00       0.00       0.00
         JAIL SENTENCE:            PROBATION:
   VEH IMMOB START DATE:           NUMBER OF DAYS:     VEH FORFEITURE:

_____

  DATE                  ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____

11/15/00
   1  ORIGINAL CHARGE         DOMESTIC VIO                        LAB

NAME: VANDYKE/JASON/LEE              CASE NO: 00-4366     PAGE   2
_____

  DATE                  ACTIONS, JUDGMENTS, CASE NOTES          INITIALS
_____

   2  ORIGINAL CHARGE         GUN INSP VIO                        LAB
   3  ORIGINAL CHARGE         MSU WEAPONS                         LAB
   1  DUE DATE                111500                              LAB
      RET MAIL: CT APPT ATTY DENIED FORM, RESENT                  LAB
      TO CORRECTED ADDRESS (ST # WRONG).                          LAB
11/16/00
   1  AUTHORIZATION OF COMPLAINT DATE                             LAB
      PROS DUNNINGS,STUART J.,                        P-31089  LAB
```

```
        COMPLAINT ISSUANCE DATE                                            LAB
        WARRANT SIGNED & ISSUED                                           LAB
        JDG  JORDON,DAVID L.,                             P-24248  LAB
        MISCELLANEOUS ACTION      ALL COUNTS                               LAB
        WARRANT RETURNED                                                  LAB
        C & W VALIDATED BY JUDGE JORDON                                   LAB
        *****  ORIGINAL WARRANT IN FILE  *****                            LAB
        CRIME VICTIM RIGHTS FORM PRINTED                                  LAB
        DEFT IN CUSTODY PER BARRINGER                                     LAB
        WARRANT MISDEMEANOR STOP                                          LAB
        WARRANT NOTICE STOPPED                                            LAB
        FINGERPRINTS IN FILE                                              LAB
        ARRAIGNMENT HELD          ALL COUNTS                               CLS
        PLEAD NOT GUILTY                                                  CLS
        SCHEDULED FOR PRE-TRIAL   112100  900A  JORDON,DAVID L.,   P-24248  CLS
        CASH/SURETY BOND                                                  CLS
        BOND SET                                   $  10000.00            CLS
        C/R BOND NO CONTACT DIRECT INDIRECT OR                            CLS
        STALKING OF BENJAMIN NESSIA NOT TO POSSESS                        CLS
        ANY FIREARMS                                                      CLS
        NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                               CLS
     1  PRETRIAL RELEASE/CUSTODY & BOND GENERATED-IN CUSTODY
                                  DOMESTIC VIO                             CLS
        CR BOND FAXED TO MSU PD, ORIGINAL IN CT RUN                       BKD
        ROA FAXED TO ICPO                                                 BKD
        CRIME VICTIM RIGHTS FORM TO ICPO                                  BKD
11/17/00
     1  BENCH WARRANT ISSUED-OUT TO POLICE DEPT
                                  DOMESTIC VIO                             DKH
        MISCELLANEOUS ACTION      DOMESTIC VIO                             DKH
        BOND REVOKED, DUE TO ADDL INFO WHICH HAS                          DKH
        HAS COME TO THE COURTS ATTN WHICH HAS                             DKH
        MATERIALLY INCREASED THE RISK TO THE PUBLIC                       DKH
        IF DEFT RELEASED W/O FURTHER BOND COND                            DKH
11/20/00
        MISCELLANEOUS ACTION      ALL COUNTS                               BKD
        REMOVED FROM CALENDAR      112100  900A  JORDON,DAVID L.,   P-24248  BKD
11/28/00
        TRANSCRIPT FOR ARR FILED                                          CLS
        MISCELLANEOUS ACTION      ALL COUNTS                               KJC
        DISMISSED                                                         KJC
```

```
              DISMISSED - PLEAD TO ANOTHER CHARGE                        KJC
      1  ORDER OF ACQUITTAL/DISMISSAL GENERATED
                                 DOMESTIC VIO                            KJC


NAME: VANDYKE/JASON/LEE                  CASE NO: 00-4366      PAGE    3
_____

   DATE                      ACTIONS, JUDGMENTS, CASE NOTES         INITIALS
_____

         ORDER OF ACQUITTAL/DISMISSAL GENERATED
                                 DOMESTIC VIO                            KJC
11/29/00
         MISCELLANEOUS ACTION      ALL COUNTS                           KJC
         WARRANT RECALL FILED                                           KJC
         MISCELLANEOUS ACTION      ALL COUNTS                           KJC
         CASE CLOSED                                                    KJC
08/04/04
         Reassigned Officer-Badge 2032 / 581                           ADM
                     To Badge 631 / 581                                ADM
02/01/05
         Reassigned Officer-Badge 631 / 581                            ADM
                     To Badge 631R / 581                               ADM
         Reassigned Officer-Badge 631R / 581                           ADM
                     To Badge 630 / 581                                ADM
08/29/07
         MISCELLANEOUS ACTION      ALL COUNTS                           LAB
         PLTF(A) FILED OPPOSITION TO MTN TO MAKE                        LAB
          RECORDS NON-PUBLIC                                            LAB
09/18/07
         MISCELLANEOUS ACTION      ALL COUNTS                           LAB
         SCHEDULED FOR MOTION HEARING
                           100407  930A  JORDON,DAVID L.,    P-24248   LAB
         DEFT'S MOTION TO MAKE RECORDS NON-PUBLIC                       LAB
         NOTICE TO APPEAR GENERATED
                                 ALL COUNTS                             LAB
10/16/07
         MISCELLANEOUS ACTION      ALL COUNTS                           LAB
         CASE REOPENED                                                  LAB
         MISCELLANEOUS ACTION      ALL COUNTS                           LAB
         NOTICES/PENALTIES STOPPED                                      LAB
         PREV.  2097 KINGSWAY DRIVE                                     LAB
         ADDR:  TROY           MI 48098                                 LAB
         MISCELLANEOUS ACTION      ALL COUNTS                           LAB
```

```
        ADDRESS UPDATED PER 00-4373-SM                              LAB
02/07/08
        MISCELLANEOUS ACTION      ALL COUNTS                        LAB
        SCHEDULED FOR HEARING     032708  900A  JORDON,DAVID L.,     P-24248  LAB
        PER 00-4373                                                 LAB
        NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                        LAB
03/27/08
    1   ORDER OF ACQUITTAL/DISMISSAL GENERATED
                                  DOMESTIC VIO                       CLS
        MISCELLANEOUS ACTION      ALL COUNTS                        LAB
        ORDER ENTERED BY JUDGE JORDON: DEFT'S MTN                    LAB
         TO HAVE FINGERPRINTS, ARREST CARD, & EVID                   LAB
         IN THIS MATTER IN GRANTED IN PART; THE                      LAB
         REMAINDER OF MTN IS HELD IN ABEYANCE                        LAB
         PENDING NOTICE TO TODD HEYWOOD, APPARENTLY                  LAB
         AN INTERESTED PERSON FOR PURPOSES OF MCR                    LAB
         8.119(F)(3) AND AN OPPORTUNITY FOR HIM TO                   LAB
         BE HEARD.  DEFT MAY MAKE A WRITTEN                          LAB
```

NAME: VANDYKE/JASON/LEE          CASE NO: 00-4366     PAGE  4

_____

 DATE                    ACTIONS, JUDGMENTS, CASE NOTES       INITIALS

_____

```
        APPEARANCE @ ANY SUCH HEARING.                              LAB
03/28/08
        MISCELLANEOUS ACTION      ALL COUNTS                        LAB
        PER CRT OFFICER HORN, SET HRG OUT 45 DAYS                   LAB
04/16/08
        MISCELLANEOUS ACTION      ALL COUNTS                        LAB
        SCHEDULED FOR HEARING     052908  900A  JORDON,DAVID L.,     P-24248  LAB
        NOTICE TO APPEAR GENERATED
                                  ALL COUNTS                        LAB
05/02/08
    1   MISCELLANEOUS ACTION      DOMESTIC VIO                       LAB
        *** CHANGE OF ADDRESS FILED ***                             LAB
        DEFT FILED BRIEF & NOTICE OF HRG, DRAFT                      LAB
         ORDER.                                                     LAB
05/05/08
        PREV.  3330 COUNTRY SQUARE DRIVE       608                   LAB
        ADDR:  CARROLLTON       TX 75006                            LAB
05/22/08
```

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 6 of 99 PageID #:  785

```
        MISCELLANEOUS ACTION        ALL COUNTS                        LAB
        REMOVED FROM CALENDAR        052908  900A  JORDON,DAVID L.,    P-24248  LAB
        JUDGE NOT AVAILABLE ON 5/29/08 - RESET HRG                     LAB
        MISCELLANEOUS ACTION        ALL COUNTS                        LAB
        SCHEDULED FOR HEARING        060508  900A  JORDON,DAVID L.,    P-24248  LAB
        NOTICE TO APPEAR GENERATED
                                     ALL COUNTS                        LAB
        NTA ALSO MAILED TO TODD HEYWOOD                                LAB
06/05/08
        MISCELLANEOUS ACTION        ALL COUNTS                        LAB
        DLJ PRESIDING-DEFT'S MTN TO SEAL RECORD                       LAB
        DENIED FOR THE REASONS STATED ON THE RECORD                   LAB
        HEYWOOD REQ TO REVERSE "EXPUNGEMENT" IN                       LAB
        RELATED CASE-DENIED W/O PREJUDICE TO MTN                      LAB
        W/AUTHORITIES FOR COURT TO ORDER.  DLJ/CLS                    LAB
07/08/08
        MISCELLANEOUS ACTION        ALL COUNTS                        LAB
        CASE CLOSED                                                   LAB
07/27/17
        Reassigned Officer-Badge 630 / 581                           ADM
                      To Badge 613 / 581                              ADM
11/29/17
        ROA MAILED TO ALASKA BAR ASSOCATION                          CRB
        PO BOX 100279  ANCHORAGE  ALASKA  99510                      CRB
             ***** END OF REGISTER OF ACTIONS ***** 04/01/18 14:09
```

**Enter New Search**

MAY 15, 2018





HOME      NEWS ⌄      ARTS & CULTURE ⌄      MEDIA ⌄      CONTACT US ⌄      DONATE      ONE PEOPLE'S PROJECT

NEWS ❯          [ May 12, 2018 ] New Book: A Perilous Path  ▸  ARTS & CULTURE                    SEARCH …

HOME   ›   NEWS   ›   A Publicly Racist Lawyer Attempts to Bully a Journalist by Using the State

# A Publicly Racist Lawyer Attempts to Bully a Journalist by Using the State

⊙ January 22, 2018   👤 Idavox   🗁 News, U.S.   💬 1

## ALERTS, EVENTS & ANNOUNCEMENTS



**JUN 15 Fri** (http://idavox.com/index.php/calendar/action~oneday/exact_date~15-6-2018/)

**12:00 am** ALERT! Montgomery Bell Park Inn ... @ Montgomery Bell Park Inn (http://idavox.com/index.php/event/alert-montgomery-bell-park-inn-to-host-another-white-power-conference/?instance_id=108)

ew Calendar ➜ (http://idavox.com/index.php/calendar/)

🔊 Add ⌄

Exhibit 2



**Self-proclaimed "meanest and most right-wing lawyer" in Texas, Jason Lee Van Dyke. Photo: Facebook.**

    

**Using a tactic found in fascist political movements, a Texas man tries to use the court system to silence the press. He gave up after the defendant, an anti-fascist journalist, stood his ground. But what will be his next move?**

**Lady Elaine**

Plano, Texas attorney Jason Lee Van Dyke (VD), who represents the Proud Boys- a far-right group with connections to white supremacy – of which they deny – filed a libel suit against Ohio anti-

fascist journalist Gerry Bello in September 2017. What unfolds is a story of how an American white nationalist tries to use the court system as his platform, while in his daily life supporting organized hate groups and threatening those who confront his sexism, racism and homophobia. This serial violence-threatener, a term one of his victims used to describe him, is licensed to practice law in Colorado, Georgia, Texas and Washington D.C.

**Keyboard Courage Sets the Stage for the Libel Suit**



**A message brought to you by Jason Lee Van Dyke.**

In April 2017 one of the people VD was threatening online came forward to document some of the madness. Their Twitter messages give a historical context of VD to include a picture of a noose with the caption "Look good and hard at this picture you f****** n*****. It's where I am going to put your neck." In July, Popehat reported further problems and by August Twitter had began practicing their new policy and suspended their account, according to Techdirt.

In November a prominent musician, who uses his social media platform to better society, was suspended from Twitter because he posted VD's business address and telephone number. In an interview with Ghettoblaster Magazine, Talib Kweli explains:

> *"If someone is claiming to be a defense attorney and they are making extremely disparaging remarks, unprompted, to and about women, black people, anti fascists, gay people on top of threatening to kill these people, shouldn't the community he serves have be able to have a place to call or an address to visit to express their grievances? If that is not the time to tell someone to contact a business when is?*
>
> *Getting back on Twitter is not my concern. Allowing a major corporation to say I harassed someone who tweeted me out of the blue making wild racist threats at me and those who support me is.*
>
> *There is a community outside of Twitter that the lawyer is still a threat to. How can you not care about that community?"*

VD would probably not have appeared in one mainstream news article at all had Kweli, who has over one million Twitter followers, not practiced community self-defense then go on to challenge Twitter's decision to lock his account.

**The Lawsuit Against an Anti-Fascist Journalist**

The libel suit arose from VD catching offense over an article published by The Mockingbird titled Neo-Nazi Group Targets Residents in South Campus Area. Within this article, Bello reports that "members of the neo-nazi group Ohio Proud Boys" distributed recruitment fliers in his neighborhood.

In a letter dated September 5, 2017, Attorney VD noticed Publisher and Editor-in-Chief Bello of

Mockingbird Publishing Company, of his intent to file a lawsuit against him for the "false and defamatory statements" he published. Van Dyke's notice letter, which can be found in Bello's editorial response, claims the article 1) falsely states that the Proud Boys are a "Neo-Nazi Group"; 2) falsely states that members of the Houston chapter were flashing "white power" or "nazi" hand signs; 3) falsely states that the Ohio Proud Boys placed hand-drawn swastikas into mailboxes and mail slots; 4) falsely states that the Ohio Proud Boys were in Houston; 5) falsely states that the fraternity members who undertook an anti-looting patrol were performing "ethnic cleansing"; and 6) falsely states that the Proud Boys are roaming the nation trying to shoot people.

The notice letter demands the news outlet immediately and permanently remove the contagious article, cease and desist all future false and defamatory articles concerning any chapter of the Proud Boys, and pay $10,000 to the Proud Boys for damages incurred to their reputation. A deadline of fourteen days was given to comply or, should Mockingbird fail to do so, VD would sue.

When Bello published his editorial response to the notice letter, a few days later VD filed suit against him in Denton County court seeking $60,000 in damages based on that editorial. In his lawsuit, he denies being a nazi and calls Bello an "associate of the domestic terrorist group known as 'Antifa'."

In his Petition filed with the court, VD states that he assists individual members of the "pro-western men's fraternal organization known as The Proud Boys" in a variety of legal matters and is also a current member. He states that he was present with Houston area Proud Boys during Hurricane Harvey disaster relief efforts. He denies that he is a nazi and argues in his Complaint that Defendants are "associated with a domestic terrorist collective known as Antifa that pride itself on harassing, defaming, and committing acts of violence against persons and groups that espouse conservative groups."

In his Second Amended Complaint, VD removes the accusation of calling antifascists a terrorist group and broadens his definition of who antifascists seek to hurt to include a larger amount of people, namely those who "espouse mainstream conservative views including, but not limited to,



**Wearing the "West is the Best" hat, Jason Lee Van Dyke poses with Houston area Proud Boys during Hurricane Harvey disaster relief efforts. Photo: Proud Boy Magazine, Sept. 2017.**

support for President Trump."

Attorney Randall Kallinen of Houston filed a response to VD's suit, denying that his client Bello committed libel and providing evidence that Van Dyke is, at the very least, a violent racist. Kallinen's legal strategy was to try to get the lawsuit dismissed based on anti-SLAPP statute. In Texas the "Strategic Lawsuits Against Public Participation" statute essentially allows judges to dismiss lawsuits early on if they are deemed an attempt to silence a defendant's free speech. By forcing the case to federal court, he could use the Texas state anti-SLAPP suit statute in the federal jurisdiction.

This would have added many additional hearings and filings before the actual freedom of press

issues were heard or testimony started. VD chose to drop the suit instead of engaging in a potentially years long battle. He contacted the defense with his change of plans: "*My supervisor has instructed me to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it.*" He filed a stipulation of dismissal on November 24 and the case was dismissed with prejudice by Judge Roy Payne on November 27.

**No Disciplinary Action in Sight**

When a Huffington Post writer contacted the State Bar of Texas for comment on VD's public statements, their president Tom Vick responded "The statements attributed to this individual are reprehensible and contrary to the values we hold as Texas lawyers. I condemn them in the strongest terms."

It is rumored that various complaints have been filed with the Texas Bar against VD. However, only one record of a formal complaint can be found and it did not result in any disciplinary action. On November 3, 2010 a woman who had enough of VD's harassment filed a grievance. In her complaint to the bar, she outlined how his actions caused her to lose her job because her boss grew tired of and feared the situation, how he threatened key people around her with lawsuits, how he unfairly made derogatory entries on her credit report through his employment with Commission Express, and how he told her angrily outside a courtroom that he would "make it his life's mission to make my life a living hell."

Within two months he sued her in the District Court of Harris County, TX for filing a grievance, claiming breach of written contract for disclosure of information to the Texas Bar. After two years, the case was dismissed in 2013 for want of prosecution due to a failure to comply with a notice.

In 2013, when someone told him they were going to complain to the bar, he responded in writing "I will warn you: I have sued everyone who has ever filed a formal grievance against me with the State Bar. If you file some sort of groundless grievance... I will make your life a living hell unlike anything you could imagine."



The www.texasbar.com search feature reports "no public disciplinary history" and a phone call to the office of Chief Disciplinary Counsel confirmed that any *pending* actions will be noted on this website. Additionally, no actions against VD were reported in any issue of the Texas Bar Journal through January 2018. He remains licensed to practice law in Colorado, Georgia, Texas and Washington D.C.

**The Take Away**

Other than the entertaining and fearless lawyer blogger of Popehat, the most promising action by a lawyer in a position of power comes from

**Van Dyke's Attorney info as reported by the State Bar of Texas, January 2018.**

Victoria County District Attorney Stephen Tyler. Although it may have occurred accidentally and not for any reason of hideous moral character, Tyler denied VD the assistant district attorney position he was slated to begin in April of 2017. In a highly unusual legal move, VD sued Tyler over his rescinded job offer. That case is currently pending in Victoria County District Court.

Anti-fascist activists are not known for their access to funding nor are they blessed with the good graces of mainstream media support. Long time anti-fascist Bello is no exception to this unfortunate fact. What is remarkable in his briefly annoying, yet expensive to him legal battle, is the lack of help he received. When the ACLU of Texas did not return Bello's telephone calls, he found and hired civil rights attorney Kallinen. He was able to raise $1800, came up with $5000 out of pocket, and his attorney was kind enough to waive the rest of his bill. Needless to say there is no legal defense fund to protect against attacks from men like Jason Lee Van Dyke.

"Society as a whole lost because it failed to have a broad conversation about the implications of the attempt," says Bello. That being said, this case is marked as a victory for anti-fascists. Bello says, "What won out the day is community self-defense. My community of old friends and my newer community of online friends stepped up. The former did so on consistency of my life long work on this issue. The latter did so because my enemy was already their enemy, as he should be to any person of conscience regardless of political affiliation. We leftists have a word for that. Solidarity." Now more than ever it is imperative to have non-sectarian defense of other anti-fascists.

---

**Share this:**



Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 16 of 99 PageID #:  795

# 'Proud Boy' Attorney J.L. Van Dyke Whines About College Censorship – Angry White Men



*[This story has been updated to include Jason Van Dyke's response to the allegation that he maintained an account on Stormfront.]*

Today attorney Jason L. Van Dyke is primarily known for his association with the far-right Proud Boys organization, or his partnering with fellow racist attorney Kyle Bristow to wage war against revenge porn – more on him in a bit. On Twitter, Van Dyke calls himself a "proud western chauvinist" who "refuse[s] to apologize for creating the modern world."

But 17 years ago Van Dyke was just a sniveling Michigan State University student who complained incessantly about being labeled a "racist" and a "Nazi" for holding conservative viewpoints. In a 2000 talk called "Conservative Speech on Campus," Van Dyke was one of three aggrieved, white conservatives claiming that their free speech had been threatened by the PC police.

Van Dyke complained that, at MSU, he "learned something that I have never learned before in my life," namely that he is a "racist, fascist, Nazi, homophobic bigot" and an "absolutely awful person." With mock concern in his voice, Van Dyke related that he had been told that he promotes "abortion clinic bombings" and "Matthew Shepard killings."

Those critics, he insisted, were the "same people that feel that innocent unborn

Exhibit 3

children should be slaughtered in abortion clinics, while twice-convicted cop killers should be freed on the street" — an apparent reference to Mumia Abu-Jamal.

After taking potshots at hate crime laws and death penalty opponents, Van Dyke remarked that this is "the kind of crap that students in college campuses across America are having shoved down their throats by the truckload." And he accused proponents of diversity and multiculturalism of opposing "the most important kind of diversity," diversity of opinion.

He then recounted that his fifth college newspaper column attracted the ire of classmates and faculty due to its anti-gay content. "You see, they had this thing called MSU Pride 2000," he explained. "I mean it used to be Gay Pride Week, but this thing is now three weeks long. Apparently they're expanding the celebration of the homosexual deathstyle."

In response to MSU Pride 2000, Van Dyke wrote an opinion column accusing LGBTQ classmates of hypocrisy for being "intolerant" of his homophobia:

> My article was scheduled to be published smack dab in the middle of this homo pride celebration, which I mentioned was in actuality a three week event. I decided it wouldn't be a bad idea to make a few comments about our friends on the other side of the closet door. My article focused on, basically, what we have heard today. I talk about how the gay pride movement, along with other liberal groups, are teaching what they call *tolerance* hypocritically. I suggested that maybe, just maybe, referring to Christians as bigots and Nazis is not the best way to make them sympathetic to the cause of gay rights. This is where I crossed the line. This time I hadn't just offended the college socialists or handgun control incorporated. This time I had offended the holy movement of the homosexual rights agenda.

Van Dyke was acting in bad faith, of course, as evidenced by his use of the phrases "homosexual deathstyle" and "homo pride." He was never interested in starting a dialogue, but rather using his position as a columnist to further attack and marginalize an especially vulnerable population.

And this wasn't Van Dyke's last expression of seething anti-gay hatred. Nearly a decade ago Todd Heywood of the *Michigan Messenger* acquired documents related to an arrest of Van Dyke while he was still a student at MSU. Heywood had written about the incident which had been expunged from Van Dyke's record, prompting Van Dyke to call Heywood an "AIDS-ridden highway rest stop bathroom connoisseur" and a "faggot" in a blog post.

And Van Dyke's umbrage at being called a Nazi is odd in hindsight given his connections to Kyle Bristow — the aforementioned white supremacist attorney. Bristow was also a student at MSU, whose racist stunts as head of the MSU chapter of the Young Americans for Freedom (YAF) ended in the club being listed as a hate group by the Southern Poverty Law Center. Van Dyke, it would seem, acted as a sort of "legal adviser" to the group.

Additionally, in 2014 both Bristow and Van Dyke collaborated on an amicus curiae

brief in favor of Michigan's same-sex marriage ban. The brief was written on behalf of Matt Heimbach's Traditionalist Youth Network, LLC, and called same-sex marriage an "affront to the health, safety, morals, and public welfare of the residents of the State of Michigan."

And it offered the same lazy slippery slope arguments made by many an opponent of marriage equality, claiming it would lead to "pedophiles, polygamists, zoophiles, those in incestuous relationships, and every other sexual deviant" to successfully challenge marriage restrictions. Michigan's Attorney General Bill Schuette said their brief would be best used to "line a birdcage."

Moreover, it also appears that Van Dyke might have been a member of the white supremacist Stormfront forum since 2011, operating under the handle WNLaw — "WN" most likely being an abbreviation for "white nationalist." The evidence for this is circumstantial, but points toward Van Dyke being WNLaw.

For example, WNLaw identifies himself as a lawyer who specializes in debt collection and lived in Michigan before moving to the Dallas/Ft. Worth area of Texas. As WNLaw wrote in one post, "I cannot post my true name on here for security (employment) reasons, but I am from Dallas/Ft. Worth, I own my own home and my own business, am 32 years old and single (never married)."

In another post, WNLaw stated that his name is Jason — reluctance to post his "real name" notwithstanding — that he is a "lawyer by trade," and that he wants to date "a woman who wants to have children and raise them in a traditional white household." And he promoted a whitehouse.gov petition to "ban Dianne Feinstein" for her stance on gun control. Although the petition has since been deleted, it was originally posted under the initials J.V.

In other threads WNLaw stated his beliefs that it is a "statistical truth" that "whites are intellectually superior to blacks," and that "hookup culture" exists in order to "eliminate the white race."

Van Dyke himself has vociferously denied having ever maintained an account on Stormfront, claiming that he was a victim of identity theft. In the 22nd episode of his *West Is The Best* show, Van Dyke addressed this controversy by alleging he "never even saw the website" until people accused him of posting there. Van Dyke called his accusers "punks," and claimed they had fallen for a "fake account someone made pretending to be me, probably to get me in trouble 'cause they don't like my politics."

H/T Asher Langton

# Meet Jason Van Dyke – Dispatches from the Creation Wars

I've posted a time or two about the MSU chapter of Young Americans for Freedom. YAF is a conservative group that's been around for decades with chapters on college campuses. One of my good friends was involved with the MSU YAF chapter back in the 80s and it was just a typical group of conservative students back then. These days, under the (recently resigned) leadership of a young man named Kyle Bristow, it has become a really repugnant bunch of bigoted punks.

My friend and Michigan Messenger colleague Todd Heywood has been following the antics of this group for quite some time. When he told me last fall that this particular chapter of YAF has become a hate group, I was frankly skeptical. But that was before I watched them bring in Nick Griffin, head of the openly racist British National Party, to speak and heaped praise on him. Griffin advocates the forcible expulsion of all non-whites and non-Europeans from England.

And it was before I found out about Bristow's friendship with and advocacy of Preston Wiginton, an American skinhead leader who brags about "beating down a mud" (that is, dark-skinned person), which he calls "a rightous (sic) act of collective preservation." The SPLC has a new article about Wiginton which details a lot of his white supremacist activities that, literally, span the globe (he spends part of the year in Russia working with skinheads there). Wiginton came to MSU with Griffin last October.

Now meet Jason Van Dyke, the self-styled "legal adviser" to the MSU YAF chapter. Van Dyke is an attorney in Texas, but he used to attend MSU. Back in 2000, Van Dyke had some legal problems at MSU. He struck a plea bargain and later had the record expunged. Todd Heywood received the documents about that arrest from the court in East Lansing last year and wrote about them.

Van Dyke then filed to have those records sealed. Todd went to court to argue against sealing them, arguing that as a public figure who has inserted himself into a public controversy and as an officer of the court in Texas (where he practices law), the public has a right to know and he as a journalist has a right to report on Van Dyke's history of illegal actions. This week, the judge agreed with Todd and refused to seal the records.

Van Dyke's response only reaffirms all the reasons why his vile actions and views should be known to the public. Just to show you what a contemptible thug Van Dyke is, check out what he has to say about it:

### AIDS Infected Faggot and his Moonbat Buddy Are Playing With Fire

AIDS-ridden highway rest stop bathroom connoisseur Todd Heywood may not like what he gets when he plays with fire. When I first heard that

<span style="color:#8B0000; text-align:center;">Exhibit 4</span>

he managed to convince a judge to essentially ignore the law and the clear
intent of the Michigan legislature, I thought about just letting this one go.
The truth of the matter is that Todd Heywood will die a horrible death due
to complications from AIDS and will be screaming and rotting in Hell
before I am even halfway into my career. Unfortunately for him, I don't
think there are any reststops on the road to the Malebolge – although I am
sure he will find himself in the company of an entire legion of faggots.

Suffice to say, I am not going to let this stand. I plan on filing an
Application for Leave to Appeal with the circuit court by the end of next
week. In the interim, I am nearly finished compiling the information
needed for a lawsuit that I intend to file against these two moonbats.
Maybe, after spending a fortune on legal bills only to end up paying a hefty
judgment, they will think twice before they tangle with me again.

Gotta love the pseudo-macho bluster. Even more, you have to love the fact that he
just ducks right into the punch and only affirms the judge's ruling with his reaction.
This is precisely why the public has a right to know about Van Dyke. Indeed, I wonder
what the Texas Bar Association would have to say about the situation. There are
standards of behavior for attorneys that are stricter than the average person because
they are considered officers of the court.

Van Dyke's whole argument to the judge was that this information getting out could
hurt his legal career and subject him to ridicule. And he's right, of course. But they
*should* hurt his legal career and they *should* subject him to ridicule. And the judge
obviously agrees. Now he claims he's going to sue the judge. What he calls
"slanderous attacks" are simply the truth and truth is, of course, an absolute defense
against defamation charges (which he claims he's going to file against Todd).

# Should White Supremacists Be Allowed To Practice Law?

A few years ago, before he helped organize the deadly white supremacist rally in Charlottesville, Virginia, Augustus Sol Invictus sent a mass email to his friends, colleagues and acquaintances to announce that he was embarking on a spiritual journey to launch "the Second American Civil War." Invictus — who legally changed his name from "Austin Gillespie" to the Latin for "majestic unconquered sun" — hitchhiked out West, where he fasted and prayed in the desert. When he returned home to Florida, he slaughtered a goat and drank its blood.

White supremacist leader Richard Spencer later credited Invictus, who believes white people are facing genocide at the hands of Syrian refugees and Islamic State terrorists, with drafting an early version of the Charlottesville Statement, a political manifesto released at the August rally. The final version of this document called for a white ethnostate, described Jews as ethnically distinct from Europeans, warned that the "so-called 'refugee crisis' is an invasion," and claimed that "leftism is an ideology of death and must be confronted or defeated."

There are, as the nation learned after the violence in Charlottesville, plenty of white supremacists willing to espouse their views publicly. What makes Invictus unusual is that until recently, he held a position of power and responsibility — one that is supposed to come with a promise that the holder is of good character and respects the rights and liberties of others: He was a practicing lawyer.

In one of his higher-profile cases, Invictus represented Marcus Faella, the former head of the neo-Nazi American Front, in appealing his conviction for teaching and conducting paramilitary training, allegedly in preparation for starting a "race war." Invictus maintains that Faella was innocent and became close friends with him and other members of the American Front, he told HuffPost. He also named his law practice Imperium, P.A., after a book written by the mid-20th century Nazi sympathizer Francis Parker Yockey.

Invictus retired from the Florida Bar in March 2017, just a few months before he helped plan the white nationalist gathering in Charlottesville. But because he voluntarily withdrew from the bar, he can petition for reinstatement at any time. And he had plenty of ideological company in the legal profession: HuffPost has identified over a dozen current and former lawyers openly affiliated with white supremacist groups.

I first started tracking white supremacist and Nazi lawyers after I received a phone call from Mark Zaid, a lawyer and a source of mine in Washington. In the aftermath of the Charlottesville rally, Zaid, like many other Americans, was grappling with how to confront the far-right extremists who proudly gathered there, seemingly without fear of consequences. There would be no rebuke from the White House. Although anti-fascist vigilantes launched their own efforts to bring about accountability, naming and shaming rally-goers and pressuring their employers to sever ties, this ad hoc response was inevitably flawed. The amateur sleuths got some white supremacists fired. But they also targeted some people who weren't even involved. And free speech advocates warned that firing people because of their beliefs — no matter how abhorrent — could set a dangerous precedent.

Perhaps there was a better way to hold some white supremacists accountable, Zaid mused. Being a lawyer, he noted, is different from most jobs. Lawyers know their clients' most closely held secrets. Their actions can mean the difference between people going free or spending years in prison, between victims getting justice or nothing. In legal settlements that result in financial compensation, the money goes first to the lawyer, who is entrusted to pass it along to the client. And because of their inside understanding of how the legal system works, lawyers are uniquely equipped to protect themselves from charges of wrongdoing.

Because of all this, the legal profession is one of the few that requires members to uphold a certain moral standard. In addition to taking the bar exam, aspiring attorneys face a character and fitness test before they can be admitted to their state's bar and practice law. Lawyers can — in theory — get kicked out of the profession at any time for failing to uphold their state bar association's ethics rules.

The initial character and fitness test is generally treated as a formality, the requirements vary by state, and enforcement can seem ad hoc. But there are individuals who fail. People have been denied bar admission because of a past gambling problem, delinquent debt, a substance abuse issue or dishonesty. Stephen Glass, a former New Republic reporter who had fabricated characters, quotes and events in more than two dozen stories he wrote for the magazine in the 1990s, was warned off by the New York bar and later rejected outright by the California bar.

Defining moral character is an admittedly subjective endeavor — but marching with neo-Nazis would seem to signal character flaws.

<p style="text-align:center; color:#7a1a1a; font-size:1.5em;">Exhibit 5</p>



Although being an avowed racist doesn't explicitly violate the rules that govern lawyers' conduct, it can be a problem, said Keith Swisher, a legal ethics professor at the University of Arizona's law school.

"If a lawyer is truly racist, that presents questions as to whether that lawyer can competently and diligently and fairly represent all clients," he argued.

In practice, it's almost unheard of for aspiring lawyers to be denied admission to the bar because of their ideology or for existing lawyers to be punished for expressing their views. Privacy restrictions make it hard to know exactly how often this does happen. The last case to make public waves was nearly 20 years ago, when Illinois' character committee denied bar admission to Matthew Hale, a white supremacist who said he wanted "to be an advocate for white people in the courtroom." But instead of inspiring a broader push to root out racists from the legal community, the Hale case and its subsequent backlash may have made bar admission officials more wary of disqualifying people for any reason that could seem to violate free speech rights.

### The Matthew Hale Precedent

When he applied for admission to the bar in 1998, Hale made no attempt to hide his beliefs. He disclosed his active efforts to promote racism and anti-Semitism in his application for admission to the Illinois State Bar. He refused to disavow a 1995 letter he wrote in response to a commentary piece that supported affirmative action, in which he referred to the author's "rape at the hands of a nigger beast."

A panel of bar admission officials voted 2-1 to deny Hale a license to practice law. They said that the courts and the bar are committed to the principle of equality under the law, regardless of race, ethnicity, religion or national origin.

"The balance of values that we strike leaves Matthew Hale free, as the First Amendment allows, to incite as much racial hatred as he desires and to attempt to carry out his life's mission of depriving those he dislikes of their legal right. But in our view he cannot do this as an officer of the court," the panel wrote.

After another panel upheld the decision, Hale hired Glenn Greenwald, then an outspoken constitutional lawyer, and sued the Committee on Character and Fitness.

> Like with every attempt to have the state regulate free speech ... it always starts with the most extreme examples — but it does necessarily set a precedent, whether that's the intention or not. Glenn Greenwald, lawyer for Matthew Hale

The character and fitness process "resembled a Spanish Inquisition-like interrogation of a person's political thoughts, religious convictions, and core beliefs," Greenwald wrote in a complaint filed in federal court. "The vast bulk of the questions were those which would be expected from a tribunal charged with policing a person's thoughts and beliefs, not a person's conduct, character and fitness to practice law," continued Greenwald, who is now a journalist at The Intercept.

At the time, the Illinois bar wasn't exactly looking for a fight over whether an applicant's ideology should disqualify him from being a lawyer, Greenwald told HuffPost. But Hale's views were so toxic that it was hard to argue in good faith that he was of sound moral character.

"The problem, of course, is like with every attempt to have the state regulate free speech, is that it always starts with the most extreme examples — but it does necessarily set a precedent, whether that's the intention or not," Greenwald told HuffPost.

Hale lost the case, but the decision was immediately controversial. The Anti-Defamation League, a Jewish civil rights group, defended his right "to spew his venom without restriction." George Anastaplo, a law professor at Loyola University Chicago who had been denied admission to the Illinois bar in 1950 for refusing to answer questions about whether he was involved with the Communist Party, described the Hale decision as "dangerous and otherwise self-defeating." The panel essentially punished Hale for having abhorrent views without proving that those views would prevent him from being a good lawyer, attorney Jason O. Billy wrote in 2006 in the Harvard BlackLetter Law Journal.

Hale was eventually arrested and charged with soliciting an undercover FBI informant to kill the judge presiding over a trademark case involving his World Church of the Creator. He is currently serving a 40-year prison sentence.

**Counsel For White Supremacism**

Like Hale, Kyle Bristow had left a well-documented paper trail of his extreme beliefs by the time he applied for a license to practice law. As a college student at Michigan State University, Bristow organized a "straight power" rally in protest of proposed legislation to protect the LGBTQ community and held a "Koran desecration" contest. He unsuccessfully tried to plan a "Catch an Illegal Immigrant Day" and to host white nationalist Jared Taylor at the university.

While at the University of Toledo law school, Bristow self-published a novel that the Southern Poverty Law Center has described as "seething with lethal white supremacist revenge fantasies against Jewish professors, Latino and American Indian activists and staffers of a group clearly modeled on the SPLC."

In 2011, Bristow argued that gay and mixed race couples debase the white race by not producing white babies. In a 2012 compilation of essays, he claimed ancient Egyptians administered the death penalty to anyone who brought a black person into Egypt. They understood that "their civilization would be threatened if they bred with the Negroes to their south," Bristow wrote.

But unlike Hale, Bristow was admitted to practice law in Ohio in 2012 and Michigan in 2013.

Bristow was worried he would be denied admission to the bar because of his involvement in the white nationalist movement, his former wife Ashley Herzog told the SPLC. "He had a whole strategy for how he was going to go in there and distract them with questions so that they couldn't bring up any questions," Herzog said. "He even went under a different name. He worked as James Bristow. For a year his boss thought that was his name." (James is Kyle's middle name.)

Bristow told HuffPost he never worked under a different name and "you'd be a moron to think otherwise." HuffPost couldn't independently confirm that he had been employed under any name other than Kyle Bristow.

On his blogspot.com website, Bristow advertises his ability to help law school graduates with the character and fitness part of the bar admission process. But he denied ever having concerns about passing the character and fitness test himself.

"Saying anything to the contrary is horseshit," Bristow wrote in an email. "I'm an award-winning, highly rated, ethical lawyer. The only thing that makes me different from my colleagues is that I care about true freedom, the U.S. Constitution, and I strongly [sic] liberals who are trying to ruin America." (Asked about the missing word in his response, he wrote, "'Dislike' goes between 'strongly' and 'liberals.'")

Bristow now works with Richard Spencer, suing and threatening to sue universities that don't want to give the white supremacist leader a platform to speak.



By the end of her marriage to Bristow, Herzog was worried that his racist rants would escalate into acts of violence. He stockpiled weapons and talked with his friends about "how they're hoping to instigate this race war so that we can all become this separate white state," Herzog told the SPLC.

Subscribe to the Politics email.

How will Trump's administration impact you?

Anne Yeager from the Supreme Court of Ohio, which oversees disciplinary action against lawyers, declined to comment on whether stockpiling weapons and discussing plans to start a race war would be grounds for disbarment.

Alan Gershel of Michigan's Attorney Grievance Commission also declined to discuss specific examples of lawyers' conduct. In general, he said, Michigan lawyers will face discipline for felony convictions and are often investigated for misdemeanor convictions. Gershel's office can also investigate a lawyer based on a complaint submitted to his office. In 2016, his office received about 2,100 such complaints, he said. Only 160 resulted in public discipline, although other cases led to nonpublic admonishments.

Bristow is still licensed to practice law in both states.

### The ABA Has A Suggestion

There is some indication that the American Bar Association wants to take on racist lawyers. The ABA adopted a model rule last year stating that it is "professional misconduct" for a lawyer to "engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination" on the basis of race, religion or ethnicity, among other things. The rule applies to all "conduct related to the practice of law," not just an attorney's interaction with a client or behavior in court. But model rules are just that: models that state bar associations can choose to ignore.

Vermont became the first state to adopt the ABA's model rule in July, but others have been slow to get on board. Several state bar associations have their own, narrower anti-discrimination provisions, and critics of the ABA proposal say its broad wording risks infringing on free speech rights.

The ABA's model rule "is a pervasive speech code for lawyers, including on matters unrelated to any pending litigation," UCLA law professor Eugene Volokh argued in Duke Law's Judicature journal this past spring. It would "likely cover debates at continuing legal education programs, discussions on bar panels, and even conversations over dinner at a bar function," he said.

Texas Attorney General Ken Paxton (R) said last year that if his state were to adopt the model rule, it would likely be struck down in court as unconstitutional. Montana's state legislature has opposed adopting the rule. And South Carolina's Supreme Court declined to adopt the rule in June.

The next test of state bar associations' willingness to confront racist lawyers could come in Pennsylvania. Evan McLaren graduated from Penn State's Dickinson School of Law in May and took the bar exam in July. He went to work for Richard Spencer and showed up at the Charlottesville rally in August. He was arrested and convicted on misdemeanor charges of failing to disperse, which he is currently challenging, he told HuffPost.

Some of McLaren's classmates from law school received their licenses to practice law around the time they got the results of their bar exam in October, but McLaren is still waiting on his. He told HuffPost he hasn't received his license yet because he hasn't submitted all the required paperwork. But the process could also be delayed by complaints about McLaren filed with the Pennsylvania Board of Law Examiners, the group that determines whether applicants are of sound enough character to be admitted to the bar.

Tito Valdes, an attorney who went to law school with McLaren, told HuffPost that he spoke earlier this year to a character and fitness investigator from the Board of Law Examiners who wanted to know about his experiences with McLaren. In response, Valdes submitted documents detailing instances in which he believes McLaren harassed people who disagreed with him on race and social justice issues.

> The 14th Amendment is not some special interests amendment for women and people of color and the LGBT community — it's equal to the First Amendment. Tito Valdes, who went to law school with Evan McLaren

What can be lost in the debate about white supremacists' rights are the rights of their victims. In particular, Valdes pointed to the 14th Amendment, which guarantees every person within the United States "the equal protection of the laws."

"The 14th Amendment is not some special interests amendment for women and people of color and the LGBT community — it's equal to the First Amendment. So you have to figure out what the balance is," Valdes said.

In November, a Pennsylvania lawyer anonymously submitted a letter to the Board of Law Examiners arguing that McLaren's affiliation with white nationalist groups brings into question his fitness to practice law. The lawyer, who told HuffPost he does not personally know McLaren, cited McLaren's role in Charlottesville and his participation in an October anti-refugee rally in Lancaster, Pennsylvania, hosted by the white supremacist group Identity Evropa.

McLaren "would be unable to adequately represent clients he deems are not 'white,' and he would inevitably target or discriminate against opponents or adversaries who do not fit or share his concept of whiteness," wrote the attorney, who is a member of the progressive National Lawyers Guild.

Before McLaren landed his job with Spencer, he thought about pursuing a career as a prosecutor — a position in which he would have played a major role in determining the fate of accused lawbreakers. He was a volunteer law clerk at the Cumberland County District Attorney's office during law school and he liked "the public service element" of the work, he told HuffPost. As a certified legal intern, he was even allowed to argue some minor cases in traffic court, he said.

But after McLaren turned up at Charlottesville alongside Spencer, District Attorney David Freed distanced himself from the former clerk and vowed to expand his office's vetting process for volunteer clerks.

Pennsylvania is currently considering its own, narrower version of the ABA's anti-discrimination rule. Whereas the ABA rule covers conduct that a lawyer "knows or reasonably should know" is discrimination, the Pennsylvania rule would apply only to lawyers who violate federal, state or local statutes that prohibit discrimination.

Valdes, the former classmate, predicts McLaren will eventually get a license to practice law in Pennsylvania. "Bar examiners across the country are just really hesitant to sort of flirt with the line of what is free speech," he said.

### First They Came For The Nazis?

Although McLaren receiving a law license would frustrate people who fear that he will use his law degree to advance white nationalist causes, some of McLaren's fiercest ideological opponents argue that state bar organizations are correct to be cautious about judging aspiring lawyers on their beliefs.

For years, state bars worked to exclude Communists, African-Americans, and women from the legal profession. The anti-discrimination rules proposed by the ABA, however well-intentioned, could be used to similarly exclude members of marginalized groups, argued Kenneth White, a lawyer who runs the legal blog Popehat.

"We might like it when it's used against racists, but who knows how it will be used otherwise?" White said. "I don't think it's a hypothetical or slippery slope to think it might be used badly by state bars."

Earlier this year, White and a security researcher named Asher Langton both filed complaints with the State Bar of Texas against Jason Van Dyke, a lawyer who is a member of a racist, thuggish group called the Proud Boys, for making violent threats against them. (The Proud Boys deny being racists. They describe themselves as "western chauvinists.") Van Dyke told HuffPost that all of the allegations from White and Langton are "completely false."

Van Dyke's rants aimed at White, Langton and others — including rapper Talib Kweli — feature racist, homophobic and sexist slurs. But White emphasized in his report that he thought Van Dyke should be penalized for making "true threats," not for his ideology.

"I don't think it should be the state bar's job to police people for being racists or other assholes," White told HuffPost. "If white supremacists are doing objectionable stuff, you should be able to find them in violation of the rules [of professional conduct]," he argued.

> I don't think it should be the state bar's job to police people for being racists or other assholes. Kenneth White of the legal blog Popehat

That strategy can be successful. Edgar Steele, who was an anti-Semitic defense attorney for the founder of the Aryan Nations, was disbarred in Washington state in 2012, but probably not for his views. The state bar tossed him out after he was convicted of plotting to kill his wife and her mother. Steele, who maintained his innocence, died in prison.

The State Bar of Texas has already publicly condemned some of Van Dyke's statements as "reprehensible and contrary to the values we hold as Texas lawyers." The organization doesn't comment on pending investigations, but White and Langton told HuffPost they had communicated with bar investigators about Van Dyke as recently as November.

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 26 of 99 PageID #:  805

Even when white nationalist lawyers aren't formally punished by state bar organizations, the public outing of their beliefs and behavior can make it difficult for them to sustain careers as lawyers. Sam Dickson, an avowed racist who represented members of the Ku Klux Klan, told HuffPost that the SPLC ruined his career by publishing a report alleging that Dickson got rich through predatory real estate practices, often targeting black residents in Atlanta. Dickson, who disputes the group's characterization of his work, told HuffPost that people who don't believe in racial equality are being discriminated against through a "McCarthyism in leftist form."

Last year, the Baltimore city government cut ties with Glen Keith Allen, who had helped represent the city's police in a wrongful prosecution case involving a black plaintiff, after the SPLC revealed that Allen had paid membership dues to the white supremacist National Alliance and was a member of the racist American Eagle Party. Allen has had trouble finding work since, he told HuffPost. Like Dickson, he characterizes himself as a victim of leftist thought policing.

"You know what? Maybe people have controversial views going on inside their head, but let's judge them by their actions," Allen said.

**The Threat Of Violence**

White supremacy is rooted in a long history of violent actions by its adherents. Several of Invictus' former girlfriends and acquaintances have accused him of violent behavior, although he has never been charged in those cases. One accuser told a law enforcement official that she was afraid to report his abusive behavior because he was a lawyer.

In the summer of 2014, a then-roommate told an Orlando, Florida, police officer that Invictus had pointed a loaded gun at him while they were both in the house. Once Invictus lowered the gun, he said he thought his roommate was an intruder, according to the police report. (Reached by HuffPost, the former roommate said he didn't have time to discuss the incident.)

In March 2016, a woman told an Orlando police officer that she was scared of Invictus, her ex-boyfriend. He had battered her several times over the course of their two-year relationship, she alleged, but she didn't report the incidents at the time. She went to the police after they broke up because Invictus had told a friend he was going to burn all of the woman's possessions and "shoot her on the spot," she explained to authorities, according to a police report detailing the woman's account. (HuffPost could not identify the woman.)

Invictus did not respond to a request for comment about the 2014 and 2016 incidents.

In the fall of 2015, Invictus met a high-school senior at a rotary event and encouraged her to join the Boone High School debate team, where he told her he was the coach. At the time, Invictus was running as a Libertarian to replace Sen. Marco Rubio (R). Weeks later, the teenage girl began an "intimate relationship" with Invictus and his then-girlfriend, she told a law enforcement official in Altamonte Springs, Florida.

Over time, Invictus became abusive, according to a police report documenting the victim's allegations. (HuffPost doesn't name victims or alleged victims of sexual assault without their consent. The young woman declined to comment, citing fear of retribution from Invictus and his supporters.) The woman described one incident to the police in which he allegedly slapped her in the face, climbed on top of her, covered her mouth and nose until she couldn't breathe, and punched her in the side of the head.

Another time, he punched her in the stomach, grabbed her hair, dragged her into a closet and choked her until she passed out, she told the police. When she woke up, he was holding what she felt was a gun to her head, but she was too scared to open her eyes and look. "Tell me why I shouldn't kill you right now," he said, according to the account she gave the police. After he calmed down, he tossed a knife at her and said, "Just go get in the bathtub and slit your wrist," she recalled.

In January 2017, Invictus punched her in the spine, got on top of her and had sex with her "while she just laid there," she told the police.

The abuse went on, unreported, for months. In March, the young woman opened her laptop and saw a Google Calendar notification shared from Invictus' email address, according to the police report. On March 17, there was a reminder to "Annihilate [her first name]." That's when she decided to go to the police.

When the detective investigating the case asked Invictus about the calendar notification, he said it alluded to exposing personal information about the woman, rather than causing her any physical injury, said Evelyn Estevez, a spokeswoman for the Altamonte Springs Police Department.

After the victim went to the police, Invictus threatened defamation lawsuits against her and her friend Alexandria Brown, who had been speaking out about the alleged violence, unless they both formally retracted the allegations. Living in constant fear of retaliation, Brown said her mental stability plummeted. She signed a retraction in April, admitting that she did not witness the violence firsthand, but adding that she had no reason to doubt her friend's claims. "I wish I hadn't signed the retraction, because it was used to imply [the victim's] narrative was fabricated, but I don't actually have any reason to believe she is lying," Brown said. The victim never signed a retraction.

Asked to confirm that the victim never retracted her claims, Invictus said the question was irrelevant. "This is like explaining to a mentally retarded teenager why Santa doesn't exist," he wrote in an email. "You are a Jew with an axe to grind against anyone who refuses to denounce the Alt-Right."

In April, Invictus' accuser met with a victim advocate in the Office of the State Attorney for Brevard and Seminole counties, but she couldn't meet with a prosecutor because the police were still investigating the case, office spokesman Todd Brown told HuffPost.

In July, the police recommended that charges of domestic battery by strangulation and aggravated battery be filed against Invictus. Then there appears to have been a communication breakdown. Brown, from the State Attorney's office, told HuffPost that his office mailed the accuser two requests to meet in the fall with a prosecutor. But the young woman, who may not have received the requests, never responded.

Invictus and his wife continued to deny the allegations of abuse, claiming the accuser was addicted to drugs and trying to smear

Invictus' name. Prosecutors decided they didn't have enough evidence to convict Invictus and declined to pursue prosecution. "The failure of the victim to cooperate with our office only compounded the existing problem of a lack of evidence," Brown said.

When a police officer involved in the case asked the young woman why it took her so long to go to the police, she said she was afraid of Invictus. According to the detective's report, the victim told the officer that Invictus "has ties to white supremacist individuals and knows everything about her, including where she is living now, her friends and family contact information, and her place of work."

He was also, she said, "a 'high-powered' attorney."

# From Alt Right to Alt Lite: Naming the Hate

In just one year, the alt right has gone from relative obscurity to being one of the United States' most visible extremist movements. This stratospheric rise is due in large part to the rhetoric employed during the 2016 presidential campaign, which granted implicit approval to the once-taboo hallmarks of the far right – overt racism, anti-Semitism, xenophobia, misogyny, and anti-Muslim bigotry.

The alt right capitalized on the moment by amplifying those messages while loudly rejecting mainstream conservatism and its followers (often referred to as "cucks").

You can't discuss the alt right without mentioning the "alt lite," a loosely connected movement of right-wing activists who reject the overtly white supremacist ideology of the alt right, but whose hateful impact is more significant than their "lite" name suggests. The alt lite embraces misogyny and xenophobia, and abhors "political correctness" and the left.

While the alt right has been around for years, the current iteration is still figuring out what it is – and isn't. And it's early days for the alt lite, which means both movements' ideologies are still somewhat fluid, as are the lines that separate them. Numerous examples in our list of "Who's Who" demonstrate that "membership" in the alt lite does not preclude working with people on the alt right (and vice versa).

## What is the Alt Right?

The alt right (short for "alternative right") is a segment of the white supremacist movement consisting of a loose network of racists and anti-Semites who reject mainstream conservatism in favor of politics that embrace implicit or explicit racist, anti-Semitic and white supremacist ideology. Many seek to re-inject such bigoted ideas into the conservative movement in the United States. The alt right skews younger than other far right groups, and is very active online, using racist memes and message forums on 4chan, 8chan and certain corners of Reddit.

## What is the Alt Lite?

The term "alt lite" was created by the alt right to differentiate itself from right-wing activists who refused to publicly embrace white supremacist ideology.

Today, the alt lite, sometimes referred to as the New Right, is loosely-connected movement whose adherents generally shun white supremacist thinking, but who are in step with the alt right in their hatred of feminists and immigrants, among others. Many within the alt lite sphere are virulently anti-Muslim; the group abhors everyone on "the left" and traffics in conspiracy theories, including #Pizzagate, which claimed there was evidence of a child slavery ring operating inside a DC pizzeria. The series of increasingly outrageous lies led to death threats against the pizzeria's owner and employees, and ultimately resulted in a gunman opening fire inside the restaurant in an attempt to "save" the imaginary children.

Some former alt right cheerleaders, including Mike Cernovich, migrated to the alt lite after refusing to openly espouse the alt right's explicitly white supremacist beliefs. Like the alt right, the alt lite is largely populated by young people, and has a prolific online presence, using blogs and podcasts to broadcast dissatisfaction with the media and what they sweepingly refer to as "globalization."

## What's the Difference?

Alt right writer and white supremacist Greg Johnson describes the difference between alt right and alt lite this way: "The alt light is defined by civic nationalism as opposed to racial nationalism," which is a defining characteristic of the alt right.

But while the alt right and alt lite are theoretically distinct – and include a number of warring factions, as seen at dueling June 2017 rallies in Washington DC – there is crossover between them. There are a number of people and groups who walk the line between alt right and alt lite, to the extent that it's not always easy – or even possible -- to tell which side they're on. The Proud Boys, an alt lite, right-wing activist group founded by Gavin McInnes and dedicated to "Reinstating a Spirit of Western chauvinism," is a good example of a group toeing that line; some of their members support alt right figures and events, while others have made a point of steering clear of anything associated with white supremacist beliefs.

## Who's Who: The Alt Right

Andrew Anglin

**Andrew Anglin** runs the neo-Nazi website The Daily Stormer. Anglin claims that his website "is designed to serve as a hardcore front for the conversion of the masses into a pro-White, anti-Semitic ideology." His preferred audience is men, specifically "all disenfranchised and angry White males under the age of thirty," and he has banned women from contributing content. Anglin promotes the hatred of Jews and the denigration of minorities, particularly black people, and encourages his followers to troll and harass their "enemies" – including journalists and private citizens. Anglin is a self-identified leader of the hardcore faction of the alt right. He also wrote a piece for the The Daily Stormer titled "A Normie's Guide to the Alt Right," in which he explains different facets of the movement.

Andrew Auernheimer

**Andrew Auernheimer aka Weev** is a white supremacist and anti-Semite, as well as a notorious American hacker and online troll. Reportedly currently living in the Ukraine, Auernheimer writes for the neo-Nazi Daily Stormer website, and was responsible for the anti-Semitic flier sent to thousands of networked printers at campuses across the country in 2016, which was a harbinger of the alt right's efforts to recruit at college campuses. Auernheimer frequently trolls the media, and in July 2017, attempted to insert himself into the showdown between CNN and a Reddit poster who created a video of Donald Trump body-slamming "CNN" in a wrestling match. He has said of the alt right: "Richard Spencer operates a little bit bigger of a tent than I like, but I also feel he's acting in earnest and a decent and good dude."

Andy Nowicki

**Andy Nowicki aka the Nameless One** is the assistant editor of the white supremacist Alternative Right blog, which was founded by alt right leader Richard Spencer. The Alternative Right weighs in on the alt right hot topics, from "white sharia" and racial disparities in IQs, to the distinctions in thought between the "normie" world versus the alt right." While Nowicki claims he is not a white nationalist, he shares many of those views. As an editor of Alternative Right, he gives voice to the ideology of white nationalists and figures on the alt right.

Augustus Invictus

**Augustus Invictus** (born Austin Mitchell Gillespie) is a far-right activist, attorney, and speaker from Orlando, Florida. He is a member of the Fraternal Order of Alt-Knights, the "military wing" of the Proud Boys. He is also the Sergeant at Arms for the Florida American Guard, a white supremacist group led by Brien James, one of the founders of the Vinlanders Social Club (VSC), a hardcore, frequently violent racist skinhead gang. At the alt right's June 25 rally in DC, Invictus claimed that while he is not part of the alt right, he stands with the alt right on the issue of free speech. Infighting on the right, he says, just takes energy away from fighting the "real enemy," which includes the federal government, the lobbyists, and people like George Soros and the Clintons.

Brad Griffin

**Brad Griffin aka Hunter Wallace** is the Alabama-based white supremacist behind the Occidental Dissent blog, which celebrates Southern nationalism and the alt right. Griffin has been active in the Council of Conservative Citizens and the League of the South, both traditional white supremacist groups. He is a regular contributor to Altright.com, the online publication run by Richard Spencer and Daniel Friberg. He has also proposed creating an "alt south," an alt-right version of Southern nationalism that would try to attract a broader range of people who reject mainstream conservatism and embrace some of the tactics of the alt right.

Christopher Cantwell

**Christopher Cantwell** runs Radical Agenda, a racist, "pro-European," internet radio show/blog that touts its pay-to-view content as "common sense extremism." Cantwell has a history of promoting anti-police and anarchist rhetoric, but has recently moved toward the extreme right, and spoke at the neo-Nazi gathering in Pikeville, Kentucky. He has interviewed and appeared alongside white supremacists Mike Enoch and Matthew Heimbach, and has written that he abandoned libertarianism for the alt right after seeing that the latter "has better memes." At the June 25 Free Speech Rally in DC, Cantwell urged the crowd to fight "Jewish influence."

Colin Liddell

**Colin Liddell** is the editor-in-chief of Alternative Right, the website started by Richard Spencer in 2010. Liddell previously contributed to the white supremacist journal American Renaissance. He writes about the notion of racial equality

fabricated by the "liberal-leftist media" and the "Jewish propaganda machine." In his 2012 essay "Is Black Genocide Right?" he writes, "Instead of asking how we can make reparations for slavery, colonialism, and apartheid or how we can equalize academic scores and incomes, we should instead be asking questions like, "Does human civilization actually need the Black race?"

### Daniel Friberg

**Daniel Friberg** is a Swedish businessman, white supremacist, and European editor, and the co-founder (with Richard Spencer) of Altright.com. He is the CEO and co-founder of Arktos Media, which features books by white nationalists, and was one of the founding members of the Motpol think tank, which organized a well-attended alt right conference in Stockholm in February 2017. In his youth, Friberg was active in the Swedish Resistance, a neo-Nazi group.

### Daniel Kleve

**Daniel J. Kleve** runs an online group called "Racial Theocracy," which promotes the idea that "religious fulfillment comes from the proper expression of racial, social and spiritual consequences." The group wants "to spread overlooked Right Wing literature." It also promotes National Socialism as world's "only hope of a future." Kleve has set up a pool fund to help pay for travel expenses for people who wanted to attend an alt right rally.

### Dillon Irizarry

**Dillon Irizarry** (aka Dillon Ulysses Hopper), a Marine Corps veteran, has been leading the white supremacist group Vanguard America since early 2016. In a speech at the neo-Nazi gathering in Pikeville, Kentucky, a heavily-armed Irizarry claimed that Vanguard America, which is part of the umbrella Nationalist Front organization, has approximately 200 members in 20 different states. The group, which opposes multiculturalism and believes America is a nation for white people, posted white supremacist fliers at universities across the country during the 2016-17 school year. Vanguard America has participated in a number of rallies with alt right figures. In a June 2017 rally in Austin, Texas, Vanguard America appeared alongside members of The Right Stuff and The Daily Stormer.

**Greg Johnson** is a white supremacist and editor-in-chief of Counter-Currents Publishing and its online compendium, the North American New Right. He has also written for the Occidental Observer, an anti-Semitic online publication. Johnson calls himself a "white nationalist" who hopes to create "racially and ethnically homogeneous homelands for whites." He holds forums in New York and in the Northwest for alt-right activists and is a leader on the alt right. He and Richard Spencer recently had a falling out over the leadership of the alt right and accusations that Johnson was trying to discredit Altright.com editor Daniel Friberg.

### Jared Taylor

**Jared Taylor** (also known as Samuel Jared Taylor) is the founder of The New Century Foundation, a white supremacist think tank known primarily for its racist online journal, American Renaissance. The annual American Renaissance conference

features extreme right speakers from the U.S. and Europe. Taylor presents himself as a "race realist" who believes that racial differences are real and that it is natural and healthy for groups to segregate along racial lines. American Renaissance generally avoids the cruder bigotry and stereotyping characteristic of many other racist publications, and Taylor himself does not appear to be anti-Semitic. Taylor is sometimes referred to as the "father of the alt right" due to his influence on the alt right movement. He also was one of the main speakers, with Richard Spencer, at a September 2016 news conference to "explain" the alt right movement.

### Jason Kessler

**Jason Kessler,** of Charlottesville, Virginia, is an alt right activist and white supremacist who claims that a "white genocide" is underway in the United States. Kessler is the president of Unity and Security for America and is a contributor to the racist website VDare.com. He also wrote for The Daily Caller until he was revealed to be a white nationalist. At a May 2017 pro-Confederate rally in Charlottesville, Virginia, Kessler reportedly praised racist groups and a Holocaust denier, and was eventually arrested for disorderly conduct. At June's Free Speech Rally in D.C., he told the crowd that America would be better off if the South had won the Civil War, and advanced conspiracy theories about Jews controlling Hollywood and the media and promoting "filthy propaganda." Kessler is one of the organizers of the August 12 Unite the Right white supremacist rally in Charlottesville.

### Jason Jorjani

**Jason Reza Jorjani** co-founded Altright.com with Richard Spencer, and is on the site's board of directors. A lecturer in humanities at the New Jersey Institute of Technology, he is also the editor-in-chief of Arktos Media, known for publishing nationalist philosophers and "New European" materials. Jorjani calls Arktos "the leading press of the alt right."

### Johnny Ramondetta

**Johnny Ramondetta (aka Johnny Monoxide)** is a white supremacist and an electrician from Berkeley, California, who is responsible for the podcasts "Paranormies Present" and "The Current Year Tonight," both of which are promoted on The Right Stuff Radio, a popular alt right site. Ramondetta has produced live-streams for a number of alt right events, including the April 2017 "Battle of Berkeley."

### Lana Lokteff

**Lana Lokteff** is a white supremacist who runs internet media company Red Ice TV with her husband, Henrik Palmgren. Based in "Sweden and North America," Red Ice features online TV and radio shows, including Lokteff's own "Radio 3Fourteen," that celebrate "European identity and culture." Lokteff has interviewed numerous white supremacists on the show. She also co-hosts "Red Ice Live," and "Weekend Warrior," on Red Ice. In May 2017, Lotkeff appeared in a video segment with Jared Taylor of American Renaissance to discuss "the women of the alt right."

### Matt Forney

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 33 of 99 PageID #:  812

**Matt Forney,** currently based in Budapest, Hungary and Lviv, Ukraine, is a white nationalist, anti-Semite, and misogynist who works for Red Ice Radio. Forney, who is active in the alt right, publishes bigoted and hateful rants against Islam, Jews, and women, often on AltRight.com. Forney's online videos include Holocaust denial tirade "Eric Hunt-The Shoah: The Biggest Hoax of the 20th Century?" Among his virulently misogynistic writings, "How to Beat Your Girlfriend or Wife and Get Away with It," and "The Myth of Female Intelligence," Forney's bigotry extends to people of color, Muslims, and interracial marriage. "Blacks," Forney says, "do nothing but murder cops, rob and rape people, and bring death and destruction wherever they go."

Matthew Heimbach

**Matthew Heimbach** is one of the co-founders of the Traditionalist Worker Party (TWP). TWP claims to be the "political arm" of an earlier white supremacist endeavor, the Traditionalist Youth Network (TYN), which was created to attract young people, particularly college students, to the white supremacist movement. In 2016 and 2017, TWP has participated in white supremacist events all over the country, including the neo-Nazi rally in Pikeville, Kentucky. Heimbach is intensely anti-Semitic and a Holocaust denier. Alongside National Socialist Movement leader Jeff Schoep, Heimbach co-chairs the Nationalist Front, an umbrella organization of approximately 20 white supremacist organizations, including racist skinhead crews, Klan groups, and neo-Nazi groups. Heimbach started out promoting conservative causes in college but moved further and further to the right, eventually embracing National Socialism. He showed up at Auburn University in Alabama in April 2017 to "protect" Richard Spencer, who spoke there. Heimbach is scheduled to speak August 12 at the white supremacist United the Right event, where he'll be joined by other alt right figures.

Matthew Parrott

**Matthew Parrott** is the co-founder, with his son-in-law, Matthew Heimbach, of the Traditionalist Worker Party, the "political arm" of the Traditionalist Youth Network. The group promotes white supremacy and a racist interpretation of Christianity, and models itself after the European Identitaire movement, which advocates preserving white European culture and identity in Western countries. Parrott, a frequent contributor to AlternativeRight.com, outlined his belief system in a 2013 essay in the white supremacist online journal Counter-Currents. Though he says that he doesn't wholeheartedly support the philosophies of Hitler, the Klan, or Southern segregation, he sees them as "ideological progenitors and fallen forefathers."

Mike Peinovich

**Mike Peinovich (aka Mike Enoch),** of New Jersey, is the founder of The Right Stuff (TRS), a racist and anti-Semitic website and well-known voice of the alt right. Peinovich, who frequently appears at events alongside Richard Spencer, hosts a TRS podcast called "The Daily Shoah" which promotes anti-Semitic commentary. Peinovich spoke at the May 13 gathering in Charlottesville in defense of southern monuments, and attended the April 29 neo-Nazi rally in Pikeville, Kentucky.

Peinovich blames immigration and diversity policies for the "displacement and genocide of the white race." He also fixates on anti-Semitic conspiracy theories about Jews controlling the Federal Reserve, banks, media, and foreign policy. At June's Free Speech Rally, he said, "It's Jews, we know that it's Jews. Why do we go to war in the Middle East against our country's interests, against the interests of our race? It's because of Jewish control."

### Nathan Damigo

**Nathan Damigo,** an Iraq war veteran and student at California State University, Stanislaus, founded Identity Evropa in early 2016. The white supremacist student group is concerned with preserving "white American culture" and promoting white European identity. It is also known for distributing racist fliers at dozens of campuses across the country. At the June 25, 2017, Free Speech Rally in D.C., Damigo said that America was founded by white people and was not founded to be a multiracial or multicultural society. In April, 2017, Damigo told a reporter he sees the alt right as "the next natural step to take this decentralized internet-based movement into the real world. We're trying to create a fraternity and brotherhood for people who have awakened and who see the world in a different light. We want to get the normies' attention."

### Pax Dickinson

**Pax Dickinson** was the Chief Technology officer for Business Insider until he was fired after posting a number of offensive tweets attacking the LGBT community, women, Jews, and African-Americans. He has since founded CounterFund, a "crowd-funding platform built by and for the wider alt right counterculture." Richard Spencer is an enthusiastic supporter, and has said, "the fund might become the most important counter assault against the SJW [social justice warrior] insanity of the past decade." Dickinson is listed as one of the speakers at the white supremacist Unite the Right rally scheduled for August 12 in Charlottesville, Virginia.

### Richard Spencer

**Richard Spencer,** of Alexandria, Virginia, is a leader of the alt right movement and a symbol for a new generation of "intellectual" white supremacists. Spencer, who wants to see a "new" right that openly embraces "white racial consciousness," coined the term "alternative right" in an article he wrote for Taki's Magazine in 2008. He uses the term to refer to people on the right of the political spectrum who distinguish themselves from traditional conservatives by opposing, among other things, egalitarianism, multiculturalism, and open immigration. In 2010, Spencer created an online publication called Alternative Right, where he explicitly promoted white supremacist philosophies. In recent years, Spencer has become more openly anti-Semitic, and now says he wants to establish a white ethno-state in the U.S., where whites can live separately from non-whites and Jews. Since 2011, Spencer has been the President of the National Policy Institute (NPI); he also runs Altright.com, a more provocative iteration of his previous online effort, Alternative Right. The new website is aimed at a younger demographic.

### Tara McCarthy

**Tara McCarthy** is a British alt right media personality who hosts the "Reality Calls" podcast, which boasts the tagline, "Let's Make Western Civilization Great Again." The goal of the show is to "help make ethno-nationalist views more socially acceptable, and to educate people on the dangers of globalism and replacement migration from the third world." She has interviewed numerous white supremacists on the show, but denies being a white supremacist herself. She also co-hosts a podcast (with Brittany Pettibone) called "Virtue of the West," which features interviews with people associated with both the alt right and the alt lite. McCarthy considers herself part of the alt right.

Theodore Beale

**Theodore Beale aka Vox Day** is a champion of the alt right movement who claims to have popularized the term "cuckservative." A science fiction writer, video game designer and blogger, Beale is best known in alt right circles for his online blog "Vox Popoli" (Voice of the People) where he posts misogynistic, white supremacist diatribes. In a blog article about women and academics, he wrote, "But the salient point is that the price of female involvement is reliably too high across the board. How much more destruction can Western Civilization be expected to survive before women of sense are willing to admit that the price of female participation in matters of governance is too great?" In another article he wrote, The disease known as 'women's rights' is literally killing women." He also tweeted, "But if a society can't talk women into marrying, bearing, and raising children, it will have no choice but to either force them to do it or die." He has tweeted about his white nationalist beliefs, as well: "I am a red nationalist although I support white nationalism too." In another tweet he referred to himself as an "alt right nationalist." Beale's white supremacist beliefs are on full display in one of his primary talking points: "The Alt Right believes we must secure the existence of white people and a future for white children." This is an unabashed homage to the white supremacist "14 words" mantra.

Tim Gionet

**Tim "Treadstone" Gionet aka Baked Alaska** of Anchorage, Alaska, is a former BuzzFeed editor turned right-wing internet personality. Gionet managed alt lite provocateur Milo Yiannopoulos's college tour, but just before the 2016 election, made a series of anti-Semitic tweets about Jewish control of the media, which put him at odds with others in alt lite circles, and moved him into the alt right orbit. Gionet has also dabbled in white supremacist tropes, posting a restaurant receipt showing a tip for $14.88, and writing, "Now that Trump won, I've decided to start tipping my fellow humans wayyy[sic] more." At the June Free Speech Rally in D.C., Gionet asked the crowd, "Everyone on the right can agree that they don't like Islam – is that correct?"

## Who's Who: The Alt Lite

Brittany Pettibone

**Brittany Pettibone** writes science fiction and co-hosts the "Virtue of the West" podcast with Tara McCarthy. The podcast encourages listeners to "reconnect with the traditional values that once made Western Civilization great, including but not limited to the glorification of the nuclear family, motherhood, masculinity,

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 36 of 99 PageID #:  815

femininity, etiquette, traditional gender roles and love of one's own culture, race and country." Pettibone, unlike McCarthy, does not explicitly identify as part of the alt right, but she walks the very thin line that separates that group from the alt lite. Whatever her personal beliefs, Pettibone uses her podcast to amplify the views of the alt right by interviewing members of the movement. In July 2017, Pettibone traveled to Sicily to join "Defend Europe's" efforts to keep NGO boats of African refugees from reaching the continent. "Defend Europe" is run by the far-right group "Generation Identity," which claims to be protecting Europe against "Islamic invasion."

### Colton Merwin

**Colton Merwin** is a 19-year-old self-identified filmmaker/photographer and activist from Baltimore, Maryland. He emerged on the alt right scene when he organized the June 25 Free Speech Rally in DC, an effort that attracted notable alt right personalities including Richard Spencer and Nathan Damigo (of Identity Evropa). Merwin is also affiliated with the Maryland Proud Boys. Despite his organizing and activism on the group's behalf, Merwin claims he is not part of the alt right.

### Corey Stewart

**Corey Stewart,** a failed 2017 Virginia GOP gubernatorial candidate, was the state's Trump campaign co-chair until he was fired for attending an anti-RNC rally in October 2016. Stewart champions the preservation of Confederate monuments in the South, and has defended the "heritage" of the Confederate flag. He referred to his Republican primary opponent a "cuckservative." Stewart was a featured speaker at the [alt lite Rally Against Political Violence on June 25 in Washington, D.C.](#)

### Gavin McInnes

**Gavin McInnes,** Proud Boys leader and Vice magazine founder, currently contributes to an online right-wing outlet Rebel Media. McInnes, who left Vice in 2008, is a co-founder of the [Fraternal Order of the Alt-Knights (FOAK), the "tactical defensive arm of the Proud Boys, " a right-wing activist group founded by McInnes and dedicated to "Reinstating a Spirit of Western chauvinism."](#) McInnes was accused of anti-Semitism in March 2017, when he posted a video on Rebel Media called "Ten Things I Hate about Jews," which was later retitled "Ten Things I Hate About Israel." Even after this incident, McInnis has been criticized by the alt right for refusing to promote the conspiracy theory that Jews control the world. McInnis eschews the white supremacist label and describes himself as a "Western chauvinist" who hails "Judeo-Christian values" as superior to all others.

### Jack Posobiec

**Jack Posobiec,** a conspiracy theorist and author, organized June's Rally Against Political Violence, after learning that Richard Spencer would be speaking at the Free Speech Rally. He also helmed the DeploraBall, a 2017 inaugural event that attracted many from the alt right and alt lite spheres. He has enthusiastically promoted a range of lies, [including the Pizzagate hoax](#), and attempted to discredit anti-Trump activists by planting an inflammatory "Rape Melania" sign at a protest event. He frequently tweets anti-Muslim sentiments, and has harassed former Hillary Clinton aide Huma Abedin with anti-Muslim slurs online and in person, tweeting, "I screamed 'Muslim

Brotherhood' at Huma Abedin." He also posted to Facebook: "Citizen Journalist Jack Posobiec Asks Huma Abedin "Is the Muslim Brotherhood Paying Your Legal Fees?"  Posobiec was among the protesters who stormed the stage during New York Public Theater's controversial run of "Julius Caesar," shouting, "You are all Goebbels! You are all Nazis like Joseph Goebbels... you are inciting terrorists," and, "The blood of Steve Scalise is on your hands!" Posobiec has clashed verbally with white supremacist Richard Spencer, who called Posobiec's Rally Against Political Violence "pathetic." Posobiec was until recently the Washington correspondent for right-wing Rebel Media.

### Kyle Chapman

**Kyle Chapman,** also known as Based Stick Man or the Alt Knight, gained hero status in the world of right-wing activism when, armed with a stick and wearing a helmet, he confronted antifa demonstrators in Berkeley. He has called on members of his recently formed group, the Fraternal Order of the Alt Knights, (described as the "military wing" of the Proud Boys), to battle left-wing groups.

### Kyle Prescott

**Kyle Prescott** is an advocate and recruiter (mainly on social media) for the Proud Boys, a right-wing activist group founded by Gavin McInnes and dedicated to "Reinstating a Spirit of Western chauvinism." The Proud Boys claim to be "anti-racist, pro-First Amendment, pro-Second Amendment." They "venerate the housewife and glorify the entrepreneur." Prescott believes that the left (which he describes as "race-baiters and social justice warriors") is responsible for most political violence. Prescott attended June's Rally Against Political Violence.

### Lucian Wintrich

**Lucian Wintrich** is a conservative activist and White House correspondent for the The Gateway Pundit, a right-wing blog sometimes associated with the alt right, and known for promoting conspiracy theories and propaganda. During the 2016 campaign, Wintrich organized a "Twinks4Trump" photo series featuring provocative pictures of men wearing "Make America Great Again" caps. The photos were featured at the Wake Up! LGBT party at the 2016 Republican National Convention, which Wintrich helped organize. Wintrich called the event "a huge success...with incredible speakers," including Islamaphobes like Pamela Geller and far-right Dutch politician Geert Wilders, who told party-goers, "First, we should acknowledge that Islam is the problem...if you allow Islam to be planted on your soil, don't be afraid that you will harvest sharia law, because Islam and sharia law [are] exactly the same." In the past, Wintrich identified with the alt right, but told Andrew Marantz of *The New Yorker*, "For a while, alt-right was the perfect catchall for anti-establishment conservatism. A lot of us are still frustrated that Richard Spencer ruined the term for the rest of us." Wintrich spoke at June's Rally Against Political Violence.

### Mike Cernovich

**Mike Cernovich** is a Southern California-based blogger, YouTube personality, author, filmmaker, conspiracy theorist and radio host who has a predominantly right-wing following on social media. He is an unapologetic misogynist, and has claimed

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 38 of 99 PageID #:  817

that date rape does not exist, writing on his website, ""Thinking, 'I might have been date raped,' means you weren't raped." To mark International Women's Day, he tweeted: "Teach women to stop lying about rape." Cernovich describes himself as an "American nationalist," and has written, "IQ tests for immigrants would solve most of our problems. If I could only do ONE act, that would be it." While he is not part of the alt right, that was not always the case, as he explained in this tweet: "I went from libertarian to alt right after realizing tolerance only went one way and diversity is a code for white genocide." More recently, he rejected the term "alt right" because of its associations with white supremacists. Cernovich is known for his promotion of the "Pizzagate" conspiracy theory, which propagated outrageous claims about child trafficking and culminated in Edgar Welch firing an AR-15 as he entered D.C.'s Comet Ping Pong pizzeria. He has also allegedly commissioned a blatantly anti-Semitic cartoon to use as part of his campaign against U.S. National Security Advisor H. R. McMaster. He is a contributor to Alex Jones' Infowars.

Milo Yiannopoulos

**Milo Yiannopoulos** is a controversial media personality and provocateur. While he refers to himself as "the world's most fabulous supervillain," and claims to be a conservative and a fearless bulwark against the encroaching forces of "political correctness," Yiannopoulos is actually an instigator who specializes in attacking groups he dislikes. He has launched vicious trolling attacks against women, Black Lives Matter activists, transgender people and Muslims.

# Proud Boys | Southern Poverty Law Center

Their disavowals of bigotry are belied by their actions: rank-and-file Proud Boys and leaders regularly spout white nationalist memes and maintain affiliations with known extremists. They are known for anti-Muslim and misogynistic rhetoric. Proud Boys have appeared alongside other hate groups at extremist gatherings like the "Unite the Right" rally in Charlottesville. Indeed, former Proud Boys member Jason Kessler helped to organize the event, which brought together Klansmen, antisemites, Southern racists, and militias. Kessler was only "expelled" from the group after the violence and near-universal condemnation of the Charlottesville rally-goers. Other hardcore members of the so-called "alt-right" have argued that the "western chauvinist" label is just a "PR cuck term" McInnes crafted to gain mainstream acceptance. "Let's not bullshit," Brian Brathovd, aka Caeralus Rex, told his co-hosts on the antisemitic The Daily Shoah — one of the most popular alt-right podcasts. If the Proud Boys "were pressed on the issue, I guarantee you that like 90% of them would tell you something along the lines of 'Hitler was right. Gas the Jews.'"

McInnes himself has ties to the racist right and has contributed to hate sites like VDare.com and American Renaissance, both of which publish the work of white supremacists and so-called "race realists." He even used *Taki's Magazine* — a far-right publication whose contributors include Richard Spencer and Jared Taylor — to announce the founding of the Proud Boys. McInnes plays a duplicitous rhetorical game: rejecting white nationalism and, in particular, the term "alt-right" while espousing some of its central tenets. For example, McInnes has himself said it is fair to call him Islamophobic.

## In its own words

"We brought roads and infrastructure to India and they are still using them as toilets. Our criminals built nice roads in Australia but aboriginals keep using them as a bed. The next time someone bitches about colonization, the correct response is 'You're welcome.'"
*—Gavin McInnes, "10 Things I like About White Guys," Taki's Magazine, March 2, 2017*

"Well look at the canary in the coal mine called Britain. We see guys get away with raping children regularly, and they have excuses like 'I didn't understand the word 'no.'' We have a woman raped several times in one night. All these guys seem to...they don't all get away but they seem to get away way too often. And then you have people being jailed for rude tweets and comments when they're white, so...people in America say 'Muslim are what? One or two percent of the population? There's never gonna be sharia law here.' And I say have a look at Britain. Have a look at Europe. That's where we're headed."
*—Gavin McInnes, "Get Off My Lawn", November 4, 2017*

"Maybe the reason I'm sexist is because women are dumb. No, I'm just kidding, ladies. But you do tend to not thrive in certain areas — like writing."

<span style="color:darkred">Exhibit 7</span>

*—Gavin McInnes, The Gavin McInnes Show, June 28, 2017*

"I just realized something. Cory Booker is kind of like Sambo. He's kind of shucking and jiving for the white man. Cory Booker grew up rich in an all-white suburb. He's basically a white guy. His parents were very wealthy executives at IBM... .But he wants to be a black dude, so he pretends that he's down with the brothers and he acts outraged about racism all the time — for white people. That gets him votes from whites."
*—Gavin McInnes on his CRTV show "Get Off My Lawn," [January 17, 2018]*

"The white liberal ethos tells us blacks aren't at MIT because of racism. They say blacks dominate the prison population for the same reason. They insist America is a racist hellhole where 'people of color' have no future. This does way more damage to black youth than the KKK. When you strip people of culpability and tell them the odds are stacked against them, they don't feel like trying. White liberals make this worse by then using affirmative action to "correct" society's mistakes. When blacks are forced into schools they aren't qualified for they have no choice but to drop out. Instead of going back a step to a school they can handle, they tend to give up on higher education entirely. Thanks to the Marxist myth of ubiquitous equality, this 'mismatch' leaves blacks less educated than they would have been had they been left to their own devices."
*—Gavin McInnes, "America in 2034," American Renaissance, June 17, 2014*

"I'm not a fan of Islam. I think it's fair to call me Islamophobic."
*—Gavin McInnes, NBC interview, 2017*

"Palestinians are stupid. Muslims are stupid. And the only thing they really respect is violence and being tough."
*—Gavin McInnes, The Gavin McInnes Show, March 8, 2017*

"Why don't we take back Bethlehem? Why don't we take back Northern Iraq? Why don't we start our own Crusades? That's what the Crusades were. They weren't just someone picking on Muslims for no reason — they were a reaction to Muslim tyranny. We finally fought back."
*—Gavin McInnes, The Gavin McInnes Show, March 8, 2017*

"Buying woman parts from a hospital and calling yourself a broad trivializes what it is to be a woman. Womanhood is not on a shelf next to wigs and makeup. Similarly, being a dude is quite involved. Ripping your vaginal canal out of your fly doesn't mean you are going to start inventing shit and knowing how cement works. Being a man is awesome. So is being a woman. We should revere these creations, not revel in their bastardization."
*—Gavin McInnes, "Transphobia is Perfectly Natural," Thought Catalog, August 8, 2014*

"I am not afraid to speak out about the atrocities that whites and people of European descent face not only here in this country but in Western nations across the world. The war against whites, and Europeans and Western society is very real and it's time we all started talking about it and stopped worrying about political correctness and optics."
*—Kyle Chapman, who formed the Fraternal Order of Alt-Knights, a wing of the*

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 41 of 99 PageID #:  820

*Proud Boys, Unite America First Peace Rally, Sacramento, California, July 8, 2017*

"Put something on the table! Give us a reason to accept you, because you know what? Sharia law ain't it. Raping women ain't it. Cutting off clits ain't it. Throwing gay people of roofs ain't it. You are a disgrace."
*—Pawl Bazile, a production director of Proud Boys' magazine, on Muslims, March against Sharia rally, New York City, New York, June 10, 2017*

# Background

Canadian Gavin McInnes has been flaunting his contempt for PC culture for decades. Before entering the fray of right-wing politics, McInnes co-founded *VICE Magazine*, a publication that came to epitomize hipster culture in the late 1990s and 2000s. While the magazine tended to dabble in provocative and taboo topics — generally under a veneer of irony — McInnes took pleasure in stepping over the line. In 2002, for instance, when a *New York Press* reporter asked McInnes what he thought about his neighbors in New York's Williamsburg neighborhood, he responded, "Well, at least they're not niggers or Puerto Ricans. At least they're white."

While presenting his observation as a joke and revenue-generating ruse ("incendiary political statements garnered endless publicity for us," he later told Gawker), McInnes seems to have meant its underlying sentiment sincerely. "I love being white and I think it's something to be very proud of," he told *The New York Times* a year later, revealing an ideology that would later form the foundation of the Proud Boys. "I don't want our culture diluted. We need to close the borders now and let everyone assimilate to a Western, white, English-speaking way of life." McInnes also started writing for VDare.com, a white nationalist hate site. In one 2005 article, he railed against Canadian multiculturalism and lamented that Jared Taylor, the editor of the race-science newsletter American Renaissance, had not been invited to speak at the University of Ottawa. Ten years later, McInnes would welcome Taylor onto his own show, where the white nationalist spent more than an hour explaining why he believes white people are "better" than African Americans.

McInnes left *VICE* in 2008, citing creative differences, and pursued a variety of other media projects. But his relationship with mainstream outlets started to erode in 2014 as he began to swap irony for earnestness. As part of an American Renaissance series featuring "race-realist commentators on the future of American race relations," McInnes offered his predictions alongside fellow contributors like John Derbyshire, Paul Gottfried, Richard Spencer and Jared Taylor. In his piece, McInnes wrote that while he didn't harbor any hate for minorities, he did for white liberals who subscribed to a "Marxist myth of ubiquitous equally" and refused to acknowledge innate disparities between people of different races — a notion he supported using the long-discredited work of Charles Murray. McInnes insisted he held out hope for the future of American race relations: once "we're all forced to live side by side, we'll quickly realize we're incompatible, and agree to disagree," he concluded. "The blind utopians *at The New York Times* will be crushed and the rest of us realists will be dancing in the streets."

Only months later, McInnes published an article titled "Transphobia is perfectly natural" that prompted his then-employer, the ad agency Rooster, to indefinitely

sever ties with him. "We're all transphobic," he wrote in the Thought Catalog piece. "We see there are no old trannies. They die of drug overdoses and suicide way before they're 40 and nobody notices because nobody knows them. They are mentally ill gays who need help, and that doesn't include being maimed by physicians." McInnes has also referred to transgender people as "gender niggers" and "stupid lunatics." McInnes' repugnant rhetoric extends to women, too. He's written that "through trial and error, I learned that women want to be downright abused" by men, and, in a tweet, that "Every guy I've ever known to be involved in a 'domestic' was the result of some cunt trying to ruin his life."

With former business partners turning him away, in the spring of 2015 McInnes formed a partnership with the Canadian far-right video channel Rebel Media and, a couple months later, launched "The Gavin McInnes Show" with Compound Media. On both platforms, he regularly chatted with right-wing guests (his first show featured the far-right provocateur and former Breitbart reporter Milo Yiannopoulos) and carved out an ideological space for frustrated young men to rally around: western culture is superior to all others, racism is a myth created by guilty white liberals, Islam is a culture of violence, and feminism "is about de-masculinizing men," he told his audience. A group of like-minded men at Compound Media — who bonded over their shared frustration with PC culture — began to meet in New York City dive bars. From these gatherings, the Proud Boys were born, and McInnes officially introduced the group in *Taki's* in September 2016.

There are three degrees of membership within the Proud Boys, and to become a first degree in the "pro-West fraternal organization" a prospective member simply has to declare "I am a western chauvinist, and I refuse to apologize for creating the modern world." To enter the second degree, a Proud Boy has to endure a beating until they can yell out the names of five breakfast cereals (in order to demonstrate "adrenaline control") and give up masturbation because, in theory, it will leave them more inclined to go out and meet women. Those who enter the third degree have demonstrated their commitment by getting a Proud Boys tattoo. Any man — no matter his race or sexual-orientation — can join the fraternal organization as long as they "recognize that white men are not the problem." Women have their own contingent called the Proud Boys' Girls.

Members are identifiable by more than ink: they sport yellow-trimmed black Fred Perry polos and yell the tongue-in-cheek catchphrase "Uhuru!" — a Swahili word they picked up from a YouTube video in which an activist talks to white people about reparations. Their name comes from an *Aladdin* song, "Proud of Your Boy." They adhere to a list of libertarian-leaning principles, including opposition to the drug war, racial guilt, and political correctness, and support for small government, closed borders, and "Venerating the Housewife."

The oddball humor that tinges Proud Boys culture, and creates a set of references incomprehensible to those on the outside, has attracted a surprisingly large number of men. There is an obvious overlap between their views and those of President Donald Trump, whose election in 2016 played a clear role in increasing Proud Boys' membership. A red MAGA hat is nearly as prominent at Proud Boys gatherings as their Fred Perry polos, and, in fact, one of their first public outings was at a pro-Trump art show — called #DaddyWillSaveUS — where McInnes displayed photos of

himself as a white slave. It's a favorite mythical reference of his as well as neo-Nazis and white nationalists; one episode of his Rebel Media show centered on the notion that the "history of slavery is rife with white slaves."

The Proud Boys took off after the presidential election. Each of their official Facebook and Twitter pages had over 20,000 followers at the end of 2017. The website Rewire estimates there are roughly 6,000 members. Group meetings, according to McInnes, "usually consist of drinking, fighting, and reading aloud from Pat Buchanan's *Death of the West."*

For McInnes and the Proud Boys, much like Buchanan, pro-Westernism is indistinguishable from outright opposition to Islam. McInnes's Rebel Media videos feature titles like "Donald Trump's Muslim ban is exactly what we need right now," "10 examples of the Koran being violent," and "Islam isn't 'dope.' It's sexist." He's also hosted Pamela Geller, among the most prominent figures in today's anti-Muslim movement, on his newest show on the conservative online outlet CRTV, "Get Off My Lawn." "People in America say 'Muslims are what? One or two percent of the population? There's never gonna be sharia law here,'" he said during the interview before assuring viewers that Britain, where Muslims are "raping children regularly" and where "women are raped several times in one night," is the "canary in the coalmine." In an interview with NBC, McInnes admitted "I'm not a fan of Islam. I think it's fair to call me Islamophobic."

The Proud Boys' pro-western posture allows them to position themselves— somewhat counterintuitively — as a tolerant and progressive social force. If Islamic backwardness, as they imagine, threatens gay people and women, then they serve as their guardians by protecting and promoting "western values." Their opposition to Muslims and Islam, improbably, stands as a marker of their own tolerance. In that way, their ideology is similar to many European far-right groups — like the French National Front and Danish Party for Freedom — who push hardline anti-immigration policies at the same time they call for greater tolerance in the form of secularism and gender equality, all the while attempting to distance themselves from overt racists. According to the sociologist Rogers Brubaker, the concurrent embrace of intolerance and inclusion is not only a rhetorical strategy but a political one, employed to "reach out to new constituencies and gain mainstream acceptance" from people who might otherwise hold an aversion toward extremist groups.

Proud Boys do their best to muddy right-wing taxonomies. Despite the pains they've taken to distance themselves from open white nationalists and antisemites, Proud Boys have been present at high-profile alt-right events, including the Unite the Right rally in Charlottesville, Virginia. "[J]ust don't fucking wear your Fred Perry, or decide to belt: 'Proud of Your Boy,'" McInnes limply warned followers before the event. "[I]f you decide to rub elbows with those people [while] in colors, you very well could find yourself disavowed."

But they did show up, which McInnes evidently expected. In the first episode of his Compound Media show after the August rally, McInnes said he had been "just combing through all the media reports going, 'Don't say Proud Boys, don't say Proud Boys, don't say Proud Boys,'" hoping the "lunatic Nazi" who allegedly killed Heather Heyer wasn't a member of his group. He wasn't, but the white nationalist Jason

Kessler — who has been filmed undergoing his second-degree Proud Boy initiation — was the rally's principal organizer. Less than two months earlier, Kessler had been a guest on "The Gavin McInnes Show," where he promoted Unite the Right and, in a chummy interview, laid out the ideological overlap he and McInnes shared. "What's really under attack is if you say, 'I want to stand up for white people. I want to stand up for western civilization. I want to stand up for men. I want to stand up for Christians,'" to which McInnes nodded in agreement and added other examples: "I'm against immigration...I'm against jihadis. I'm against radical Islam."

After Charlottesville, in a move to protect the fratty and innocuous Proud Boys' brand he's worked so hard to cultivate, McInnes ejected Kessler from the organization and insisted he had never *really* been a Proud Boy. "I'm suspicious of you, coming to Proud Boys meetings saying you're not alt-right...and I think you were there to try to recruit guys," McInnes told Kessler when they spoke on his show two days after the rally. It was only after the violence in Charlottesville, when any doubts about the true nature of the movement were stripped away, that Mcinnes attempted to earnestly distance the Proud Boys from the alt-right label. Before that, he seemed content to let the Proud Boys brand appear more ideologically ambiguous, profiting off the alt-right's rising popularity until things got ugly.

Although McInnes has attempted to distance his organization from the violence of Charlottesville, violence is firmly entrenched in Proud Boy dogma. McInnes was filmed punching a counter-protestor outside of the Deploraball in January 2017, and after a speaking engagement at New York University the next month turned violent, he wryly declared, "I cannot recommend violence enough. It's a really effective way to solve problems." In fact, in early 2017, the Proud Boys added another degree to their membership hierarchy: in order to enter the 4th degree, a member needs to "get involved in a major fight for the cause." "You get beat up, kick the crap out of an antifa," McInnes explained to *Metro*. Though he claimed in the interview he was ready to "get violent and beat the f--k out of everybody," he later backtracked in a Proud Boys Magazine piece, assuring the public the fraternal group was opposed to "senseless violence." "We don't start fights, we finish them," McInnes wrote.

Around the same time, Proud Boys member Kyle Chapman announced he was forming a new "tactical defense arm" of the Proud Boys — with McInnes' "full approval" — called the Fraternal Order of Alt-Knights (FOAK). The paramilitary wing positions itself as a defensive organization formed to protect right-wing activists at political demonstrations. Chapman, who has an extensive criminal history, first gained renown within the alt-right when he was photographed hitting a counter-protestor over the head with a stick at a March 4, 2017, pro-Trump rally in Berkeley, California.

Now referring to himself as "Based Stick Man," Chapman has been making the rounds of far-right rallies around the country, doing little to create rhetorical distance between the Proud Boys and outright white nationalism. "I am not afraid to speak out about the atrocities that whites and people of European descent face not only here in this country," he told a crowd at the July Unite America First Peace Rally in Sacramento, "but in Western nations across the world. The war against whites and Europeans and Western society is very real." It's an idea he brings up over and over again. "Whites are being discriminated against en masse," he told a reporter at *The*

*Atlantic*. On social media, he's used the tags #ItsOkayToBeWhite and #WhiteGenocide — both of which originated in white nationalist web forums.

Chapman openly encourages fellow Proud Boys and others on the far right to "sacrifice" for their beliefs. "You are also gonna have to come to the realization that you may have to bleed to keep this going," he told the crowd in Sacramento. "You're maybe gonna have to do some time in jail and you very may well have to die...I'm willing to die. Are you guys willing to die?" he asked, and was met with cheers.

Similar calls have come from Augustus Invictus — born Austin Gillespie — a former Florida attorney and Senate candidate Chapman named his second-in-command in FOAK. Invictus' ideology is a bizarre mix: he holds many mainstream libertarian beliefs but also claims Nazi and antisemitic thinkers (from the likes of Carl Schmitt and Francis Parker Yockey) as his chief intellectual influences and paganism as his faith. During his Senate run in 2016, journalists discovered that the candidate had slaughtered a goat and drank its blood as part of a pagan ritual. In campaign material, he criticized the federal government for abandoning eugenics programs. He's also an admitted Holocaust denier.

McInnes welcomed Invictus onto his show on July 28, 2017, where the conversation repeatedly dipped into Invictus's interest in armed revolution. He explained that he'd fallen out with his fellow attorneys because they took offense to his suggestions that "maybe lawyers should be hanged in a revolution and...if people get in our way, shoot them." With regard to journalists, he continued, "I'll tell them, 'you're the first ones that are gonna be hanging from a lamppost in the event of revolution.'" McInnes only nodded along and, in response, offered up his own frustrations with liberal journalists.

Like some former members of the Proud Boys, Invictus eventually left the group for more hard-core parts of the white nationalist movement. Two months after the interview, Invictus severed his ties with FOAK and, by implication, the Proud Boys, explaining in a Facebook video that he was frustrated with Chapman's lack of professionalism. He has since focused on strengthening his relationship with the alt-right, becoming a board member for Kyle Bristow's white nationalist legal outfit, Foundation for the Marketplace of Ideas.

The turn toward violence — and the blurring borders between 'alt-lite' and 'alt-right' — is typified by Brien James, the state representative for the Indiana Proud Boys and a member of FOAK. James gained his racist skinhead credentials in the Outlaw Hammerskins and the Hoosier State Skinheads before becoming one of the founding members of the Vinlanders Social Club (VSC), a racist gang known for its extreme violence. Since its creation in 2003, the VSC has been linked to at least nine murders nationwide. James once bragged that his Joint Terrorism Task Force file was "a mile long," and allegedly nearly beat a man to death for refusing to Seig Heil at a party.

James no longer considers himself a white nationalist but does identify as a member of the alt-right. In June 2017, he posted a video on YouTube in which he painstakingly attempted to categorize the groups that fit under the alt-right's umbrella, drawing distinctions between white nationalists and what he calls "constitutional nationalist organizations" that put " America first" and are ostensibly

racially inclusive. He explains that the Proud Boys and American Guard — an organization James founded as a modern version of the nineteenth-century anti-nativist group the Bowery Boys — fall into the latter category. But American Guard appears to draw a large portion of his membership from the racist skinhead VSC. And, even though James has stated that he refuses to mingle with National Socialists, he marched alongside them in Charlottesville. A video captured by *Charlottesville Weekly* shows James in an American Guard t-shirt trudging behind a man yelling "Black lives don't matter" and "Hitler did nothing wrong" at the August rally.

Proud Boys have become a staple at anti-Muslim and other far-right demonstrations, like when a group of Halifax Proud Boys disrupted a July 2017 ceremony held to mourn the murders of indigenous people by declaring the land "a British colony" and singing "God Save the Queen." Both rank-and-file and FOAK members were in attendance at the anti-Muslim hate group ACT for America's "March Against Sharia" rallies held in 28 cities around the country on June 10, 2017. At the New York City event — where Chapman harassed counter-protesters — local Proud Boy Pawl Bazile gave a speech contrasting his own Italian forebears with Muslim immigrants. "Give us a reason to accept you," he yelled, "because you know what? Sharia law ain't it. Raping women ain't it. Cutting off clits ain't it. Throwing gay people off roofs ain't it. You are a disgrace." He also referred to Burkas as a "ghost costume."

Only weeks after the rally, the New York chapter gathered for an event they called "Islamberg Exposed: Ride for Homeland Security." The Proud Boys, along with radical anti-government groups including the Oath Keepers and Three Percenters, caravanned through the small, upstate New York African-American Muslim community of Islamberg, which they described as a "suspected ground for recruiting, housing, and training terrorists, as well as a place away from the public eye for stockpiling weapons." In a film Bazile made of the "ride through," one of the participants claimed to have conducted "night-vision reconnaissance" in the town, and allegedly witnessed "training" like "breaking-neck-practicing" and "hand-to-hand combat training." Participants featured in the film, including Lisa Joseph from ACT for America, referred to the community as a " no-go zone": fictitious Muslim neighborhoods that are so dangerous even the police refuse to enter. Unsurprisingly, the outing turned up nothing to suggest anything nefarious happening in the community.

While it's hard to imagine anyone but a racist would spend their weekend menacingly parading through a Muslim neighborhood, Proud Boys continue to forswear that label. A number of journalists who've written about the group have received cease-and-desist orders from Proud Boys' lawyer Jason Van Dyke insisting they "do not now, nor have they ever, espoused white nationalist, white supremacist, anti-Semitic, or alt-right views."

The statement is especially remarkable coming from Van Dyke, a member of the Dallas-Fort Worth chapter and known neo-Confederate. Van Dyke's affair with far right extremism stretches back until at least his college days, when Michigan State University police searching his dorm found extremist literature, including *The Turner Diaries* and *Protocols of the Elders of Zion.* In 2000, the university suspended Van Dyke for several semesters after he was arrested for domestic violence, possession of a banned weapon and firearm safety violations.

Van Dyke's penchant for violence appears on his Twitter page, where in 2014 he made death threats against another user. Alongside a picture of a noose, he wrote, "Look good and hard at this picture you fucking nigger. It's where I am going to put your neck." "Your kiddies are quite a nuisance," he wrote to another, "My advice: run and hide. If I find you, I WILL kill both you and your family." After the musician Talib Kweli drew attention to the tweets, Van Dyke tweeted a picture of an AR-15 with the caption, "Stupid Talib is trying to get a lynch mob on IG to attack my home, job, & family. It won't end well for the attackers." Twitter banned him in response.

.

# Proud Boy lawyer demands alt-weeklies not call "western chauvinist fraternity" alt-right

*Baynard Woods*

**After last week's column,** we got a cease-and-desist letter from the Proud Boys' lawyer, complaining that we described the "Western chauvinist"™ "far-right"™ "fraternity" as "alt-right."

He took issue with this sentence: "'Western civilization' is often code—for people like Bannon and the alt-right fraternity the Proud Boys—for whiteness. But it is less offensive and less likely to scare away potential converts."

"The Proud Boys were founded by Gavin McInnes in 2016. The Proud Boys and Mr. McInnes do not now, nor have they ever, espoused white nationalist, white supremacist, anti-Semitic, or alt-right views," the lawyer, also a Proud Boy, Jason L. Van Dyke, wrote.

This is part of an aggressive post-Charlottesville branding operation by the Proud Boys, whose founder, McInnes, also one of the founders of Vice Media—he left in 2008—is obviously pretty media savvy.

But Van Dyke proves precisely the point of the column, which argued that Breitbart and similar organizations that do not overtly espouse racism act as bridges for racists.

Jason Kessler, the organizer of the Unite the Right event that led to a terrorist attack in Charlottesville, was a former Proud Boy. McInnes kicked him out and says he was never really a Proud Boy, although he was "initiated"™. In this, the Proud Boys are, ironically, a lot like Stalin: If a Proud Boy does something that makes the group look bad, he wasn't ever really a Proud Boy in the first place.

In a post entitled "Proud Boys Are Not Alt-Right," McInnes asked "WHAT IF I SEE PROUD BOYS AT AN ALT-RIGHT RALLY?" The answer is: "You don't. You either see someone who used to be a Proud Boy or someone who is dressed the same as us."

But whatever Kessler's official status with regard to Proud Boys membership, he spent his speech at the Friday night torch rally before "Unite the Right"™ talking about the concept of "white genocide," which was also the point of the chant "you will not replace us," which morphed into "Jews will not replace us."

McInnes may try to disavow "racism" but he has espoused the concept of white genocide, as in a tweet where he quotes a spurious Infowars article about aborting white babies to end racism and adds "this attitude + immigration = white genocide in the west."

Exhibit 8

Gavin McInnes' Tweet

Another prominent former Proud Boy, who guest-hosted McInnes' "show," Salvatore Cipolla, likes to retweet and be photographed with former KKK Grand Wizard David Duke and calls himself "#altright" and "Super Proud Boys 2" on his Twitter bio.

McInnes himself often says racist, sexist, and homophobic things. "10 THINGS I HATE ABOUT THE GODDAMN MOTHERFUCKING JEWS!," he once ALLCAP tweeted with a link to a video. But then he doesn't want to be called an anti-Semite because only he can define himself.

"I'm becoming anti-Semitic," McInnes said in a talk that bordered on Holocaust-denial. But when Duke approvingly tweeted McInnes saying: "Holodomor was Ukrainians. I think it was ten million Ukrainians who were killed. That was by Jews" (and linking to a site called "alt-right news," which said McInnes has gone "full 1488," an online code for Nazi), McInnes responded: "Fuck you. You're talking about a clip out of context that includes the words, 'Don't take this out of context.' Stalin did it. Not Jews."

Like white dudes everywhere, McInnes is the only one who can define him, while he spends all his time defining everyone else. His disavowal of the term "alt-right" also shows just how ridiculous these "free-speech-loving" right-wingers are. The right spent eight years playing incredibly fast and loose with political differentiation on the left as they called the centrist Obama a socialist, but it's become even worse now.

On the same day he sent the letter to our papers, Mr. J.L. Van Dyke, Esq.™ tweeted to his 236 followers: "I respect that Bernie at least admits he is a socialist. The rest of the left is too cowardly to admit that they are Marxists."

And yet, the "far right"™ "Western chauvinist"™ snowflakes expect everyone else to micro-parse the differentiations within their movement. For a while, "alt-right," even though it was coined by Richard Spencer, was generally used to mean the right-wingers who are culturally "alternative" to the stuffed-shirt shitheads like Mitch

McConnell. (As alt-weeklies, we've often noted how much we hate that these fuckers use our prefix).

Of course, the Proud Boys' militant wing, headed up by Based Stickman Kyle Chapman, is called the Fraternal Order of the Alt-Knights—so you know, they're not encouraging alt-right associations at all.

The Proud Boys are also quite misogynistic. McInnes once tweeted: "Every guy I've ever known to be involved in a 'domestic' was the result of some cunt trying to ruin his life." If you want to hear more about this and their "no wank" policy, listen to Zoe Chace's great "This American Life" story on the Proud Boys.

When they say "Western chauvinist"™ instead of "racist," they say they are claiming only that "the west is the best"™ and not that white people are the best. They often point out their few minority members. They think they may be able to draw these lines wherever they want and separate themselves from the "alt-right." They think they can control the narrative. But acting as a bridge for the Nazis means they get the dogshit from their boots all over your backs.

A lot of the publications decided to change the word "alt-right" to "far-right" or something similar in order to avoid spending time and legal fees debating this. I myself feel like "the litigious alt-lite" is now far more more accurate phrase for these guys. Like Mike Cernovich and all of the other people who want to be able to say hateful things while simultaneously denying they are hateful people. So consider this a correction.

https://www.victoriaadvocate.com/news/business/da-faces-employment-lawsuit
/article_8f65ecc6-0652-5832-9353-3449f6a5676a.html

/BUSINESS/LOCAL-BUSINESS   /NEWS/LOCAL-NEWS   /NEWS/POLICE-COURTS

## DA faces employment lawsuit

By Jessica Priest jpriest@vicad.com Reporter   Apr 22, 2017



Stephen Tyler

contributed photo

Buy

A scorned job seeker is suing Victoria County District Attorney Stephen Tyler.

Tyler offered Jason Lee Van Dyke a felony prosecutor job in his office.

But 12 days before he was to start, Tyler rescinded his offer.

Exhibit 9

Van Dyke had already closed his law firm in Plano, put down a $1,000 deposit on a house in Victoria, referred clients to other lawyers without charging a customary fee and ended a $50,000 contract to be general counsel for a collections agency.

But he said he's not suing Tyler to regain his lost earnings. He's trying to regain something less tangible - his reputation.

"I think someone ran their mouth," Van Dyke said. "What I'm trying to find out is who it was and what they said."

He's asking a judge if he can take Tyler's deposition. He also wants a judge to order Tyler to give him any interoffice communication about him.

But Van Dyke already has a less than stellar reputation, at least on some corners of the web.

Van Dyke was featured in a December 2007 article of the Intelligence Report, which is published by the Southern Poverty Law Center.

In the article, Van Dyke, now 37, is depicted as taking part in an event hosted by the Michigan State University chapter of Young Americans for Freedom.

MSU-YAF was listed by Southern Poverty Law Center then as the only university hate group in the country.

Van Dyke, who is described as a neo-Confederate lawyer based in North Texas, addressed protesters at the event, some of them Latino students, by saying, "Remember, the First Amendment gives you the right to use four-letter words. So I have two words for you: 'work' and 'soap.'"

When initially asked whether he had skeletons in his closet that would give a potential employer pause, Van Dyke said he had represented a victim of revenge pornography and been involved in other contentious litigation.

Later, Van Dyke confirmed he attended MSU and took part in the event but declined to elaborate.

He said while in Michigan, he was arrested on domestic violence and gun charges.

He said the charges were later dismissed for lack of evidence and expunged from his record.

Van Dyke doesn't consider the SPLC to be credible and therefore doesn't think Tyler should have considered it during the hiring process.

Tyler declined to explain why he rescinded the offer.

"I would suggest that there is plenty of information publicly available," Tyler wrote via email.

Tyler did not respond to a subsequent email by Friday night. The email asked whether the article on the Southern Poverty Law Center's website was what Tyler was referring to and, if so, why he didn't read the article earlier in the hiring process.

Van Dyke said he's represented indigent minorities before and that his worldview is on par with President Donald Trump.

"This notion online that I'm some Klan member is completely false. These are just internet trolls," he said Friday.

He said he's had a lifelong dream of being a prosecutor and wanted to work for Tyler because he admired him for "consistently taking a tough stance on gang and sex crimes."

Van Dyke also thought Tyler's no-plea-deal policy for misdemeanor DWIs was an "interesting, novel approach." That policy no longer exists.

"Not everyone liked him, but he was a true believer in the Constitution, and that's what drove me to want to live in Victoria," Van Dyke said.

It also helped that Victoria and the surrounding area is ideal for hunting waterfowl, which Van Dyke said he likes to do in his spare time.

Now, he's avoiding bankruptcy by working out of his home and wants Victoria County residents to know they've elected a DA who goes back on his word.

"There's a reason attorneys and especially prosecutors are held to a higher standard of honesty, and that's what this boils down to," Van Dyke said.

Others, though, could understand Tyler's choice.

Steve Fischer, a former Willacy County District Attorney, met Van Dyke a few years ago during a continuing education class.

In person, he said, Van Dyke was mild and friendly. Online, he was different.

Fischer remembered he had to delete Van Dyke from a Facebook group for attorneys because he argued with others and made racist remarks.

"He had an awful hate streak in him, and it's sad because I think he is a decent lawyer," said Fischer, who now practices in El Paso. "I don't know how he'd act professionally when his own beliefs come in conflict with the law. Just the things he might say could embarrass that office."

---

Jessica Priest
Senior Reporter

Jessica Priest has done a little bit of everything since moving to Victoria in 2012. She was a regular fixture in the Crossroads' historic courthouses, but now slathers on the sunscreen to report on the environment.

# Jason L. Van Dyke
## Attorney & Counselor at Law
Licensed in Texas, Colorado, Georgia and The District of Columbia

September 5, 2017

Mockingbird Publishing Co.
████████ Bello II
Columbus, OH 43211

via CMRRR No. 7016 2710 0000 9323 9190
and First Class U.S. Mail

### NOTICE OF INTENT TO FILE LAWSUIT

Dear Mr. Bello:

This firm represents the Dallas/Ft. Worth and Houston chapters of The Proud Boys and this correspondence constitutes notice of their intent to file a lawsuit against you for the false and defamatory article authored by you and published by Mockingbird Publishing Co. a/k/a The Mockingbird titled "Neo-Nazi Group Targets Residents in South Campus Area". My firm will also be associating with lawyers from Ohio to obtain damages on behalf of Ohio chapters of The Proud Boys that were libeled by your article. Specifically, your article contains the following false and defamatory statements:

(1) The article falsely states that The Proud Boys are a "Neo-Nazi Group";

(2) The article falsely states that members of the Houston chapter were flashing "white power" or "nazi" hand signs (the article contains a photograph of members of the Houston chapter carrying guns, but not flashing any hand signs reasonably associated with "white power" or national socialism);

(3) The article falsely states that the Ohio Proud Boys placed hand-drawn swastikas into mailboxes and mail slots in an attempt at unlawful intimidation;

(4) The article falsely states that the Ohio Proud Boys were in Houston, when in fact, the only chapters providing hurricane relief in Houston were from the Houston, Dallas/Ft. Worth, San Antonio, Austin, and Miami chapters;

(5) The article falsely states that the fraternity members who undertook an anti-looting patrol were performing "ethnic cleansing"; and

108 Durango Drive
Crossroads, TX 76227
P – (469) 364-5346
F – (972) 421-1830
jason@jvandykelawfirm.com

Exhibit 10

(6) The article falsely states that The Proud Boys are roaming the nation trying to shoot people.

While I would normally permit a publication such as yours the opportunity to make a correction and issue a retraction, it's clear from the context of the article and your willful disregard for the facts that making such a demand will be fruitless.  Accordingly, demand is for you and Mockingbird Publishing Co. to immediately and permanently remove the offending article.   Second, demand is made for you and Mockingbird Publishing Co. **to cease and desist** all future false and defamatory articles concerning any chapter of The Proud Boys.  Finally, demand is also made to payment in the amount of $10,000.00 in damages to "The Proud Boys" as full and final settlement of the damages to the reputations of those depicted by your article to the organization as a whole and its individual members.  Please direct your payment to this office.

You must either comply with all of the demands contained herein within fourteen (14) days of your receipt of this letter, or in the alternative, provide my office with a reasonably time frame by which you will comply.  Should you fail to do so, I have been authorized to initiate a lawsuit against you.

Very truly yours,

Jason L. Van Dyke
Attorney & Counselor at Law

# White Nationalist Lawyer sues Mockingbird, Threatens Talib Kweli

*Author: Gerry Bello*

## You are here



I'm honored to be in such august company as Talib Kweli. I have never met him but he has done a great deal to raise the level of political discourse in this country, indeed in the world. He has used words as art to bring justice to the forefront of our national conversation. I have in the past covered his former writing partner Mos Def's activism against the force feeding of hunger strikers in America's gulag. (The video link contained in the article leads to graphic footage.) I never expected to be sharing so a direct adversary with either of them. But now I do.

In the course of the Mockingbird's local coverage, a local group with national connections was found hanging fliers in the South Campus area. This group, the "Proud Boys", aggressively markets itself as "western chauvinists." I have described them neo-nazis. There is ample evidence to support my opinion. The Mockingbird as a corporate entity, and myself personally, are now defendants in a lawsuit based in part on the granularity of this difference of opinion. Talib Kweli has been threatened publicly but not yet served with a similar suit by the same plaintiff.

The above Proud Boy of the third degree (they have ranks) demanded $10,000 from the Mockingbird for publishing the first local news item. We published his demand letter and our answer here. He sued for that. The lawsuit is in county court in

<p style="text-align:center; color:#7a1212; font-size:1.4em;">Exhibit 11</p>

Denton Texas.  We have retained counsel and we will aggressively defend ourselves and our position.

Aside from the obvious and ironic free speech issue at stake, Jason Lee Van Dyke (not be confused with the other racist Jason Van Dyke, a Chicago Police officer facing trial for the murder of Laquan McDonald), has a history of targeting anyone who brings up his connections to racist groups.  He was offered a job as an assistant district attorney in Victoria Texas. This offer was rescinded when his connections and past came to light.  He sued, demanding to know who research and exposed him.  His lawsuit against the Mockingbird has a similar angle.  Through discovery he is seeking our sources for the original article.  Thus he is demanding the identities of people who do not want swastika fliers shoved into their homes through their mail slots and are willing to report this anonymously to the press.

Jason Lee Van Dyke is no stranger to making threats of physical harm.  As reported this week in the Huffington Post, Mr Van Dyke was tweeted a picture of a noose with the caption "Look good and hard at this picture you f****** n*****. It's where I am going to put your neck." Mr Van Dyke claims he is not a neo-nazi.  He is suing me for saying so.  He is threatening Talib Kweli with essentially the same suit and he tweets death threats with racist language to people who draw his ire.  As a reporter, I fear for the safety of my sources.  As an editor and publisher, I am required to defend the freedom of the press to report the news.

This is the heart of the social contract between the reader and the publication.  I get the facts, you read them and live an informed life in civil society.  Jason Lee Van Dyke will use every legal manuver he can to draw this out in order to decide for himself and his racist brothers what you can read, know and say.  I will incur massive debts defeating him.  I am forced to fight this case in Texas. Van Dyke has chosen the battle ground so as to maximize his home field advantage and my expense.  I have not received so much as a peep or a returned phone call from the ACLU.  They apparently are too busy defending nazis who run people like me over with cars.

We live in trying times where the civil and social institutions that society has created for it's own defense are failing under the onslaught of backwards thinking of animated reactionaries. Be those institutions science or the press, the truth everywhere is under attack.  I will do my part in the defense thereof, and in the counter attack to extend truth, freedom and general prosperity to all people.  I would appreciate your help in doing so.

This is the part where I make a fund-raising appeal. I have started a crowdfunding campaign. If the freedom of the press is something you value, regardless of your love or lack thereof for me personally, please contribute.  Should you not wish to send money over the internet, donations can be made via mail at

Mockingbird Publishing

POB 82476

Columbus OH

43202

# White Nationalist Lawyer Threatens the Mockingbird with Lawsuit. Read Our Response

*Author: Gerry Bello*

Nothing confirms journalistic integrity and investigative effectiveness like push back and spin. There is no better push back the threat of a frivolous lawsuit. A frivolous lawsuit has no purpose other than to intimidate, and to drain resources when it is used in an attempt to silence the press. Facing such a prospect head on, regardless of the cost in hourglass sand and treasure, is the proper thing for a news source to do. It is what is expected of us if we are to defend the public trust that is placed in us to find and report the truth.

[A recent article about neo-nazi activity in the OSU campus area](#) has given the Mockingbird, and myself personally, a chance to earn to that public trust. The article, concerning the not proud enough to sign their swaztika fliers "Proud Boys", elicited our first actual cease and desist letter, which is included for reader download at the bottom of this article. Their demands, in short, are (1) Make the article go away (2) Don't write about us again (3) Gimme $10,000. The answer is going to be No. No. And No.

Later today, or tomorrow, September 15th, if I feel like it, the following letter will be sent officially as a response. Our dedicated readers should have a chance to enjoy it long before it arrives in Texas officially. Should Mr. Jason L. Van Dyke wish to evade service of a registered letter, this article constitutes the publishing of an open letter in a newspaper for him to enjoy. It is clear from his actions that Mr. Van Dyke monitors this publication as well as any internet address associated with this author, as will also be outlined in a letter.

For the Enjoyment of the reader and the edification of the Proud Boys, the letter begins now:

Dear Mr. Jason L. Van Dyke esquire,

Through our statutory agent we received your letter dated the 5th of September 2017. We have read your objections to our work, and your demands to cease and desist. After that we had a long hardy belly laugh. The letter has been shown to attorneys with which we have an ongoing relationship and specialize in free speech law. They suggested that I not pay them until you actually bring suit as they are fully confident I can handle you and this action without much help from them. Just so you know, I have a 1000% batting average when appearing Pro-Se in federal labor court, State Court in Ohio and State Court in Texas as both plaintiff and defendant, both civil and criminal.

Since you are alleging Libel, please do realize that we are familiar with the relevant

<p style="text-align:center; color:#a00;">Exhibit 12</p>

case law. That would be *New York Times V. Sullivan* and derivative cases under federal, Texas and Ohio law. Since you claim to be "associating with attorneys in Ohio" I can assume that you are still confused about venue, and can not decide if you are going to bring your so-called action in the Northern District of Texas, the Southern District of Ohio, or the State Courts of either Texas or Ohio. Are you shopping based on case law or based on judges?

Perhaps your threat is to sue Mockingbird Publishing and myself twice, once in State Court in Texas. It is not clear what exactly you intend to do other than silence the free press and collect a hefty payday. Neither of those things will ever happen.

One of the your core allegations is that the so-called Proud Boys are not Neo-Nazis. What you failed to disclose is that you are a "Proud Boy" yourself, of the third degree, or at least that you claim to be so on your Facebook profile. A screenshot of said profile is included below. Are you under contract with the Proud Boys? Are you acting as their in house counsel?



You claim to be representing or finding representation for Proud Boys in Ohio. Proud Boys, as a legal entity, as opposed to an informal association, do not exist in Ohio. Persons claiming membership have committed various acts of low grade intimidation here, but they have not filed any paperwork with the Secretary of State's office. You are threatening a lawsuit in one, possibly two venues for a client that has no corporate existence in "association with" lawyers you do not care to name. Sir, you are a lawyer demanding monetary damages for articles written in another state where you are not admitted to the bar on behalf of a group of anonymous clients that have no way of retaining you. For that, you get nothing but a copy of this letter sent to the Texas bar association.

I can only assume that your basis for any action would be your own personal affiliation with The Dallas Fort Worth Chapter (assuming you joined the closest one to you). This personal affiliation of yours is an element of proof that the Proud Boys are in fact neo-nazis. You sir, are a nazi. This makes your clients, when they are your

close political affiliates, nazis as well.

Basic research noted your 2000 arrest and conviction on weapons charges and domestic violence. At that time your were in possession a of the *Turner Diaries*, a neo-nazi semi-fictional terrorist manual. You also had a copy of the *Protocols of the Elders of Zion*, a classic of anti-Semitic forgery. The former book was written by the late William Pierce, the former head of the National Alliance. That man was an unapologetic and self-described Hitlerian. There is a direct line from you through him to George Lincoln Rockwell, who actually wore swastika armbands. You were also a member of the Council of Conservative Citizens, which is a known white supremacist organization, albeit one lacking the more traditional robes and / or jackboots uniforms.

How you came to pass the bar fitness exam with a domestic violence conviction and a weapons conviction is a mystery to me. What is also a mystery is how you can be in possession of firearms, much less claim to be an instructor with said convictions. Is the ATF aware of your apparent violations of federal firearms law? You appear, on social media, to be in possession of firearms while under disability.

I also noted a post regarding the repeal of certain firearms laws, on the neo-nazi website Stormfront, by a profile called WNLaw. I assume the WN stands for White Nationalist as opposed to" What Now?" This appears to be you. Is this you? Are you rambling on about some ill-conceived petition drive so you can legally have guns on a neo-nazi website while claiming that you and your friends are not neo-nazis? Did I get that right? I'm just doing my due diligence here... since you seem to insist.

Your claims in short are without merit. Since this letter may well be evidence some day I will spare the judge and the jury more colorful language describing the deficit of merit your claims, and you as a human being, seem to lack.

I am going to assume that the letter should be delivered to 108 Durrango Drive as it is on your letterhead as your office. That is a lovely home that doubles as your office. I see that you and your father teamed up to buy that nice little foreclosure and benefit somehow from the sub-prime mortgage crisis in 2011. I guess bottom feeding runs in your family.

I welcome your suit should you be foolish enough to file it. I am prepared, and so are a number of firms who would be pleased to represent me against you. Both my friendship, and your buffoonery, have motivated their requests for participation. I personally do not take well to threats. Threatening me is like attempting coitus with a garbage disposal. It is pointless, painful, and makes you look more ridiculous on the internet than you already were.

Should you bring your suit it will be noted that I do have a cause of action against you as well, along with your anonymous clients. Your post to my recent gofundme fundraiser was proximate to so-called "shitposting" by people I can only assume are also Proud Boys in good standing. The one who said he would sooner "slam his dick in a car door while leaving the keys in the house" then purchase my latest book was a real winner.

You, and your neo-nazi associates directly interfered with my business under the

guise of political opposition. Since your goal was the shutdown of a press organization we will not dignify your conduct with the term "free speech."

The threats and the harassment will cease now. There will be no further contact from you.

Good Day Sir,

Gerry Bello

Publisher and Editor in Chief

Mockingbird Publishing

CC: Texas State Bar Association, Colorado State Bar Association, Georgia State Bar Association

[Editors Note and Retraction 11/19/2017]:  Jason Lee Van Dyke has denied his afformention convictions on charges of domestic violence and the weapons charge. He claims the weapons charge was expunged in 2006.  Research by volunteers has not been able to determine the status of these cases or convictions.  The State of Michigan has laws that allow misdemeanor convictions to be set aside in some circumstances if the offendor is under 21 at the time of the crime.  Under the provisions of this law a person could answer truthfully that they have not been convicted of the crime in federal court.  We have been unable to determine if Mr Van Dyke used this law in this case.  Should he have he would not be under disability and therefore permitted to own firearms.  Records searchs performed by a legal professional in Michigan produced inconclusive results.  Short of a midnight trip to the basement of the Ingham County courthouse we have no way to be certain at this time. Mr. Van Dyke, in addition to being authorized to practice law in Texas is also authorized to practice in Georgia, Colorado and the District of Columbia  Lawyers often do select courts based on tactical considerations. It is not unlawful. In this case, Mr Van Dyke does not appear to be engaged in the unauthorized practice of law.]

# Neo-Nazi Group Targets Residents in South Campus Area

*Author: Gerry Bello*

## You are here



While some of their members flashed white power hand signs in Houston, members of the neo-nazi group "Ohio Proud Boys" were busy on campus. The Neil Avenue corridor between 10th street and 5th was covered in recruiting fliers. At the same time, several residents found hand drawn swastikas stuffed into their mail slots at their homes, including inside apartment buildings in an obvious attempt at intimidation.

While some of them posed with guns while standing merely knee deep in the flood waters of suburban Houston, the ones proud enough to stay home were proudly advertising their fliering to "take our city back" and "stop anyone from taking down any more statues." No statues have been removed from Columbus.

The local neo-nazi group operates only a few blocks from where the head of the Daily Stormer, Andrew Anglin, keeps his false voter registration. They apparently intend to take their city back block by block by coming to people's homes in the early morning.

Their trip to Houston was a self-described "anti-looting" patrol, which means taking advantage of a climate change disaster to carry out ethnic cleansing. Their are no boats, supplies, or shelters in their photograph, just young white men with guns flashing nazi gang signs over a thousand miles from home.

Their propaganda offensive in South Campus, combined with another flier drop in the Iuka park area comes less than a week after another armed neo-nazi group plastered fliers all over the town of Yellow Springs a little over an hour away. This is in the wake of neo-nazi recruitment literature being dropped at people's homes in both Westerville and Clintonville in the last month and groups of Nazis targeting businesses up and down High Street.

What is happening is a neo-nazi intimidation campaign, consisting of fliers on poles, fliers on porches, swastikas shoved into homes and an armed nazi gang based in Columbus roaming the nation looking for a chance to shoot someone.

The South Campus area saw a wave of increased policing followed by a wave of OSU financed and led gentrification. Now it is full of nazis and police are nowhere to be found while armed thugs come to people's homes. Conservative student groups with strong neo-nazi links use hotels in the tax-free district of downtown for their conventions.

The University has targeted old North for Gentrification next, and the nazis are making themselves known there. This will be followed by South Linden, where already the police kill unarmed black people at the highest rate in the nation. A national neo-nazi group is headquartered in Worthington. Meanwhile anti-fascist demonstrators are targeted for abuse and tear gas is deployed in the streets to suppress any protest against police brutality.

The linkage between police brutality and murder, the OSU led real estate development agenda, City Council's

Exhibit 13

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 64 of 99 PageID #:  843

continued disenfranchisement of the black community and neo-nazi activity is literally written on the map of Columbus as if it were zoning regulations. Nothing happens in a vacuum, and the Mockingbird will continue to cover it all. The nazi flood waters reach from Houston to Columbus and back.

# Lawsuit against Mockingbird Paper Dismissed with prejudice: The lessons, takeaway and a reveal.

*Author: Gerry Bello*

On Wednesday November 22, Jason Lee Van Dyke contacted Mockingbird Publishing to drop his lawsuit against us and myself personally. On Friday we agreed to his stipulation to dismiss with prejudice. That means he can not sue for the same article again. The order was filed and the judge agreed yesterday.

Before I pass out the criticism I will give thanks. So thanks to the dozens who donated to my fund raising effort both anonymously and openly. Thanks to the people that stood up on the internet. That means you Ken White. That means you Asher Langton. That means you Talib Kweli. Thanks to Andy Campbell at Huffington post for nearly becoming a co-defendant for covering the story and thanks to Mike Masnick at Techdirt for his biting slap down of Van Dyke over the whole deal. "Mockingbird's Gerry Bello responded appropriately, telling Van Dyke to fuck off, but also stating Bello's opinion (backed up with evidence) that Van Dyke is a Nazi." It's nice when you tell someone to go kick rocks and a third party enjoys it.

"*And if you know the time, give me a sign. Tell me where we draw the line. I got your back if you got mine.My enemy's enemy is my man.One dreadlock is stronger than one strand while the crackers got the upper hand.*" -- *Psychology*, Dead Prez

My wallet is over $5000 lighter. Victory has a price. A personal victory for me and a corporate victory for Mockingbird Publishing is positive if you are me. American civil society does not share in this victory. With a few exceptions, American civil society did nothing to defend itself and it's press freedoms.

The ACLU of Texas did not help. They are suing over a bumper sticker. It gets them press in my news feed. The Proud Boys, who I took on in my original local news article, were amongst the white-supremacist groups in Charlottesville that ACLU sued on behalf of. The violent attack the night before non-withstanding, the defenders of freeze peach quickly tweeted in defense of the car that struck protestors, including a friend of mine, killing one and injuring 19. They attempted to make that look like self-defense on twitter. Their Mea Culpa in the media later was for getting the permit, not for defending murder. A month later when my freeze peach needed defending I heard only crickets.

Although my lawyer in this case is a member of the National Lawyer's Guild, they did not refer me to him. Other working reporters, who had worked the local beats in Houston did. The NLG's referral service gave numbers of liberal lawyers in Austin who declined to take the case if they bothered to return my phone calls at all. It would have been easier for me to find a lawyer in Texas if I had spanked a baby with an ax on the steps of the capitol.

<p style="text-align:center; color:maroon;">Exhibit 14</p>

The Freedom of the Press Foundation joined the ACLU in the cricket chorus. I've covered their claims before, and chastised the mainstream media for it's lack of self-defense aptitude. There has been not a word from them.

We live in times where genocide minded enemies of human rights have marched from Birmingham and Berlin to the intersection of K street and Pennsylvania avenue. As I'm fond of saying, "Liberals gotta Wiemar." What I just witnessed and overcame was the wholesale failure of liberal institutions to defend their own values. They hide behind a Trump-esq false moral equivalency, a famed "on both sides." I chastised this when it appeared in the Atlantic just prior to Charlottesville, and I'm about to chastise this again.

If this missive of mine has suddenly turned political, that is because the situation always was political. The plaintiff's motivations were purely political, as evidenced in his filings:

"*On information and belief, Defendants are associated with a domestic terrorist collective known as "Antifa" that prides itself on harassing, defaming, and committing acts of violence against persons and groups that espouse conservative groups....*"

As I said about Beinart in my Atlantic takedown:

*"He refers to Antifa in terms of "Antifa is." No, Antifa is not. Antifa are or they are not. Antifa is a plural descriptive of people with shared politics not an organization. There are many organizations that are conciously and outspokenly antifacist. Some antifascist activists engage in some well-known tactics on occasion. "Antifa is" creates a monolithic organization where none actual exists. If he does not know enough to use singular and plural in the correct context he is not qualified to draw a single conclusion from his limited, carefully currated dataset. Antifascism is an ideology. Antifa is a plural descriptor of Anti-fascist activists engaged in street action. Skinheads Against Racial Prejudice (SHARP), Anti-Racist Action (ARA), The General Defense Committee of the Industrial Workers of the World (IWW-GDC), Red and Anarchist Skinheads (RASH), Hoosier Anti-Racist Movement (HARM) and the Torch Network are anti-fascist organizations. That is just to name a few with strong brand recognition. All of the above have existed for more than 5 years. All but one has existed for more than 20 years.*"

So yes, I am an Anti-Fascist. I have always been one. That descriptor comes with some things, like funeral attendance. In doing this for over 20 years I've seen people die. I've consoled family members. I've helped communities fight back. This is not a secret. It's on my bio page.

So Anti-fascist is a generalized political descriptor that applies to me. Anti-Racist Action is an organization that I have never hidden my membership in. Standing up to gas chambers requires no apology. I also don't need a cookie. It's something everyone should do. My current profession is journalist and my current job is building a local publication, writing articles and producing books. This story comes not from my work as a community activist, but as a local reporter.

I was just doing my job. A source came forward with a tip. The tip became a story.

The source feared retaliation. I was threatened over the story. I did not back down in the face of the threats. The retaliation landed on me not on my source. The plaintiff's filings lead me to believe he wanted the source

*"INTERROGATORY 5: Identify any and all communications, or documents evidencing communications, between Defendant and any third person that relates or pertains to Plaintiff since January 1, 2017."*

My source's identity, and address, like mine would have been a matter of public record. They, like me would be open to legal and extra-legal retaliation. This whole exercise would have been a wholesale intimidation of the process of a free press in our increasingly unfree society. That societies institutions failed it with thunderous silence.

What won out the day is community self-defense. My community of old friends and my newer community of online friends stepped up. The former did so on consistancy of my life long work on this issue. The latter did so because my enemy was already their enemy, as he should be to any person of conscience regardless of political affiliation. We leftists have a word for that. Solidarity. It's tattooed on my arm.

That solidarity will be tested again. Mr Van Dyke is a self-admitted member of an organization. He is not their topmost leader, despite appearing in a puff-peice documentary on NBC. He takes orders. This is evidenced by his final communication to my lawyer:

*"My supervisor has instructed me to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it."*

I was under the impression that Van Dyke was solely self-employed and ran his law practice from his home. In his libel suit he did not contest that as untrue. Perhaps he overlooked this. Perhaps he has a side job for extra cash. I take other work sometimes as well, that is the nature of the new economy. I don't take jobs that tell me who I can sue and what rights of mine I am permitted to defend. It is clear from Mr Van Dyke's threats to the Texas bar that he values his independence as well. However he signed off with:

*"This letter is nothing more, and is not intended to me anything more, than compliance with an order from my immediate supervisor at the company where I am employed."*

It is clear that this is a man who takes orders from someone. Who that someone might be is not clear but I have my suspicions. Investigating and confirming my suspicions is what I do. It's my job. That truth will out, I'm a patient man.

With this Van Dyke business out of the way, there are a great many things to investigate and write about as a local beat reporter. There is local city and sports corruption (looking at you Columbus Crew, looking at you Columbus Foundation), Police misconduct (looking at you chief Jacobs, looking at you Dave Phalen), other fascists in the area and their enablers (looking at you New York Times), and political corruption that stretches from local to national (looking at you Andy Ginther).

One thing a human rights reporter does not suffer from is an oppression shortage. I hope the new friend I have made and met will be informed by my ongoing work now that I can get back to it.



Search



AWM: J.L. Van Dyke Complains About College Censorship (2000)

308 views

 LIKE    DISLIKE    SHARE      



**AWM Blog**
Published on Jul 14, 2017

SUBSCRIBE 119

AWM Blog tracks white nationalists, Neo-Nazis, Red Pillers, and other members of the alt-right
movement. In this video from 2000, Jason L. Van Dyke complains that far-right views are censored
on college campuses.



Exhibit 15

# West is the Best

*West is the Best*

**The Incestuous Asher Langton**

**By: Jason L. Van Dyke, Esq.**

After almost twenty years of living in the South (after moving away from Michigan at the first opportunity), I have occasionally had to endure crass jokes about whether it's legal for people to marry their first cousins in Texas. It rarely does any good to point out that Texas law does not permit such marriages because the joke is nothing more than good-natured ribbing. Unfortunately, statistics show that while about 1 in 1000 marriages are between cousins, there is a growing trend of individuals engaging in sexual relationships with closer relatives. One such person is Jacob "Asher" Langton of Omaha, Nebraska (@AsherLangton on Twitter).

Asher, the second-born son of Isaac and Rebekah Langton, was born in New Canaan, Connecticut, in July 1977. His family has a history of mental illness. Asher's grandfather was involuntarily committed to Whiting Forensic Division Hospital in Middletown after attempting to murder Asher's father in a gay masochistic bondage ritual. Prior to "the binding," as it was called, Isaac was unable to procreate due to his inability to look at Rebekah's face without losing his erection. However, Jacob and his older twin brother Esau were able to be conceived when Rebekah had the foresight to tie Isaac to the bed and ride him until orgasm while wearing a Guy Fawkes mask. Isaac would be reunited with his father when he was finally committed to Whiting for sexual deviancy, after which Rebekah moved to Oakland, California, with her two sons.

Esau was unfortunate enough to inherit his family's curse of mental illness, but had superior physical strength (hence the common phrase "retarded strong") and managed to avoid his mother's bad looks.  Asher was not born mentally ill – merely autistic – but was cursed with a frail body and a face that looked like the south end of a north-bound donkey.  With his father committed and his autistic screeching making it nearly impossible for Asher to make friends with anyone, Esau was his only companion throughout his childhood.  This close relationship would become too close for comfort after both boys hit puberty.

Shortly after turning thirteen, Esau caught Asher in the bathroom masturbating to male models in an Abercrombie & Fitch catalog.  While this was not an uncommon thing for Esau to do himself, he knew that Asher was born with a micro-penis and would probably never be able to get off through self-stimulation.  Esau took pity on his younger brother and began teaching him the secrets of being "the ultimate power bottom for big brother."  Thus began a deviant sexual relationship between the brothers that was characteristic of their family tree and widely accepted in a city as degenerate as Oakland.  The boys finished high school having never been loved or touched except by one another.

<span style="color:darkred">Exhibit 16</span>

In the passion of one of their final trysts, Asher sobbed to Esau that he would soon be leaving him to go to college in Wisconsin. It greatly angered Esau to lose the best bottom that he had ever had. At the age of eighteen, Esau's mental illness had become apparent to all around him and he knew that his only source of pleasure while Asher was in college would be from "Mr. White's Pony Petting Zoo," which is at least four hours to his South in Los Angeles (more on that in my next article). While the thought of leaving behind his better half was scary to Asher, he knew that his social awkwardness and horrific aesthetics made a math degree his only chance at survival.

It should surprise no one that Asher's attempts to date as a college student were an abysmal failure. His micro-penis earned him the name "Babybel" among Wisconsin's men (many of whom were bottoms themselves looking for a top). Unable to find one that could please him the way Esau could, Asher made his first efforts at speaking to women. Tragically, all attempts by Asher at talking to even the plainest of girls made them drier than a summer sandstorm. All except for one: Callie. As a dominant woman looking for a submissive man – one who wasn't even close to her equal – she viewed her relationship with Asher as a match made in heaven, except for the sex.

When it came to sex, Callie and Asher had an open marriage since they knew that they would never be able to satisfy each other sexually. Following the U.S. Supreme Court decision in *Obergefell v. Hodges,* Asher immediately flew back to his brother in Los Angeles so they could get married using fake names (not even California was ready to recognize an incestuous polygamous relationship between two men). Esau changed his last name to "White" for the ceremony, while Asher changed his first name to "Israel". Thus, Esau White and Israel Langton were united in marriage. Callie, of course, remained married to Asher and took her pleasures from the plumber, the pool cleaner, and the lawn maintenance workers while her husband autistically counted her moans.

Since Asher is prohibited from working in an office environment because OSHA fears that any of his female co-workers not wearing panties will become stuck to their chairs at the sound of his voice, he remains at home as a professional internet troll and a devoted lover to his brother. Meanwhile, Callie has a real job and is the primary breadwinner of the family.

Is this story true? Maybe. You see, when Asher inaccurately accused this author of being a regular poster on *Stormfront*, I did a little digging. I would see someone posting on the notorious incestuous relationship site "Incest Is Best, Give Your Sister The Test" under the name @AsherLovesEsau who had remarkable parallels to Asher Langton. It is, of course, entirely possible that the whole thing was created by a skilled imposter with an axe to grind (I am certainly not the first person that Asher has pissed off), but the truth matters to me about as much as it does to Asher. For that reason, I will allow my readers to look through the evidence presented in this article and draw their own conclusions. After all, it's only fair that I show him the exact same level of dignity and respect that he has shown to me.

Stay tuned for my next article. Between now and then, I will be interviewing Esau Langton for a special report on sexual deviancy with animals at Mr. White's Pony Petting Zoo.

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 72 of 99 PageID #:  851

**Editors Note: this column is satirical. As far as we know Asher Langton did not fuck his brother.**

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 73 of 99 PageID #:  852

# West is the Best

*West is the Best*

**By: Jason L. Van Dyke, Esq.**



In the past 18 years or so, perhaps longer, far too many people have had an unhealthy obsession with the potential consequences of gay marriage. There are some who have said that the normalization of gay marriage would lead to increased pedophilia when of course, Markos Moulitsas was exploiting children long before *Obergefell v. Hodges*. Others claim that it would lead to other types of deviant sexual behaviors such as incest and polygamy. Of course, incest is now common in the Langton family tree, and after my last article went live, I heard rumors that Jacob and Esau have resorted to polyamory as part of a last ditch effort to add some cleanser to the family gene pool. Still, we cannot blame *Obergefell* for that any more than we can blame it for the zoophilic horrors recently discovered in a Los Angeles petting zoo owned and operated by attorney Kenneth P. White of Brown, White, & Osborn, LLP.

Ken was conceived in Las Vegas and is the unfortunate offspring of a male stripper and a female baboon. The circumstances of Ken's conception involved members of the Smith family, hailing from Greenville, South Carolina, visiting the Circus Hotel and Casino. Their sexual appetites were exotic and their son, Robert, regularly worked the Vegas streets. The Smith family preferred sexual encounters with cows – especially the family concu-bovine [*sic*] named Via Angus – but wanted to broaden their reach to African primates. They never expected Robert to be capable of conception, but Ken White is living proof that sub-humans and primates are capable of interbreeding. Unfortunately, Clark County entered an order deeming the baboon an "unfit mother," and Ken was placed into foster care. However, no amount of care from his adoptive family could erase the *Lymphocryptovirus* infection from his body. This baboon scourge does not affect normal human beings, but it causes symptoms in simians similar to those of its cousin – herpes – with the addition of obesity, enlarged liver, and inflamed throat. These would continue to plague him for the rest of his life and make some of his later depravities more difficult, and yet he persevered in them.

Exhibit 17



Ken was raised by a foster family on a small farm in Rio Linda, California. Among his chores would be the feeding and care of farm animals such as geese, sheep, goats, and ponies. He went to Rio Linda public schools where being the offspring of a human father and a primate mother was particularly difficult for Ken. Since nobody wanted to be friends with someone as pathetic as he was, he was diagnosed with depression in the third grade and prescribed a cocktail of drugs to get him through the school day (and to help him resist the urge to scream like a baboon). On medication, he was able to maintain a D+ average through middle school – which is truly a remarkable achievement when considering his stock. Things began to change when he hit puberty.

Instead of beating off to human porn like most seventh graders, Ken had a particular fondness for geese raised on the farm. He went to the barn for pleasure so often that the geese started pecking at his pecker every evening when he would come in the barn to feed them. Thus, he decided it was time to move on to larger animals less likely to remove his member. He found the pigs too sloppy, and on the advice of his Scottish uncle, tried sheep on more than one occasion. Of course, Ken's true lust was for his foster father's award winning Shetland pony– but Ken was not even allowed in the beast's stable.

Ken should have listened to his foster father's warnings about the pony. One night, with his parents out of town, Ken was alone in his room reading *National Geographic*. Suddenly, and without warning, he was overcome with the irresistible urge to rape his foster father's pony. He ran out to the barn, broke the lock on its cage, dropped his pants, and began doing the deed. Less than 20 seconds into the depraved act, something terrible happened: The confused and dissatisfied pony bucked forward and then kicked Ken squarely in the testicles. He fell to the floor of the barn screeching like an autistic soprano until his foster brothers came running and rushed him to the emergency room.



The Rio Linda emergency room doctors were barely able to keep Ken's so-called manhood intact – although a nurse giggled about how his deformed penis looked like the Pope's hat (hence his nickname). His testicles had been catastrophically damaged and had to be removed through emergency surgery. The price of this encounter with a Shetland was heavy: A lifetime of low testosterone, infertility, and a severe case of equinophobia (the fear of ponies). From his point of view, this was not entirely awful as it provided an excuse for his more unsavory sex acts in other venues and species. While Ken's inability to reproduce was fortunate for the future of humanity, it was quite unfortunate for the legal profession. Since it was pointless for him to focus on sex, he focused instead on school. He was determined to become the brightest student ever to make it out of Rio Linda, a name that means "Beautiful River" but which gave the world its least beautiful legal mind, to say nothing of the grossness of his form engendered by his parentage and the incurable disease it passed on to him.

 Ken was named the valedictorian of his graduating class from Rio Linda high school and wanted to attend Harvard. Although Rio Linda is at the bottom of the public school barrel, the fact that Ken was half-baboon permitted him to take advantage of affirmative action programs at Ivy League schools. As his mother's origin allowed him to identify as "African," Harvard University declined to consult Ken's grades or test scores: They admitted him immediately and on full scholarship. His grades at Harvard were unremarkable, but they never had to be anything special; his ancestry and degree made him employable by the standards of most prestigious Los Angeles law firms.

Ken knew he would be unable to reproduce in anything like the natural way and ultimately married an older receptionist that he met through his first law firm job. She was a career woman with no children, post-menopausal ovaries, and a house full of cats – which made her perfect for Ken. Although Ken's low testosterone made him indifferent to fatherhood, his wife longed for children after failing to find any fulfillment from working in a cubicle during her child-bearing years. The two of them compromised and adopted several children from orphanages in North Korea. Since every good father wants to help his children be initiated into the sexual mysteries of adulthood, Ken had an epiphany and started a petting zoo. Thankfully, Ken's own foster children were fully human and never had the opportunity to inherit his deficiencies or his virus. The petting zoo failed in its primary intent, though its secondary purpose gave him some relief as a receptive sexual partner. Ken's depression worsened until he found a sense of purpose from an unlikely source: publishing a blog chock-full of damnable lies about other people.

Ken's libelous blog was far more successful than his petting zoo, but his low testosterone and equinophobia remain apparent in his rants. Of course, this life story was never revealed to the fans of his blog – until now. As the facts contained in this story are from second- and third-hand accounts, we certainly cannot proclaim the facts of this article as being 100% true. We are, however, fairly confident that our portrayal of Ken is at least as accurate as his portrayal of others. Who is the fraudulent buffoon now, Ken?



**Editors Note:** *this column is satirical. As far as we know Ken White did not fuck his foster father's prize pony.*

Author: J.L. Van Dyke, Esq.

Previous

**Trump Embodies The American Dream**

West is the BestOctober 24, 20172 Comments

Next

**The Trucker Brief: The Death of The Trucking Industry**

West is the BestOctober 19, 2017

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 79 of 99 PageID #:  858

# Controversial Proud Boys embrace 'Western values,' reject feminism and political correctness

*By Alexandra Hall (Wisconsin Public Radio/Wisconsin Center for Investigative Journalism)*

In May, eight men met at Mackesey's Irish Pub in downtown Madison to drink beer and talk politics. The men, all of them white and most in their 20s, had met online and were getting together for the first time.

The meeting would establish the Wisconsin chapter of an emerging national group called the Proud Boys. For Thaddeus Pall, it was a rare opportunity to openly express his support for President Donald Trump in liberal Madison.

As the men were leaving the bar for a member's apartment, Pall, then 26, separated from the group to buy cigarettes. According to Madison police, as Pall was returning to his new friends, he was approached on the street by men in hoodies with what Pall described as baseball bats or wooden sticks. He told police the men had targeted him as a Trump supporter because of his T-shirt, which read: "Basket of Deplorables 2016."

Pall said one yelled, "He is wearing a Trump shirt! He's a Nazi!" and three surrounded him, pummeling his head, hands and arms and shattering his cell phone. Pall told the officer he did not know who the attackers were but thought he knew *what* they were: anti-fascist activists known as "antifa." An "antifa" website later published a blog post detailing the attack and claiming responsibility.

After the beating, Pall tweeted a photo of his face and hands covered in blood. As a member of the Proud Boys, a libertarian men's club that conveys special status on members who are attacked by anti-fascists, Pall had just achieved the highest degree of membership.

<p style="text-align:center; color:#8B0000;">Exhibit 18</p>



Madison Police Department

Thaddeus Pall was attacked in May 2017 in downtown Madison, Wis., by a group of men he suspected were anti-fascists. The FBI has investigated the attack, which Pall said came after he and other Proud Boys members met at a Madison bar. No charges have been filed.

But Pall, a former Madison resident who now lives in northern Michigan, said in an interview that he is no longer active in the Proud Boys, although he said the attack did not alter his feelings about the group.

"I think people need to calm down. It's just politics. People can have different views. We all want the same things — we

all want a better planet, a better world, a better future. This disagreement is really about how you get there," Pall said.

The Proud Boys were founded at the height of the 2016 presidential campaign by Gavin McInnes, a New York-based conservative online talk show host and co-founder of Vice Media who has since cut ties with the company. He estimates the membership at about 5,000 men nationwide.

McInnes and his followers believe there are 10 ways to "save America": Abolish prisons, give each American a gun, legalize drugs, end welfare, close borders to illegal immigrants, outlaw censorship, venerate the housewife, glorify the entrepreneur, shut down the government and declare "the West is the best."

Members also traffic in inflammatory language. A female reporter arranging an interview for this story with Wisconsin Proud Boy members in September was asked by the interview subject whether he should bring condoms. In a later interview, McInnes told the reporter she should give up her career, that "you need to find a man," and that she would run out of eggs if she did not get pregnant soon.

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 83 of 99 PageID #:  862



compoundmedia.com/show/the-gavin-mcinnes-show/

Several Proud Boys members say they joined the group after watching founder Gavin McInnes on his online talk show.

In McInnes' view, there is a demand for men's clubs like the Proud Boys because, "There's a real war on masculinity in this country that starts in kindergarten and goes all the way to adulthood. And it's not natural."

The interviews were part of the Wisconsin Center for Investigative Journalism's reporting for Documenting Hate, a project led by the nonprofit investigative news organization ProPublica. More than 100 news outlets and other groups are collecting data and stories on hate and discrimination incidents for the project.

## 'Cereal' beatings

The Proud Boys call themselves "proud Western chauvinists" who "refuse to apologize for creating the modern world."

Initiation into the group is a multi-step process. A first-degree member simply declares he is a Proud Boy. Initiation at the second degree involves getting punched by other members while naming five breakfast cereals. Third degree is earned by getting a Proud Boy tattoo. Fourth degree is a "consolation prize" if a member "endures a major conflict related to the cause," as Pall did.

*A Proud Boy is initiated by being punched while reciting the names of five breakfast cereals.*

Members often greet each other with the group's ironic rallying cry, "Uhuru!" The word is Swahili for freedom and was taken from a video showing an activist calling for whites to make slavery reparations to African-Americans.

The Proud Boys also have a "no wanks" policy urging members to avoid masturbation and pornography to motivate them to get "off the couch" and meet women.

Group members have participated in recent rallies that drew anti-fascists in Portland and Berkeley that turned violent. The attack on Pall in Madison has been investigated by the FBI; federal authorities have called "antifa" members domestic terrorists. No charges have been filed.

McInnes has fiercely distanced the Proud Boys from white nationalists and the recent deadly demonstration in Charlottesville, Virginia. But experts say some of the group's beliefs overlap with so-called alt-right ideology.



Coburn Dukehart / Wisconsin Center for Investigative Journalism

CV Vitolo-Haddad is a University of Wisconsin-Madison doctoral student whose blog post about another graduate student's alleged history of racist and anti-Semitic messaging prompted the end of that student's teaching position. The student was recently vetted as a possible new member of the Wisconsin Proud Boys. He told local media he is not and has never been a racist.

In October, a University of Wisconsin-Madison graduate student, who at the time was being vetted as a possible new member of the Proud Boys, was relieved from his teaching assistant position. Doctoral student CV Vitolo-Haddad had written a blog post showing the graduate student had spread racist and anti-Semitic messages at Oberlin College in

2013 plus a 2016 tweet about "gassing" Jews.

The student claimed the 2013 incidents were jokes intended to provoke an overreaction, according to news reports from the time. An email to the student was not returned.

## Just a drinking club

Late one night in early October, as a full moon swelled above the outside patio of The Explorium Brewpub at Southridge Mall near Milwaukee, three Proud Boys — Patrick, Eric and Brad — met to drink beer and explain their vision for the future of America.



Alexandra Hall / WPR/Wisconsin Center for Investigative Journalism

Proud Boys members Brad, left, and Eric meet at The Explorium Brewpub at Southridge Mall in Greendale, Wis. The men, who asked that their last names not be used to avoid retaliation from anti-fascists, say the Proud Boys is a drinking fraternity that opposes white nationalism. Some members believe feminism is "cancer" and that women would be happier as homemakers and not in the workforce.

Patrick seemed friendly and approachable. Eric and Brad arrived wearing matching black and yellow Fred Perry polo shirts, the uniform of the Proud Boys. Eric appeared wary; Brad was combative.

Earlier Brad had warned in text messages that the group had nothing to do with the "alt-right" or white nationalism, that such an association would put them in physical danger, and he threatened to call off the interview.

All three asked to be identified by first name only. "Antifa" members had posted personal information about Eric and other Proud Boys members online following the Madison attack. Patrick, who also declined to be photographed, said he feared he could lose his job.

Asked to describe the group, Brad took a slug from his beer. "First and foremost, we're a drinking fraternity," he said.

*The Proud Boys "sizzle reel" where Gavin McInnes explains his vision for the group.*

The men said they learned about the Proud Boys by watching YouTube videos of McInnes, who hosts an online talk show that combines right-wing politics with satire. During the 2016 election cycle, Brad said, he listened to McInnes' show daily while he got ready for work. It was the group's use of unfiltered expression that drew him in.

"Everybody has a platform. We have a platform. Black Lives Matter has a platform. And you know, I'm sorry for the people who don't like it, but the Ku Klux Klan and the neo-Nazis have a platform. That's free speech," he said.

Brad and the other members said they also are tired of the pressure to feel guilty for being who they are.

"None of us ever knew anybody that owned a slave," he said. "Personally, my family didn't emigrate here until the first World War. I share no white guilt. I'm not guilty about any of the things that happened here 200 years ago. I wasn't here. My relatives weren't here. We didn't move here until way after the Civil War. So I'm done being villainized as the white devil. I'm not him."

The Proud Boys say there is no public space for people to support Trump without being labeled "Nazis."



Alexandra Hall / WPR/Wisconsin Center for Investigative Journalism

Eric, president of the Wisconsin chapter of the Proud Boys, shows off his tattoo, which is part of initiation into the group. Another ritual involves getting punched by other members while reciting breakfast cereal names. Photo taken Oct. 4, 2017.

"It's now counterculture to call oneself a conservative," Patrick chimed in. He recalled feeling alienated recently when he was told he could not use the bathroom at his neighbor's house because of his "Make America Great Again" hat.

"We were all hanging out drinking beers in the backyard, and I laughed, thinking they were joking, and they were dead serious. They now look at it as a personal affront to them if you have a different political view ... it used to be the liberal was the defender of free speech and to stick up for people that have contrary opinions," he said.

Patrick and Brad said they both voted for Barack Obama in 2008 and 2012. All three are now avid Trump supporters.

Eric, who is now the Wisconsin chapter president, said he was attracted to Trump's rejection of political correctness:

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 90 of 99 PageID #:  869

"He kind of just put it in your face and didn't care what people thought."

Rather than provocateurs, Eric sees the Proud Boys occupying a middle ground.

"I liked that they weren't (a) white supremacist, white nationalist group, but they weren't trying to appease the left," he said.

He said he was also drawn to the group's respect for the traditional family.

"It's basic family values ... morals. The values that our grandparents were raised on," he added.

Asked about his view of feminism, Eric responded, "It's cancer ... I just think it's taken so much away from the traditional family that it's contributed to the degradation of the American family. When it came to equality for women and equal rights and votes, OK yeah, that's all good and well. But now it's just turned into kind of what's seeming to be anti-male basically."

Late one Friday night, after agreeing to consider an interview, Eric sent a Wisconsin Public Radio reporter a Facebook message that read: "Should I bring the condoms? Because I know that when you get the truth, you'll be ready."



Alexandra Hall / WPR/Wisconsin Center for Investigative Journalism

Eric, president of the Wisconsin Proud Boys chapter, sent this message and apology to a Wisconsin Public Radio reporter requesting an interview with him.

Around 8 the next morning, Eric messaged an apology, explaining that he had gotten "a little rowdy." He later

explained that he had been having drinks with friends and "thought it would be a funny way of blowing you off."

## Proud Boys reject 'alt-right' label

McInnes said he got his ideas about Western values from Pat Buchanan's 2002 book "The Death of the West: How Dying Populations and Immigrant Invasions Imperil Our Country and Civilization."

"The West is about you doing it your own way and not being hindered by rules," McInnes said in an interview.

"It's about the frontiersman, it's about being an explorer. It's about grit, it's about mobility. It's about Lewis and Clark. It's about Columbus ... Look at Malaysia and Indonesia and all these Muslim countries — they're steeped in religious dogma," McInnes said. "That's not Western."



crtv.com/category/get-off-my-lawn-with-gavin-mcinnes

Right-wing provocateur Gavin McInnes says he founded the Proud Boys in response to the "war on masculinity." Here McInnes appears on his online talk show, "Get Off My Lawn."

McInnes rejected descriptions of his group as being part of the "alt-right" or white nationalist movements. He said the Proud Boys do not discriminate based on race or sexual orientation, and some of the Proud Boys members are black.

Yosef Ozia is African-American, a libertarian and a member of the Proud Boys in Atlanta.

"Me being in the group, I have met all different colors of the rainbow. Different backgrounds, different religions, all that. From Sikhs to Muslims. From me being Jewish, to Christianity," he said.

Despite the Proud Boys' defense of free speech, the group and its founder have threatened to sue journalists and others, including Vitolo-Haddad, for linking the group to white nationalism. Brad threatened to sue Wisconsin Public Radio if a reporter brought up questions related to the topic in an interview.



Southern Poverty Law Center

Ryan Lenz, senior investigative writer with the Southern Poverty Law Center, says the Proud Boys' "West is the best" messaging overlaps with white nationalist themes.

The Southern Poverty Law Center, which monitors extremism in the United States, said it did not include the Proud Boys in its 2016 list of "hate" groups. Heidi Beirich, director of the SPLC's Intelligence Project, said the group did not exist at the time the report was being prepared, but that researchers would take a look at the group for 2017.

Explained Ryan Lenz, SPLC's senior investigative writer: "As the 'alt-right' took to the streets or took to the Internet ...

what the Proud Boys were to become in relation to that was not quite clear. We were aware of their presence, we were aware that they were attending these rallies, we were aware that they started these fight clubs and other things like that, but ... I don't think they even knew what their group would become. I'm not so sure they know quite yet."

But Lenz said there are echoes of white nationalism in the Proud Boys' rhetoric.

"When you talk about Western ideals ... what you're talking about is European ideals and the descendants of Europe. America for that matter, as many in the alt-right and many racists argue, is the natural successor to Europe, which was a great 'civilization,' " Lenz said.

"It was only when immigration from other continents started to infuse in Europe and then ultimately in the United States that they would argue the greatness of that continent and this country were undermined.

"Western values," he added, "are the values of whiteness."

## McInnes: Feminism relies on 'blatant lies'

What is not equivocal is McInnes' stance on other groups, including Muslims and women. McInnes' Twitter profile describes him as a libertarian family man who favors closed borders and a free market. He lists himself as pro-West, gun, life, gay, Israel, Trump, cop and First Amendment. He opposes Nazis, the "alt-right," feminism and Islam.

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 96 of 99 PageID #:  875



twitter.com/Gavin_McInnes

This is Proud Boys founder Gavin McInnes' Twitter profile, in which he states that he opposes Nazis, Islam and feminism and supports guns and the First Amendment.

"I would say that feminism was done in maybe 1979," McInnes said. "And since then, it's just been women inventing problems and lying to create a world where feminists are needed. Like saying one in four women will be sexually assaulted or raped in college — or saying that women earn less than men and there's a wage gap. Like just blatant lies to justify their existence."

McInnes said he believes that women gravitate towards occupations that pay less.

"Women tend to choose jobs that are less strenuous, less risky, they tend to want to go home for their daughter's piano

recital rather than stay at the office all night, and that costs them promotions down the line," he said.



https://www.facebook.com/Proud-Boys-Wisconsin-227778521060978/

Wisconsin's Proud Boy chapter logo features the group's "Uhuru" greeting, which means freedom in Swahili. The word is taken from a video in which an activist calls for whites to make slavery reparations to African-Americans.

Alice Le Fae belongs to the Proud Boys' Girls — a group of women who are married to, dating or otherwise support members of the Proud Boys. She said being a full-time mother is more "fulfilling" than focusing on a career.

"We're not feminists, but we love femininity, which has kind of been a lost thing in Western culture," Le Fae said. "Our generation and the generation underneath me was kind of raised to be a career woman, go out and do your own thing. ... That's something that we're proud of is the old Western culture and being a housewife, raising families."

The Proud Boys who gathered in Milwaukee say they do not share McInnes' stance on Muslims. But they are concerned about Sharia Law coming to the United States.

Said Lenz: "The reality is that the ideologies that people have who gravitate toward being a Proud Boy, the ideologies of anti-Islam as Gavin has on his Twitter page, or anti-feminism, these are things that play deeply into the grains of the 'alt-right,' and whether you know it or not, you're becoming a very distinct element of the 'alt-right.' "

Case 4:18-cv-00247-ALM   Document 43-2   Filed 05/21/18   Page 98 of 99 PageID #:  877

## Offensive statements all 'a joke'

McInnes called Eric's invitation to bring condoms to the interview in Milwaukee a joke.

"If you're gonna play with the big boys as a journalist," McInnes told the reporter, "you should have a sense of humor. You can't be a church lady and simultaneously a feminist. ... Are you like one of the guys and you're not a woman when you feel like it?"

He added, "Women don't want to be equal to men, they want to be treated special. I think that the left is willfully ignorant of jokes when it suits them. You're sophisticated enough to know the humor in someone having to name five breakfast cereals when they're getting beaten up."



twitter.com/Gavin_McInnes

Proud Boys founder Gavin McInnes uses humor in messaging that some people find offensive. McInnes says most women would be happier if they stayed home and raised children. This is a screenshot from McInnes' Twitter feed.

Lenz said it is common for groups like the Proud Boys to use irony and humor as a tool of plausible deniability.

"If someone were to become critical of the Proud Boys, all they would have to do is look to the process by which one becomes a Proud Boy and they can say, 'Look you guys are stupid, you're actually taking this on face value and thinking we're a threat?' " Lenz said.

"So it's this weird sort of thing. You don't know if it's actually real or if it's a joke. But I'll tell you this, in the streets, during these 'alt-right' rallies, when the Proud Boys show up to defend the First Amendment principles of racists and extremists, that is not a joke. It's very real and very serious."