IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | NO. 4:18-CV-247-ALM |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIA VIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
|     *Defendant* | § | |

### UNSWORN DECLARATION OF THOMAS RETZLAFF
### PURSUANT TO 28 U.S.C. § 1746

1. "My name is Thomas "Tom" Retzlaff. I am more than 18 years of age and capable of making a statement under the penalties of perjury. I have personal knowledge of the facts and matters set forth herein, which are true and correct.

2. I am the defendant in this lawsuit.

3. At no time has plaintiff Jason Lee Van Dyke ever requested a correction, clarification, or retraction with regards to any statements sued upon.

4. Today, I checked the website of the State Bar of Texas and found that plaintiff is licensed to practice law in Texas. I checked on the website for the State Bar of Georgia and found that plaintiff is licensed to practice law in Georgia. I checked the website for Colorado State Bar and found that plaintiff is licensed to practice law in Colorado. In March of 2017 Van Dyke was hired to be an Assistant District Attorney for Victoria County, Texas.

5. Prior to the filing of plaintiff's lawsuit, I had no knowledge of an employment contract between Van Dyke and the Karlseng, LeBlanc & Rich, L.L.C., law firm in Plano, Texas.

6. Prior to the filing of plaintiff's lawsuit, I had no communication with the Karlseng, LeBlanc & Rich, L.L.C., law firm in Plano, Texas, or Robert Karlseng or Claude Rich.

1

7. Prior to the filing of plaintiff's lawsuit, I deny saying:

a) "Plaintiff is a Nazi."
b) "Plaintiff is a pedophile."
c) "Plaintiff is a drug addict."
d) "Plaintiff has a criminal record for abusing women."
e) "Plaintiff has committed professional misconduct against him (Retzlaff)."

*See* SAC at ¶5.9(a)-(e) (Doc. 7, p. 4-5). After suit was filed, I wrote a March 30, 2018, letter (Doc. 40-4, p. 35) to Hon. Jonathan Bailey, Judge of the 431st State District Court, where Cause No. 18-2793-431; ***Van Dyke v. Retzlaff***; was pending, I wrote, "No doubt Van Dyke is a pedophile, too. He has that look about him." In that same letter to Judge Bailey, I wrote, "Jason Lee Van Dyke is a Nazi, racist piece of human shit who has no business being a lawyer." In my opinion, Jason Van Dyke does look like a pedophile and I do have the opinion that he is a Nazi, racist piece of human shit who has no business being a lawyer. I also admit that in December 2017 I filed a complaint with the State Bar of Texas regarding Van Dyke.



8. The above is just a small example of social media posts I found on the internet posted by a Twitter user with the name "Jason L. Van Dyke" under the user name **@MeanTXLawyer**. And here is another example below:



These are true and accurate screen shots of the Tweets that I found while conducting a search for tweets by the user **@MeanTXLawyer**. This is exactly what is on the Twitter site when I searched and the screen shot is a fair and accurate representation of what I actually saw. Van Dyke has admitted that this was his user name in his response to the State Bar grievance I filed against him regarding, in part, these violently racist tweets.

9. With regards to Van Dyke's claims regarding the letter from the Board of Disciplinary Appeals (referenced in paragraph 29 of Plaintiff's Response to Defendant's Anti-SLAPP motion (Doc. 40)), as soon as I received it from the State Bar, I immediately e-mailed it out to at least a dozen or more individuals who all hate Van Dyke, to include Los Angeles attorney and blogger of the PopeHat.com website, Ken White, as well as to at least 6 or 7 news reporters.

10. With regards to Exhibit F attached to Plaintiff's Response to Defendant's Anti-SLAPP Motion (Doc. 40-6), plaintiff attaches what he claims to be a signed declaration from my daughter, Brittany Retzlaff. The signature on this document is a forgery and is NOT my daughter's signature. Even a casual look at

3

this document will reveal that the "signature" is a fake to even the most inexpert of eyes. This signature is NOT the signature of my daughter Brittany Retzlaff. In my expert opinion from being her father, this signature is a fake. When I look at this signature under very high magnification (around 2,400), using the zoom function within Adobe Acrobat, the falseness of this signature becomes even more apparent. It appears to be a mechanical reproduction.

11. Also, the supposed Declaration of Brittany is not even authored or written by her. I know how my daughter writes and speaks and this is not the language that she uses. She does not know anything about what an IP address is or IP headers or IP packets or any of that kind of stuff. The rest of the word usage, the way it is put together, none of this is in my daughter's "voice". She does not talk this way or write this way. She quit high school early and, when it comes to computers or anything having to do with electronics, is uninformed.

12. I have in my possession numerous examples of my daughter's original signature on a wide range of documents. None of the original signatures that I have match the signature contained within that Declaration. I am the one who taught my daughter how to write her name in cursive. I spent many, many hours with her and I know her signature as well as I do my own.

13. That supposed "declaration" along with the one Van Dyke included that he claims is from my son, Collin Retzlaff (Doc. 40-5) are bogus documents that are posted on the internet website Bullyville.com. James McGibney is a revenge pornographer from San Jose, CA, who runs the sexual blackmail websites "Bullyville" and "Cheaterville". He has been sued at least four times in federal court to my knowledge for blackmail, defamation, extortion, and RICO violations. He has filed three SLAPP lawsuits against me over the past 4 ½ years, losing them all. About 2 years ago a $1.3 million anti-SLAPP sanctions and attorney's fees judgment was signed by Judge Donald Cosby of the 67th District Court in Tarrant County, Texas, in which McGibney was found 'guilty' of violating the Texas Citizens Participation Act for filing a SLAPP lawsuit against me and 7 others. McGibney constantly posts fake court "documents" and such on his websites in an effort to defame me and my family. My daughter, Brittany, was a revenge porn victim of McGibney in which he posted intimate photos of her on his Cheaterville website demanding payment of $499 to remove them.

14. Attached to my Amended Anti-SLAPP Motion as [**Exhibits 1 – 18**] are true and correct copies of news articles and other public records I found on the Internet regarding Van Dyke and his group *The Proud Boys*. I personally visited the URLs for each of these websites and what I downloaded and have attached therein are true and accurate depictions of what I found on those websites.

4

5

I declare under penalty of perjury, that the foregoing is true and correct, dated May 20, 2018.

*Tom*

**TOM RETZLAFF**