IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | NO. 4:18-CV-247-ALM |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIA VIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
| *Defendant* | § | |

## ORDER GRANTING DEFENDANT THOMAS RETZLAFF'S SECOND AMENDED TCPA MOTION TO DISMISS

1. After considering defendant Thomas Retzlaff's second amended motion to dismiss plaintiff's claims under the Texas Citizens Participation Act ("TCPA"), TEX. CIV. PRAC. & REM. CODE § 27.001, *et seq*., as well as the pleadings and affidavits stating facts on which claims or defenses are based, the Court grants the motion and dismisses all of plaintiff's claims with prejudice.

2. The Court **ORDERS** Retzlaff to submit evidence and briefing on the amount of mandatory TCPA attorney's fees and sanctions to be awarded within 15 days of the date of this order. Plaintiff shall have up to 15 days after the filing of Retzlaff's briefing and evidence to file responsive briefing and evidence.

IT IS SO ORDERED.