# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18cv247 |
| | § | (Judge Mazzant) |
| THOMAS RETZLAFF | § | |

### ORDER

Pending before the Court is Defendant's Motion to Reconsider Denial of ECF Access (dkt. #11) (Dkt. #15).  On May 9, 2018, an Appearance of Counsel (Dkt. #37) was filed on behalf of Defendant**.**

It is therefore **ORDERED** that Defendant's Motion to Reconsider Denial of ECF Access (dkt. #11) (Dkt. #15) is **DENIED** as moot.

**SIGNED this 25th day of May, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE