# EXHIBIT "A"

**Jason Van Dyke**

| | |
|---|---|
| **From:** | Pawl Bazile <pawlbazile@gmail.com> |
| **Sent:** | Friday, May 25, 2018 8:47 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Fwd: Defamatory article |

Sent from my iPhone

Begin forwarded message:

> **From:** Tom Retzlaff <retzlaff@texas.net>
> **Date:** May 25, 2018 at 4:09:05 AM EDT
> **To:** pawl@officialproudboys.com
> **Subject: Defamatory article**
>
> Dear Sir,
>
> Earlier today (May 24) you posted a news article about me (https://www.dangerous.com/44134/leftwing-stalkers-cost-two-jobs-heres-im-fighting-back)   in which you falsely label me as being "left wing."
>
> **I find that characterization to be extremely defamatory and it is totally false and I request that you make a retraction and a correction, as provided by the Defamation Mitigation Act.**  The fact that in an April 20 article with The Daily Beast Van Dyke claims that I am a KKK member should tell you right there that the guy is totally lying to you people.  (I am not a KKK member, but Van Dyke has claimed that I am.)
>
> I have been a life-long member of the Republican Party since Ronald Reagan.  I was an original supporter for Donald Trump and even received tickets to the Inauguration.  I have been to 12 of Pres. Trump's rallies all over the SW, and am a frequent guest at the Trump Hotels having been a Trump Card holder for many years.
>
> Calling me "liberal" or "left wing" is a total lie.
>
> My complaint to the State Bar has absolutely NOTHING to do with politics, but everything to do with someone wanting to be a DA who is absolutely unqualified for the job and it has to do with someone being a lawyer that should not be one.  If you think this is just over one or two (or even a dozen) angry tweets using the N word, you are sorely mistaken.
>
> Since the filing of this lawsuit, Van Dyke has sent me several emails threatening to murder me and my family, and even called up my attorney (Jeff Dorrell in Houston) saying that he was going to come to Arizona and murder me.

1

I am a former federal and state law enforcement officer. My son is a current law enforcement officer. In this day and age, threats of violence cannot go unchallenged. I see hand cuffs in the future for Van Dyke.

As you know from personal experience, Van Dyke has a history of being involved with violence.

By the way, I think Van Dyke failed to tell you what the biggest news story about this matter is: Later this summer myself and Mr. Dorrell will be going to New York City with a federal subpoena to take the videotaped deposition of Gavin McInnes and his wife Emily. Mr. McInnes has just recently been notified of this, I believe, and we will be coordinating with his attorney on a date and time to do this.

This is not the first SLAPP lawsuit that Van Dyke has filed. But, unfortunately for him, he has come up against a person who simply cannot be intimidated and who has extremely deep pockets.

Please make the correction and issue a retraction forthwith.


v/r


Thomas Retzlaff