# EXHIBIT "B"

**Jason Van Dyke**

| | |
|---|---|
| **From:** | Pawl Bazile <pawlbazile@gmail.com> |
| **Sent:** | Saturday, May 26, 2018 11:13 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Fwd: Defamatory Article |
| **Attachments:** | Van Dyke settlement letter.pdf; Letter to McInnes - 5-22-2018.pdf; D's Notice of withdraw of settlement offer & attachments - 5-9-2018.pdf |

Another one

Sent from my iPhone

Begin forwarded message:

> **From:** Tom Retzlaff <retzlaff@texas.net>
> **Date:** May 26, 2018 at 11:28:36 PM EDT
> **To:** "pawl@officialproudboys.com" <pawl@officialproudboys.com>
> **Subject: Defamatory Article**
>
> Dear Mr. Basile,
>
> At some point I suppose that I will get curious about how your article about Van Dyke appeared on a website ostensibly owned by Milo Hanrahan of Milo Worldworld, LLC - an entity which the Secretary of State's office lists as being 'in default' status and, legally, nonoperational, and what the connection is between that non-U.S. citizen here on an O-1 visa and your so-called *Proud Boys* organization.  But I doubt it will ever be relevant to anything that I care about, right?  (At least that should be your hope.)
>
> In any event, I am checking to see if you have issued a retraction and an apology for defaming me by calling me a liberal and left-wing.  Did I mention to you that I was a member of the Republican party before you were even born in January 1984?
>
> Also, if you want something to write about, attached are some court documents for you "Proud Boys" to chew over this weekend.  No doubt Van Dyke is crying like a bitch over the upcoming depositions of McInnes and his wife.  Tough shit.  There is not a damn thing he can do about.  I have an absolute right to travel to NY City with a federal subpoena and conduct depositions of persons with knowledge of relevant facts.  he can piss and moan all he wants to, but there is not a damn thing he can do about it.  And once that video deposition gets posted on the YouTubes, you don't think the liberal media won't be tearing y'all up into pieces?
>
> Van Dyke can huff & puff all he wants, but you and your "Proud Boys" made a terrible mistake by allowing him into your group.  The fact that he is claiming to be McInnes' lawyer now is a total joke!  Is Van Dyke even licensed to practice law in New York state?  No, he is not!  (Thus, yet another State Bar grievance is born.)
>
> I meant what I said about your defaming me,  Mr. Basile. And if you think I won't use that as an excuse to drag you and the rest of your "Proud Boys" into federal

1

court and embarrass the fuck out of your group, you clearly don't know me and have not been paying attention.  For the average human, nothing scares them more than legal issues. **I.  Do.  Not.  Care.**  My whole adult life has been spent in litigation.  I am not afraid of high-stakes legal stuff...I'am just going to start swinging and knock people's heads off.  Seriously.

Van Dyke is a public-figure and, at one time, was going to be an assistant district attorney in a state that has the highest use of the death penalty in the nation.  Is it really so unreasonable for black people (or any kind of "people" for that matter!) to be concerned about this guy being a prosecutor?  Someone who, when "provoked" resorts to racist language and death threats?  If you were a defendant who this guy was prosecuting, would you feel confident that race wasn't a factor?  And if you were a black victim and he was prosecuting the white offender, would you feel confident of a fair trial, based upon Van Dyke's demonstrable history of racism and inability to control himself?

Get fucking real, dude!

McInnes and his wife Emily are persons with knowledge of relevant facts.  If Van Dyke thinks he can get a judge to stop me, good luck with that.  His threats of getting an injunction are a total joke.  But then again, Jason L. Van Dyke, Esq. is a total joke.  "Mean Texas Attorney"?  More like "Punk-ass bitch!"


v/r


Thomas Retzlaff