# EXHIBIT "C"

Gavin McInnes
88 Park Ave.
Larchmont, NY 10538-4224                                      May 22, 2018


Re:   Jason L. Van Dyke vs Thomas Retzlaff
      Case No. 4:18-CV-247-ALM
      U.S. District Court – Eastern District of Texas


Dear Mr. McInnes,

No doubt you have read all of the media reports about the $100 million defamation lawsuit your running buddy, Jason Van Dyke, recently filed against me here in Texas.

No doubt you have heard all the crying from Van Dyke once he realized that he came across a man who simply cannot be intimidated and who has far deeper pockets that he ever imagined.

Also, no doubt, you have heard him despair of the fact that he cannot portray this lawsuit as some kind of "conservative vs. liberal" nonsense because, the truth is, I basically agree with nearly everything you seem to talk about politically.  And, honestly, I actually think you are a bit too liberal on many of your views.  (seriously)

Be that as it may, I am now forced to deal with Van Dyke.  Which means that I am forced to deal with you and your *Proud Boys* organization.

1

I am a former federal and state law enforcement officer.  I am also a former state prisoner having spent six years in Texas prison for illegal weapons possession (something the state legislature recently decided to no longer make a crime!).  Thus, I have experience from both sides of the criminal justice fence, so to speak.  Which is why I have a serious problem with guys like Van Dyke trying to get jobs as an assistant district attorney in a county next to mine near San Antonio.  Fascist, racist beliefs have absolutely no business being involved in the criminal justice system whatsoever.

You and your wife, Emily, are persons with knowledge of relevant facts.  Which is why later this summer myself and my attorney will be coming to New York City with a federal subpoena to take your videotaped depositions for use in this federal lawsuit in Texas and why I will be digging into your lives and into your *Proud Boys* organization and membership.  I see that a lot of people are suing you guys regarding violent and racist attacks all across the country.

I also have read media reports about how your critics often times find themselves verbally or physically threatened, their homes and families stalked, and all kinds of other bullshit.

2

As you know, Van Dyke recently filed an identical defamation lawsuit against *The Mocking Bird* newspaper and one of its reporters in federal court. When the attorney for the news organization showed up to fight the lawsuit, Van Dyke folded like a cheap suit, saying in an email:

> ==My supervisor has instructed me== to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it.
>
> Since I have learned that your office has a propensity to release my e-mails to the press and post them on Twitter, I am sending this message with the following caveat: This letter does not, and is not intended, to constitute my view on the strength of my case against Mockingbird and Mr. Bello. It is my personal belief that your client is an absolutely contemptible piece of human filth, and I would personally like nothing more than to prosecute this case to its conclusion. ==This letter is nothing more, and is not intended to be anything more, than compliance with an order from my immediate supervisor at the company where I am employed.==

My *spidey sense* is telling me that this "supervisor" is you, Mr. McInnes, and I fully intend to grill both you and your wife like a couple of cheeseburgers until I get the answers that I want. I spent many years of honorable law enforcement service interrogating homicide suspects, white collar criminals, to traitors spilling our nation's secrets to the highest bidders.

Van Dyke is <u>your</u> guy, which means that he is <u>your</u> problem, Mr. McInnes. You gave him a leadership position within your *Proud Boys* organization and I know that Van Dyke represents you in a legal capacity, too, such as in the recent Trademark application process with the U.S.

3

Government and with regards to the dispute with the Oakland Raiders over your misappropriation of their logo on some stupid T-shirt you clowns were peddling.

Should Van Dyke or any of your *Proud Boys* engage in their typical harassment activities, I will be holding both you and Emily personally responsible.


Respectfully submitted,

*Tom*

_____
Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424

email: Retzlaff@texas.net
Ph# (210) 317-9800



p.s.

I have been a HUGE fan of Anthony Cumia for many, many years and I enjoyed listening to your show on his Compound Media network. When he and Opie got fired, I immediately canceled my XM subscription. Also, Mark Levin is a good guy and I hope nothing that happens here with this Van Dyke stuff blows back onto him and his people. Lawsuits are messy, unpredictable things, as you know.