**EXHIBIT "D"**

ABOUT    ABUSE REPORTS    CONTACT US    LEGAL DISCLAIMER

# BV Files ~ *James McGibney is a complete fraud, and here is why…*



28 Monday May 2018

# San Jose Revenge Porno Perv James McGibney GUILTY Of Stolen Valor Fraud!!

Posted by BV Files in Uncategorized    ≈ 2 Comments

Tweet

*Tags*

88 Park Ave Larchmont NY 10538, Emily Jendrisak, Gavin McInnes, James McGibney Bullyville, James McGibney Rosendin Electric, Rosendin Electric sexual harassment, Stolen Valor, The Proud Boys, Tom Sorley Rosendin Electric, Tom Sorley sexual harassment



San Jose, California based employee of Rosendin Electric, Revenge pornographer, ACCUSED PEDOPHILE, and serial sexual blackmail artist James McGibney, CEO/Founder of ViaView, Inc. and its websites Bullyville.com and Cheaterville.com, is **GUILTY of**



Proud Boys leader Gavin McInnes and his wife have just been notified that they will be forced to appear at a videotaped deposition that will be taking place this summer in New York City.  This notice was hand delivered to McInnes' home.  **CHECK IT OUT!!**

> Gavin McInnes
> 88 Park Ave.
> Larchmont, NY 10538-4224                                              May 22, 2018
>
> Re:   Jason L. Van Dyke vs Thomas Retzlaff
>        Case No. 4:18-CV-247-ALM
>        U.S. District Court – Eastern District of Texas
>
> Dear Mr. McInnes,
>
> No doubt you have read all of the media reports about the $100 million defamation lawsuit your running buddy, Jason Van Dyke, recently filed against me here in Texas.
>
> No doubt you have heard all the crying from Van Dyke once he realized that he came across a man who simply cannot be intimidated and who has far deeper pockets that he ever imagined.
>
> Also, no doubt, you have heard him despair of the fact that he cannot portray this lawsuit as some kind of "conservative vs. liberal" nonsense because, the truth is, I basically agree with nearly everything you seem to talk about politically.  And, honestly, I actually think you are a bit too liberal on many of your views.  (seriously)
>
> Be that as it may, I am now forced to deal with Van Dyke.  Which means that I am forced to deal with you and your *Proud Boys* organization.
>
> 1

I am a former federal and state law enforcement officer. I am also a former state prisoner having spent six years in Texas prison for illegal weapons possession (something the state legislature recently decided to no longer make a crime!). Thus, I have experience from both sides of the criminal justice fence, so to speak. Which is why I have a serious problem with guys like Van Dyke trying to get jobs as an assistant district attorney in a county next to mine near San Antonio. Fascist, racist beliefs have absolutely no business being involved in the criminal justice system whatsoever.

You and your wife, Emily, are persons with knowledge of relevant facts. Which is why later this summer myself and my attorney will be coming to New York City with a federal subpoena to take your videotaped depositions for use in this federal lawsuit in Texas and why I will be digging into your lives and into your *Proud Boys* organization and membership. I see that a lot of people are suing you guys regarding violent and racist attacks all across the country.

I also have read media reports about how your critics often times find themselves verbally or physically threatened, their homes and families stalked, and all kinds of other bullshit.

2

As you know, Van Dyke recently filed an identical defamation lawsuit against *The Mocking Bird* newspaper and one of its reporters in federal court. When the attorney for the news organization showed up to fight the lawsuit, Van Dyke folded like a cheap suit, saying in an email:

> My supervisor has instructed me to confer with you concerning a stipulation of dismissal with prejudice for the Mockingbird case and to sign one if you are willing to agree to it.
>
> Since I have learned that your office has a propensity to release my e-mails to the press and post them on Twitter, I am sending this message with the following caveat: This letter does not, and is not intended, to constitute my view on the strength of my case against Mockingbird and Mr. Bello. It is my personal belief that your client is an absolutely contemptible piece of human filth, and I would personally like nothing more than to prosecute this case to its conclusion. This letter is nothing more, and is not intended to be anything more, than compliance with an order from my immediate supervisor at the company where I am employed.

My *spidey sense* is telling me that this "supervisor" is you, Mr. McInnes, and I fully intend to grill both you and your wife like a couple of cheeseburgers until I get the answers that I want. I spent many years of honorable law enforcement service interrogating homicide suspects, white collar criminals, to traitors spilling our nation's secrets to the highest bidders.

Van Dyke is your guy, which means that he is your problem, Mr. McInnes. You gave him a leadership position within your *Proud Boys* organization and I know that Van Dyke represents you in a legal capacity, too, such as in the recent Trademark application process with the U.S.

3

> Government and with regards to the dispute with the Oakland Raiders over your misappropriation of their logo on some stupid T-shirt you clowns were peddling.
>
> Should Van Dyke or any of your *Proud Boys* engage in their typical harassment activities, I will be holding both you and Emily personally responsible.
>
> Respectfully submitted,
>
> 
>
> Thomas Retzlaff
> 2402 E. Esplanade Ln.
> PO Box 46424
> Phoenix, AZ 85063-6424
>
> email: Retzlaff@texas.net
> Ph# (210) 317-9800
>
> p.s.
>
> I have been a HUGE fan of Anthony Cumia for many, many years and I enjoyed listening to your show on his Compound Media network. When he and Opie got fired, I immediately canceled my XM subscription. Also, Mark Levin is a good guy and I hope nothing that happens here with this Van Dyke stuff blows back onto him and his people.  Lawsuits are messy, unpredictable things, as you know.
>
> 4

.

<span style="color:red">According to sources close to the investigation (which consist solely of the voices in our heads), Nazi attorney Jason Lee Van Dyke had this to say in response to the deposition notice:</span>

> *"I received a telephone from a client of mine in New York, Gavin McInnes, stating that he has received some sort of notification that either you or Mr. Retzlaff intend to take his deposition in this case (as well as that of his wife).  I wanted to give you an opportunity to respond to this so that I may determine whether I will have to seek a protective order from the Court.  The testimony of Mr. McInnes is clearly not relevant to any of the issues in this case.  Furthermore, all or substantially all of the communications between Mr. McInnes and myself are protected under the attorney-client privilege — and therefore — are not subject to discovery.*
>
> *While I am trying to act in a civilized manner, this is the second time in a week that I have had to warn you about your client's behavior, and specifically, his obsession with contacting or otherwise harassing my clients.  I believe there was no uncertainty in the past when I expressed to you that this would not be tolerated under any circumstances.*

> *I warned you that there would be consequences, and now, there will be consequences as follows:*
>
> *This correspondence constitutes my first attempt to conference with you concerning the entry of a preliminary injunction against your client to prohibit him from contacting me, from contacting my family, from contacting any person who is my employer, and from contacting any person with whom I have any sort of independent contractor relationship including, but not limited to, an attorney-client relationship.*
>
> *I need to hear from you or otherwise have this ongoing problem resolved before the scheduling conference. Otherwise, I will be filing for the injunctive relief."*



When reached by telephone this morning for comment, your *American Hero* had this to say:

> *"He seems to think I would be quaking in my boots that he might apply for an injunction. "Warning" me. Ridiculous.* <span style="color:red">*What a tragic, flaccid clown.*</span> *"*

— Thomas Retzlaff



**AND ONE MORE BEFORE WE GET TIRED…**





— Gavin Mcinnes and wife Emily Jendrisak

**FUN FACT:** Gavin Mcinnes is married to Emily Jendrisak who is a former Manhattan-based publicist and consultant, now a stay-at-home mom. She is a member of the Ho-Chunk tribe of the Native Americans and they have three children.

McInnes is a Nazi and he likes to send members of his group out to peoples' homes to harassment them and their family members. **CHECK IT OUT!!**



— https://www.huffingtonpost.com/entry/far-right-proud-boys-menaced-twitter-user-on-his-doorstep_us_5b06de68e4b07c4ea1060e92



"These videographer stalkers are making us look like bitches. First, EVERYONE should report this Twitter post for hate speech and have your members do the same. At the very least, we can probably get it taken down and maybe get his verified profile deleted. They want Gavin McInnes fired? They want to attack our group?

LET'S SHOW THEM THERE ARE CONSEQUENCES!!!
THESE FUCKS ARE WAY TOO COMFORTABLE!!!
IF WE DO NOTHING, WE SEND A MESSAGE THAT IT'S OPEN SEASON ON PROUD BOYS!!! IT'S NOT!!!

Let's get the social media profiles, phone numbers and addresses for their bosses, mothers, fathers, brothers, sisters, boyfriends, friends and get to work.
- Hooker ads for his mother all over the internet
- Craigslist ads for orgies, yard sales...
- Thousands of dollars of food should be delivered to their houses

IM NOT SAYING ANYONE SHOULD GO STAB ANYONE. BE SMART! POST ANY IDEAS OR INFO YOU HAVE IN THE COMMENTS. POYB"





Vic Berger IV
@VicBergerIV

The end of the Proud Boys. @Gavin_McInnes @ProudBoysUSA @CRTV

3:49 PM - May 2, 2018

967   314 people are talking about this

Of course, if anyone wants to deliver the same treatment to Gavin, his wife EMily, and their three children, that poor Mr. Vic Berger suffered, we here at the BV Files are only too happy to provide you, our teeming **MILLIONS** of readers, listeners, and supporters, with the home address for the McInnes family!

Antifa members are especially encouraged to show up as milk & cookies are always available.







— The three McInnes kids

**Funny….**



**THE NAZI LAWSUIT STARRING JASON VAN DYKE....**



5/28/2018 Case 4:18-cv-00247-ALM San Jose Revenge Porno Perv James McGibney GUILTY of Stolen Valor Fraud !!! PDV Filed #: 1051

Want to see who is on Team Retzlaff?

```
CM/ECF LIVE - U.S. District Court:txed-Query Attorneys        https://ecf.txed.uscourts.gov/cgi-bin/qryAttorneys.pl?181663

                              4:18-cv-00247-ALM Van Dyke v. Retzlaff
                                    Amos L. Mazzant, III, presiding
                                       Date filed: 04/10/2018
                                    Date of last filing: 05/23/2018

                                             Attorneys

Jeffrey L Dorrell                                    Thomas Christopher Retzlaff
Hanszen Laporte LLP                                  2402 E. Esplanade Ln.
14201 Memorial Drive                 representing    P.O. Box 46424
Houston, TX 77079                                    Phoenix, AZ 85063-4624
713-522-9444                                         210-317-9800
713-524-2580 (fax)                                   Retzlaff@texas.net
jdorrell@hanszenlaporte.com                          (Defendant)
  Assigned: 05/09/2018
  LEAD ATTORNEY
  ATTORNEY TO BE NOTICED

Kent M Hanszen                                       Thomas Christopher Retzlaff
Hanszen Laporte                                      2402 E. Esplanade Ln.
4309 Yoakum Blvd                                     P.O. Box 46424
Houston, TX 77006                    representing    Phoenix, AZ 85063-4624
713-522-9444                                         210-317-9800
17135242580 (fax)                                    Retzlaff@texas.net
khanszen@hanszenlaporte.com                          (Defendant)
  Assigned: 05/21/2018
  ATTORNEY TO BE NOTICED

Anthony Laurent Laporte                              Thomas Christopher Retzlaff
Hanszen Laporte                                      2402 E. Esplanade Ln.
4309 Yoakum Blvd                                     P.O. Box 46424
Houston, TX 77006                    representing    Phoenix, AZ 85063-4624
713/522-9444                                         210-317-9800
alaporte@hanszenlaporte.com                          Retzlaff@texas.net
  Assigned: 05/21/2018                               (Defendant)
  ATTORNEY TO BE NOTICED

Jason Lee VanDyke
The Van Dyke Law Firm PLLC                           Jason Lee Van Dyke
16901 Dallas Parkway                                 108 Durango Dr.
Suite 250                            representing    Aubrey, TX 76227
Addison, TX 75001                                    469-964-5346
972/372-0200                                         (Plaintiff)

1 of 2                                                            25-May-18, 11:34 AM
```



By the way, in case Jason Van Dyke and any of his "Proud Boys" are interested in paying Retzlaff a little visit for harassment purposes, the dude is pretty easy to find. Which is surprising because members of the McGibney Gang have been claiming for over FOUR YEARS that all kinds of super secret FBI / AFT / and Grand Juries have been looking for our *American Hero & Honorary Admin of the BV Files* Thomas Retzlaff.



— Where TR lives in Phoenix





.

**Security is pretty heavy here, so watch out!**



— This image comes entirely from the Bullyville.com website – so take it with a heavy grain of salt



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

— This image comes entirely from the Bullyville.com website – so take it with a heavy grain of salt