# EXHIBIT "E"

# Jason Van Dyke

| | |
|---|---|
| **From:** | PawL BaZiLe <pawlbazile@gmail.com> |
| **Sent:** | Monday, May 28, 2018 3:56 PM |
| **To:** | Jason Van Dyke |
| **Subject:** | Fwd: |
| **Attachments:** | ECF 28 - D's Notice of Death Threats from Plaintiff.pdf |

---------- Forwarded message ----------
From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Mon, May 28, 2018 at 5:04 AM
Subject:
To: "pawl@officialproudboys.com" <pawl@officialproudboys.com>


Dear Mr. Basile,

Would it surprise you to learn that Jason Van Dyke is a homosexual?  He is 38 years old.  Never been married, and has no kids.  Or even a female girlfriend.  But he does like to dress up as a bumble bee in his "Proud Boy" black and gold striped polo shirt - which is like totally gay, right?

So does anyone else get vibes that he's really, really, so far in the closet he's having adventures in Narnia?

Not that there is anything wrong with it, for sure.  But Van Dyke did make a name for himself at Michigan State University speechifying against the homosexual agenda, referring to is as the "homosexual deathstyle" and accusing opponents of being intimately familiar with public toilets and cruising.

By the way, are you aware that I have obtained copies of the MSU Police Dept reports detailing Van Dyke's arrest for domestic violence, illegal weapons possession, and stalking incidents on campus involving a male "roommate" of his.  Are you aware that when the police searched his college dorm room that they found the books The Turner Diaries and The Protocols of the Elders of Zion.  How fucking un-American is that, eh?  A so-called "Proud Boy" trafficking in Russian propaganda - lol!

I would like to request that you make an additional correction to your "article".  As you know, Van Dyke cries like a bitch because he claims he and his "elderly" parents had received "death threats."  Attached is a document that I filed with the federal court detailing a series of actual death threats that Van Dyke sent to me.  Which was a horrible mistake.  Did I tell you before that I used to be a federal and state law enforcement officer and that my son is a current law enforcement officer?

Would you be surprised to learn that there is an Arizona warrant out for Van Dyke's arrest?

One of the things that I plan on interrogating your buddy Gavin McInnes and his wife about is all of these death threats and harassment shit going on with your Proud Boys organization.  See, e.g., https://www.huffingtonpost.com/entry/far-right-proud-boys-menaced-twitter-user-on-his-doorstep_us_5b06de68e4b07c4ea1060e92

Mr. Basile, I cannot emphasize enough just how bad of an idea it would be for one of you people to try something like this with me.  I will shoot such a person dead and post the video about it on the YouTubes.

Van Dyke likes to claim that I am a liberal and a member of a left-wing group.  Which is extremely surprising since most people I know have accused me of being a member of the Aryan Brotherhood and a "violent psychopath" responsible for "several unsolved homicides."  Such a claim is, of course, highly defamatory.  But it does show you what a liar Van Dyke is and how his claims shift according to which way the wind blows.

I think the best thing for all concerned would be for the Proud Boys to drop Van Dyke like a bad habit.  Lawsuits are messy, unpredictable things and all sorts of collateral damage is likely to occur for you people before the dust finally settles.


v/r


Thomas Retzlaff