# EXHIBIT "F"

# Jason Van Dyke

| | |
|---|---|
| **From:** | Dean <dean714@yandex.com> |
| **Sent:** | Tuesday, May 29, 2018 10:41 AM |
| **To:** | Jason Van Dyke |
| **Subject:** | All proud boys magazine staff have been dox'd |

Hello fatso! I just saw your Sambo book reading this morning. How entertaining it was.

I was wondering how you would react upon learning that the entire Proud Boys magazine staff - and their family members - have been totally doxed! SSNs, drivers license #'s, credit scores, home addresses - the whole nine yards!

While not being an expert, it seems to me that this could only happen if someone had complete access to Lexisnexis Accurint for LEOs. Which really sucks for you and your friends. What could you all have been doing that would catch the attention of a law enforcement officer for in such a serious manner? I hear through the grape vine that arrest warrants are being sought for you. wow! How funny with that be!!!

By the way, do you have any clients left? One of the co-administrators on the BV Files blog just got off the phone with the parents of a kid from Allen, TX who you are (now were! (past tense)) repping on a dope charge. I did not know that was still against the law! You should come here to Southern California and you can smoke it up all you want to and it is perfectly legal! Anyways, I do not think that family was very happy to hear from Admin Mike when he told them about you being a Nazi and white supremacist and such that the state bar was going after you.

No more clients for you - not anymore, not ever!!


Dean Anderson