# Nancy Martinez

| | |
|---|---|
| **From:** | Jason Van Dyke <jason@vandykelawfirm.com> |
| **Sent:** | Monday, May 21, 2018 5:49 PM |
| **To:** | Jeffrey Dorrell |
| **Cc:** | Alan Taggart |
| **Subject:** | Continued Harassment |
| **Attachments:** | Jason Lee Van Dyke.vcf |

Mr. Dorrell:

Your client's antics have cost me another client.

I am going to be very clear on this for the purpose of your Anti-SLAPP motion:  I am not the least bit sorry for suing your client.  Regardless of how this case turns out, two things will remain true:  (a)  I will never pay your firm or your client a single cent; and (b) I will continue filing lawsuits against your client until he leaves me alone.  That means that he can expect a new lawsuit every time he contacts one of my clients and every time his contacts with one of my supervisors costs me a job.  The sanctions could be $1.00 or they could be $1 billion.  There is no amount that will cause me to stop.  The only thing that will cause me to stop suing your client continuously – every day if necessary – from now until the end of my life is this:  He will stop harassing me and stop contacting my clients and supervisors now and forever.



The Van Dyke Law Firm

Jason Lee Van Dyke
Attorney at Law
108 Durango Drive
Crossroads, TX 76227
(469) 964-5346
(972) 421-1830
jason@vandykelawfirm.com

1

EXHIBIT 1