**Nancy Martinez**

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Tuesday, May 29, 2018 10:01 AM
**To:** Jeffrey Dorrell
**Subject:** ur original email

Tom Retzlaff

**From:** Jeffrey Dorrell [mailto:JDorrell@hanszenlaporte.com]
**Sent:** Tuesday, May 22, 2018 8:05 AM
**To:** Tom Retzlaff
**Subject:** Fwd:

Begin forwarded message:

**From:** Jason Van Dyke <jason@vandykelawfirm.com>
**Subject: FW:**
**Date:** May 22, 2018 at 9:56:41 AM CDT
**To:** Jeffrey Dorrell <JDorrell@hanszenlaporte.com>
**Cc:** Alan Taggart <alan@aktlawfirm.com>

Ok gentlemen, I have had about enough.

This is going to stop, and it is going to stop TODAY.  If it doesn't, Mr. Retzlaff and his cronies are going to have a hell of a lot more to worry about than just my lawsuit.  I am not going to tolerate this anymore, and if you construe this as a threat, then by all means go and do what you need to do.

The motherfucking state bar can have my license for all I care.  I am not going to continue to be harassed by this psychopath.



The Van Dyke Law Firm
Jason Lee Van Dyke
Attorney at Law
108 Durango Drive
Crossroads, TX 76227
(469) 964-5346
(972) 421-1830
jason@vandykelawfirm.com

   **From:** Dean [mailto:dean714@yandex.com]
   **Sent:** Tuesday, May 22, 2018 3:08 AM

1

EXHIBIT 4

**To:** Jason Van Dyke <jason@vandykelawfirm.com>
**Subject:**

Hello fatso! I just heard the wonderful news - you lost yet another client. How terrible (not so terrible).

Is it also true that both Retzlaff and Dorrell will be going to new york city to take a video deposition of Gavin McInness and Talib Kweli? bad news for you and the proud boys. But if Retzlaff is in new york city and I am here in southern California, that will be proof that he and i are not the same person right? boy won't you look stupid then!

how much longer until you completely run out of money? don't you have a car loan with JP Morgan Chase on a mustang?

I suspect that things are going to get much worse for you, until they get even more worse.


Dean