IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | NO. 4:18-CV-247-ALM |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIA VIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
| *Defendant* | § | |

**ORDER GRANTING DEFENDANT THOMAS RETZLAFF'S MOTION TO REQUIRE PLAINTIFF TO POST SECURITY PURSUANT TO LOCAL RULE CV-65.1(b)**

  1. After considering defendant Thomas Retzlaff's motion to require plaintiff Jason Lee Van Dyke to post security for costs pursuant to Local Rule CV-65.1(b), after allowing plaintiff an opportunity to be heard, and after considering plaintiff's response and the evidence and admissions on file, the Court finds the motion to be meritorious.

  2. The Court **ORDERS** plaintiff Jason Lee Van Dyke to post a bond as security for costs in the amount of **$150,000.00** on or before **June 15, 2018**, payable to Retzlaff against any order future order from this Court that plaintiff pay Retzlaff litigation costs, attorney's fees, expenses, or sanctions under any applicable authority. Plaintiff shall furnish evidence of the posting of security in accordance with this order to the Court and to all counsel.

  3. If plaintiff does not post security as required by this order, the Court may dismiss all of plaintiff's claims with prejudice.

**IT IS SO ORDERED**.

_____
**AMOS L. MAZZANT, III**
U.S. District Judge

## CERTIFICATE OF SERVICE

I certify that on _____5-29_____, 2018, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

> Mr. Jason Lee Van Dyke
> Plaintiff, Pro Se
> 108 Durango Drive
> Crossroads, Texas 76227
> Telephone: 469-964-5346
> FAX: 972-421-1830
> jason@vandykelawfirm.com

_____/s/ Jeffrey L. Dorrell_____
**JEFFREY L. DORRELL**