**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Case No. 4:18cv247 |
| § | | |
| THOMAS CHRISTOPHER RETZLAFF § | | |
| a/k/a Dean Anderson d/b/a BV Files, Via § | | |
| View Files L.L.C., and ViaView Files § | | |
| Defendant § | | |

# ORDER DENYING DEFENDANT'S MOTION TO REQUIRE PLAINTIFF TO POST SECURITY

After considering Defendant's Motion to Require Plaintiff to Post Security for Costs Pursuant to Local Rule CV-65.1(b), this Court finds that the relief requested should be denied.

It is accordingly ORDERED that Defendant's motion is DENIED.