# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **NO. 4:18-CV-247-ALM** |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIA VIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
| *Defendant* | § | |

**NOTICE OF DEFENDANT THOMAS RETZLAFF'S AGREEMENT TO PLAINTIFF'S PROPOSED DEADLINES FOR SCHEDULING ORDER**

1.      Defendant notifies the Court that, after conference with plaintiff, defendant agrees to all proposed scheduling deadlines in Exhibit B to plaintiff's FED. R. CIV. P. 26(f) report.

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: _____/s/ Jeffrey L. Dorrell_____
**JEFFREY L. DORRELL**
State Bar No. 00787386
Federal ID # 18465
jdorrell@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT THOMAS RETZLAFF**

2

## CERTIFICATE OF SERVICE

  I certify that on     5-30    , 2018, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

  Mr. Jason Lee Van Dyke
  Plaintiff, Pro Se
  108 Durango Drive
  Crossroads, Texas 76227
  Telephone: 469-964-5346
  FAX: 972-421-1830
  jason@vandykelawfirm.com


    /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**