# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
| | § | |
| | § | Civil Action No.  4:18-CV-247 |
| v. | § | Judge Mazzant |
| | § | |
| THOMAS RETZLAFF | § | |
| | § | |
| | § | |

## <u>ORDER</u>

On May 31, 2018, the Court held a telephonic scheduling conference.  In addition to discussing scheduling order deadlines, the Court addressed various pending motions.  Although the Court will enter a separate order regarding the scheduling order deadlines, the Court enters this order to formalize the rulings made concerning various motions.

It is **ORDERED** that Defendant Thomas Retzlaff's TCPA Motion to Dismiss (Dkt. #5) is hereby **DENIED as moot**.

It is further **ORDERED** that Defendant Thomas Retzlaff's Request for Hearing on Anti-SLAPP Motion (Dkt. #16) is hereby **DENIED as moot**.

It is further **ORDERED** that Defendant Thomas Retzlaff's Motion to Take Judicial Notice That "The Proud Boys" Are a White Supremacist Hate Group (Dkt. #17) is hereby **DENIED as moot without prejudice**.

It is further **ORDERED** that Defendant Thomas Retzlaff's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. #18) is hereby **DENIED as moot**.

**SIGNED this 4th day of June, 2018.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE