IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | |
| § | **NO. 4:18-CV-247-ALM** |
| **THOMAS CHRISTOPHER** § | | |
| **RETZLAFF, a/k/a DEAN** § | | |
| **ANDERSON, d/b/a VIA VIEW FILES,** § | | |
| **L.L.C., and VIAVIEW FILES,** § | | |
| *Defendant* § | | |

## JURY DEMAND

Pursuant to the Seventh Amendment to the U.S. Constitution, defendant requests a trial by jury on all issues "triable of right by a jury." ***Bogosian v. Woloohojian Rlty. Corp***., 323 F.3d 55, 62 (1st Cir. 2003)

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
**WM CARL WILSON**
State Bar No. 24090472
cwilson@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT THOMAS RETZLAFF**

## CERTIFICATE OF SERVICE

I certify that on _____6-12_____, 2018, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

    Mr. Jason Lee Van Dyke
    Plaintiff, Pro Se
    108 Durango Drive
    Crossroads, Texas 76227
    Telephone: 469-964-5346
    FAX: 972-421-1830
    jason@vandykelawfirm.com

          /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**