**IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION**

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | **NO. 4:18-CV-247-ALM** |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIA VIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
|    *Defendant* | § | |

**ORDER FOR HEARING ON RETZLAFF'S TCPA MOTION TO DISMISS**

     After considering defendant Thomas Retzlaff's request for a hearing on his Second Amended TCPA Motion to Dismiss All of Plaintiff's Claims, the Court takes judicial notice that the Court's docket conditions prevent a hearing during the first 60 days following the May 21, 2018, service of Retzlaff's TCPA motion. The Court orders a hearing on Retzlaff's Second Amended TCPA Motion to Dismiss to take place on _____ at \_\_\_\_:\_\_\_ AM/PM, a date that is on or before August 19, 2018.

**IT IS SO ORDERED**.