# EXHIBIT "A"

**Jason Van Dyke**

**From:** Dean <dean714@yandex.com>
**Sent:** Wednesday, July 18, 2018 12:56 PM
**To:** Jason Van Dyke
**Subject:** [SPAM] Re:

Using a token black guy as a client so you can claim you are not a racist Nazi is a pretty funny idea - unless you happen to be the token black guy with a struggling dental practice in a small town.

I suspect that your scheme will backfire terribly.

But the attempt was quite funny nonetheless. Dr, Hampton will be featured in a new article - CHECK IT OUT!!


p.s.

Don't blame me for this. It was a random commentator on the BV File blog that found this out and posted a comment directing our attention to this. So thank your Antifa buddies the mad doxer for this one! lol I heard that your neighborhood got papered recently, too. that sucks. (not)