# EXHIBIT "B"

 **The Mad Doxer** *said:*  July 17, 2018 at 3:48 pm

**Even Nazi's need to see the dentist, too!!**

Van Dyke's newest and bestest client is Carrolton, TX dentist Dr. Darian Hampton, whose office is located at 3610 N Josey Ln Suite 104, Carrollton, TX 75007. Phone: (972) 395-9292.

His website is: http://thehamptonsdental.com/

Does Dr. Hampton know he has a Nazi for a lawyer? Regardless, the good doctor has much BIGGER problems to worry about. A recent check of his credit shows he owes a MASSIVE amount of money to a finance company in Pennsylvania!!

I wonder if there is a sexual exchange for legal services going on here, eh?

**FUN FACT:** Dr. Hampton is a knee-grow!!