# EXHIBIT "C"

**JASON VAN DYKE IS AN IMPOTENT RACIST – 100% VERIFIED!!**

Yet another scary (not so scary) threat email from the Law Offices of Jason L. Van Dyke, Esq.

---

*"From: Jason Van Dyke*
*Date: July 18, 2018 at 5:34:07 PM CDT*
*To: Jeffrey Dorrell*
*Subject: Temporary Injunction*

*Jeff –*

*I just received this. I know that your position is that your client and Dean Anderson are two different people. My position is that he is lying about that and I suspect that you know him to be lying. I will be calling the court tomorrow and insisting that my application for a temporary injunction be set for a hearing at the earliest convenience of the court, or in the alternative, filing a written request with the court to have this set. I will also be serving my first set of written discovery tomorrow, and unless I am given a set date with respect to when I can expect your Rule 26 disclosure, I will be filing a motion to compel those disclosures.*

*I am sorry, but your client has been warned multiple time to stop interfering with my life. I am simply not going to tolerate it any more.*

*Jason Van Dyke"*

---

Van Dyke reminds me of a little barking dog, the kind you kick over a fence when it starts yapping.

What an impotent little pussy. Hey, maybe he can get the super secret FBIs / ATFs interested in his butt-hurt!

Anyone care to bet on what the judge will do when Van Dyke calls and files his court papers tomorrow?