**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|     Defendant | § | |

**ORDER SETTING HEARING**

It is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction in the above-captioned case is set for an oral hearing before this Court on the _____ day of _____, 2018 at _____ o'clock \_\_\_.M. All parties and counsel are ordered to appear.

SIGNED ON: _____, 2018

                                                                        _____
                                                                         U.S. DISTRICT JUDGE