IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|     Defendant | § | |

## CORRECTED CERTIFICATE OF CONFERENCE

With respect to Plaintiff's Motion to Set Hearing on Preliminary Injunction, I certify that between July 18, 2018 and July 19, 2018, I made a reasonable attempt to confer with Jeffrey Dorrell concerning the Motion to Set Hearing on Plaintiff's Application for Temporary Injunction.  Mr. Dorrell is not opposed to a hearing on Plaintiff's Application for Temporary Injunction, but is opposed to the relief requested in Plaintiff's Application for Temporary Injunction.

    Respectfully submitted,
    /s/ Jason Lee Van Dyke
    Jason L. Van Dyke
    State Bar No. 24057426
    108 Durango Drive
    Crossroads, TX 76227
    P – (469) 964-5346
    F – (972) 421-1830
    Email:  jason@vandykelawfirm.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF System, which will automatically serve a Notice of Electronic Filing on Jeffrey Dorrell, Attorney for Defendant.

    /s/ Jason Lee Van Dyke
    JASON LEE VAN DYKE