## IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF TEXAS,
## SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, §<br>    *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **THOMAS CHRISTOPHER** § <br> **RETZLAFF, a/k/a DEAN** § <br> **ANDERSON, d/b/a BV FILES, VIA** § <br> **VIEW FILES, L.L.C., and VIAVIEW** § <br> **FILES,** § <br>    *Defendant* § | | **NO. 4:18-CV-247-ALM** |

## DECLARATION OF TOM RETZLAFF

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.   "My name is Tom Retzlaff.  I am more than 18 years of age and capable of making this affidavit.  I have personal knowledge of the facts and matters set forth herein, which are true and correct.

2.   I am the Thomas Retzlaff named as a defendant in the lawsuit in which this declaration is filed, along with a company named as "Via View Files, L.L.C.," (amongst other defendants).

3.   According to the "Contact Us" page on the ViaView Files website (http://www.viaviewfiles.net/contact-us/), the corporate mailing address for the ViaView Files blog is:  ViaView Files, L.L.C., 8609 SE 168th Kittredge Loop, The Villages, FL 32162-2852.  This is the address that has been posted by the blog for approximately five years ago.  At no time have I ever had any ownership or management interest in ViaView Files, L.L.C., nor am I listed on any known legal or corporate documents for ViaView Files, L.L.C., as a shareholder, director, member of management, or employee.  I have never done business as ViaView Files, L.L.C., nor have I ever authorized anyone to do business for me under that corporate name or as my agent.

Exhibit 1

1

I declare under the penalty of perjury, that the foregoing is true and correct, dated July 20, 2018."

*Tom*

_____
**TOM RETZLAFF**