IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| JASON VAN DYKE | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. 4:18-CV-247 |
| | § | |
| THOMAS CHRISTOPHER | § | |
| RETZLAFF a/k/a Dean Anderson | § | |
| d/b/a BV Files d/b/a ViaView Files, | § | |
| *Defendant* | § | |

## CERTIFICATE OF CONFERENCE

I certify that on this day I did confer with *pro se* plaintiff Jason Van Dyke regarding defendant's amended motion to set hearing on Retzlaff's motion to dismiss. Mr. Van Dyke stated he is NOT OPPOSED to the setting of a hearing but is opposed to the relief sought therein.

Respectfully submitted,

# HANSZEN✦LAPORTE

By:        /s/ Jeffrey L. Dorrell     
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
**ANTHONY L. LAPORTE**
State Bar No. 00787876
alaporte@hanszenlaporte.com
**KENT M. HANSZEN**
State Bar No. 00784210
khanszen@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on    7-23   , 2018, a true and correct copy of the foregoing was served by CM/ECF, in accordance with FED. R. CIV. P. 5(b) to the following counsel of record at the addresses and telephone numbers shown:

    **Mr. Jason L. Van Dyke**
    108 Durango Drive
    Crossroads, Texas 76227
    Telephone: 469-964-5346
    Facsimile: 972-421-1830
    jason@vandykelawfirm.com
    **ATTORNEY PLAINTIFF**

       /s/ Jeffrey L. Dorrell     
**JEFFREY L. DORRELL**