# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE § § § v. § § THOMAS RETZLAFF, a/k/a DEAN § ANDERSON, d/b/a VIA VIEW FILES LLC, § and VIA VIEW FILES § § | Civil Action No.  4:18-CV-247 Judge Mazzant |

## ORDER

Pending before the Court is Plaintiff Jason Lee Van Dyke's Motion to Set Hearing for Preliminary Injunction (Dkt. #64).  After reviewing the relevant pleadings and motion, the Court finds that the motion should be granted.

On May 29, 2018, Plaintiff filed a Motion for Preliminary Injunction (Dkt. #49).  On July 20, 2018, Defendant Thomas Retzlaff filed his response (Dkt. #66).  The Court finds that an in person hearing on Plaintiff's application for a preliminary injunction is appropriate.

It is therefore **ORDERED** that Plaintiff's Motion to Set Hearing for Preliminary Injunction (Dkt. #64) is hereby **GRANTED**.  As such, it is **ORDERED** that this matter is set for hearing at 2:00 p.m. on Thursday, August 9, 2018 at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.

**SIGNED this 24th day of July, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE