THE STATE OF TEXAS
WITNESS SUBPOENA FOR DEPOSITION

CASE NUMBER: 201707583            Before the District 14 Grievance Committee,
Evidentiary Panel 14-2

COMMISSION FOR LAWYER DISCIPLINE

V.

JASON LEE VAN DYKE

TO:    ANY SHERIFF OR CONSTABLE OF THE STATE OF TEXAS OR OTHER PERSONS AUTHORIZED TO SERVE AND EXECUTE SUBPOENAS AS PROVIDED IN RULE 176 T.R.C.P.

YOU ARE HEREBY COMMANDED TO SUMMON:

> Thomas C. Retzlaff
> 3030 N 3rd Street
> Suite 200
> Phoenix, Arizona 85012

Who is represented to reside outside 150 miles of the State Bar of Texas, in which the above suit is pending, or who may be found within such distance, to appear, and give testimony on the **25th day of October 2018, at 1:00 p.m.** central time at the offices of Phoenix Deposition Service, CopperPoint Tower, 3030 North Third Street, Suite 200, Phoenix, Arizona 85012 at an oral deposition in this case on behalf of the Petitioner, and to remain in attendance from day to day until lawfully discharged.

This subpoena was issued at the request of Petitioner, whose attorney of record is Kristin V. Brady, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254.

**CONTEMPT. FAILURE BY ANY PERSON WITHOUT ADEQUATE EXCUSE TO OBEY A SUBPOENA SERVED UPON THAT PERSON MAY BE DEEMED A CONTEMPT OF THE COURT FROM WHICH THE SUBPEONA IS ISSUED OR A DISTRICT COURT IN THE COUNTY IN WHICH THE SUBPOENA IS SERVED, AND MAY BE PUNISHED BY FINE OR CONFINEMENT, OR BOTH. TEXAS RULES CIVIL PROCEDURE 176.8(A).**

Issued on the 2 day of Oct, 2018.

_____
Harold "Rick" Frederick Hagen
Presiding Member, District No 14, Panel 14-2

WITNESS SUBPOENA FOR DEPOSITION - PAGE 1 OF 1

BEFORE THE DISTRICT 14 GRIEVANCE COMMITTEE
EVIDENTIARY PANEL 14-2
STATE BAR OF TEXAS

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, Petitioner | § § § § | |
| V. | § § | CASE NO. 201707583 |
| JASON LEE VAN DYKE, Respondent | § § § | |

### ACCEPTANCE OF SERVICE OF SUBPOENA BY WITNESS UNDER TEXAS RULE OF CIVIL PROCEDURE 176

I accept service of this subpoena.

_____
Witness

Tom Retzlaff
Witness Name Printed

12 Oct 18
Date

Acceptance of Service of Subpoena                                    Page 1 of 1