# Jason Van Dyke

| | |
|---|---|
| **From:** | Jason Van Dyke |
| **Sent:** | Thursday, October 25, 2018 9:27 AM |
| **To:** | 'Jeffrey Dorrell'; 'Kristin Brady' |
| **Subject:** | Discovery Hotline Call - 10:30 a.m. today |
| **Attachments:** | Mr Jason L Van Dyke.vcf |

Dear Mr. Dorrell and Ms. Brady:

I have not heard back from either of you, so I am writing to let both of you know that I will be calling the discovery hotline for the U.S. District Court for the Eastern District of Texas today at 10:30 a.m. CST concerning Mr. Retzlaff's claims about my not being allowed to ask certain questions at today's deposition. Please call my cell phone at 469-964-5346 prior to that time if you wish to be on the call.



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

1