**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE § | | |
|     Plaintiff § | | |
| § | | |
| v. § | Case No. 4:18cv247 | |
| § | | |
| THOMAS CHRISTOPHER RETZLAFF § | | |
| a/k/a Dean Anderson d/b/a BV Files, Via § | | |
| View Files L.L.C., and ViaView Files § | | |
|     Defendant § | | |

**ORDER**

After considering Plaintiff's Motion for a Clarifying Order in the above-numbered and styled case, this Court makes the following orders:

It is hereby ORDERED that the order staying proceedings in the above-numbered and styled case on July 31, 2018 is applicable to further proceedings in this case only;

It is FUTHER ORDERED that the order staying proceedings in the above-numbered and styled case on July 31, 2018 is **inapplicable** to any other litigation which currently exists, or which may exist in the future, between Plaintiff and Defendant; and

It is FURTHER ORDERED that the order staying proceedings in the above-numbered and styled case on July 31, 2018 is **inapplicable** to hearings, discovery requests, or depositions in any state or federal lawyer disciplinary proceeding to which Plaintiff is a party and in which Defendant is a witness.