# EXHIBIT "A"

## Jason Van Dyke

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Monday, December 03, 2018 10:50 AM |
| **To:** | Jeffrey Dorrell; Jason Van Dyke |
| **Cc:** | Kristin Brady; Linda Acevedo; jcouncil_alm.com ; 'Sommer, William' ; 'Andy Campbell'; nathantbernard@gmail.com |
| **Subject:** | Re: Pending Litigation Involving Thomas Retzlaff |

My position is this: Van Dyke can go fuck himself. Long and hard. I ain't dismissing shit. If he wants to quit, fine by me. I'm winning, so fuck him.

Like the idiots McGibney and Morgan and Klein before him, once you put my name on your stupid legal papers - and especially when you make credible threats to murder me and my family - there is no walking away from that.

Besides, a lot of people, very important people, very influential people, are counting on me to win this case in the Fifth Circuit. Why else did all of my dad's media friends come out in support of me so quickly, so publicly, and unequivocally?

Loyalty is important to me.

And, besides, I'm winning and Van Dyke has absolutely nothing to offer me. If he wants to quit, fine by me. It makes sense as there is no upside for him no matter how these cases play out.

**He will be in jail soon enough regardless, along with his co-conspirators in trying to get me and my family *SWATted*.**


Tom Retzlaff

---

**From:** JDorrell@hanszenlaporte.com
**Sent:** December 3, 2018 9:31 AM
**To:** jason@vandykelawfirm.com
**Cc:** JDevlin@hanszenlaporte.com; ALaporte@hanszenlaporte.com; cwilson@hanszenlaporte.com
**Subject:** Re: Pending Litigation Involving Thomas Retzlaff

Dear Mr. Van Dyke:

I completely understand. I will relay your proposal to our client.

As you know, Mr. Retzlaff has previously indicated he did not want to dismiss his anti-SLAPP motions in either the Texas or Arizona case, pursuant to which (if successful) he would be entitled to recover attorney's fees and mandatory sanctions from you. However, I will advise if there has been any change in our client's position.

1

Respectfully,

Jeff

# HANSZEN✦LAPORTE
ATTORNEYS AT LAW

## Jeffrey L. Dorrell
Board Certified—Civil Trial Law
Texas Board of Legal Specialization
Equity Partner

jdorrell@hanszenlaporte.com   hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Drive, Houston, Texas 77079

> On Dec 3, 2018, at 10:18 AM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:
>
> Dear Mr. Dorrell:
>
> I am willing to stipulate to dismissal of all pending litigation provided that the stipulations of dismissal finally dispose of all parties and all claims, including counterclaims, and that such stipulations clearly waive any further proceedings in those cases (including Anti-SLAPP motions). However, you may not file those on my behalf. I reserve the right to review them.
>
> If this is acceptable, I will agree to waive briefing in the 5th Circuit case because the issue is moot based upon what I will agree to above.
>
> I will not resign from the State Bar of Texas, but I will pursue no further hostilities against your client in that case. You already know that the entire process is rigged and that the attorneys for the Commission for Lawyer Discipline are acting in concert with your client. However, when the inevitable happens, I want may day in court with BODA and ultimately the Supreme Court of Texas.
>
> <image001.jpg>
>
> **From:** Jeffrey Dorrell [mailto:JDorrell@hanszenlaporte.com]
> **Sent:** Monday, December 03, 2018 8:36 AM
> **To:** Jason Van Dyke <jason@vandykelawfirm.com>
> **Cc:** Kristin Brady <kristin.brady@texasbar.com>; Julie Devlin <JDevlin@hanszenlaporte.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Carl Wilson <cwilson@hanszenlaporte.com>
> **Subject:** Pending Litigation Involving Thomas Retzlaff
>
> Counsel:
>
> I join your desire for a cessation of hostilities. Please advise if I have your permission to sign on your behalf and file stipulations of dismissal and requests to withdraw all of your pending motions in the following litigation:
>
> (i)

2

No. 4:18-CV-00247-ALM; *Van Dyke v. Retzlaff*; in the U.S. District Court for the Eastern District of Texas; and

(ii)
No. 2:18-CV-04003-JJT; *Van Dyke v. Retzlaff*; in the U.S. District Court for the District of Arizona.

Also, please kindly advise if I have your permission to sign on your behalf and file appellee's waiver of briefing in No. 18-40710; *Van Dyke v. Retzlaff*; in the U.S. Court of Appeals for the Fifth Circuit. Finally, please advise if you intend to resign as a member of the State Bar of Texas in lieu of continuing to defend the disbarment proceedings against you.

We look forward to your response.

Respectfully,

    Jeff

<image002.png>

**Jeffrey L. Dorrell**
Board Certified—Civil Trial Law
Texas Board of Legal Specialization
Equity Partner

jdorrell@hanszenlaporte.com    hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Drive, Houston, Texas 77079