IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF | § | |
| a/k/a Dean Anderson d/b/a BV Files, Via | § | |
| View Files L.L.C., and ViaView Files | § | |
|     Defendant | § | |

### PLAINTIFF'S MOTION FOR WITHDRAWL OF DISMISSAL MOTION

Plaintiff, Jason Lee Van Dyke, hereby prays that this Court enter an order permitting him to withdraw and abandons his motion to dismiss under Rule 41(a)(2) of the Federal Rules of Civil Procedure (ECF 84).

Specifically, the Defendant in the above-numbered and styled case has continued to criminally stalk Plaintiff and, for the purpose of judicial economy, Plaintiff wishes to revive his old claims against Defendant and his additional claim against him in this case.

    Respectfully submitted,

    /s/ Jason Lee Van Dyke
    Jason L. Van Dyke
    PO Box 2618
    Decatur, TX 76234
    P – (940) 305-9242
    Email: jasonleevandyke@protonmail.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF System, which will automatically serve a Notice of Electronic Filing on Jeffrey Dorrell, Attorney for Defendant.

    /s/ Jason Lee Van Dyke
    JASON LEE VAN DYKE