Chris DeRose, Clerk of Court
\*\*\* Filed \*\*\*

12/5/18  8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-013856                                          11/13/2018

HONORABLE LINDSAY P. ABRAMSON          CLERK OF THE COURT
                                       T. Cooley
                                       Deputy

JASON LEE VAN DYKE                     JASON LEE VAN DYKE
                                       108 DURANGO DR
                                       CROSSROADS TX  76227

v.

THOMAS CHRISTOPHER RETZLAFF            THOMAS CHRISTOPHER RETZLAFF
                                       2402 E ESPLANADE AVE
                                       PHOENIX AZ  85016


                                       COMM. ABRAMSON


MINUTE ENTRY

Courtroom 812 – East Court Building.

11:38 a.m. This is the time set for a Telephonic Status Conference regarding Petitioner's Injunction against Harassment. Petitioner, Jason Lee Van Dyke, appears telephonically on his own behalf. Respondent, Thomas Christopher Retzlaff appears telephonically on his own behalf.

A record of the proceedings is made digitally in lieu of a court reporter.

Discussion is held regarding the petition.

Based on the information and testimony presented,

Exhibit 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-013856                                                                          11/13/2018

IT IS ORDERED denying Petitioner's Injunction against Harassment.

11:48 a.m. Matter concludes.

This minute entry disposes of all outstanding claims and issues in this case. Because no further matters remain pending, the court signs this minute entry as a final judgment entered pursuant to Ariz. R. Civ. P. 54(c).

Dated: November 13, 2018

_____
Commissioner Lindsay P. Abramson
JUDICIAL OFFICER OF THE SUPERIOR COURT