| | |
|---|---|
| SUPREME COURT, STATE OF COLORADO<br>ORIGINAL PROCEEDING IN DISCIPLINE BEFORE<br>THE OFFICE OF THE PRESIDING DISCIPLINARY JUDGE<br>1300 BROADWAY, SUITE 250<br>DENVER, CO 80203 | |
| **Complainant:**<br>THE PEOPLE OF THE STATE OF COLORADO<br><br>**Respondent:**<br>JASON LEE VAN DYKE, #47445 | Case Number:<br>**19PDJ021** |

**ORDER APPROVING CONDITIONAL ADMISSION OF MISCONDUCT
AND IMPOSING SANCTIONS UNDER C.R.C.P. 251.22**

Before the Presiding Disciplinary Judge ("the Court") is a "Stipulation, Agreement and Affidavit Containing the Respondent's Conditional Admission of Misconduct" filed by Jacob M. Vos, Office of Attorney Regulation Counsel ("the People"), and Jason Lee Van Dyke ("Respondent") on March 1, 2019. In their stipulation, the parties waive their right to a hearing under C.R.C.P. 251.22(c).

Upon review of the stipulation, the Court **ORDERS**:

1. The stipulation is **APPROVED**.

2. **JASON LEE VAN DYKE**, attorney registration number **47445**, is **SUSPENDED** from the practice of law for a period of **SIX MONTHS**, **ALL STAYED** upon the successful completion of Respondent's **SIX-MONTH** period of **PROBATION** in his Texas disciplinary matter. The conditions of Respondent's probation are set forth in paragraphs 16-18 of the stipulation.

3. Respondent engaged in conduct constituting grounds for discipline under C.R.C.P. 251.21.

4. If, during the period of probation, the People receive information that any probationary condition may have been violated, the People may file a motion under C.R.C.P. 251.7(e) specifying the alleged violation and seeking an order that requires Respondent to show cause why the stay should not be lifted and the sanction activated. Under C.R.C.P. 251.7(e), the filing of such a motion tolls any period of suspension or probation until final action. When the alleged violation in a revocation hearing is a respondent's failure to pay restitution or costs, evidence of failure to pay constitutes *prima facie* evidence of a violation.

Exhibit 9

5.    Per C.R.C.P. 251.7(f), no more than twenty-eight days and no fewer than fourteen days prior to expiration of the period of probation, Respondent shall file an affidavit with the People attesting to compliance with all terms of probation and shall file with the Court notice and a copy of such affidavit and application for an order terminating probation. Upon receipt of this notice and absent objection from the People, the Court will issue an order terminating probation, to take effect on the date the period of probation expires.

6.    Under C.R.C.P. 251.32, Respondent shall pay costs incurred in conjunction with this matter in the amount of $224.00 within thirty-five days of the date of this order. Costs are payable to the Colorado Supreme Court Attorney Regulation Office. Statutory interest shall accrue from thirty-five days after the date of this order. Should Respondent fail to pay the aforementioned costs within thirty-five days, Respondent will be responsible for all additional costs and expenses, including reasonable attorney's fees, incurred by the People in collecting the above-stated amount. The People may seek to amend the amount of the judgment for additional costs and expenses by providing a motion and bill of costs to the Court.

**THIS ORDER IS ENTERED THE 4th DAY OF MARCH, 2019. THE EFFECTIVE DATE OF THE STAYED SUSPENSION AND PROBATION WAS THE 15th DAY OF NOVEMBER 2018.**

William R. Lucero
WILLIAM R. LUCERO
PRESIDING DISCIPLINARY JUDGE

**Respondent**
Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227
jasonleevandyke@protonmail.com          **Via Email**

**Office of Attorney Regulation Counsel**
Jacob M. Vos
Office of Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203
j.vos@csc.state.co.us          **Via Email**

**American Bar Association**
c/o Kevin Hanks
Office of Attorney Regulation Counsel
1300 Broadway, Suite 500
Denver, CO 80203
k.hanks@csc.state.co.us          **Via Email**

**Board of Continuing Legal Education and**
**Colorado Attorney Registration**
Elvia Mondragon
Office of Attorney Registration
1300 Broadway, Suite 510
Denver, CO 80203
elvia.mondragon@judicial.state.co.us          **Via Email**

**Colorado Bar Association**
Patrick Flaherty, Executive Director
1900 Grant Street, Suite 950
Denver, CO 80203-4309
pflaherty@cobar.org          **Via Email**

**Colorado Supreme Court**
Cheryl Stevens
2 East 14th Avenue
Denver, CO 80203
cheryl.stevens@judicial.state.co.us;
heather.petercarroll@judicial.state.co.us;
liz.cunningham@judicial.state.co.us          **Via Email**

**IRS, Office of Professional Responsibility**
Kathy Gibbs
SE: OPR, 1111, Constitutional Ave., N.W.
Washington, DC 20224
kathy.a.gibbs@irs.gov          **Via Email**

**Martindale-Hubbell**
Attn: Editorial Dept.
121 Chanlon Road, Suite 110
New Providence, NJ 07974
disciplinaryaction@lexisnexis.com          **Via Email**

**Supreme Court of the United States**
Perry Thompson, Admissions Office
1 First Street Northeast
Washington, D.C. 20543
pthompson@supremecourt.gov
ptadmit@supremecourt.gov          **Via Email**

**United States Bankruptcy Court**
Laura Guice
721 19th Street, Room 117
Denver, CO 80202-2508
laura_guice@cob.uscourts.gov
cobml_training@cob.uscourts.gov          **Via Email**

**United States Court of Appeals for the Tenth Circuit**
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257
disciplinaryorders@ca10.uscourts.gov          **Via Email**

**United States District Court, District of Colorado**
Alfred A. Arraj U.S. Courthouse
Mark Fredrickson, Atty Services Coordinator
901 19th Street, Room A-105
Denver, CO 80294-3589
mark_fredrickson@cod.uscourts.gov
edward_butler@cod.uscourts.gov          **Via Email**

**United States Department of Justice,**
**Executive Office for Immigration Review**
*Office of the General Counsel*
Allison Minor, Disciplinary Counsel
5107 Leesburg Pike, Suite 2600
Falls Church, VA 22041
lea.minor@usdoj.gov          **Via Email**

**United States Department of Justice, Trustee's Office**
Gregory Garvin, Assistant U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
gregory.garvin@usdoj.gov          **Via Email**