| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: June 10, 2019<br>CASE NUMBER: 2019SA121 |
| Original Proceeding in Discipline<br>19-779 | |
| **Petitioner:**<br><br>The People of the State of Colorado,<br><br>v.<br><br>**Respondent:**<br><br>Jason Lee Van Dyke. | Supreme Court Case No:<br>2019SA121 |
| ORDER TO SHOW CAUSE | |

Upon consideration of the Notice of Conviction of Serious Crime and Petition for Order to Show Cause why Respondent Should not be Immediately Suspended from the Practice of Law filed in the above cause, and now being sufficiently advised in the premises,

IT IS ORDERED that the Respondent, JASON LEE VAN DYKE answer the petition for immediate suspension in writing and show cause within 14 days of service of this order why he should not be immediately suspended from the practice of law in the State of Colorado.

IT IS FURTHER ORDERED that the Petitioner may have 14 days from receipt of the answer within which to file a reply.  A true copy of the Notice of Conviction of Serious Crime and Petition for Order to Show Cause why Respondent Should

Exhibit 10

not be Immediately Suspended from the Practice of Law is attached hereto and served herewith.

    WITNESS, the Honorable NATHAN B. COATS, Chief Justice of our Supreme Court, in the City and County of Denver, this 10th day of June, 2019.

                                CHERYL L. STEVENS
                                Clerk of the Colorado Supreme Court

                                _____
                                Deputy Clerk