**Form 205**
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $300**



**Certificate of Formation**
**Limited Liability Company**

This space reserved for office use.

**F I L E D**
In the Office of the
Secretary of State of Texas

**NOV 2 0 2017**

**Corporations Section**

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Proud Boys of Texas, L.L.C.
_The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases._

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☑ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

JLVD Holdings L.L.C.
OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |

C. The business address of the registered agent and the registered office address is:

| 108 Durango Drive | Crossroads | TX | 76227 |
| Street Address | City | State | Zip Code |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☑ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

| GOVERNING PERSON 1 |
| NAME (Enter the name of either an individual or an organization, but not both.) |
| IF INDIVIDUAL |

| First Name | M.I. | Last Name | Suffix |
OR
IF ORGANIZATION

JLVD Holdings L.L.C
_Organization Name_
**ADDRESS**

| 108 Durango Drive | Crossroads | TX | USA | 76227 |
| Street or Mailing Address | City | State or Country | Zip Code |

Form 205                                       4

Exhibit 14

| GOVERNING PERSON 2 |
|---|
| NAME (Enter the name of either an individual or an organization, but not both.) |
| IF INDIVIDUAL |
| *First Name*      *M.I.*      *Last Name*      *Suffix* |
| OR |
| IF ORGANIZATION |
| *Organization Name* |
| ADDRESS |
| *Street or Mailing Address*      *City*      *State*      *Country*      *Zip Code* |

| GOVERNING PERSON 3 |
|---|
| NAME (Enter the name of either an individual or an organization, but not both.) |
| IF INDIVIDUAL |
| *First Name*      *M.I.*      *Last Name*      *Suffix* |
| OR |
| IF ORGANIZATION |
| *Organization Name* |
| ADDRESS |
| *Street or Mailing Address*      *City*      *State*      *Country*      *Zip Code* |

## Article 4 -- Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

### Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

The purpose of company shall be to establish, maintain, govern, improve and promote the welfare of a fraternal order known as the "Proud Boys" within the State of Texas, which shall have for its objects: the mutual benefit and assistance of its members; the binding by closer bonds of its members one to another; the rendition of mutual assistance to its members during life and after their death to their dependents; the extending of charity to all who need such assistance; the promotion of western civilization including free speech and the right to bear arms; the promotion of good citizenship; the training and developing of men to become positive role models as husbands, fathers, entrepreneurs, and civic leaders; and true patriotism.

## Organizer

The name and address of the organizer:

JLVD Holdings, Inc.
*Name*

| 108 Durango Drive | Crossroads | TX | 76227 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. [✓] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: 11/14/2017

*Signature of organizer*

Jason L. Van Dyke, Attorney for JLVD Holdings L.L.C.
Printed or typed name of organizer

Form 205          6