# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 30, 2019

Thomas C. Retzlaff
P.O. Box 46424
Phoenix, Arizona 85063-6424

Re:  201807880 -  Thomas C. Retzlaff - Jason Lee Van Dyke

Dear Mr. Retzlaff:

You were previously notified that this matter has been set for an Investigatory Hearing. Please be advised that the Investigatory Hearing in the above-referenced matter has been rescheduled for **May 24, 2019 at 1:00 P.M.** The Hearing will be held at **Mark Burrough's Office, 1172 Bent Oaks Drive, Denton, TX 76210**.

Pursuant to Rule 2.12(F)&(G) of the Texas Rules of Disciplinary Procedure, the Investigatory Panel will take testimony under oath from the Complainant, Respondent and other witnesses, if necessary, in a non-adversarial proceeding in an attempt to resolve this disciplinary matter by agreement. **Your attendance is requested to give testimony and assist the Investigatory Panel with its investigation.** The Investigatory Hearing may result in a dismissal or a negotiated resolution.

Please do not hesitate to contact this office should you have any questions.

Sincerely,

*Kristin Brady*

Kristin Virginia Brady
Assistant Disciplinary Counsel

KVB/ml

**Exhibit 19**

**The Princeton Building, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254**
**(972) 383-2900, (972) 383-2935 (FAX)**