

**Van Dyke**
@RealJLVD

Follow

Replying to @a676z @Popehat and 2 others

I am not backing down from this. I've had enough. Asher's choice is for us to leave each other alone or get his jaw broken.

10:04 AM - 10 Jul 2017

  1  

Exhibit 20

**J.L. Van Dyke**
@RealJLVD

( Follow )   ∨

# I wonder what a flight to Omaha, then to LAX, and then back to Dallas would cost?

8:40 AM - 10 Jul 2017

**1 Retweet  2 Likes**     

💬 10   ♺ 1   ♡ 2   ✉



**J.L. Van Dyke** @RealJLVD · 2h
I wonder what a flight to Omaha, then to LAX, and then back to Dallas would cost?

💬 10    🔁 1    ♡ 2    ✉

**Michael Irelan** @HenryIrelan · 2h
Probably jail time.

💬 1    🔁    ♡ 11    ✉

**J.L. Van Dyke** @RealJLVD · 45m
Fine by me. They made a classic blunder: Don't mess with someone who has nothing to lose.

💬 5    🔁 1    ♡ 1    ✉

**Andrew Fleischman** @ASFleischman · 42m
Doesn't a defamation suit require that you have something to lose? Sorry, I'm just a public defender

💬 2    🔁 1    ♡ 20    ✉

**J.L. Van Dyke**
@RealJLVD

[ Follow ]

Replying to @ASFleischman @Popehat @HenryIrelan

# We're beyond a defamation suit at this point. Tick. Tock. Tick. Tock.

10:45 AM - 10 Jul 2017



**J.L. Van Dyke** @RealJLVD · 10m

any money on a flight.

💬 1     🔁     ♡     ✉

**J.L. Van Dyke** @RealJLVD · 11m

6:10 - and you would think there would be more non-stop flight options for a city that really isn't that far away.



**Jason Van Dyke** via netorgft784007.onmicrosoft.com
to me
Case 4:18-cv-00247-ALM   Document 92-20   Filed 07/12/19   Page 5 of 26 PageID #: 1858
Jul 21 (13 days ago)



White –

You listen to me, and you listen good.  This ends now and here is how it's going to work:  I have deleted my Twitter account because, frankly, I have better things to do than deal with you and your followers.  I am going to make you a one-time offer and you get to choose.

1. I am willing to walk away.  Right here.  Right now.  You remove the libelous blog posts about me and make whatever excuse you want.  I really don't care what it is.  You will never see or hear from me ever again.  We both go about our lives.

2. You can do what I think you are more than likely to do anyway and simply add this e-mail to your blog post.  If you do that, I want to make it very clear what is going to happen.  I have a picture of you.  I am going to put it on my mirror at home, near my desk, and in my truck.  My pure and absolute hatred for you will be unprecedented.  My hatred for you will serve as a motivation for me to build an entirely new business and to earn enough money so that, one day, I will be able to make your life such an absolute living hell that I'll be able to hurt you without so much as laying a hand on you:  I will make you so miserable and treat you with such extreme and completely unprecedented cruelty that you'll either kill yourself or move yourself and your family to the most remote part of the world you can afford to escape my wrath.  The bottom line is that I will not forget you and that there will be retribution.  It may take me a year.  It may take me 20 years.  I may get you on my first try.  I may get you on my seventeenth try.  But I will never stop.

You will take this offer today or the only thing that you will have to know is that, sooner or later, I will come for you.


Jason L. Van Dyke
Attorney & Counselor at Law
108 Durango Drive
Crossroads, TX 76227
P – (469) 964-5346
F – (972) 421-1830
E – jason@vandykelawfirm.com

Licensed in Texas, Colorado, Georgia, and the District of Columbia

**Jason L. Van Dyke**
@MeanTXLawyer

⤴ Follow

@dividedly_ Look good and hard at this picture you
fucking nigger.  It's where I am going to put your neck.

↩  ⟲  ★  •••



RETWEETS
2

FAVORITES
3





April 20 · Edited · 🌐

If you mess with my career (the one that requires me to wear a suit), I might be dressed like this the next time you see me!

↗ Share

👍😮 6

They aren't going to see or hear you 😈
April 20 at 6:57pm

🙂
April 20 at 7:13pm



Claire Louise Munn
★★★★★
Absolutely awful.
Like · Comment · 9 minutes ago

👍 2 people like this.



The Van Dyke Law Firm P.L.L.C. Not one of my clients. I don't accept women with cunts wider than the Lincoln Tunnel
22 minutes ago · Like

Write a comment...



Kyle is one of my best friends. What I am saying is that what his bitch of a soon-to-be-ex-wife wrote is completely false. She has, by her own admission in the article, been committed to a mental institution and held for a period of time. Yet ATL chooses to link to this hatchet job? Extremely poor decision. I'll put it this way: Everyone knows that Kyle and I were more than willing to sue everyone on the planet who defamed us over the Pink Meth case. I myself sued no less than three people over the course of six months who thought posting similar stuff about me online would be funny. Do you really think that Kyle would bat an eyelash as suing anyone who republishes that piece? And do you really think I wouldn't be right there next to him helping with the entire process? For people that actually that her seriously, its going to cost them a lot of money.

∧ | ∨ ▪ Share ›

**Thereas Onableman** → Jason Lee Van Dyke · 2 years ago

"I myself sued no less than three people over the course of six months who thought posting similar stuff about me online would be funny."
Let me guess: 3 lawsuits filed, zero wins for you. Am I right? Do you start all your complaints with "I'M A LAWYER! THIS IS MY TRUCK!" You really should.

∧ | ∨ ▪ Share ›



**Jason Lee Van Dyke** → Thereas Onableman · 2 years ago

Nope. I won them all. The little pricks were too scared to show up for Court. Believe me, I have ZERO ethics when it comes to business and will not hesitate to destroy anyone daring to interfere with my interests.

∧ | ∨ ▪ Share ›







**proudboywaterfowler** • Follow









**proudboywaterfowler** Soy boys are butt hurt about getting the beating of their lives on East 6th Street.

**proudboywaterfowler** @bert_42069 - You soyboys outnumbered us 2 to 1 and still got beaten down. How is the blonde kids face and the fat bearded guys ribs?

**proudboywaterfowler** @adamtown - Yeah? We have the video. Three of you cucks got knocked the fuck out.

♡ ♢

**15 likes**

MARCH 24

Log in to like or comment.   •••










**J.L. Van Dyke** @RealJLVD · 20h
Stupid Talib is trying to get a lynch mob on IG to physically attack my home, job, & family. It wont end well for the attackers.



 💬 8    🔁     ♡ 5     ✉

**talibkweli** ✓ · Follow

**talibkweli** After Jason L Van Dyke, Texas lawyer who calls us nigger and autistic faggot while threatening to murder ppl and their children, had his business contact info which was found on the Texas Bar website posted by me, he posted this pic of his AR15. The same exact weapon used to murder 26 people in his home state of Texas the day after he threatened to murder people with it. So decent people should ask @twitter why we cannot share the business contact info of business owners who threaten murder while using racial slurs. They'd rather see this kind of behavior normalized. I guess violent racists are their bottom line.

Load more comments

**juste0524** Straight psycho

**markdownthewallsxvx** What a piece of

 ♡  ○

**9,175 likes**

NOVEMBER 8, 2017

t⌃ Asher Langton Retweeted



**Talib Kweli Greene** ✓
@TalibKweli

⌄

THIS is why I expose racists. Oh and we just getting started. Trust.

instagram.com/p/BbnG9LahM-d/

3:15 PM · Nov 17, 2017

**39** Retweets   **166** Likes

 **j.l.vandyke**   Follow

**j.l.vandyke** I have seriously fucking had it with this shitstain. By the time I am through beating his ass like a rented mule, his new stage name will be Toby Kweli - kinda like how Amadou Diallo changed his name to Amadou WhatTheCopsTellMeToDo.

**mrsjacksonbest** RACIST. And no one likes you

**mrsjacksonbest** RACIST. And no one likes you

**mrsjacksonbest** RACIST. And no one likes you

**jenniferscott7175** Hate is a learned behavior. It's so not cool.

**ds_4210** Cletus? Is that you ?

**jhj24** Clown



**Jason L. Van Dyke**
@MeanTXLawyer 🔒



@OneTrueDoxbin:  Your kiddies are quite a nuisance.  My advice:  run and hide.  If I find you, I WILL kill both you and your family.

← Reply  ★ Favorite  ••• More

10:58 AM - 12 Sep 2014

**Jason L. Van Dyke**
@MeanTXLawyer 🔒

⚙ **Following**

@OneTrueDoxbin:  Your kiddies are quite a nuisance.  My advice:  run and hide.  If I find you, I WILL kill both you and your family.

↩ Reply  ★ Favorite  ••• More

10:58 AM - 12 Sep 2014

j.l.vandyke @bayousbest - Not as mad at Talib is going to be when I personally skin him and have his hide put on display on my living room.

9m    Reply

8:27 AM - 18 Nov 2017

24 Retweets 83 Likes





12     24     83

**Jason L. Van Dyke**
@MeanTXLawyer

+ Follow

@don_koolaid @dividedly_ I don't hate black people.  I hate niggers.  There is a difference, and @dividedly_ is a nigger with a capital N

  

3:20 PM - 29 Dec 2014

**Jason L. Van Dyke**
@MeanTXLawyer

Follow

@dividedly_ A lawsuit is the least of your worries now you fucking ape.  I hope your life insurance is paid up cause you're toast

RETWEET
1

FAVORITE
1

4:39 AM - 29 Dec 2014

 **Jason L. Van Dyke**
@MeanTXLawyer

+🔲 Follow

@dividedly_ I don't waste my breath on niggers like you.
I hang them.

         

3:21 PM - 29 Dec 2014

 Jason L. Van Dyke
@MeanTXLawyer

@pinkmeth - If you keep messing with Kyle and I, lawsuits and indictments may be the least of your worries. I have a back yard and a shovel

🐦 10 DAYS AGO

Jason L. Van Dyke
@MeanTXLawyer

@pinkmeth You had better hope the cops find you before we do.

🐦 10 DAYS AGO

**VanDyke Law Firm** · 24m

@loldoxbin And it will be a cold day in hell before I apologize to you, you faggot nigger-fucking thief.



**J.L. Van Dyke.** @jasonleevandyke
4 minutes

No longer welcome where I've trained for years. This is the final straw. Langton, White,
Kweli, HuffPo - they are all getting sued first thing Monday morning. This ends now.
They can disbar me if they want, I don't give a damn. If they sanction me, my property is
defended with a 50 BMG.

⌃ 0                                         ↩ Reply       ↻ Repost       Quote

j.l.vandyke @bayousbest - Not as mad at Talib is going to be when I personally skin him and have his hide put on display on my living room.

9m   Reply

8:27 AM - 18 Nov 2017

24 Retweets  83 Likes

♡ 12   ⟲ 24   ♡ 83

Jason L. Van Dyke
@MeanTXLawyer

Follow

@dividedly_ Look good and hard at this picture you fucking nigger. It's where I am going to put your neck.

