**From:** Tom Retzlaff
**To:** Jeffrey Dorrell
**Cc:** Jason Van Dyke; Kristin Brady; Linda Acevedo; jcouncil_alm.com; "Sommer, William"; "Andy Campbell"
**Subject:** Re: Fwd: Pending Litigation Involving Thomas Retzlaff
**Date:** Monday, December 03, 2018 12:40:12 PM
**Attachments:** image002.png

I guess this idiot does not realize that you cannot discharge court sanctions via bankruptcy. He should ask his running buddy Evan Stone, who recently had to pay the federal court over $20,000. Or ask John Morgan, who owes the federal court $30,000.

He sounds like those "sovereign citizens" who refuse to acknowledge the IRS.

Anyways, I doubt his plans to fortify his house will do much good to keep out the sheriff's deputies and the FBI when they come to arrest him. David Koresh thought his house was pretty well fortified, too, I seem to recall.

By the way, I just heard that the University of North Texas has just banned Van Dyke from campus and the firearms club. It seems that violent emotionally unstable Nazi drug addicts just are not welcome there anymore.

Tom Retzlaff

**From:** JDorrell@hanszenlaporte.com
**Sent:** December 3, 2018 10:35 AM
**To:** retzlaff@texas.net
**Subject:** Fwd: Pending Litigation Involving Thomas Retzlaff

Begin forwarded message:

**From:** Jason Van Dyke <jason@vandykelawfirm.com>
**Subject: RE: Pending Litigation Involving Thomas Retzlaff**
**Date:** December 3, 2018 at 11:24:05 AM CST
**To:** Jeffrey Dorrell <jdorrell@hanszenlaporte.com>

Mr. Dorrell:

That's fine. He can win. He will never get a penny. I will not respond to any post-judgment discovery. I will refuse to attention post-judgment depositions and debtor examinations. I will fortify my home with concertina wire if necessary to prevent levy by federal marshals. I will refuse to comply with turnover orders and, as a last resort, I will simply file for Chapter 7 bankruptcy and get the entire thing discharged. And, if he files contempt proceedings, I would far prefer to do the time in FCI for contempt than pay him anything. I am ready to face that.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.
108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830
jason@vandykelawfirm.com

**From:** Tom Retzlaff [mailto:retzlaff@texas.net]
**Sent:** Monday, December 03, 2018 10:50 AM
**To:** Jeffrey Dorrell <jdorrell@hanszenlaporte.com>; Jason Van Dyke <jason@vandykelawfirm.com>
**Cc:** Kristin Brady <kristin.brady@texasbar.com>; Linda Acevedo <Linda.Acevedo@TEXASBAR.COM>; jcouncil_alm.com <jcouncil@alm.com>; 'Sommer, William' <William.sommer@thedailybeast.com>; 'Andy Campbell' <andy.campbell@huffpost.com>; nathantbernard@gmail.com
**Subject:** Re: Pending Litigation Involving Thomas Retzlaff

My position is this: Van Dyke can go fuck himself. Long and hard. I ain't dismissing shit. If he wants to quit, fine by me. I'm winning, so fuck him.

Like the idiots McGibney and Morgan and Klein before him, once you put my name on your stupid legal papers - and especially when you make credible threats to murder me and my family - there is no walking away from that.

Besides, a lot of people, very important people, very influential people, are counting on me to win this case in the Fifth Circuit. Why else did all of my dad's media friends come out in support of me so quickly, so publicly, and unequivocally?

Loyalty is important to me.

And, besides, I'm winning and Van Dyke has absolutely nothing to offer me. If he wants to quit, fine by me. It makes sense as there is no upside for him no matter how these cases play out.

He will be in jail soon enough regardless, along with his co-conspirators in trying to get me and my family *SWATted*.

Tom Retzlaff

**From:** JDorrell@hanszenlaporte.com
**Sent:** December 3, 2018 9:31 AM
**To:** jason@vandykelawfirm.com
**Cc:** JDevlin@hanszenlaporte.com; ALaporte@hanszenlaporte.com; cwilson@hanszenlaporte.com
**Subject:** Re: Pending Litigation Involving Thomas Retzlaff

Dear Mr. Van Dyke:

I completely understand. I will relay your proposal to our client.

As you know, Mr. Retzlaff has previously indicated he did not want to dismiss his anti-SLAPP motions in either the Texas or Arizona case, pursuant to which (if successful) he would be entitled to recover attorney's fees and mandatory sanctions from you. However, I will advise if there has been any change in our client's position.

Respectfully,

Jeff

# HANSZEN✦LAPORTE
ATTORNEYS AT LAW

**Jeffrey L. Dorrell**
Board Certified—Civil Trial Law
Texas Board of Legal Specialization
Equity Partner

jdorrell@hanszenlaporte.com   hanszenlaporte.com
p: 713-522-9444   f: 713-524-2580
14201 Memorial Drive, Houston, Texas 77079

> On Dec 3, 2018, at 10:18 AM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:
>
> Dear Mr. Dorrell:
>
> I am willing to stipulate to dismissal of all pending litigation provided that the stipulations of dismissal finally dispose of all parties and all claims, including counterclaims, and that such stipulations clearly waive any further proceedings in those cases (including Anti-SLAPP motions). However, you may not file those on my behalf. I reserve the right to review them.
>
> If this is acceptable, I will agree to waive briefing in the 5th Circuit case because the issue is moot based upon what I will agree to above.
>
> I will not resign from the State Bar of Texas, but I will pursue no further hostilities against your client in that case. You already know that the entire process is rigged and that the attorneys for the Commission for Lawyer Discipline are acting in concert with your client. However, when the inevitable happens, I want may day in court with BODA and ultimately the Supreme Court of Texas.
>
> <image001.jpg>
>
> **From:** Jeffrey Dorrell [mailto:JDorrell@hanszenlaporte.com]
> **Sent:** Monday, December 03, 2018 8:36 AM
> **To:** Jason Van Dyke <jason@vandykelawfirm.com>
> **Cc:** Kristin Brady <kristin.brady@texasbar.com>; Julie Devlin <JDevlin@hanszenlaporte.com>; Anthony Laporte <ALaporte@hanszenlaporte.com>; Carl Wilson <cwilson@hanszenlaporte.com>
> **Subject:** Pending Litigation Involving Thomas Retzlaff
>
> Counsel:
>
> I join your desire for a cessation of hostilities. Please advise if I have your permission to sign on your behalf and file stipulations of dismissal and requests to withdraw all of your pending motions in the following litigation:
>
> (i)
> No. 4:18-CV-00247-ALM; *Van Dyke v. Retzlaff*, in the U.S. District Court for the Eastern District of Texas; and
>
> (ii)
> No. 2:18-CV-04003-JJT; *Van Dyke v. Retzlaff*, in the U.S. District Court for the District of Arizona.
>
> Also, please kindly advise if I have your permission to sign on your behalf and file appellee's waiver of briefing in No. 18-40710; *Van Dyke v. Retzlaff*, in the U.S. Court of Appeals for the Fifth Circuit. Finally, please advise if you intend to resign as a member of the State Bar of Texas in lieu of continuing to defend the disbarment proceedings against you.
>
> We look forward to your response.
>
> Respectfully,
>
> Jeff
>
> <image002.png>
>
> **Jeffrey L. Dorrell**
> Board Certified—Civil Trial Law
> Texas Board of Legal Specialization
> Equity Partner
>
> jdorrell@hanszenlaporte.com   hanszenlaporte.com
> p: 713-522-9444   f: 713-524-2580
> 14201 Memorial Drive, Houston, Texas 77079
>
> > On Dec 2, 2018, at 4:39 PM, Jason Van Dyke <jason@vandykelawfirm.com> wrote:
> >
> > Ok, that does it. I will no longer be participating in ANY activities relating or pertaining to this raving lunatic and known sexual predator.
> >
> > The FBI is apparently willing to sit on its lazy ass and do nothing about this sick faggot. Similarly, The State Bar of Texas has proven to be a completely corrupt entity employing incompetent attorneys who feel that Retzlaff is a person who ought to be enabled. Well, ladies and gentlemen, the show stops now.
> >
> > I am done. I have decided that I am not going to even participate in any more cases involving this sick pedophile. He has cost me damn near two full years of my life, and I am not going to spend another minute of my time on him. The FBI, the courts, and the State Bar of Texas can do what they need to do because, frankly, I do not give a single solitary fuck. I'm out, and as far as I am concerned, Thomas Retzlaff no longer exists.
> >
> > <image001.jpg>
> >
> > **From:** Tom Retzlaff <retzlaff@texas.net>
> > **Sent:** Saturday, December 1, 2018 8:25 PM
> > **To:** 'Jeffrey Dorrell' <JDorrell@hanszenlaporte.com>