So. How was your week?



**UPDATE:** Oct 23, 2018

The secret balloting has ended for a contest that many of you did not realize was even going on. It is that time of the year in which we, your Admins of the *BV Files* bestow upon one deserving mother the *Ehrenkreuz der Deutschen Mutter award*, or the *Cross of Honor of the German Mother*. Or simply known as the *Mother's Cross*.



— The Cross of Honor of the German Mother

In recognition of the substantial importance a woman's role and motherhood was in support of a strong Germany, the *Cross of Honor of the German Mother* was introduced by decree in Berlin on December 16, 1938, by *Führer und Reichskanzler* (leader and chancellor) Adolf Hitler. The preamble of the statutory decree declared:

> "As a visible sign of gratitude of the German nation to children-rich mothers I establish this Cross of Honor of the German Mother."

**In light of the fact that Jason Lee Van Dyke has been such a good little Nazi this year, what with all of his wonderful extra curricular activities (i.e. street fighting and rioting)....**





10/25/2018                     Feds Shut Down Yet Another Revenge Porn Site Linked To James McGibney!!! | BV Files



http://www.viaviewfiles.net/uncategorized/feds-shut-down-yet-another-revenge-porn-site-linked-to-james-mcgibney/                                55/84



there really is only one person truly responsible for the man that is known around the world as "JLVD" and that is the woman who gave birth to this Satan's Spawn in the first place – a woman who would have been better off swallowing a load of semen than allowing a bunch of little sperms up inside of her body.



— Susan Van Dyke and her offspring



**Susan Van Dyke**
Customer Service Rep at State Farm Agent
Dallas/Fort Worth Area | Insurance

102 connections

Current State Farm Agent
Previous State Farm Insurance
Education M.S. in Ed at Butler University

Experience

**Office Representative for Robert & Daniel Pulaski**
State Farm Agent
March 2012 – Present • 6 years 8 months
Frisco, Texas

**State Farm - Kim Higgins & Kristin Grammar Agencies**
State Farm Insurance
March 2009 – March 2012 • 3 years 1 month
Plano, Texas

Education

**M.S. in Ed at Butler University**
Master of Science, Education

**Northern Illinois University**
Bachelors of Science, Biology and Education

**Street Address**
1518 Legacy Drive
Suite 200
Frisco, TX 75034-5849
**Get Directions**

**Phone:** 972-712-6000

**Office Hours**
Mon-Fri 8:30am to 5:00pm
Evening/Weekends by Appt.

**Landmark**
On the corner of Legacy and Highway 121

**Languages**
English

**Credentials**
License: TX-729452

www.bobpulaski.com

**Who else supports Nazis and violent white supremacists who regularily commit criminal acts?**



— Joshua L. Van Dyke

Yeah, this guy right here.

**And does his employer know about this?**



## ABOUT US

- Value investor with alignment of interest
- Pan-regional expertise
- Long-term capital from sophisticated institutional investors
- Employee owned

ADV Partners is an Asian private equity firm, formed to pursue privately negotiated, value investment opportunities within the mid-market corporate segment in Asia. The firm was established in early 2013 by three founding partners with a common vision to build an institutional quality investment platform that combined their diverse yet complementary experience with timely and localized decision making. ADV is 100% employee owned.

ADV specializes in recognizing and identifying the potential for value. As an investor with long-term capital and a value mindset, we aim to generate investment returns by investing in a patient and disciplined manner, employing high-quality people, and aligning our interests with all our partners. We are a firm believer that good environmental, social and corporate governance (ESG) is fundamental to sustainable business success.

ADV Partners currently manages "ADV Opportunities Fund I L.P.", our debut fund raised in 2014-15 with a corpus of US$550 million. The Fund's investors include Sovereign Wealth Funds, Pension Plans, Endowments, Family Offices and Fund of Funds who have provided the Fund with long-term capital to pursue value focused investments.



**Joshua Van Dyke (Associate)**

Joshua L. Van Dyke is based in Hong Kong and his main responsibilities include providing support for deal execution and portfolio management for regional Asia investments. He has 10 years of experience in the finance industry in Asia, of which over 6 years have been in principal investing roles. Prior to ADV, Joshua worked on the Special Situations team at KKR as a Summer Associate. Previously, he was a Vice President at Sprint Capital in Hong Kong where he was responsible for deal structuring, execution and post-investment management of private equity and financing transactions in industrials and natural resources sectors. Joshua began his career as an investment banking professional at Deutsche Bank and BNP Paribas in Asia. Joshua is a CFA charter holder and has an MBA from the Wharton School and a Master's of Arts in International Studies from the Lauder Institute of University of Pennsylvania. He is fluent in English and Chinese.

Stay tuned for further harrowing updates!

Oh, and this will never not be funny. But more on this later.

FILED
2/12/2015 3:21:36 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Lisa Morales

NO. 2014-CI-17145

| | | |
|---|---|---|
| E.M. and V.B.M.,<br>*Plaintiffs*,<br><br>v.<br><br>PHILIP R. KLEIN, KLEIN INVESTIGATIONS & CONSULTING, and JAMES W. LANDESS,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF<br><br><br>BEXAR COUNTY, TEXAS<br><br><br>73rd JUDICIAL DISTRICT |

**PLAINTIFFS' SECOND AMENDED ORIGINAL PETITION**

Plaintiffs E.M. and V.B.M. file their Second Amended Original Petition, complaining of defendants Philip R. Klein, Klein Investigations & Consulting, and James W. Landess, and would respectfully show as follows:

**I. DISCOVERY CONTROL PLAN**

1. Pursuant to TEX. R. CIV. P. 190.4, plaintiffs intend to conduct discovery in this suit under Level 3.

**II. NO EXPEDITED-ACTIONS PROCESS**

2. This suit is not eligible for the expedited-actions process of TEX. R. CIV. P. 169 because plaintiffs request injunctive relief and monetary relief over $100,000.00.

**III. PLEADING OF LEVEL OF RELIEF PURSUANT TO TEX. R. CIV. P. 47(c)**

3. Pursuant to TEX. R. CIV. P. 47(c)(5), plaintiffs plead that they seek monetary relief in excess of $1,000,000.00.





— Susan Van Dyke and her Nazi offspring

**DO NOT GO TO THIS HOUSE – YOU WILL MAKE VAN DYKE VERY ANGRY**



13360 Chittamwood Ln
Frisco, TX 75035

— Susan Lynn Van Dyke – mother of Nazi