# IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **JASON VAN DYKE** § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | NO. 4:18-CV-247 |
| § | |
| **THOMAS CHRISTOPHER** § | |
| **RETZLAFF a/k/a Dean Anderson** § | |
| **d/b/a BV Files d/b/a ViaView Files,** § | |
| *Defendant* § | |

**AGREED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendant Thomas Retzlaff presents this agreed motion respectfully requesting that attorney Wm Carl Wilson be withdrawn as counsel of record for Retzlaff in this matter. Mr. Wilson is no longer employed by Hanszen Laporte, LLP. Representation of Mr. Retzlaff continues to be by the undersigned.

Further, the Clerk is requested to terminate notices to Wm Carl Wilson for this case.

Respectfully submitted,

HANSZEN✦LAPORTE

By: /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
**ANTHONY L. LAPORTE**
State Bar No. 00787876
alaporte@hanszenlaporte.com
**KENT M. HANSZEN**
State Bar No. 00784210
khanszen@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT THOMAS RETZLAFF**

## CERTIFICATE OF CONFERENCE

I certify that on August 7, 2019, I conferred with Mr. Jason L. Van Dyke and he is AGREED to this motion for withdrawal of counsel Wm Carl Wilson as an attorney in this case.

/s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, a true and correct copy of the foregoing was served by CM/ECF, in accordance with FED. R. CIV. P. 5(b) to all counsel of record.

/s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**

2