# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 05, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-40710    Jason Van Dyke v. Thomas Retzlaff
                    USDC No. 4:18-CV-247

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Casey A. Sullivan, Deputy Clerk
                    504-310-7642

Mr. Bruce D. Brown
Mr. Jeffrey Lee Dorrell
Mr. Thomas S. Leatherbury
Mr. David O'Toole
Ms. Margaret Dunlay Terwey
Mr. Jason Lee Van Dyke
Mr. Francis Ming Yang

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-40710

JASON LEE VAN DYKE,

    Plaintiff - Appellee

v.

THOMAS CHRISTOPHER RETZLAFF, also known as Dean Anderson, doing business as BV Files, ViaView Files, L.L.C., and ViaView Files,

    Defendant - Appellant

Appeal from the United States District Court
for the Eastern District of Texas

ON PETITION FOR REHEARING EN BANC

(Opinion October 22, 2019, 5 Cir., _____ , _____ F.3d _____ )

Before WIENER, HAYNES, and COSTA, Circuit Judges.

PER CURIAM:

(X)   Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )   Treating the Petition for Rehearing En Banc as a Petition for Panel

Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

Dated 12-5-2019

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE