# EXHIBIT "C"

| | |
|---|---|
| From: | Tom Retzlaff |
| To: | Jason Van Dyke |
| Date: | Wednesday, December 12, 2018 8:04:12 AM |

Dude, you really are a dumb motherfucker. Watching you cry like a bitch on Facebook is fucking hilarious!!

Nobody gives two shits about your supposed "good deeds." You trying to blame Dangerous Deb and me for your predicament is such bullshit.

And you keep repeating these stupid lies about my daughter is sooo fucking disingenuous. **Especially since you fucking saw her sitting next to me during the fucking video deposition.** You are not just a Nazi, but a liar, too!

Dude - Peru was just her going on a teaching / missionary contract for her stupid religious cult, on my fucking dime, for a couple years. **You swallow McGibney's propaganda like you swallow a random Proud Boys' cock just shows how fucking stupid and desperate you are.**

Trying to point to my 22+ year old alleged criminal misdeeds is a waste of time. If I was such a 'bad dude', why the fuck is my daughter living with me, in my fucking home? She drives my car, uses my fucking gas - even though I bought her a perfectly nice new car last year. Yeah, it's not a Porsche, but so what? But she thinks it's cool to race around in my 911 with the top down playing her stupid music. The girl swims in the pool with her stupid friends, screws up my Netflix movie lists and bitches about me having a wife younger than her. Yet I am the 'bad guy', right? Hahaha. Dude, you are such a retard!

Hell, I saved my ex-wife from losing her house to foreclosure about 4 years ago. I'm a hero for doing that!! As an "experienced" lawyer you ought to know that Shit that happens during a very contentious divorce always gets exaggerated or distorted or just plain made up. You soon learn to take such claims with a very heavy grain of salt.

Your law career was over the moment you pressed the "enter" button on the Texas e-filing system on your $100 million lawsuit against me. I thought you would have been smart enough to realize it by now and just decided to go away and quietly find a job doing something completely different way far away.

You trying to discredit me by calling me a pedo or stalker or felon or shit like that doesn't seem to be working to well, is it? McGibney and Morgan tried that, too, and how'd that work out for them? lol

If I am such a 'bad dude' how'd I end up getting an invitation to the President's inauguration, standing less than 100 feet away as he was sworn in? Just curious: How many times have you set foot in the White House, asshole? lol

You Proud Boys holding your West Fest 2018 literally in the shadow of the Trump Tower in Vegas shows what posers you clowns are. While at the same time, when I'm in Vegas I'm actually living in the Tower, up on the 65th floor, you clowns are sitting in the dirt, smelling

like fucking hippies drinking your cheap-ass beer wishing you could be a part of the One Percent.

Better tell the FBI, right, bitch?  Cuz those people care sooo much about your complaints and the nonsense McGibney and Morgan tried to feed them - not!

I get paid the same regardless how many names you assholes call me. Like rain off a duck, bitch.

At least nobody is calling me a Nazi, eh?!

But stupid is as stupid does.

You act like you're the first person in the history of the world to get fired from a job for hollering about niggers on Facebook. Dude - get over it and move on with your life!  Learn how to make pizzas or something cuz your lawyering days are over with - 100% VERIFIED!

| | |
|---|---|
| From: | Tom Retzlaff |
| To: | Jason Van Dyke; Jeffrey Dorrell |
| Cc: | jcouncil_alm.com ; Kristin Brady; Linda Acevedo; "Sommer, William" |
| Subject: | Re: Van Dyke case |
| Date: | Wednesday, December 12, 2018 7:39:00 AM |

Dude, do I expect you to pay this? To paraphrase Auric Goldfinger: No, Mr Van Dyke, I expect you to die.

As long as your ability to practice law and earn any kind of income dies, I will be happy. And, I got to be honest with you, fat boy, I am pretty fucking happy right now!!

You thinking that filing a $100 million lawsuit against me was a good idea shows what a drug addled retard you truly are - not to mention a truly incompetent lawyer. Were you not paying attention to what Hanszen Laporte and I did to that last person who filed a SLAPP lawsuit against me??

Tom Retzlaff

---

**From:** jason@vandykelawfirm.com
**Sent:** December 12, 2018 6:16 AM
**To:** retzlaff@texas.net; JDorrell@hanszenlaporte.com
**Cc:** jcouncil@alm.com
**Subject:** RE: Van Dyke case

Go ahead and try: A judgment is – as you put it – a piece of paper with words on it. Do you really think I care? NO I DO NOT. Do you really think I will pay it? NO I WILL NOT. That's right. 100% VERIFIED you sick fucking pedophile. Go fuck yourself long and hard, Tom. #GFY. #TangoDown.



Mr. Jason L. Van Dyke
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

jason@vandykelawfirm.com

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Tuesday, December 11, 2018 3:53 PM
**To:** 'Jeffrey Dorrell' <JDorrell@hanszenlaporte.com>
**Cc:** Jason Van Dyke <jason@vandykelawfirm.com>; jcouncil@alm.com
**Subject:** Van Dyke case
**Importance:** High

Just got this from Charles Harder -

we're gonna pound that Nazi boy in the ass and get every single penny in TCPA fees, either in Texas or in Arizona. The die is cast!


Tom