Chris DeRose, Clerk of Court
\*\*\* Filed \*\*\*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

12/5/18 8:00 AM

CV 2018-013856            11/13/2018

| | |
|---|---|
| HONORABLE LINDSAY P. ABRAMSON | CLERK OF THE COURT<br>T. Cooley<br>Deputy |
| | |
| JASON LEE VAN DYKE | JASON LEE VAN DYKE<br>108 DURANGO DR<br>CROSSROADS TX 76227 |
| v. | |
| THOMAS CHRISTOPHER RETZLAFF | THOMAS CHRISTOPHER RETZLAFF<br>2402 E ESPLANADE AVE<br>PHOENIX AZ 85016 |
| | COMM. ABRAMSON |

MINUTE ENTRY

Courtroom 812 – East Court Building.

11:38 a.m. This is the time set for a Telephonic Status Conference regarding Petitioner's Injunction against Harassment. Petitioner, Jason Lee Van Dyke, appears telephonically on his own behalf. Respondent, Thomas Christopher Retzlaff appears telephonically on his own behalf.

A record of the proceedings is made digitally in lieu of a court reporter.

Discussion is held regarding the petition.

Based on the information and testimony presented,

Exhibit 4

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2018-013856                                                                11/13/2018

IT IS ORDERED denying Petitioner's Injunction against Harassment.

11:48 a.m. Matter concludes.

This minute entry disposes of all outstanding claims and issues in this case. Because no further matters remain pending, the court signs this minute entry as a final judgment entered pursuant to Ariz. R. Civ. P. 54(c).

Dated: November 13, 2018

_____
Commissioner Lindsay P. Abramson
JUDICIAL OFFICER OF THE SUPERIOR COURT