# State Bar of Georgia

Office of the General Counsel

PAULA J. FREDERICK
*General Counsel*

LEIGH BURGESS
WILLIAM J. COBB
JAMES S. LEWIS
JENNY K. MITTELMAN
ANDREEA N. MORRISON
ADRIENNE D. NASH
WILLIAM D. NESMITH, III
WOLANDA R. SHELTON
JOHN J. SHIPTENKO

May 15, 2019

Mr. Tom Retzlaff
P.O. Box 46424
Phoenix, AZ 85063

Re: Your grievance against attorney Jason Lee Van Dyke

Dear Mr. Retzlaff:

I have enclosed a copy of the Petition for Appointment of Special Master Under Bar Rule 4-106 which Mr. Cobb filed yesterday in the Supreme Court of Georgia, based on your grievance against Mr. Van Dyke. A copy was served on Mr. Van Dyke by mail. After the Court issues an order appointing a Special Master, the State Bar must serve a copy of the order and another copy of the petition on Mr. Van Dyke via formal process. Once he is served, the Special Master will schedule a show cause hearing, after which he or she will file a Report and Recommendation with the Court.

Sincerely,

*Bobbie Kendall*

Bobbie Kendall
Legal Assistant

/bk
Enclosure

104 Marietta St. NW, Suite 100  ·  Atlanta, GA 30303-2743  ·  404-527-8720  ·  Fax 404-527-8744  ·
www.gabar.org

Exhibit 12