CHAIR
ROBERT A. BLACK

VICE CHAIR
JOHN J. "MIKE" McKETTA III

MEMBERS
JEANNE C. "CEZY" COLLINS
DAVID M. GONZÁLEZ
MIKE GREGORY
MICHAEL C. GROSS
KELLI M. HINSON
ROLAND K. JOHNSON
KATHY KINSER
MIKE MILLS
DEBORAH PULLUM
NANCY J. STONE

EXECUTIVE DIRECTOR & GENERAL COUNSEL
CHRISTINE E. McKEEMAN

DEPUTY DIRECTOR/COUNSEL
GAYLE RILEY VICKERS

EXECUTIVE ASSISTANT
JACKIE TRUITT



# THE BOARD OF DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT OF TEXAS

June 20, 2019

Thomas C. Retzlaff
PO Box 46424
Phoenix, AZ 85063-6424

RE: Disposition of Appeal Notice
Thomas C. Retzlaff v. Jason Lee Van Dyke
201901484; BODA Case No. 62012

Dear Mr. Retzlaff:

On June 20, 2019, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rules(s) 8.04 (a)(7)

The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com. The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Christine E. McKeeman
Executive Director & General Counsel

CEM/jt

cc: Jason Lee Van Dyke

Office of the Chief Disciplinary Counsel
State Bar of Texas
PO Box 13287
Austin, TX 78711
(512) 427-1350
(877) 953-5535 toll free

Exhibit 21