# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>§<br>v. §<br>§<br>THOMAS RETZLAFF, a/k/a DEAN §<br>ANDERSON, d/b/a VIA VIEW FILES §<br>LLC, and VIA VIEW FILES § | Civil Action No. 4:18-cv-00247<br>Judge Mazzant |

## ORDER

Pending before the Court is Plaintiff Jason Lee Van Dyke's Motion for Preliminary Injunction, filed on May 29, 2018 (Dkt. #49). In light of Plaintiff's Emergency Motion for Preliminary Injunction, filed on January 15, 2020 (Dkt. #114), the Court **DENIES as moot** Plaintiff's original Motion for Preliminary Injunction (Dkt. #49). The Court will consider and rule on Plaintiff's Emergency Motion for Preliminary Injunction in due course.

**SIGNED this 24th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE