**ABOUT**     ABUSE REPORTS     CONTACT US     LEGAL DISCLAIMER

# BV Files ~ *James McGibney is a complete fraud, and here is why…*

Search… Go



### ♣ RECENT POSTS

- Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

- 'Pedo Guy' / Nazi Jason Lee Van Dyke ORDERED To Give Written Statement To Federal Judge!!!

- Texas Attorney Evan Stone Supports The Sexual Blackmail Of Little Girls – 100% VERIFIED!!!

- Nazi / 'Pedo Man' Jason Lee Van Dyke Files Federal Lawsuit Against Police Chief Who Arrested Him For Making Murder Threats!!

## *About*

Tweet



**Publicity is justly commended as a remedy for social and industrial diseases.  Sunlight is said to be the best of disinfectants; electric light the most efficient policeman.**

**EX 8**

- Neal Rauhauser – I'm On A Boat!!

♣ **RECENT COMMENTS**

- Mac n Cheese and Pizza Rolls on Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

- BV Files on Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

- Judgments on Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

- Neal Rauhauser on Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

- Reality show! on Revenge Porno Perv James McGibney Files Grievance Against Opposing Attorney – State Bar Dismisses Case!!

♣ **ARCHIVES**

- December 2019
- November 2019
- October 2019
- September 2019
- August 2019
- July 2019
- June 2019
- May 2019
- March 2019
- February 2019
- January 2019

> *"When you tear out a man's tongue, you are not proving him a liar, you're only telling the world that you fear what he might say."*

— Our response to James McGibney's attempts at taking our blog down.

**Before the truth will set you free, it will piss you off!**

This blog is all about everything related to James McGibney (who we don't like), the company ViaView, Inc., and their revenge pornography / blackmail websites Bullyville.com & Cheaterville.com.  As well as McGibney's white supremacist / Nazi side-kick Jason Lee Van Dyke.  We also offer our opinions about the quality of services offered to the public in the marketplace by ViaView, Inc., Klein Investigations & Consulting , and their employees / owners, as well as their attorneys.

If you have any story ideas on whatever McGibney / Klein / Van Dyke related subjects, please do not hesitate to let us know!

**Also, if you feel we made a mistake or just gotten something plain wrong, let us know and give us the specifics so we can make it right.**

If you truly want to be contacted, then give us legit contact info.  If you don't want to be contacted, but just offer only anonymous feedback, that's okay.  Just use obviously fake contact info so we don't waste anytime trying to contact you.  thanks!

- December 2018
- November 2018
- October 2018
- September 2018
- August 2018
- July 2018
- June 2018
- May 2018
- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016
- May 2016
- April 2016
- March 2016

We will be discussing the lawsuit styled *James McGibney vs. The Internets*, and we will be happy to offer some marginal legal advice to anyone being sued by McGibney (who we don't like), as well as legal advice to those who want to sue him back. Please just keep in mind that this legal "advice" is completely marginal, at best, and is only worth what you paid for it. For all you know, the person behind this post could be a drunken chicken pecking away randomly on someone's unattended laptop! Nothing substitutes for the advice of a lawyer YOU paid for.



For those of you new to *BV Files*, here is a guide to help you understand the players, who we don't like, and why:

- February 2016
- January 2016
- December 2015
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015

♣ **CATEGORIES**

- Uncategorized

**DECEMBER 2019**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Nov

1. ViaView, Inc. is a company incorporated in Delaware that is owned by seven guys involved in the construction industry in Las Vegas, Nevada.
2. Cheaterville.com is a revenge porn site that is run by ViaView. On Cheaterville people can post intimate photos and personal details about their ex-. If you find yourself posted on Cheaterville, you will be forced to pay them $199 (or more!) if you want to ransom back your photos and get the post removed.
3. Bullyville.com is a hate speech / bullying website that is run by ViaView. While on the surface the website looks innocently enough, if you just barely scratch the surface by looking in its Articles section you will find some of the most vile and ugly hate speech one could ever imagine.
4. James Alexander McGibney. He is born in Oct. 31, 1973, from the town of Monroe, NY, who lives in San Jose, CA, and is married to Christina Orduna McGibney (born in June 12, 1981 in the SF-Bay area), with whom he has three small boys with. He is a liar, a thief, and a criminal – seriously. He has falsely claimed to having an Executive Education from Harvard Business School. He does have a FAKE college degree from Chadwick University, a well known diploma mill since shut down by the Govt., and has filed for Ch. 7 bankruptcy at least twice in recent years.



The owners of ViaView consist of the following individuals:

1. Dave Suder – West Coast President/CEO of KHS&S Contracting, who is also on the Board of Regents for Servite Catholic High School in Anaheim, CA. His son David Stone Suder is currently on trial in Orange County, CA for multiple counts of child rape involving VERY YOUNG CHILDREN set to begin in October 2016!
2. Mark Caspers – Senior Partner & CEO at Las Vegas based Integrated Capital & Development Solutions (ICDS).

3. Michael T. Carr – a man who calls himself "The Profit Prophet" (bet he didn't see this coming?) and who is currently in hiding from his wife's divorce lawyer.
4. Wayne P. (Pat) Hibbs – Senior Vice President at Ledcor Construction Inc. in Las Vegas.
5. Nikolas (Nick) Mamula – owner of a Las Vegas pre-fabricated stone products & tile company called T. Nicholas Co.
6. Scott Corey Ryan – a lawyer licensed to practice law in Arizona, Illinois, and Nevada who is employed as Senior Vice President & General Counsel for Tutor Perini Building Group in Phoenix, AZ.
7. James McGibney – serial resume fraudster & deadbeat with TWO Chapter 7 bankruptcies under his belt.

**Q:** What is an LOLsuit and why do you constantly refer to them here?
**A:** An LOLsuit is a portmanteau from taking "LOL" (Laugh Out Loud) and combining it with "lawsuit." Thus, an LOLsuit is a joke lawsuit, or a lawsuit that is a joke. Note that it is a very real lawsuit filed in a real court. But the premise behind the lawsuit, or the legal reasoning expressed therein, is a total joke (i.e. makes one LOL when reading it).



We can also discuss the many personal and professional failings of Mr. McGibney, too (who we don't like – seriously). Psst – We heard that he has a really small penis! But don't say anything to him 'cause he's really self conscious about it (and he'll probably sue you if you tell anyone we told you this).

**I am not Thomas. We are not Thomas. We are sure that there is a Thomas (somewhere), and that he might have said some mean things on the interwebz, but he is not me, and I am not him, and he is not us. Nor are we Neal, Jo Jo, Lane, or Lora (all people whom McGibney has accused us of being).**



## OUR DEATH THREATS POLICY:

Death threats are not only allowed, but they are encouraged! The more horrific and horrible the better – seriously! In fact, we just might post some ourselves.

But if you start spamming the forum and/or posting something that seems stupid, ridiculous, or unfunny, it just might be 'moderated.' So try to be lulzy, m'kay?

**SPECIAL NOTE REGARDING LEGAL / LEO REQUESTS:**

Please feel free to say ANYTHING that you want one way or the other about the topic, or any other McGibney related topic (because we don't like him). No comments will be moderated! We would suggest using a VPN / TOR or something so no one can know what your IP is. See https://www.torproject.org/

Additionally, this website is being run off of a personal computer from a location overseas in a country that DOES NOT subscribe to The Hague Convention; thus, any of your TROs / Court Orders, subpoenas, TOS

complaints, DMCA take-downs will be completely and utterly ignored.  But thanks for trying anyways!

> *"Speech is powerful. It can stir people to action, move them to tears of both joy and sorrow, and — as it did here — inflict great pain. On the facts before us, we cannot react to that pain by punishing the speaker.  As a Nation we have chosen a different course — to protect even hurtful speech on public issues to ensure that we do not stifle public debate."*

— U.S. Supreme Court Chief Justice John Robert, *Snyder v. Phelps*, 562 U.S. 443 (2011).

Feel free to follow us on GAB       @ViaViewFiles  (https://gab.ai/ViaViewFiles)

though we hardly ever post anything interesting or defamatory there.

*A̲ll content on this blog, being a mixture of parody, satire, and lame humor, is for entertainment purposes only and not to be taken seriously.  W̲hen it comes to parody, the law requires a reasonable reader standard, not a "most gullible person on F̲acebook" standard.  T̲he F̲irst A̲mendment does not depend on whether everyone is in on the joke.  N̲either is it bothered by public disapproval, whether tepid or red-hot.*

#GFY McGibney Gang

Tweet

# LEAVE A REPLY

Connect with



氤旋皵霸?鞀堨︀ 耗れ�being

氤旋皵霸?鞀堨︀ 耗れ瀏

한국 선수로는 최경주, 김시우, 안병훈, 강성훈, 김민휘, 배상문이 출전해 시즌 첫 승에 도전한다.

0  Reply                     January 10, 2019 6:25 PM

Proudly powered by WordPress Theme: Chateau by Ignacio Ricci.