

Case # :   CO1901101


**OAK POINT**

**City of Oak Point DPS**
**POLICE/FIRE/RESCUE**
**100 NAYLOR RD.**
**OAK POINT, TX, 75068**

Case Report

Reported By:   **SERGEANT HOWARD**

| Incident Type | | Offender | Incident Disposition |
|---|---|---|---|
| **22-ASSAULTIVE OFFENSES (FELONY)** | | **VANDYKE, JASON LEE (SUSPECT)** | **COMPLETED** |

| Report Disposition | Method of Reporting |
|---|---|
| **CLEARED BY ARREST** | **EMAIL** |

| Incident Occurred Date | Incident Discovered Date | Incident Reported Date |
|---|---|---|
| **12/12/2018 at 0000** | **01/09/2019 at 0000** | **01/09/2019 at 0000** |

| Location | Specific Location |
|---|---|
| **CROSS OAKS RANCH : PRIVATE RESIDENCE** | **108 DURANGO DR   76227** |

| Report Synopsis |
|---|
| Suspect sent threat email messages and reportedly planned to harm a witness. |

---

**List of supplemental reports**

Supplemental Report CO1901101_1
Supplemental Report CO1901101_2
Supplemental Report CO1901101_3

**List of contacts in this report**

| VANDYKE, JASON | SUSPECT |
|---|---|
| RETZLAFF, THOMAS | VICTIM |

**Contact # 1   (SUSPECT)**

| Full Name | | | |
|---|---|---|---|
| **JASON LEE VANDYKE** | | | |

| Drivers License # | Drivers License State | Email Address | |
|---|---|---|---|
| | | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **38** | | **MALE** | **WHITE** |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| **6'01"** | **220** | **BROWN** | **GREEN** |

**Addresses**

| Address |
|---|
| **108 DURANGO DRIVE** |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| **CROSSROADS** | **TX** | **76227** | | **HOME** |

| Address Caution |
|---|
| **MULTIPLE RIFLES, PISTOLS, AND A SILENCER.** |

| Prepared By: | Submitted Date |
|---|---|
| SERGEANT HOWARD(262) | 01/23/2019 1131 |

| Signature | Reviewed By/Date |
|---|---|
| | SERGEANT HOWARD 01/23/2019 1131 |

Page 1 of 6

## Exhibit 4

Case # :          CO1901101

| Phones : |
|---|
| (CELL) 469-964-5346 |

## Contact # 2   (VICTIM)

| Full Name. |
|---|
| THOMAS CHRISTOPHER RETZLAFF |

| Drivers License # | Drivers License State | Email Address |
|---|---|---|
| D04629635 | AZ | RETZLAFF@TEXAS.NET |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 52 | 03/14/1966 | MALE | WHITE |

| Notes: |
|---|
| SECOND ADDRESS GIVEN: PO BOX 46424 PHOENIX, AZ 85063-6424 |

### Addresses

| Address : |
|---|
| 2402 E. ESPLANADE LANE |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| PHOENIX | AZ | 85016 | | HOME |

| Phones : |
|---|
| (CELL) 210-317-9800 |

### Narrative text

Captain Barrett and Detective White of the Denton County Sheriff Office met with Director Shackleford and Sgt. Howard ("R/O ") on January 09, 2019, at the Oak Point Department of Public Safety. They had received text messages and an audio recording from Special Agent Palomino of the Joint Terrorism Task Force of a communication between Jason Lee VanDyke (V ANDYKE) and Isaac Marquardt, a former roommate of VANDYKE's in part of 2018. (Both VANDYKE and Marquardt are known to R/O from a previous case where VANDYKE was a suspect.) Special Agent Palomino told Captain Barrett and Detective White that Isaac Marquart recorded the conversation between himself and VANDYKE at VANDYKE's home at 108 Durango Drive, Aubrey, Texas in November 2018. The text messages which were reproduced as screen shots on Isaac Marquardt's phone, showed they occurred November 2, 2018 thru December 16, 2018 and were also between Isaac Marquardt and VANDYKE.

Director Shackleford and R/O were provided copies of the text messages and audio recording. R/O and Director Shackleford reviewed the recording and heard a voice identified by Barrett as VANDYKE tell Isaac Marquardt about steps he had taken to locate and do surveillance on Tom Retzlaff for the purpose of doing him harm. Tom Retzlaff is a witness in a case scheduled to go before the Texas State Bar regarding VANDYKE's law license according to a representative of the State Bar. R/O and Director Shackleford spoke with Isaac Marquardt who said that VANDYKE has an office located in one of the spare bedrooms of his house where he kept his computer and notes. Isaac told R/O and Director Shackleford that during the conversation that he had recorded with VANDYKE, VANDYKE had read off a yellow legal pad.

As R/O and Director Shackleford listened to the recording it revealed VANDYKE had two separate plans one of which ended in the death of Tom Retzlaff by VANDYKE and the other a series of acts which he believed would terrorize Retzlaff and two other victims, forcing them to live in fear of when he would show up. On the recording, VANDYKE said that he had spent the better part of the week planning it and he had satellite photos through Google Earth and members of the Proud Boys Arizona Chapter on the ground doing surveillance on Tom Retzlaff. Also on the recording, VANDYKE said he knows where Tom Retzlaff residence is located and describes it as a highrise in the center of Phoenix. The recorded conversation also mentions a background check that was done and that VANDYKE's people on the ground have recent photographs of Tom Retzlaff.

| Prepared By: | Submitted Date |
|---|---|
| SERGEANT HOWARD(262) | 01/23/2019 1131 |
| Signature | Reviewed By/Date |
| | SERGEANT HOWARD 01/23/2019 1131 |

Case # :   CO1901101

On the recording, R/O heard VANDYKE say that Tom Retzlaff has a PO Box and there is a significant number of cameras where he could not set up and get a clean shot with a rifle at him. VANDYKE also speaks of "taking out" Retzlaff's attorney and another individual VANDYKE called "the dentist".

| Prepared By: | Submitted Date |
|---|---|
| SERGEANT HOWARD(262) | 01/23/2019 1131 |

| Signature | Reviewed By/Date |
|---|---|
| | SERGEANT HOWARD 01/23/2019 1131 |

Case # :    CO1901101 



**City of Oak Point DPS**
**POLICE/FIRE/RESCUE**
**100 NAYLOR RD.**
**OAK POINT, TX, 75068**

Supplemental Report

Reported By:   **SERGEANT HOWARD**

| Parent Report Information | |
|---|---|
| **Report Type** | **Reference Number** |
| **Case Report** | **CO1901101** |
| **Reporting Officer** | **Report Disposition** |
| **SERGEANT HOWARD** | **CLEARED BY ARREST** |
| **Related Number:** | **Tracking Number** |
| | **110266** |

**Narrative text**

On January 10th, 2019, Director Shackleford received a phone call from Denton County District Attorney Paul Johnson. During this conversation Mr Johnson said that he would have ADA Kristine Kidd send over the emails they had regarding an alleged "Retaliation" claim made by Thomas Retzlaff. Two emails were sent over with an affidavit from Retzlaff. Director Shackleford reviewed the sworn Affidavit provided by the Denton County District Attorneys Office. The Affidavit contained two supporting emails that supported the retaliation charge that were sent to Tom Retzlaff from VANDYKE. According to Tom Retzlaff the two emails are true and correct copies.

The first email sent Wednesday, December 12, 2018 at 8:00:21 AM appears to show VANDYKE writing Tom Retzlaff "I promise you this motherfucker: If my law career dies, you die with it". The second email sent Wednesday, December 12, 2018 at 8:01:42 AM appears to show VANDYKE writing Tom Retzlaff "Go fuck yourself and what's left of your miserable life. You have destroyed my life, and for that offense, you will pay with your own. That's not a threat. That's a PROMISE motherfucker".

| | |
|---|---|
| **Prepared By:** SERGEANT HOWARD(262) | **Submitted Date** |
| **Signature** | **Reviewed By/Date** |

Case # :        CO1901101_2



**City of Oak Point DPS**
**POLICE/FIRE/RESCUE**
**100 NAYLOR RD.**
**OAK POINT, TX, 75068**

Supplemental Report

Reported By:  **SERGEANT HOWARD**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Case Report** | **CO1901101** |
| Reporting Officer | Report Disposition |
| **SERGEANT HOWARD** | **CLEARED BY ARREST** |
| Related Number: | Tracking Number |
|  | **110266** |

**Narrative text**

On January 11, 2019, Director Shackleford petitioned for and received a warrant of arrest for VANDYKE for Obstruction or Retaliation in violation of Section 36.06 of the Texas Penal Code.  VANDYKE was served the warrant while housed in the Denton County Jail.

| Prepared By: | Submitted Date |
|---|---|
| SERGEANT HOWARD(262) | |
| Signature | Reviewed By/Date |

Case # :      CO1901101_3



**OAK POINT**

City of Oak Point DPS
POLICE/FIRE/RESCUE
100 NAYLOR RD.
OAK POINT, TX, 75068

Supplemental Report

Reported By:  **SERGEANT HOWARD**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Case Report** | **CO1901101** |
| Reporting Officer | Report Disposition |
| **SERGEANT HOWARD** | **CLEARED BY ARREST** |
| Related Number: | Tracking Number |
| | **110266** |

**Narrative text**

On January 14, 2019, Sgt. Howard ("R/O") petitioned for and received a search warrant for 108  Durango Drive Aubrey, Texas 76227.

Later, January 14, 2019 Director Shackleford and other Officers with the Oak Point Department of Public Safety executed the search warrant and seized the following items:

Nikon "Cool Pix" Digital Camera S/N 30090857 located on the kitchen bar
Data Traveler G4-Memory Drive located in the top right drawer of the desk in the office
Yellow paper-Legal Pad "Docket Gold" on the living room coffee table
Acer Laptop S/N NXGTPAA0087500422A3400 located on top of the desk in the office
Memory stick with green sticker "2" on it located in the master bedroom, dresser on east wall in a container.

The listed items were transported to the Oak Point Department of Public Safety and logged into evidence by Officer Yates .

| Prepared By: | Submitted Date |
|---|---|
| SERGRANT HOWARD(262) | |
| Signature | Reviewed By/Date |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn on oath deposes and says that **VanDyke, Jason Lee (W/M [redacted]** hereinafter styled defendant, on or about the 12 day of December, 2018, and before the making and filing of this complaint, within the County of Denton of the State of Texas, did then and there commit the felony offense of Obstruction or Retaliation (P.C. 36.06).

Affiant is **Michael Shackleford** who is a certified peace officer of the State of Texas employed by the Oak Point Department of Public Safety. Affiant's probable cause for the above belief is based upon the following facts and sources of said facts:

On January 10, 2019, Director Shackleford reviewed a sworn Affidavit provided by Tom Retzlaff. The Affidavit contained two supporting emails.

The DEFENDANT is an attorney licensed to practice law in the State of Texas. Tom Retzlaff filed a grievance against the DEFENDANT with the State Bar of Texas in December 2017. Accordingly Tom Retzlaff is a witness or prospective witness in a case scheduled to go before the Texas State Bar regarding the DEFENDANT's law license. Ms. Kristin Brady is Assistant Disciplinary Counsel to the State Bar assigned to the proceeding against the DEFENDANT.

Tom Retzlaff received two threatening emails from the DEFENDANT on December 12, 2018. The two email attachments according to Tom Retzlaff were true and correct copies sent from the DEFENDANT to him.

The first email sent Wednesday, December 12, 2018 at 8:00:21 AM showed the DEFENDANT writing Tom Retzlaff, "I promise you this motherfucker: If my law career dies, you die with it". The second email sent Wednesday, December 12, 2018 at 8:01:42 AM showed the DEFENDANT writing Tom Retzlaff "Go fuck yourself and what's left of your miserable life. You have destroyed my life, and for that



offense, you will pay with your own. That's not a threat. That's a PROMISE motherfucker".

Wherefore, premises considered, the Affiant respectfully requests that a warrant be issued for the arrest of **VanDyke, Jason Lee (W/M** ⬛⬛⬛ to answer for the Felony offense of Obstruction or Retaliation (P.C. 36.06) in accordance with the laws of the State of Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE OF TEXAS.

_____
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE me on this the 11th day of January, 2019.

_____
**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

MAGISTRATES DETERMINATION OF PROBABLE CAUSE

On this the 11th day of January, 2019, the undersigned Magistrate hereby acknowledges that said Magistrate has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused of the offense set out therein.

_____
**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
01/11/19    by
Date                    Deputy Clerk
**Michael McNeil**
**Deputy Clerk**

VanDyke PC Retaliation 01.11.2019

FILED
AT  10:00O'CLOCK  A. M

JAN 1 1 2019

DISTRICT CLERK
Denton County, Texas

BY:_____ DEPUTY

**WARRANT OF ARREST
THE STATE OF TEXAS**
CO1901101-A

**To any Peace Officer of the State of Texas, Greetings:**

**You are hereby commanded to arrest**

Jason Lee Vandyke (W/M 

if to be found in your County and bring him before me, a Magistrate of Denton
County, Texas, at my office in said County, immediately, then and there to answer the
State of Texas for the Felony Offense against the laws of said State, to-wit:

**Obstruction or Retaliation (P.C. 36.06)**

of which offense he is accused by the written Complaint under oath or affirmation of
Director Michael Shackleford of Oak Point Department of Public Safety, filed before
me.

Herein fail not, but of this writ make due return, showing how you have executed the
same.

Witness my official signature, this 11th day of January, 2019.

**Honorable Bruce McFarling**
362nd Judicial District Court Judge
Denton County, Texas

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

01 11 19  By_____
Date                          Deputy Clerk

OFFICER'S RETURN

Michael McNeil
Deputy Clerk

Came to hand the  11 day of  January , 2019, at o'clock  10 50 A.M., and executed on
the  11 day of  January , 2019 , at  10:5  o'clock . AM., by arresting the within
named Individual at  Denton County , in Denton County, Texas, and placing
them in jail at  Denton County .

By Peace Officer  _____  17512L

Denton County, Texas

# AFFIDAVIT FOR SEARCH WARRANT

THE STATE OF TEXAS
THE COUNTY OF DENTON

The undersigned Affiant, being a Peace Officer under the laws of the State of Texas and being duly sworn, on oath, makes the following statements and accusations:

1. There is in **Denton** County, Texas, a place described and located as follows: **108 Durango Drive Aubrey Texas, a single story single family dwelling. 108 Durango Drive is on the West side of Durango Drive facing East. The residence is red in color brick with tan in color trim. The front door faces east and is brown in color. A white brick is on the dwelling to the north side of the garage with black numbers 108. In front of the dwelling is a brick mailbox with the numbers 108 on the front.**

2. There is at said place and premises personal property concealed and kept and described as follows: evidence of the offense of **Obstruction or Retaliation,** namely, **Computer, Laptop, Electronic Data Storage Devices, Cellular Phone,  Maps, Photographs and Writings.**

3. Said suspected evidence is in charge of and controlled by each of the following persons: **Jason Lee Vandyke W/M** ▊▊▊▊▊▊

4. It is the belief of the Affiant, and he hereby charges and accuses that: on or about the **12-12-2018** in Denton County, Texas, **Jason Lee Vandyke** hereinafter referred to as the suspect, did then and there, commit the offense of **Obstruction or Retaliation.**

5. Affiant has probable cause for the above belief by reason of the following facts:

Affiant is **Brian Howard**, a certified peace officer with the **Oak Point Department of Public Safety.**

Affiant's probable cause for the above belief is based upon the following facts and information:

Captain Barrett and Detective White of the Denton County Sheriff Office told Affiant that on January 09, 2019, they received text messages and an audio recording from Special Agent Palomino of the Joint Terrorism Task Force of a communication between Jason Lee Van Dyke (VANDYKE) and Isaac Marquardt. Special Agent Palomino told Affiant that Isaac Marquardt, a person known by Affiant to associate with VANDYKE and to have lived with VANDYKE in part of 2018, told Barrett and White that he recorded the

conversation between himself and VANDYKE at VANDYKE's home at 108 Durango Drive, Aubrey, Texas in November 2018.  The text messages which were reproduced as screen shots on Isaac Marquardt's phone, showed they occurred November 2, 2018 thru December 16, 2018 and were also between Isaac Marquardt and VANDYKE.

Later January 9, 2019, Director Shackleford and Affiant were provided copies of the text messages and audio recording. Affiant and Director Shackleford reviewed the recording and heard a voice identified by Barrett as VANDYKE tell Isaac Marquardt about steps he had taken to locate and do surveillance on Tom Retzlaff for the purpose of doing him harm. Tom Retzlaff is a witness in a case scheduled to go before the Texas State Bar regarding VANDYKE's law license according to a representative of the State Bar. Affiant and Director Shackleford spoke with Isaac Marquardt who said that VANDYKE has an office located in one of the spare bedrooms of his house where he kept his computer and notes. Isaac told Affiant that during the conversation that was recorded with VANDYKE, VANDYKE read off a yellow legal pad.

As Affiant listened to the recording it revealed VANDYKE had two separate plans one of which ended in the death of Retzlaff by VANDYKE and the other a series of acts which he believed would terrorize Retzlaff and two other victims, forcing them to live in fear of when he would show up.  On the recording, VANDYKE said that he had spent the better part of the week planning it and he had satellite photos through Google Earth and members of the Proud Boys Arizona Chapter on the ground doing surveillance on Retzlaff. Also on the recording, VANDYKE said he knows where Tom Retzlaff residence is located and describes it as a highrise in the center of Phoenix. The recorded conversation also mentions a background check that was done and that VANDYKE's people on the ground have recent photographs of Tom Retzlaff.

On the recording, Affiant heard VANDYKE says that Tom Retzlaff has a PO Box and there is a significant number of cameras where he could not set up and get a clean shot with a rifle at Retzlaff. VANDYKE also speaks of "taking out" Retzlaff's attorney and another individual VANDYKE called "the dentist".

On January 10th, 2019, Director Shackleford reviewed a sworn Affidavit provided by Tom Retzlaff.  The Affidavit contained two supporting emails that supported the retaliation charge that were sent to Tom Retzlaff from VANDYKE. According to Tom Retzlaff the two emails are true and correct copies.

The first email sent Wednesday, December 12, 2018 at 8:00:21 AM appears to show VANDYKE writing Tom Retzlaff "I promise you this motherfucker: If my law career dies, you die with it". Ms. Kristin Brady is Assistant Disciplinary Counsel to the State Bar assigned to the grievance proceeding against VANDYKE.  Ms. Brady was copied on this email from VANDYKE'S email address. The second email sent Wednesday, December 12, 2018 at 8:01:42 AM appears to show VANDYKE writing Tom Retzlaff "Go fuck yourself and what's left of your miserable life. You have destroyed my life, and for that offense, you will pay with your own. That's not a threat. That's a PROMISE motherfucker".

On January 11, 2019, Director Shackleford petitioned for and received a warrant of arrest for VANDYKE for Obstruction or Retaliation in violation of Section 36.06 of the Texas Penal Code.  VANDYKE was served the warrant while housed in the Denton County Jail. Affiant believes evidence to support said offense will be located in above location.

Based on the above, the Affiant has probable cause to believe that Jason Lee Vandyke has committed the offense of obstruction or retaliation in violation of Section 36.06 of the Texas Penal Code. Evidence to support said offense will be located in above location.

WHEREFORE, Affiant asks for issuance of a warrant that will authorize him to search said **108 Durango Drive Aubrey Texas** for the said **EVIDENCE,** namely, **Computer, Laptop, Electronic Data Storage Devices, Cellular Phone, Maps, Photographs and Writings,** and seize the same.

AFFIANT

SWORN TO AND SUBSCRIBED before me by said Affiant on this the _____
day of ___January___ , 2019.

Honorable Bruce McFarling
362nd Judicial Court Judge
Denton County, Texas

## SEARCH WARRANT

THE STATE OF TEXAS
THE COUNTY OF DENTON

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Denton County, Texas, or any Peace Officer of the State of Texas.

GREETINGS:

Whereas, the Affiant whose signature is affixed to the affidavit attached hereto is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant is said Affidavit show that the Affiant has probable cause for the belief she expresses therein and establishes the existence of proper grounds for the issuance of this warrant:

NOW THEREFORE, you are commanded to seize and enter **108 Durango Drive Aubrey Texas** described in said affidavit and to there search for **Computer, Laptop, and writings.**

Herein fail not, but have you then and there this warrant within three days, exclusive of the days of its issuance and of its execution , with your return thereon, showing how you have executed the same.

ISSUED at 4:59 pm o'clock _____ m., on this the 14th day of

January 2019, to certify which witness my hand this day.

Honorable Bruce McFarling
362nd Judicial Court Judge
Denton County, Texas



FILED
AT 11:30 O'CLOCK A M
JAN 15 2019
BY:
DISTRICT CLERK
Denton County, Texas
DEPUTY

## RETURN AND INVENTORY

THE STATE OF TEXAS
THE COUNTY OF DENTON

The undersigned Affiant, being a Peace Officer under the laws of Texas
and being duly sworn, on oath certifies that the foregoing warrant came to
hand on the day it was issued and that it was executed on the 14TH ___ day of
January _____, 2019, by making the search directed therein and seizing
during such search the following described personal property:

NIKON "COOL PIX" DIGITAL CAMERA (BLK/SIL)
- S/N   30090857
- LOCATED ON KITCHEN BAR

DATA TRAVELER G4 - MEMORY DRIVE (BLUE/WHITE)
- TOP RIGHT DRAWER OF DESK (OFFICE)

YELLOW PAPER - LEGAL PAD "DOCKET GOLD"
- COFFEE TABLE (LIVING ROOM)

BLACK "ACER" LAPTOP
- S/N - NX9TPAA0087500422A8400
- M/N - A515-51-513F
- LOCATED ON TOP OF DESK (OFFICE)
- CHARGING CABLE

ORANGE / SILVER MEMORY STICK "Z"
- MASTER BEDROOM, DRESSER ON
EAST WALL ON TOP IN CONTAINER

#266
AFFIANT

## AFFIDAVIT FOR SEARCH WARRANT

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | ACER, model N17C4K |
| COUNTY OF DENTON | § | Serial # NXGTPAA00422A3400 |
| | | Data Traveler G4-Memory Drive |
| | | Memory Stick "Z" |
| | | Nikon "Cool Pix" Digital |
| | | Camera: Serial # 30090857 |

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

1. There is in Denton County, Texas, a suspected place described as and located as follows: A laptop computer, **ACER, model N17C4, Serial # NXGTPAA00422A3400, Nikon "Cool Pix" Digital Camera: Serial Number 30090857, a Data Traveler G4-Memory Drive, a Memory Stick "Z"**, containing data storage media such as hard drives or other media. Said property is presently located at the Oak Point Department of Public Safety, Oak Point, Denton County, Texas.

2. There is at said suspected place items constituting evidence of a criminal offense or constituting evidence tending to show that a particular person committed a criminal offense:

    a. Data stored within the laptop computer or other processing and storage device, to include images, emails, programs, encryption routines and algorithms, GPS logs, or other data that may be decoded, reconstituted, or otherwise manipulated to produce, utilize, transmit, receive, encrypt, encode, or display such images, emails, programs, encryption routines, and algorithms.

    b. Electronic communications stored within computers or other processing and storage devices as e-mail, instant messaging. Such information and/or communications that may be in the form of electronic communications (such as e-mail) residing on any media (e.g., magnetic, optical or digital media). That information may include electronic communications held or maintained in electronic storage by an electronic communication service or remote computing service, as those services are defined within 18 U.S.C. 2703. These communications are referred to herein as "stored communications". These communications related to this case stored in the suspect's computer or other electronic devices as e-mail or media. That federal law, which is part of the Electronic Communications Privacy Act, allows interception of such electronic communication pursuant to a search warrant.

    c. Electronic communications (printed or stored) between the suspect and Tom or Thomas Retzlaff.

    d. Maps of Phoenix Arizona either printed or stored.

3. Said suspected place is in charge of and controlled by each of the following persons: **Oak Point Department of Public Safety, Oak Point, Denton County, Texas.**

4. It is the belief of the Affiant, and he hereby charges and accuses, that: **Jason Lee Vandyke** **W/M/**, committed the offense of **Obstruction or Retaliation PC 36.06, a felony offense of the State of Texas.**

5.  Affiant has probable cause for said belief by reason of the following facts:

a.  Affiant is **Sgt. Brian Howard, a 22 year police officer, who is the Criminal Investigator of the Oak Point Department of Public Safety.**

b.  **Captain Barrett and Detective White of the Denton County Sheriff Office told Affiant that on January 09, 2019, they received text messages and an audio recording from Special Agent Palomino of the Joint Terrorism Task Force of a communication between Jason Lee Van Dyke (VANDYKE) and Isaac Marquardt. Special Agent Palomino told Affiant that Isaac Marquardt, a person known by Affiant to associate with VANDYKE and to have lived with VANDYKE in part of 2018, told Barrett and White that he recorded the conversation between himself and VANDYKE at VANDYKE's home at 108 Durango Drive, Aubrey, Texas in November 2018.  The text messages which were reproduced as screen shots on Isaac Marquardt's phone, showed they occurred November 2, 2018 thru December 16, 2018 and were also between Isaac Marquardt and VANDYKE.**

**Later January 9, 2019, Director Shackleford and Affiant were provided copies of the text messages and audio recording.  Affiant and Director Shackleford reviewed the recording and heard a voice identified by Barrett as VANDYKE tell Isaac Marquardt about steps he had taken to locate and do surveillance on Tom Retzlaff for the purpose of doing him harm.  Tom Retzlaff is a witness in a case scheduled to go before the Texas State Bar regarding VANDYKE's law license according to a representative of the State Bar.  Affiant and Director Shackleford spoke with Isaac Marquardt who said that VANDYKE has an office located in one of the spare bedrooms of his house where he kept his computer and notes.  Isaac told Affiant that during the conversation that was recorded with VANDYKE, VANDYKE read off a yellow legal pad.**

**As Affiant listened to the recording it revealed VANDYKE had two separate plans one of which ended in the death of Retzlaff by VANDYKE and the other a series of acts which he believed would terrorize Retzlaff and two other victims, forcing them to live in fear of when he would show up.   On the recording, VANDYKE said that he had spent the better part of the week planning it and he had satellite photos through Google Earth and members of the Proud Boys Arizona Chapter on the ground doing surveillance on Retzlaff.  Also on the recording, VANDYKE said he knows where Tom Retzlaff residence is located and describes it as a highrise in the center of Phoenix. The recorded conversation also mentions a background check that was done and that VANDYKE's people on the ground have recent photographs of Tom Retzlaff.**

**On the recording, Affiant heard VANDYKE says that Tom Retzlaff has a PO Box and there is a significant number of cameras where he could not set up and get a clean shot with a rifle at Retzlaff. VANDYKE also speaks of "taking out" Retzlaff's attorney and another individual VANDYKE called "the dentist".**

**On January 10th, 2019, Director Shackleford reviewed a sworn Affidavit provided by Tom Retzlaff.  The Affidavit contained two supporting emails that supported the retaliation charge that were sent to Tom Retzlaff from VANDYKE. According to Tom Retzlaff the two emails are true and correct copies.**

Vandyke Search Warrant

The first email sent Wednesday, December 12, 2018 at 8:00:21 AM appears to show VANDYKE writing Tom Retzlaff "I promise you this motherfucker: If my law career dies, you die with it". The second email sent Wednesday, December 12, 2018 at 8:01:42 AM appears to show VANDYKE writing Tom Retzlaff "Go fuck yourself and what's left of your miserable life. You have destroyed my life, and for that offense, you will pay with your own. That's not a threat. That's a PROMISE motherfucker".

On January 11, 2019, Director Shackleford petitioned for and received a warrant of arrest for VANDYKE for Obstruction or Retaliation in violation of Section 36.06 of the Texas Penal Code.  VANDYKE was served the warrant while housed in the Denton County Jail.  Affiant believes evidence to support said offense will be located in above location.

On January 14, 2019, Director Shackleford and other Officers with the Oak Point Department of Public Safety executed a search warrant at 108 Durango Drive Aubrey Texas.

During the execution of the search warrant, Officers seized a Nikon "Cool Pix" Digital Camera: Serial Number 30090857, a Data Traveler G4-Memory Drive, a Memory Stick "Z" and a Acer Laptop: Serial Number NXGTPAA0087500422A3400

c. Based upon your Affiant's knowledge, training, and experience along with the experience of other law enforcement personnel with whom Affiant has consulted on this issue, your Affiant knows that effective searches and seizures of evidence from computers commonly require law enforcement officers to seize the items and then process these items later in a controlled laboratory environment. This is true because of the following: computers are storage devices (hard disks, memory) and can store the equivalent of hundreds pages of information. When users desire to conceal criminal evidence, they often store the information in random order with deceptive file names. Directories and subdirectories that contain these files can also be electronically hidden from normal view. Special forensic software is required to detect these hidden directories. This requires that searching authorities examine all the stored data to determine whether it is included in the search warrant. This sorting process can take weeks or months, depending on the volume of data stored. This would make it impractical to attempt this kind of forensic analysis on site at the time of search warrant execution.  Searching computers for criminal evidence is a highly technical process requiring expert skills in a properly controlled environment. The vast array of computer hardware and software available requires even computer experts to specialize in some systems and applications. It is difficult to predict before a search which expert should analyze the system and its data. The search of a computer is an exacting scientific procedure which is designed to protect the integrity of the evidence and to recover even hidden, erased, compressed, password protected, and/or encrypted files. Since computer evidence is extremely vulnerable to tampering or destruction from both external sources or from destructive codes imbedded in the system in the form of a "booby trap," the controlled environment of a forensic laboratory is essential to its complete and accurate analysis and retrieval.  Therefore Affiant respectfully request to remove the computer from the Oak Point Department of Public Safety for the purpose of examination by such experts.

d. In addition, there is probable cause to believe that the computer and its storage devices, as well as all internal and external storage devices are all instruments used in the commission

of this crime and should be searched as such.

WHEREFORE, based on the facts, circumstances and the information noted in this document, Affiant asks for issuance of a warrant that will authorize him to search said suspected place and premises for said personal property and seize the same.

AFFIANT

Subscribed and sworn to before me by said Affiant on this the

24th day of January , 20 19.

MAGISTRATE, DENTON COUNTY, TEXAS

## SEARCH WARRANT

THE STATE OF TEXAS §
COUNTY OF DENTON §

ACER, model N17C4
Serial # NXGTPAA00422A3400
Data Traveler G4-Memory Drive
Memory Stick "Z"
Nikon "Cool Pix"  Digital
Camera: Serial # 30090857

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Denton County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit appearing on the reverse hereof is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and establishes the existence of proper grounds for the issuance of this Warrant:

NOW, THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit and to there search for the personal property described in said Affidavit, to wit:

Data stored within the computer or other processing and storage device, to include images, emails, programs, encryption routines and algorithms, GPS logs, or other data that may be decoded, reconstituted, or otherwise manipulated to produce, utilize, transmit, receive, encrypt, encode, or display such images, emails, programs, GPS Logs, encryption routines, and algorithms,

and to seize the same and bring it before me.  Herein fail not, but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution with your return thereon, showing how you have executed the same.

ISSUED AT _1:32_ o'clock _P_ M., on this the _24th_ day

of _January_, 20 _19_ to certify which witness my hand this

day.

_____
MAGISTRATE, DENTON COUNTY, TEXAS

Vandyke Search Warrant

## RETURN AND INVENTORY

THE STATE OF TEXAS      §
COUNTY OF DENTON      §

ACER, model N17C4
Serial # NXGTPAA00422A3400
Data Traveler G4 Memory Drive
Memory Stick "Z"
Nikon "Cool Pix" Digital
Camera: Serial # 30090857

        The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the _24th_ day of _JANUARY_ , 20 _19_ , by making the search directed therein and seizing during such search the following described personal property:

DELIVERING SAID PROPERTY TO JERRY POMPOSELLE
WITH DA's OFFICE FOR LAB ANALYSIS.

_____
AFFIANT

        SUBSCRIBED AND SWORN to before me, the undersigned authority, on this the _21st_ day of _JANUARY_ , 20 _19_ .

Vandyke Search Warrant



Frontier Security - Legal Compliance
1800 41st St, Suite N-100
MC WA0102SE
Everett, WA  98203
888-637-9625
425-268-9379 fax

# Fax

| To: | Investigator Mario Merendon<br>Denton County District Attorney's Office | From: | Chona Villanueva |
|-----|-----|-----|-----|
| | | | Frontier Legal Compliance |
| Fax: | 940-349-5384 | Pages | 7 |
| Phone: | 940-349-2670 | Date: | 01-31-2019 |
| Re: | Grand Jury Subpoena signed on<br>January 30, 2019 | CC: | |

Comments:

NOTE:  THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE.  PLEASE BE ASSURED THAT WE WILL REIMBURSE YOU FOR COSTS INCURRED FOR POSTAGE.  THANK YOU



Frontier Security Operations
Legal Compliance
1800 41st St, STE N-100
Everett, WA 98203
888-637-9625 Phone
425-258-9379 fax

January 31, 2019

Re: **The State of Texas, County of Denton**
   **Request for Grand Jury Subpoena signed on January 30, 2019**
   **Frontier Communications Case Number: 2019-00343**

**Session Details (Times are shown in Zulu/GMT Time)**

IP Address:   96.226.87.77

Type of Service:   Business Static IP

Customer Name:   White Jacobs & Associates LL.

Billing Telephone Number:  281-750-2753 (FIOS internet account and FIOS TV)

Account Address:   200 Chisholm Pl., Ste 250
                   Plano, TX  75075

Billing Address:   200 Chisholm Pl., Ste 250
                   Plano, TX  75075

Connect Date:   10-02-2013

Service Type:   FIOS internet account and FIOS TV

Email Address:   ▮▮▮▮▮▮▮▮▮▮▮



**To:** **Frontier**
Company:
Fax: 914252589379
Phone:

**From:** **Mario Merendon**
Fax: 940-349-6384
Phone: +1 940-349-2670
E-mail: Mario.Merendon@dentoncounty.com

## NOTES:

Please find the attached subpoena for IP 96.226.87.77



Date and time of transmission: Wednesday, January 30, 2019 11:13:50 AM
Number of pages including this cover sheet: 05

## REQUEST FOR GRAND JURY SUBPOENA
(OUT OF COUNTY WITNESS)

THE STATE OF TEXAS
COUNTY OF DENTON

TO THE HONORABLE JUDGE OF THE ⟨6⟩ⁿᵈ JUDICIAL
DISTRICT COURT OF DENTON COUNTY, TEXAS:

 The Denton County Grand Jury, by and through the Criminal
District Attorney in and for the said County and State, hereby requests
that the Honorable Court to cause a subpoena to be issued for the below
named individual:

### Frontier Communications of America, Inc.
Legal Compliance
Frontier Communications/Legal Compliance
1800 41st St, Suite N-100, MC-WA0102SE
Everett, WA 98203
Phone: 888-637-9625
FAX: 425-258-9379

To appear before the Grand Jury of Denton County, Texas, **at 9:00 a.m.
on the 20th of February, 2019,** on the second floor of the Denton
County Courts Building, 1450 East McKinney, Denton, Texas, then and
there to testify generally in behalf of the State of Texas.

 Pursuant to an official investigation, it is directed that the named
witness furnish the following items for the Grand Jury:

**Any and all records pertaining to accounts associated with IP
address 96.226.87.77 between the dates of December 1, 2018 and
December 31, 2018; to include but not limited to account holder or
subscriber information, account name, account number, account
holder's business name, account service address, billing address,
phone numbers, email addresses, usernames, services provided,
router information, service activation date, and ending service date
(if applicable).**

 The testimony of this witness is believed to be material to a matter
before the Grand Jury.

 Signed and requested on this the _____30_____ day of ___Jan___, 2019.

Attorney for the Grand Jury

## ORDER

It is hereby ordered that the above requested subpoena be issued for the witness named within.

Signed on this the __30th__ day of _____, 2019.

_____
Judge Presiding

## GRAND JURY SUBPOENA - DUCES TECUM

THE STATE OF TEXAS

COUNTY OF DENTON

TO THE SHERIFF OR OTHER PROPER OFFICER IN DENTON COUNTY:

GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON:

### Frontier Communications of America, Inc.

Legal Compliance
Frontier Communications/Legal Compliance
1800 41st St, Suite N-100, MC-WA0102SE
Everett, WA 98203
Phone: 888-637-9625
FAX: 425-258-9379

To appear before the Grand Jury of Denton County, Texas **at 9:00 a.m. on the 20th of February, 2019,** on the second floor of the Denton County Criminal Courts Building located at 1450 E. McKinney, Denton, Texas. The State would further show the Court that said testimony may contain evidence of criminal acts committed in Denton County, Texas, and is material to an investigation by this Grand Jury.

Pursuant to an official investigation, it is directed that you furnish the following information:

**Any and all records pertaining to accounts associated with IP address 96.226.87.77 between the dates of December 1, 2018 and December 31, 2018; to include but not limited to account holder or subscriber information, account name, account number, account holder's business name, account service address, billing address, phone numbers, email addresses, usernames, services provided, router information, service activation date, and ending service date (if applicable).**

You are not to disclose the existence of this directive. Such disclosure could impede the investigation being conducted and thereby interfere with the enforcement of the law.

# YOUR PERSONAL APPEARANCE BEFORE THE
# GRAND JURY IS *NOT* REQUIRED:

You may comply with this subpoena by furnishing the aforesaid
information to:

CASE# FMC19-164

*Investigator Mario Merendon*
*Denton County District Attorney's Office*
*1450 E. McKinney St #3100*
*Denton, TX 76209*
*Office: 940-349-2670*
*FAX: 940-349-5384*
*Email: mario.merendon@dentoncounty.com*

on or before the date scheduled for your appearance.

Herein fail not, but make due return of this writ to show that you
have executed same.

Witness my hand on this the _____30_____ day of _____Jan_____, 2019.

_____
Attorney for the Grand Jury

## RETURN OF SERVICE - SUBPOENA - DUCES TECUM

Came to hand on this the _____ day of _____, 2019, and
executed on the _____ day of _____, 2019, by delivering a
copy of the above subpoena to _____,
the above named witness.

Returned on this the _____ day of _____, 2019.

_____
OFFICIAL SIGNATURE OF OFFICER

Passwords:

Door: 

computer:

ISAAC     MARQUARDT                    ████████ W/M

Uptown APTS   #925                    254) 432-2283

Denton



# OAK POINT

## Department of Public Safety

### Evidence Log

| Date/Time | Officer | Case #/Citation # | Item Location | Evidence # |
|---|---|---|---|---|
| 1-2 19 2120 | Roach | 1901022 | wallet/cards+cash | 19010001 |
| 1-3-19 0004 | Schroeder | 1901022 | Blood Kit | 19010002 |
| 1-3-19 0343 | Schroeder | 1901021 | ▬▬ LP ▬▬ | 19010003 |
| 1-6-19 1309 | McFarlin | CO1901060 | kate spade wallet w/cards | 19010004 |
| 1-8-19 0136 | Roach | CIT# 809239 | Bagie w/ marijuana | 19010005 |
| 1/10/19 0249 | Yates | CIT# 809585 | SILVER GRINDER ROLLING PAPERS | 19010006 |
| 1/11/19 0438 | Null | Cit # 869361 | Red ziplock bag with mari juana residue | 19010007 |
| 1/12/19 2358 | Null | CO1901117 | green bag containing meth, meta pipe, syringe with | 19010008 |
| 1-14-19 0309 | Roach | CIT# 809550 | glass pipe w/ Residue x2 used syring | 19010009 |
| 1/14/19 2124 | Yates | Vandyke | DOCKET GOLD LEGAL PAD | 19010010 |
| 1/14/19 2186 | Yates | Vandyke | BLACK "ACER" LAPTOP -CHARGER | 19010011 |
| 1/14/19 2144 | Yates | Vandyke | WHITE/BLUE MEMORY USB DRIVE | 19010012 |
| 1/14/19 2147 | Yates | Vandyke | RED/SILVER MEMORY USB DRIVE | 19010013 |
| 1/14/19 2150 | Yates | Vandyke | BLACK/SILVER NIKON DIGITAL CAMERA | 19010014 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Date and Time Evidence Dropped
2. Officer Dropping Evidence
3. Case Number
4. Year and month + 0001,0002,0003,etc.  Evidence numbers generally do not match case numbers

Jason Lee Vandyke

Michael Moore <Michael.Moore@dentoncounty.com>
Thu 1/10/2019 5:34 PM
**To:** Michael Borel <Michael.Borel@dentoncounty.com>
**Cc:** Mike Shackleford <mshackleford@oakpointtexas.com>

📎 1 attachments (45 KB)
VandykeOrderRecallingWarrant.pdf;

Deputy Borel,

Per our telephone conversation, please do NOT serve the Warrant of Arrest (No. CO1901101) on Jason Lee Vandyke (W/M 04/03/1980) issued by Judge Bruce McFarling for the felony offense of Obstruction or Retaliation.

Judge McFarling has signed the attached **Order Rescinding Affidavit of Probable Cause for Arrest and Recalling Arrest Warrant**.

The Order will be filed with the District Clerk's office in the morning.

Thank you

*Michael Moore*
Chief, Felony Trial Division
Criminal District Attorney's Office
Denton County
(940) 349-2623

CAUSE NO. : <u>UNFILED</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE 362ND JUDICIAL |
| VS. | * | DISTRICT COURT OF |
| JASON LEE VANDYKE | * | DENTON COUNTY, TEXAS |

## ORDER RESCINDING AFFIDAVIT OF PROBABLE CAUSE FOR ARREST AND RECALLING ARREST WARRANT

On the 10th day of January, 2019, this Court issued a warrant for the arrest of Jason Lee Vandyke (W/M 04/03/1980) for the felony offense of Obstruction or Retaliation (P.C. 36.06)

IT IS ORDERED, ADJUDGED, AND DECREED that the Affidavit of Probable Cause for Arrest is hereby RESCINDED in its entirety and the Court FURTHER ORDERS the Arrest Warrant issued be RECALLED.

Signed this _10th_ day of _January_, 2019.

JUDGE PRESIDING
362ND DISTRICT COURT
DENTON COUNTY, TEXAS

AFFIDAVIT OF TOM RETZLAFF

On this day, Tom Retzlaff appeared before me, a Notary Public, and after I administered an oath to him, upon his oath, he said:

1.      "My name is Tom Retzlaff. I am more than 18 years of age and capable of making this affidavit. I have personal knowledge of the facts and matters set forth herein, which are true and correct.

2.      On Wednesday, December 12, 2018, I received two emails from Jason Lee Van Dyke, which I took to be specific threats to murder me on account of my being a witness against him for the State Bar of Texas in a disbarment proceeding styled *Texas Comm'n for Lawyer Discipline v. Jason Lee Van Dyke*, Case No. 201707583, pending before the District 14 Grievance Committee – Evidentiary Panel 14-2, in Denton County, Texas. This matter is set for trial on February 22, 2019. Kristin Brady is the prosecutor for the Office of Disciplinary Counsel in this case.

3.      Furthermore, I believe that these threats were made in retaliation against me on account of my status as being a defendant and witness in a SLAPP lawsuit filed by Van Dyke against me in which he is suing me for $100 million claiming that I defamed him in my State Bar grievances and in supposedly causing him to lose his job as an Assistant District Attorney with Victoria County, Texas, last March 2017. I am being represented by the Hanszen Laporte law firm in Houston and Jeffrey Dorrell is my lead attorney. He is an expert in First Amendment law, having won numerous cases before both the Texas Supreme Court and the U.S. Supreme Court. That case is currently pending before U.S. District Court Judge Amos Mazzant of the Eastern District of Texas – Sherman Division in Case No. 4:18-cv-00247. Additionally, last month Van Dyke filed an additional identical lawsuit against me that is currently pending in the federal court in Arizona, Case No. 2:18-cv-04003. A motion for anti-SLAPP sanctions is pending in both of those federal courts and we are seeking a million dollars in sanctions and reimbursement of my attorney's fees.

4.      On December 3, 2018, in an acknowledgement that we will win these sanctions motions, Van Dyke filed motions in each of those courts seeking the dismissal of both of his lawsuits in the hopes of escaping sanctions (which isn't going to happen).

5.      But now there has been a lot of negative publicity in both the local Denton news media, but internationally as well, regarding these SLAPP lawsuits and Van Dyke's leadership role with a violent white supremacist organization called the *Proud Boys*. I understand that this culminated with a decision by the President of the University of North Texas to have Van Dyke removed from his former role as an instructor for the UNT Marksman student gun club.

6.      Attached are true and correct copies of the two emails I received from Van Dyke, along with the email "header" information.

7.      An email consists of three vital components: the envelope, the header(s), and the body of the message. The envelope is something that an email user will never see since it is part of the internal process by which an email is routed. The body is the part that we always see as it is the actual content of the message contained in the email. The header(s), the third component of an email, contains the particular routing information of the message and shows the originating IP address and email account. Which, in this case, is 96.226.87.77 and "jason@vandykelawfirm.com".

8.      "Receiving these emails made me very concerned, angry, and afraid. A month ago, I learned that Van Dyke had just been made the leader of the *Proud Boys*. I have read several news articles about the Proud Boys which state it has over 10,000 members all across the country, and that the FBI and law enforcement consider them to be an extremist group with ties to white nationalism. I have read several news articles about acts of political and racial violence caused by members of the *Proud Boys* and how many of its members have been arrested for acts like riot and assault. Van Dyke frequently posts photos of himself on social media handling assault-style rifles along with messages threaten people with violence and death. In my opinion, Van Dyke is a crazy person capable of anything."

FURTHER AFFIANT SAYETH NOT.

TOM RETZLAFF

SWORN TO and SUBSCRIBED before me by Thomas Retzlaff, personally known to me or identified to be the same, on December 13, 2018.

Notary Public in and for the State of Arizona



DESTINY MARIE DAVIS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 553400
Expires August 13, 2022

| | |
|---|---|
| **From:** | Jason Van Dyke |
| **To:** | Tom Retzlaff; Jeffrey Dorrell |
| **Cc:** | jcouncil_alm.com ; Kristin Brady; Linda Acevedo; "Sommer, William" |
| **Subject:** | RE: Van Dyke case |
| **Date:** | Wednesday, December 12, 2018 8:00:21 AM |
| **Attachments:** | Mr Jason L Van Dyke.vcf |

I promise you this motherfucker:  If my law career dies, you die with it.



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5346 Work
(972) 421-1830

| From: | Jason Van Dyke |
|---|---|
| To: | Tom Retzlaff |
| Subject: | RE: |
| Date: | Wednesday, December 12, 2018 8:01:42 AM |
| Attachments: | Mr Jason L Van Dyke.vcf |

Go fuck yourself and what's left of your miserable life.  You have destroyed my life, and for that offense, you will pay with your own.  That's not a threat.  That's a PROMISE motherfucker.



**Mr. Jason L. Van Dyke**
The Van Dyke Law Firm P.L.L.C.

108 Durango Drive
Crossroads, TX 76227
(469) 964-5345 Work
(972) 421-1830

Return-Path:

Delivered-To: <retzlaff@texas.net>

Received: from proxy4.mail.aus.datafoundry.com ([209.99.125.195])

by access1.mail.aus1.datafoundry.com (Dovecot) with LMTP id NiPRLdYiEVZSDQAAgDeRVA

for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:01:42 -0600

Received: from texasnet.proxy4.mail.aus.datafoundry.com ([192.168.122.2])

by proxy4.mail.aus.datafoundry.com (Dovecot) with LMTP id sCY8DPvnDFxvCAAAiss13g

; Wed, 12 Dec 2018 09:01:42 -0600

Received: from milter.aus.datafoundry.com (barracuda4.aus1.datafoundry.com [209.99.124.135])

by texasnet.proxy4.mail.aus.datafoundry.com (Postfix) with ESMTPS id D541F2000C

for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:01:42 -0600 (CST)

X-ASG-Debug-ID: 1544626901-0e8c764072830aeb0001-vCNzfM

Received: from NAM01-CN1-obe.outbound.protection.outlook.com (mail-
bgr052100130072.outbound.protection.outlook.com [52.100.130.72]) by milter.aus.datafoundry.com
with ESMTP id COIkSE7XJ8qB3IBK (version=TLSv1.2 cipher=ECDHE-RSA-AES256-SHA384 bits=256
verify=NO) for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:01:41 -0600 (CST)

X-Barracuda-Envelope-From: 

X-Barracuda-Effective-Source-IP: mail-
bgr052100130072.outbound.protection.outlook.com[52.100.130.72]

X-Barracuda-Apparent-Source-IP: 52.100.130.72

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=netorgft784007.onmicrosoft.com; s=selector1-vandykelawfirm-com;

h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;

bh=fVau0ESD8ggHNziSrLLvg/toJreazpiiF3GBo4tiiUo=;

b=h/3jR4c94zDf6z5X0+Yp971tOuH5Elm43WVSRFvB3DF/SogHNbVVFSHdbnkg8uH0PUBc6RTKGAePq6Db
yx8qslwnEEwMJrD5ZpJO1guy85vv/ev87N4hf66g0x6rmwlAlhbRKvpyKhxydfFMSvBf5hSn2zlpSEFrpPC6SJVJ
Cck=

Received: from MWHPR19MB1375.namprd19.prod.outlook.com (10.173.245.9) by

MWHPR19MB0142.namprd19.prod.outlook.com (10.164.206.33) with Microsoft SMTP

Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id

15.20.1425.19; Wed, 12 Dec 2018 15:01:40 +0000

Received: from MWHPR19MB1375.namprd19.prod.outlook.com

([fe80::70db:ef09:9379:6fdd]) by MWHPR19MB1375.namprd19.prod.outlook.com

([fe80::70db:ef09:9379:6fdd%9]) with mapi id 15.20.1404.026; Wed, 12 Dec 2018

15:01:40 +0000

From: Jason Van Dyke <████████████████████████

To: Tom Retzlaff <retzlaff@texas.net>

Subject: RE:

Thread-Index: AQHUkiOO48AuxnIgakignWWPMPiw4KV7MqNQ

X-ASG-Orig-Subj: RE:

Date: Wed, 12 Dec 2018 15:01:39 +0000

Message-ID:

<MWHPR19MB1375CFE4390EF6D67020289DCCA70@MWHPR19MB1375.namprd19.prod.outlook.com
>

References: <sssmg7fev02fq9qeio045iba8.1544623423685@texas.net>

In-Reply-To: <sssmg7fev02fq9qeio045iba8.1544623423685@texas.net>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

authentication-results: spf=none (sender IP is )

smtp.mailfrom=████████████████████

x-originating-ip: [96.226.87.77]

x-ms-publictraffictype: Email

x-microsoft-exchange-diagnostics:

1;MWHPR19MB0142;6:hnRmsXzupi86KueFpg5vAqskguHMCOA/g5AQ+MUvL6fqcV1Tp0gvlzahzp0u3SGF
4c1gtvrpxb7iUiGG9u1fFiw5K88av7GW8u/IG+uUgZL8U/UmTQtgqUXJSCGrbfrLROjtuUgKRS/zNCiyUHpdRA
m7h8hQojLLCiZw+a3m7IZkno+XG4WJAgmdh5Y5DJdMtMQ!DoHqpLXar8SzaY676OlboROUDWiWz6fmeR
Gjq0q9P08XWQEmRxOvAn2s9G5v3K+GwHAwyrjUHsNMksA04GcCxzFiTCZ++TBwzN22zK7MWr7CLRM1K
+NYTZVoYREdqdU/WBRaNVqiiAzUzsa6RMKA2yB9GKXMbH8iXeBQtJSZapSruHssOlJnnkt02Dts5t1LZ1smiB
TcTlK4eS0UIwoqxNUmgYTJxgr3qPGqG/+9CzOQTupydCrxx8B/sSufcHdbbgyBdVHAiqdRp++K8tqM96+CNT
gRpsLkAVcrn7gMg2WR5hgG48EQrJKDi1O8q;5:HAvzwHYKe76slv3JXoJTm+pGYHE8mGwgitbiHQ0ONSij8X
WvoiJu8LLQoBEKtMHBLwhDaZ8DKFGqJG//J/TSoVBeg1DkMWNvgFeVB92urqcHCVR4liewOvwkPmMqoiN
GjD+IUWeQGoN9y+LUUg4MMfx36zxkODyjqMP6GnboVKc=;7:PdQ+SsEcUfSoA6aqPKsNYuqxZoeurdV7fw
GCTMeNbSVfN5vriNQWfK6MuPBbuKY76LCq0NVhRp/suuSjgu2iYj1uA6rKCNn4UByPcj3gMaf0SOFWUC3aI
ApuE95BHWpqvhEcURUHk9dvCmaVKzKXuQ==

x-ms-exchange-antispam-srfa-diagnostics: SOS;

x-ms-office365-filtering-correlation-id: 1a305975-463a-42c5-fb03-08d66042b89f

x-microsoft-antispam:

BCL:0;PCL:0;RULEID:(2590098)(7020095)(4652040)(7021145)(8989299)(5600074)(711020)(4534185)(70
22145)(4603075)(4627221)(201702281549075)(8990200)(7048125)(7024125)(7027125)(7023125)[2017
052603328)(7153060)(49563074)(7193020);SRVR:MWHPR19MB0142;

x-ms-traffictypediagnostic: MWHPR19MB0142:

x-microsoft-antispam-prvs:

<MWHPR19MB01423FD3022DB87DCC326D9ACCA70@MWHPR19MB0142.namprd19.prod.outlook.com
>

x-ms-exchange-senderadcheck: 1

x-exchange-antispam-report-cfa-test:

BCL:0;PCL:0;RULEID:(102415395)(6040522)(2401047)(8121501046)(5005006)(93006095)(93001095)(10
201501046)(3231455)(999002)(944501520)(4983020)(52105112)(5002001)(148016)(149066)(150057)(
6041310)(20161123558120)(20161123562045)(20161123560045)(2016111802025)(20161123564045)(

6043046)(201708071742011)(7699051)(76991095);SRVR:MWHPR19MB0142;BCL:0;PCL:0;RULEID:;SRVR
:MWHPR19MB0142;

x-forefront-prvs: 0884AAA693

x-forefront-antispam-report:

SFV:SPM;SFS:(10009020)(346002)(376002)(366004)(136003)(396003)(39830400003)(299900001)(1690
03)(199004)(3480700005)(22113001)(66066001)(77360002)(25786009)(71190400001)(316002)(712004
00001)(8676002)(790700001)(6116002)(8936002)(33656002)(81166006)(14454004)(508600001)(81156
014)(6916009)(733005)(3846002)(486006)(256004)(97736004)(53936002)(55016002)(11346002)(4460
03)(7696005)(7116003)(53546011)(2906002)(9686003)(54556002)(6306002)(54896002)(102836004)(6
506007)(6246003)(99936001)(566030000t)(8636200t)(476003)(74316002)(106356001)(105586002)(64
36002)(68736007)(99286004)(26005)(186003)(229853002)(76176011)(4743002)(545764004)(55644400
2);DIR:OUT;SFP:1501;SCL:5;SRVR:MWHPR19MB0142;H:MWHPR19MB1375.namprd19.prod.outlook.co
m;FPR:;SPF:None;LANG:en;PTR:InfoNoRecords;MX:1;A:1;

received-spf: None (protection outlook com ▮▮▮▮▮▮ does not

 designate permitted sender hosts)

x-microsoft-antispam-message-info:

ZyAPZt8XLwWvi5N43/8qzxLAbviqsM2WhMKQH3EQY58FiUS3QC6v2e3OmWnux7AVpzwiv8AZfwqsLcA4fq6
AyivMakPcShawflr5HlQs6SuX7zwylWGBviiCIDFN9IHE0PnzFoaFJMk4Puhqgg6HH/q9m3DXXv5VRL2Mp/r7
Bj3GnoZYTIyVDa4JmozL9an3JJ5tDxIA7WN66rK5SktFTwU+KMcbyxESS5c2KSk6DIaNQLA/GQudT/OpT+PcL
eMEVecnTnawZ52HuiITdbgKYMwYFuV0bKWSaLGiPdg7a49K4gN/RhXXG1UaFuzFYja8ZDcFvDXh9P2T7qW
Fq6M3mAr+PQOQ0GBCXBpc/cKUVXAptqfXTF6a7ohLH3q79eEXUdRZDUrWVhXQB3UX7Jwojzvz KvWWhtfl-
+5M58cuWxawh227Rfyo/z5UNThWtG15JXV9i1w0PUUCp/8869kyd1pHaLB5IBKLUiAwBHgQ3auURbEyGf4
Od9N27FipV+ASNF+V

spamdiagnosticoutput: 1:22

Content-Type: multipart/mixed;

        boundary="_000_MWHPR19MB1373CFE4390EF8D67020289DCCA70MWHPR19MB1375namp_"

MIME-Version: 1.0

X-OriginatorOrg: ▮▮▮▮▮▮▮▮

X-MS-Exchange-CrossTenant-Network-Message-id: 1a503373-463a-42c5-fb05-06d86042b85f

X-MS-Exchange-CrossTenant-originalarrivaltime: 12 Dec 2018 15:01:39.9697

(UTC)

X-MS-Exchange-CrossTenant-fromentityheader: Hosted

X-MS-Exchange-CrossTenant-id: b605c1e4-aff1-4770-8dd0-133f473aed19

X-MS-Exchange-Transport-CrossTenantHeadersStamped: MWHPR19M80142

X-Barracuda-Connect: mail-bgr052100130072.outbound.protection.outlook.com[52.100.130.72]

X-Barracuda-Start-Time: 1544626901

X-Barracuda-Encrypted: ECDHE-RSA-AES256-SHA384

X-Barracuda-URL: https://209.99.124.135:443/cgi-mod/mark.cgi

X-Virus-Scanned: by bsmtpd at datafoundry.com

X-Barracuda-Scan-Msg-Size: 16068

X-Barracuda-BRTS-Status: 1

X-Barracuda-Spam-Score: 0.00

X-Barracuda-Spam-Status: No, SCORE=0.00 using per-user scores of TAG_LEVEL=4.5
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=1000.0 tests=DKIM_SIGNED, DKIM_VERIFIED, HTML_MESSAGE

X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.63672

    Rule breakdown below

    pts rule name       description

    ---- ---------------------- --------------------------------------------------

    0.00 DKIM_SIGNED      Domain Keys Identified Mail: message has a signature

    -0.00 DKIM_VERIFIED    Domain Keys Identified Mail: signature passes

            verification

    0.00 HTML_MESSAGE    BODY: HTML included in message

Return-Path: 

Delivered-To: <retzlaff@texas.net>

Received: from proxy4.mail.aus.datafoundry.com ([209.99.125.195])

by access1.mail.aus1.datafoundry.com (Dovecot) with LMTP id VnwkJYUiEVyfDAAAgDeKVA

for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:00:21 -0600

Received: from texasnet.proxy4.mail.aus.datafoundry.com ([192.168.122.2])

by proxy4.mail.aus.datafoundry.com (Dovecot) with LMTP id aYYbBC7jDFxkCAAAIss13g

; Wed, 12 Dec 2018 09:00:21 -0600

Received: from milter.aus.datafoundry.com (barracuda1.aus1.datafoundry.com [209.99.124.132])

by texasnet.proxy4.mail.aus.datafoundry.com (Postfix) with ESMTPS id 305F62000C

for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:00:21 -0600 (CST)

X-ASG-Debug-ID: 1544626819-0e8d80227d8514700001-vCNzfM

Received: from NAM01-SN1-obe.outbound.protection.outlook.com (mail-
bgr052100130107.outbound.protection.outlook.com [52.100.130.107]) by milter.aus.datafoundry.com
with ESMTP id sf9LuwombQCZUBHI (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256
verify=NO) for <retzlaff@texas.net>; Wed, 12 Dec 2018 09:00:19 -0600 (CST)

X-Barracuda-Envelope-From:

X-Barracuda-Effective-Source-IP: mail-
bgr052100130107.outbound.protection.outlook.com[52.100.130.107]

X-Barracuda-Apparent-Source-IP: 52.100.130.107

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;

d=netorgft784007.onmicrosoft.com; s=selector1-vandykelawfirm-com;

h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-Exchange-SenderADCheck;

bh=2Z5qOjdf9bifHKKGj9odEbu77/wfi6tDASpriiZLF3Pj9OWvE=;

b=MInYNSVQLPWwPUxVmL7Ipj/JqOLzH9ezlZbj/FVYySsnqaoW0yKCs75PMdzVzEExbiYufTTBxSAMOMyyD
Nv9eUF4n8xbLZ1ThqaK8VXSFe4wnOvFmdHf6B03WVjAwTPv/gbdt5JGw+AJhCEEkkKghXbNQ/NNZ9mh1A
KPsjwMpKq=

-0.00 DKIM_VERIFIED        Domain Keys Identified Mail: signature passes

                    verification

0.00 HTML_MESSAGE        BODY: HTML included in message

spamdiagnosticoutput: 1:22

Content-Type: multipart/mixed;

boundary="_007_MWHPR19MB13756507B870A9707B5E9122CCA70MWHPR19MB1375namp_"

MIME-Version: 1.0

X-OriginatorOrg: vandykelawfirm.com

X-MS-Exchange-CrossTenant-Network-Message-Id: d64b6e17-6c5d-4465-bfbe-08d660428689

X-MS-Exchange-CrossTenant-originalarrivaltime: 12 Dec 2018 15:00:15.9380

 (UTC)

X-MS-Exchange-CrossTenant-fromentityheader: Hosted

X-MS-Exchange-CrossTenant-id: b605c1e4-aff1-4770-8dd0-133f473aed19

X-MS-Exchange-Transport-CrossTenantHeadersStamped: MWHPR19MB0142

X-Barracuda-Connect: mail-bgr052100130107.outbound.protection.outlook.com[52.100.130.107]

X-Barracuda-Start-Time: 1544626819

X-Barracuda-Encrypted: ECDHE-RSA-AES256-GCM-SHA384

X-Barracuda-URL: https://209.99.124.132:443/cgi-mod/mark.cgi

X-Virus-Scanned: by bsmtpd at datafoundry.com

X-Barracuda-Scan-Msg-Size: 13704

X-Barracuda-BRTS-Status: 1

X-Barracuda-Spam-Score: 0.00

X-Barracuda-Spam-Status: No, SCORE=0.00 using per-user scores of TAG_LEVEL=4.5
QUARANTINE_LEVEL=1000.0 KILL_LEVEL=1000.0 tests=DKIM_SIGNED, DKIM_VERIFIED, HTML_MESSAGE

X-Barracuda-Spam-Report: Code version 3.2, rules version 3.2.3.63672

Rule breakdown below

pts rule name        description

---- ---------------------- -----------------------------------------------

0.00 DKIM_SIGNED        Domain Keys Identified Mail: message has a signature

<MWHPR19MB01428DF5AA12B93ACF8DF07BCCA70@MWHPR19MB0142.namprd19.prod.outlook.com>

x-ms-exchange-senderadcheck: 1

x-exchange-antispam-report-cfa-test:


BCL:0;PCL:0;RULEID:(102415395)(6040522)(2401047)(8121501046)(5005006)(93006095)(93001095)(10
201501046)(3231455)(999002)(944501520)(4983020)(52105112)(3002001)(148016)(149066)(150057)(
6041310)(20161123585120)(20161123562045)(20161123560045)(2016111802025)(20161123564045)(
6043046)(201708071742011)(7699051)(76991095);SRVR:MWHPR19MB0142;BCL:0;PCL:0;RULEID:;SRVR
:MWHPR19MB0142;

x-forefront-prvs: 0884AAA693

x-forefront-antispam-report:


SFV:SPM;SFS:(10009020)(346002)(376002)(366004)(136003)(396003)(39830400003)(299900001)(1890
03)(199004)(110136005)(54906003)(3480700005)(66066001)(7736002)(25786009)(71190400001)(3160
02)(71200400001)(8676002)(790700001)(6116002)(8936002)(33656002)(81166006)(14454004)(508600
001)(81156014)(733005)(3846002)(486006)(256004)(97736004)(53936002)(55016002)(11346002)(446
003)(7696005)(7116003)(53546011)(236005)(4326008)(2906002)(9686003)(54556002)(6306002)(5489
6002)(102836004)(6506007)(6246003)(99936001)(5660300001)(86362001)(476003)(74316002)(106356
001)(105586002)(6436002)(68736007)(99286004)(26005)(186003)(229853002)(76176011)(545764004)
(556444002);DIR:OUT;SFP:1501;SCL:S;SRVR:MWHPR19MB0142;H:MWHPR19MB1375.namprd19.prod.o
utlook.com;FPR:;SPF:None;LANG:en;PTR:InfoNoRecords;MX:3;A:1;

received-spf: None (protection.outlook.com: vandykelawfirm.com does not

 designate permitted sender hosts)

x-microsoft-antispam-message-Info:

O++qhScwVC5XDgcFmQ+p/Du1NkVRH/kjYAfFgmp8ck1FEzVLPBCF70Zh9TKFcT32GJaRoVs68SuVqOWmGr
0OYgrTsc+ndSgSguHfUs9NltxMZ356/DzCZP1OI5+ftq2HnBNJ2T+mrlVyMtRDCY+wmSqCTEAXX//afiV7Ob2
X9JsNRuwYK5J/0wm5hQ6MFK2qUbOkoYl/00fCG445xKaocCb36A5MYTCC2oKHVSl0HS/MWNvYelqB0/eE
oeXi49YuVPg5IlWRut9VxU9Jwi6+q4glyGK3n9YRlO6oVwP20ohkV06+ydIF61A/a3cY3a14n/VkF0yfQTyeP1
yYAThdlG72/pOOKL57dWl20Xrto3gzxDbTJgC5Na8oDjJOQU/BLQkEVW4TBROLuiAU1662ZEsFlSGWPmS+k
M3vZyk7OG0h9gFJ93sbSQCl3Rt8XHj1baZDvWquHnU3iauXqXVHejao2EOR75sW4+y8l/uA6o+VK1rL95yw
4rNdsM82hKt8

In-Reply-To: <S033ah2e19404r5qb8nn25dc.1544621898030@texas.net>

Accept-Language: en-US

Content-Language: en-US

X-MS-Has-Attach: yes

X-MS-TNEF-Correlator:

authentication-results: spf=none (sender IP is )

smtp.mailfrom=▬▬▬▬▬▬▬▬

x-originating-ip: [96.226.87.77]

x-ms-publictraffictype: Email

x-microsoft-exchange-diagnostics:

1;MWHPR19MB0142;6:ahUnLVyELWOAGQMyIV5VWZ7EwGAhYSKtRtPv/I20+KwNEn84q+RfUsRox/eFRv
OWh4XeR15nCDHtjUR9ngUXEdFgN1hB54OXnH2owM2gKH84AwrNP8YJq/3UWIadHn1LS0GltqTqqjjeQdt
v/v6naYedtsCHUBa1yIL/xa4v+HGFSHX9jLcN6URZ84tVxOM+L/bGIk6gruc8PzMB4C8rObLqvBAdZLYeKTBqI
MKFLbgIcUm6Io+wszRD4Qadth7HHQ38rN2Uh4vJzXEh+L942oLkLK8Hr2u52EedvTARuS9bid55uXhNDvEU
81E/6y68NFYHLGwBYXqzvskhRAdPWYl4t+zu7ZUJh/y/TB09kjyySPThySLLKPtzgKv2GpRp4eW0GOnyMa8Y
nAcII6p46d0yXz0bteBDwuDWz/W9LE+hr+9n4ca/E24InvtZndBbzKRQkkl0RtBfuwSSZfOqE4kfbJEwZDAPJC
RynIIxeLmIoLl6zSZnfKZSDSAYVsCQ;5:OO+Nnq+853w/PNyH5XlE8CbARTB1OAEsQb3JtL77QRt8GKXSX/vo
MeuQwOPiOCKt97BxByIsc8WQGWY7u0ERohywZH2L0YpJO5cLa6g1barxdljq9vmBj61U8LAEDpVwrfbiArK
h/jYCq6j7g8HLNDl8RAOri1f2zaWfVILPIEA=;7:MUbNRL5A3t7jR+cH+BexEl8oJ/0ngwCnFnBWY2ESJwz+0+bl
YEo5kQK5LuFFjBSPblhLF/oskobnctCqo6zoV0tQrM6InDgalShoTwXhJupesUnJTim1ywVmsv37BQtXAxmxyi
ZHiNAJ6a0sCq0OMg==

x-ms-exchange-antispam-srfa-diagnostics: SOS;

x-ms-office365-filtering-correlation-id: d64b6e17-6c5d-4465-bfbe-08d660428689

x-microsoft-antispam:

BCL:0;PCL:0;RULEID:(2390098)(7020095)(4652040)(7021145)(8989299)(5600074)(711020)(4534185)(70
22145)(4603075)(4627221)(201702281549075)(8990200)(7048125)(7024125)(7027125)(7023125)(2017
052603328)(7153060)(49563074)(7193020);SRVR:MWHPR19MB0142;

x-ms-trafficTypediagnostic: MWHPR19MB0142:

x-microsoft-antispam-prvs:

Received: from MWHPR19MB1375.namprd19.prod.outlook.com (10.173.245.9) by

MWHPR19MB0142.namprd19.prod.outlook.com (10.164.206.33) with Microsoft SMTP

Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id

15.20.1425.19; Wed, 12 Dec 2018 15:00:16 +0000

Received: from MWHPR19MB1375.namprd19.prod.outlook.com

([fe80::70db:ef09:9379:6fdd]) by MWHPR19MB1375.namprd19.prod.outlook.com

([fe80::70db:ef09:9379:6fdd%9]) with mapi id 15.20.1404.026; Wed, 12 Dec 2018

15:00:16 +0000

From: Jason Van Dyke ████████████████████████

To: Tom Retzlaff <retzlaff@texas.net>, Jeffrey Dorrell

CC: "████████████████" <████████████████>, Kristin Brady

    <kristin.brady@texasbar.com>, Linda Acevedo <Linda.Acevedo@TEXASBAR.COM>,

    "'Sommer, William'  " <████████████████████████>

Subject: RE: Van Dyke case

Thread-Topic: Van Dyke case

X-ASG-Orig-Subj: RE: Van Dyke case

Thread-Index: AdSRm+GlxGicxiNSQMeHLb1EO30BfAAgIJcQAADjKgAAAtkEYA==

Date: Wed, 12 Dec 2018 15:00:15 +0000

Message-ID:

<MWHPR19MB13756507B870A9707B5E9122CCA70@MWHPR19MB1375.namprd19.prod.outlook.com
>

References:

<MWHPR19MB1375FFA8E0258F8F7C2AF9ECCCA70@MWHPR19MB1375.namprd19.prod.outlook.com>

<5033ah2e19404r5qb8nn25dc.1544621898030@texas.net>

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3333
## POLICE SERVICES

### EVIDENCE REPORT

CASE NUMBER: CO1901101

____ OWNER
____ VICTIM
____ FINDER
✓ SUSPECT
____ OTHER

✓ EVIDENCE

____ PROPERTY FOR SAFE KEEPING

____ FOUND PROPERTY

____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE          PHONE:(____) _____

ADDRESS: 108 DURANGO DRIVE

CITY: AUBREY          STATE: TEXAS          ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION     · MISDEMEANOR  FELONY

2) _____  MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD          DATE: 01/22/19

| DESCRIPTION AND LOCATION FOUND | DATE AND TIME OF RECOVERY |
|---|---|
| ✓ BLACK ACER LAPTOP | 01/14/19  EVIDENCE#: 19010011 |
| - S/N NXGTPAA0087500422A3400 | |
| - CHARGING CABLE | |
| - TOP OF DESK - OFFICE | |
| PASSWORD: 2527 | |

| FROM | TO | DATE/TIME |
|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19  2136 |
| EVIDENCE | B. Howard  202 | 1/21/19  1249 |
| B. Howard #202 | Hyduk  #750 | 11/24/19  1345 hrs |
|  | Mindy Munn #0758 | 1/25/19  1057 hrs |

CITY of OAK POINT
# Department of Public Safety
100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3333
## POLICE SERVICES

### EVIDENCE REPORT

.CASE NUMBER: CO1901101

_____ OWNER
_____ VICTIM
_____ FINDER
__✓__ SUSPECT
_____ OTHER

__✓__ EVIDENCE

_____ PROPERTY FOR SAFE KEEPING

_____ FOUND PROPERTY

_____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE _____ PHONE:(____) _____

ADDRESS: 108 DURANGO DRIVE _____

CITY: AUBREY _____ STATE: TEXAS ____ ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION ____ MISDEMEANOR  FELONY

        2) _____ MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD _____ DATE: 1/22/19

DESCRIPTION AND LOCATION FOUND            DATE AND TIME OF RECOVERY

NIKON "COOL PIX" DIGITAL CAMERA           01/14/19  EVIDENCE #: 19010014

  - S/N 300.90857 - KITCHEN BAR

| FROM | TO | DATE/TIME | |
|---|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 | |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19 | 2150 |
| EVIDENCE | B. Howard 262 | 1/24/19 | 1259 |
| B. Howard 262 | Duquette 780 | 1/24/19 | 13 or 1285 |
| | M. Lin L | 1/28/19 | 10576 |

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3333
## POLICE SERVICES

### EVIDENCE REPORT

CASE NUMBER: CO1901101

____ OWNER
____ VICTIM
____ FINDER
✓ SUSPECT
____ OTHER

✓ EVIDENCE

____ PROPERTY FOR SAFE KEEPING

____ FOUND PROPERTY

____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE _____ PHONE:(____)_____

ADDRESS: 108 DURANGO DRIVE _____

CITY: AUBREY _____ STATE: TEXAS _____ ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION ____ · MISDEMEANOR FELONY

2) _____ MISDEMEANOR FELONY

REPORT MADE BY: SGT. B. HOWARD _____ DATE: 01/22/19

DESCRIPTION AND LOCATION FOUND _____ DATE AND TIME OF RECOVERY

MEMORY STICK w/ GRN STICKER "2" _____ 01/14/19   EVIDENCE #: 19010013

-MASTER BEDROOM DRESSER ON EAST WALL

ON TOP IN CONTAINER

| FROM | TO | DATE/TIME | |
|---|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 | |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19 | 2147 |
| EVIDENCE | B. HOWARD 262 | 1/24/19 | 1249 |
| B. HOWARD 262 | J. Purnell 758 | 1/24/19 | 1315 hrs |
| | M. Mann 2 | 1/25/19 | 1057 hrs |

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3333

## POLICE SERVICES

### EVIDENCE REPORT

CASE NUMBER: C01901101

___ OWNER                              ✓ EVIDENCE
___ VICTIM
___ FINDER                             ___ PROPERTY FOR SAFE KEEPING
✓ SUSPECT
___ OTHER                              ___ FOUND PROPERTY

                                       ___ STOLEN PROPERTY

NAME: JASON LEE VANDYKE _____ PHONE:(___) _____

ADDRESS: 108 DURANGO DRIVE _____

CITY: AUBREY _____ STATE: TEXAS _____ ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION ___ MISDEMEANOR  FELONY

          2) _____ MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD _____ DATE: 01/22/19

DESCRIPTION AND LOCATION FOUND          DATE AND TIME OF RECOVERY

✓ DATA TRAVELER 64 MEMORY DRIVE         01/14/19  EVIDENCE #: 19010012

-TOP RT DRAWER OF DESK - OFFICE

| FROM | TO | DATE/TIME |
|------|-----|-----------|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19   2144 |
| EVIDENCE | B. Thompson 262 | 1/24/19   1249 |
| B. HOWARD 262 | Impull #250 | 1/24/19   1344 hrs |
| | Miranda 258 | 1/25/19   1057 hrs |



## Property /Evidence Receipt

Denton County Criminal District Attorney
Special Crimes Unit

1450 E. McKinney
Denton, Tx 76209
940-349-2600

DA Case : ~~2019~~ 19 0 1  - 002 — 005

Page __1__ of __1__

On (date): 2 / 12 / 19

(time): 9 : 59 am / pm

The item(s) listed below were:-

Name: Sgt Brian Howard

Agency: Oak Point PD

Address: _____

_____

____ Received from

✓ Returned to

Description of Item(s):

DATA TRAVELER G4 Memory drive

MEMORY STICK w/ Green Sticker

NIKON CoolPix Dig. Camera

Black ACER LAPTOP

*ALL PACKAGING WAS NOT OPENED
+ remained sealed after receiving by
DA office *

Received by: _____ (#262)    Received from: _____ 218

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 fax (972)294-3333
## POLICE SERVICES

EVIDENCE REPORT

CASE NUMBER: CO1901101

____ OWNER                          ✓ EVIDENCE
____ VICTIM
____ FINDER                         ____ PROPERTY FOR SAFE KEEPING
✓ SUSPECT
____ OTHER                          ____ FOUND PROPERTY

                                    ____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE                    PHONE: (____)

ADDRESS: 108 DURANGO DRIVE

CITY: AUBREY          STATE: TEXAS        ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION    MISDEMEANOR  FELONY

        2) _____    MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD            DATE: 01/22/19

DESCRIPTION AND LOCATION FOUND        DATE AND TIME OF RECOVERY

DATA TRAVELER 64 MEMORY DRIVE          01/14/19  EVIDENCE #: 19010012

-TOP RT DRAWER OF DESK -OFFICE

| FROM | TO | DATE/TIME |
|------|-----|-----------|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19   2144 |
| EVIDENCE | B. HOWARD 262 | 1/28/19   1247 |
| B. HOWARD 262 | Vanduke  # 250 | 1/24/19   1344 hrs |

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD., OAK POINT, TEXAS 75068   (972)294-0000 fax (972)294-3333

### POLICE SERVICES

### EVIDENCE REPORT

CASE NUMBER: __CO1901101__

| | |
|---|---|
| ___ OWNER | ✓ EVIDENCE |
| ___ VICTIM | |
| ___ FINDER | ___ PROPERTY FOR SAFE KEEPING |
| ✓ SUSPECT | |
| ___ OTHER | ___ FOUND PROPERTY |
| | ___ STOLEN PROPERTY |

NAME: __JASON LEE VANDYKE__                    PHONE:(____) _____

ADDRESS: __108 DURANGO DRIVE__

CITY: __AUBREY__          STATE: __TEXAS__          ZIP: __76227__

CHARGE: 1) __OBSTRUCTION OR RETALIATION__ · MISDEMEANOR   FELONY

2) _____ MISDEMEANOR   FELONY

REPORT MADE BY: __SGT. B. HOWARD__          DATE: __1/22/19__

DESCRIPTION AND LOCATION FOUND          DATE AND TIME OF RECOVERY

__NIKON "COOL PIX" DIGITAL CAMERA__          __01/14/19  EVIDENCE #: 19010014__

__- S/N. 300.90857 - KITCHEN BAR__

| FROM | TO | DATE/TIME |
|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19   2150 |
| EVIDENCE | B. Howard 262 | 1/24/19  1249 |
| B. Howard 262 | J Turnville 750 | 1/24/19  1385hrs |

CITY of OAK POINT

# Department of Public Safety

100 NAYLOR RD, OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3833
## POLICE SERVICES

### EVIDENCE REPORT

CASE NUMBER: CO|901101

____ OWNER
____ VICTIM
____ FINDER
✓ SUSPECT
____ OTHER

✓ EVIDENCE

____ PROPERTY FOR SAFE KEEPING

____ FOUND PROPERTY

____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE                    PHONE:(____) ____

ADDRESS: 108 DURANGO DRIVE

CITY: AUBREY          STATE: TEXAS          ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION    · MISDEMEANOR  FELONY

2) _____  MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD          DATE: 01/22/19

| DESCRIPTION AND LOCATION FOUND | DATE AND TIME OF RECOVERY |
|---|---|
| BLACK ACER LAPTOP | 01/14/19   EVIDENCE#: 19010011 |
| -S/N NXGTPAA008750042A3400 | |
| - CHARGING CABLE | |
| - TOP OF DESK - OFFICE | |
| PASSWORD: 2527 | |

| FROM | TO | DATE/TIME |
|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | 1/14/19 |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19   2136 |
| EVIDENCE | B. Howard  202 | 1/28/19  1249 |
| B. Howard  202 | Yupully  #750 | 11/24/19  1345 hrs |

CITY of OAK POINT
# Department of Public Safety
100 NAYLOR RD. OAK POINT, TEXAS 75068   (972)294-0000 *fax* (972)294-3333
## POLICE SERVICES

### EVIDENCE REPORT

.CASE NUMBER: CO1901101

____ OWNER
____ VICTIM
____ FINDER
✓ SUSPECT
____ OTHER

✓ EVIDENCE

____ PROPERTY FOR SAFE KEEPING

____ FOUND PROPERTY

____ STOLEN PROPERTY

NAME: JASON LEE VANDYKE _____ PHONE:(____) _____

ADDRESS: 108 DURANGO DRIVE _____

CITY: AUBREY _____ STATE: TEXAS _____ ZIP: 76227

CHARGE: 1) OBSTRUCTION OR RETALIATION ____ · MISDEMEANOR  FELONY

2) _____ MISDEMEANOR  FELONY

REPORT MADE BY: SGT. B. HOWARD _____ DATE: 01/22/19

DESCRIPTION AND LOCATION FOUND

MEMORY STICK W/GRN STICKER "2"

MASTER BEDROOM DRESSER ON EAST WALL

ON TOP IN CONTAINER

DATE AND TIME OF RECOVERY

01/14/19   EVIDENCE #: 19010013

| FROM | TO | DATE/TIME | |
|---|---|---|---|
| 108 DURANGO DRIVE | OFFICER YATES | · 1/14/19 | |
| OFFICER YATES | EVIDENCE ROOM | 1/14/19 | 2147 |
| EVIDENCE | B. Howard 265 | 1/24/19 | 1245 |
| B. HOWARD 265 | Maxwell 758 | 1/24/19 | 1345 hrs |