# BROWN & HOFMEISTER, L.L.P.

9740 East Campbell Road
Suite 800
Richardson, Texas 75081

JEFFREY L. MOORE
(214) 747-6109
jmoore@bhlaw.net

Telephone: (214) 747-6100
Telecopier: (214) 747-6111
www.bhlaw.net

March 9, 2020

Mr. Tom Retzlaff
retzlaff@texas.net

Re: Request for Public Information Act Opinion
Request of Tom Retzlaff dated December 3, 2019, and received December 3, 2019
Open Records Letter Ruling OR2020-06516 (2020)

Dear Mr. Retzlaff:

On or about December 3, 2019, you requested from the City of Oak Point, Texas, a copy of certain specified police reports and related information. This letter is to inform you that the City has received a ruling from the Texas Attorney General's office concerning your request. In Texas Attorney General Open Records Letter Ruling OR2020-06516 (2020), the Texas Attorney General concluded, the City could withhold the responsive information pursuant to sections 552.101, 552.103, 552.130, and 552.137 of the Texas Government Code. Please find the enclosed responsive public information. It has been redacted consistent with the Texas Attorney General's ruling. Accordingly, this concludes this matter.

Very truly yours,

JEFFREY L. MOORE
Attorney at Law

JLM:ss

Enclosures

cc w/o enclosures:

    Ms. Joni Vaughn
    City of Oak Point
    100 Naylor Road
    Oak Point, Texas 75068

Exhibit 6