8

# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | |
|---|---|
| **JASON LEE VAN DYKE**, §<br>  *Plaintiff*, §<br> §<br>**v.** §<br> §<br>**THOMAS CHRISTOPHER** §<br>**RETZLAFF, a/k/a DEAN** §<br>**ANDERSON, d/b/a VIA VIEW FILES,** §<br>**L.L.C., and VIAVIEW FILES,** §<br>  *Defendant* § | NO. 4:18-CV-247-ALM |

## ORDER

On this day, the Court considered defendant Thomas Retzlaff's motion to dismiss plaintiff Jason Van Dyke's third amended complaint with prejudice.

After due consideration, the Court finds the motion to be well taken. No lesser sanction than dismissal would be adequate to protect defendant Thomas Retzlaff and his counsel from plaintiff's plans to ambush and murder them.

Accordingly, IT IS HEREBY ORDERED that defendant's motion is GRANTED. The Court orders that this case is DISMISSED with prejudice.

**IT IS SO ORDERED**.