　　　　　　　　　　　　　　　　　　　　　　　Jason Van Dyke <jasonleevandyke@gmail.com>

## (no subject)
2 messages

**Tom Retzlaff** <retzlaff@texas.net>　　　　　　　　　　　　　　　　　Sun, Mar 15, 2020 at 8:59 PM
To: JDorrell@hanszenlaporte.com
Cc: Jason Van Dyke <jasonleevandyke@gmail.com>, alan@taggartfirm.com

　Jeff,

　What a stupid cunt that bitch is!!!!  Obviously he had no clue about the FBI's audio recording of him plotting to murder us and the state bar prosecutor.

　 Hahahahaha

　What a dumb motherfucker. All the years I spent in federal and state law enforcement locking up assholes, it never ceased to amaze me how fucking stupid guys like this really are.

　Yeah, tell us all again please how some other dude did it and got access to your work station at White Jacobs and Assoc's to send out death threats to me and the state bar prosecutor. And then please explain the FBI audio recording, the text messages, and the emails. And the Arizona Proud Boys.

　Stupid bitch. Tell him to go fuck himself, Jeff.  Both him and Taggart are gonna wind up in jail before this is all over with - again!


　Tom


**Jason Van Dyke** <jasonleevandyke@gmail.com>　　　　　　　　　　Sun, Mar 15, 2020 at 9:16 PM
To: alan@taggartfirm.com

[Quoted text hidden]