# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE § § | |
| v. § § | Civil Action No. 4:18-cv-00247 |
| § | Judge Mazzant |
| THOMAS RETZLAFF, a/k/a DEAN § | |
| ANDERSON, d/b/a VIA VIEW FILES § | |
| LLC, and VIA VIEW FILES | |

## ORDER

Before the Court is Defendant Thomas Retzlaff's Unopposed Motion to Withdraw Inadvertently-Filed Supplemental Rule 26 Disclosures (Dkt. #142). The Court finds the motion Should be granted.

It is therefore **ORDERED** that Defendant's motion is **GRANTED**.

It is further **ORDERED** that Defendant's inadvertently-filed supplemental Rule 26 disclosures (Dkt. #138) are stricken from the record.

**SIGNED this 19th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE