IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>　　Plaintiff §<br> §<br>v. §<br> §<br>THOMAS CHRISTOPHER RETZLAFF §<br>a/k/a Dean Anderson d/b/a BV Files, Via §<br>View Files L.L.C., and ViaView Files §<br>　　Defendant § | Case No. 4:18cv247 |

**ORDER**

Pending before the Court is the joint motion of Plaintiff, Jason Lee Van Dyke, and Defendant, Thomas Christopher Retzlaff, to extend the time for the filing of dispositive motions in this case from April 14, 2020 until July 31, 2020 (Dkt. #145). The Court finds that the joint motion of the parties should be **GRANTED**.

It is therefore **ORDERED** that the motion for the filing of motions to dismiss, motions for summary judgment, and other dispositive motions is extended until **July 31, 2020**.

**SIGNED this 25th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE