# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, <br> *Plaintiff*, <br> <br> v. <br> <br> **THOMAS CHRISTOPHER RETZLAFF, a/k/a DEAN ANDERSON, d/b/a BV FILES, VIA VIEW FILES, L.L.C., and VIAVIEW FILES**, <br> *Defendants* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | NO. 4:18-CV-247-ALM |

**RETZLAFF'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM**

1. Pursuant to FED. R. CIV. P. 45(a)(4), all parties are hereby notified of defendant Thomas Retzlaff's intent to serve subpoenas duces tecum upon the following:

   (i) Mike Shackleford (or other custodian of records of the Oak Point Department of Public Safety), 100 Naylor Road, Oak Point, Texas 75067; and

   (ii) Kevin Palomino (or other custodian of records of the Federal Bureau of Investigation Joint Terrorism Task Force), One Justice Way, Dallas, Texas 75220.

2. Pursuant to FED. R. CIV. P. 45(a)(4), copies of the subpoenas are attached to this notice. Documents sought include the January 2019 audio recording of plaintiff Jason Lee Van Dyke describing a plan to assassinate defendant Thomas Retzlaff, Retzlaff's undersigned counsel, or others; a "yellow pad" seized incident to Van Dyke's arrest for felony obstruction/retaliation; and related text messages and photographs in the possession of such organizations.

2

Respectfully submitted,

**HANSZEN✦LAPORTE**

By:       /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
State Bar No. 00787386
Federal ID # 18465
jdorrell@hanszenlaporte.com
**ANTHONY L. LAPORTE**
State Bar No. 00787876
alaporte@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT TOM RETZLAFF**

## CERTIFICATE OF SERVICE

I certify that on _____3-30_____, 2020, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

Mr. Jason Lee Van Dyke
Plaintiff, Pro Se
108 Durango Drive
Crossroads, Texas 76227
Telephone: 469-964-5346
FAX: 972-421-1830
jasonleevandyke@protonmail.com

_____/s/ Jeffrey L. Dorrell_____
**JEFFREY L. DORRELL**