**Tom Retzlaff** <retzlaff@texas.net>  Sat, Mar 21, 2020 at 2:33 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: Jason Van Dyke <jasonleevandyke@gmail.com>, alan@taggartfirm.com

Say, Jeff - is it considered an "illegal" ex parte communication if I was able to get Judge Mazzant's personal cell phone number and I called him up last night and left him a voice mail saying "you really need to listen to this" and I played onto his phone the audio recording I got from the cops of Van Dyke's murder plot??

Well, at least we all know now what he will be listening to this weekend!!!!

By the way, that FBI terrorism dude told me he would be available at least by telephone on the dates I got from Mazzant's clerk, if not in person, for our upcoming hearing.

And it goes without saying that Mike Shackleford and his guys from the sheriff's office will all be there, too. The dude is blowing up my phone every day asking about this.

May 6th and May 21st are hearing dates in Denton County in which we will get additional opportunities to grill this bitch like a cheeseburger, as well. But the federal court hearing is the Big Show.

And I do not see how he can escape what is to come.

So a big **THANK YOU** to you and Tony and Kent and all the other fine folks at the Hanszen Laporte law firm for working all these nights and this weekend to get this shit out ASAP. (I can hardly wait for your next invoice - not)


Tom

---

**From:** retzlaff@texas.net
**Sent:** March 15, 2020 6:59 PM
**To:** JDorrell@hanszenlaporte.com
**Cc:** jasonleevandyke@gmail.com; alan@taggartfirm.com
**Subject:**

[Quoted text hidden]

---

**Jason Van Dyke** <jasonleevandyke@gmail.com>  Sat, Mar 21, 2020 at 2:51 PM
To: Alan Taggart <alan@taggartfirm.com>


---------- Forwarded message ---------
From: **Tom Retzlaff** <retzlaff@texas.net>
Date: Sat, Mar 21, 2020, 2:34 PM
Subject: Re:
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: Jason Van Dyke <jasonleevandyke@gmail.com>, <alan@taggartfirm.com>


[Quoted text hidden]

---

**Jason Van Dyke** <jasonleevandyke@gmail.com>  Sat, Mar 21, 2020 at 3:13 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: Alan Taggart <alan@taggartfirm.com>

Jeff -

It does not appear as though you have entered any sort of appearance in any case. Since I am prohibited from contacting your client, would you please ask him to provide me a copy of the petition he filed in Denton County? If you have it, would you please furnish me with a copy? Thank you.

Jason Van Dyke
Attorney at Law
[Quoted text hidden]