IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>    Plaintiff §<br> §<br>v. §<br> §<br>THOMAS CHRISTOPHER RETZLAFF §<br>a/k/a Dean Anderson d/b/a BV Files, Via §<br>View Files L.L.C., and ViaView Files §<br>    Defendant § | Case No. 4:18cv247 |

**PLAINTIFF'S EMERGENCY MOTION FOR RULING ON PROTECTIVE ORDER**

Plaintiff, Jason Lee Van Dyke, move that this Honorable Court enter an order on Plaintiff's Motion for Protective Order (ECF 149) on an emergency basis. As grounds therefore, Plaintiff states as follows:

1. Plaintiff incorporates all of the allegations contained in his motion for a protective order into this motion by reference. ECF 149.

2. On April 17, 2020, Plaintiff received notices that the Oak Point Police Department has complied with the subpoena that is the subject of Plaintiff's protective order. See ECF 156.

3. The risk of the harm described in Plaintiff's motion for a protective order is now imminent and, if a protective order is not entered immediately, will become irreversible.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court consider Plaintiff's Motion for a Protective Order on an emergency basis, that this Court grant Plaintiff's Motion for a Protective Order, and that this Court grant unto Plaintiff all such further relief, in law and in equity, to which Plaintiff may be justly entitled.

      Respectfully submitted,

/s/ Jason Lee Van Dyke
Jason L. Van Dyke
State Bar No. 24057426
PO Box 2618
Decatur, TX 76234
P – (940) 305-9242
Email:  jasonleevandyke@protonmail.com

## CERTIFICATE OF CONFERENCE

Plaintiff has previously conferred with Jeffrey Dorrell concerning his motion for a protective order and Mr. Dorrell has previously stated to Plaintiff that he is opposed to a protective order. It was impractical to confer further with Mr. Dorrell prior to the filing of this motion as this motion has been filed on an emergency basis in which the threat of harm to Plaintiff is imminent.

/s/ Jason Lee Van Dyke
JASON LEE VAN DYKE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF System, which will automatically serve a Notice of Electronic Filing on Jeffrey Dorrell, Attorney for Defendant.

/s/ Jason Lee Van Dyke