**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>Plaintiff | §<br>§<br>§ | |
| v. | § | Case No. 4:18cv247 |
| | § | |
| THOMAS CHRISTOPHER RETZLAFF<br>a/k/a Dean Anderson d/b/a BV Files, Via<br>View Files L.L.C., and ViaView Files<br>Defendant | §<br>§<br>§<br>§ | |

**ORDER**

Pending before this Court is Plaintiff's Motion to Withdraw (Dkt. #159). Specifically, Plaintiff seeks to withdraw his motion for a protective order (Dkt. #149) and his emergency motion for a ruling on the same (Dkt. #157) on the basis that said motions are moot. Defendant is unopposed.

It is therefore **ORDERED** that Plaintiff's Motion to Withdraw (Dkt. #159) is **GRANTED**.

It is further **ORDERED** that Plaintiff's motion for a protective order (Dkt. #149) and emergency motion for a ruling on the same (Dkt. #157) are **DENIED as moot**.

**SIGNED this 23rd day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE