# Withdrawal of Subpoena

Sent: **Friday, April 24, 2020 3:38 PM**

From: **Jason L. Van Dyke jasonleevandyke@protonmail.com**

To: **legal@wordpress.com legal@wordpress.com**

CC: **Jeffrey Dorrell JDorrell@hanszenlaporte.com**

To Whom It May Concern:

I had previously tendered a subpoena to Wordpress by e-mail. The purpose of this letter is to inform you that the subpoena is withdrawn and there is no longer any need for you to respond to the same. The subpoena had been issued in Case No. 4:18-cv-247, styled Jason Lee Van Dyke vs. Thomas Christopher Retzlaff in the U.S. District Court in and for the Eastern District of Texas.

Please do not hesitate to contact me if you have any questions or concerns.

Jason L. Van Dyke
Attorney & Counselor at Law
PO Box 2618
Decatur, TX 76234
E - jasonleevandyke@protonmail.com

cc: Jeffrey Dorrell, Attorney at Law


Sent with ProtonMail Secure Email.