IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**, | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **NO. 4:18-CV-247-ALM** |
| **THOMAS CHRISTOPHER** | § | |
| **RETZLAFF, a/k/a DEAN** | § | |
| **ANDERSON, d/b/a VIAVIEW FILES,** | § | |
| **L.L.C., and VIAVIEW FILES,** | § | |
| *Defendant* | § | |

## O̲R̲D̲E̲R̲

The Court, having considered Defendant Thomas Retzlaff's motion to quash plaintiff Jason Van Dyke's March 27, 2020 subpoena duces tecum to Automattic, Inc., d/b/a Wordpress (Dkt. #161), and the response thereto, finds the motion should be and is hereby DENIED as moot.

**IT IS SO ORDERED.**

 **SIGNED this 29th day of April, 2020.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE