IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>    Plaintiff<br><br>v.<br><br>THOMAS CHRISTOPHER RETZLAFF<br>a/k/a Dean Anderson d/b/a BV Files, Via<br>View Files L.L.C., and ViaView Files<br>    Defendant | § § § § § § § § § § | Case No. 4:18cv247 |

**PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**

1. Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, all parties are hereby notified of plaintiff Jason Lee Van Dyke's intent to serve subpoenas duces tecum upon the following:

    (i) Michael Shackleford (or other custodian of records of the Oak Point Department of Public Safety), 100 Naylor Road, Oak Point, Texas 75067; and

    (ii) Paul Johnson (or other custodian of records of the Denton County District Attorney), 1450 E. McKinney Street, Denton, Texas 76209.

2. Pursuant to Rule 45(a)(4), copies of the proposed subpoenas are attached to this notice. Documents sought include any and all communications between these entities and Thomas Christopher Retzlaff and other individuals believed to be acting under Mr. Retzlaff's control or pursuant to his instructions.

3. Copies of the proposed subpoenas are attached hereto as Exhibits "1" and "2" respectively. Plaintiff requested these subpoenas several weeks ago and is still waiting for them to be issued by the Clerk.

        Respectfully submitted,

        /s/ Jason Lee Van Dyke
        Jason L. Van Dyke
        PO Box 2618
        Decatur, TX 76234
        P – (940) 305-9242
        Email: jasonleevandyke@protonmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on the CM/ECF System, which will automatically serve a Notice of Electronic Filing on Jeffrey Dorrell, Attorney for Defendant.

        /s/ Jason Lee Van Dyke
        JASON LEE VAN DYKE