

EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § | |
| | § | |
| v. | § | CASE NO. 4:18-CV-00247 |
| | § | |
| THOMAS RETZLAFF, et. al. | § | |

### AFFIDAVIT OF DENTON COUNTY ASSISTANT DISTRICT ATTORNEY KRISTIN KIDD

Before me, THE UNDERSIGNED AUTHORITY, A Notary Public in and for the State of Texas, personally appeared KRISTIN KIDD, who being by me duly sworn deposes as follows:

1. My name is Kristin Kidd. I am over the age of twenty-on (21) years, am competent to make this affidavit and have never been convicted of a felony or crime of moral turpitude. I have personal knowledge of the facts contained in this affidavit, unless otherwise stated, and they are true and correct.

2. I am employed by the Denton County District Attorney's Office as the Misdemeanor Division Chief. I am a licensed attorney in the State of Texas. As Chief of the Misdemeanor Division, I am familiar with and have access to records on criminal cases received by our office from Denton County law enforcement agencies, as well as criminal cases filed by our office with the County Criminal Courts in Denton County. I am familiar with and have access regarding the misdemeanor False Report case of Jason Lee Van Dyke, cause no. CR-2018-07544-E.

3. The Denton County District Attorney's Office received the misdemeanor False Report case on October 31, 2018 from the Oak Point Police Department, regarding defendant Jason Lee Van Dyke, offense date September 13, 2018. An Intake Division attorney reviewed the case report and attachments, and made the decision to file the case. The Complaint and Information for the case were filed with the Denton County Clerk's

Office on December 14, 2018, and the case was given a cause number of CR-2018-07544-E and assigned to County Criminal Court #5, Judge Coby Waddill presiding.

4. On February 26, 2019, Jason Lee Van Dyke, represented by defense attorney Dominic Marsala, pled No Contest to False Report, as alleged in the Complaint and Information. He was sentenced at the time of plea to a $600 fine and 24 months of deferred adjudication probation. Jason Lee Van Dyke is currently serving this deferred adjudication probation sentence.

_____
KRISTIN KIDD

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this 3rd day of June, 2020.



_____
Notary Public in and for the State of Texas

BRANDIE BRYSON
Notary Public-State of Texas
Notary ID #13141704-6
Commission Exp. JAN. 22, 2022