FMC 19-164

EXHIBIT 8

FILED AT 10:30 O'CLOCK A.M.
JAN 15 2019
DISTRICT CLERK
Denton County, Texas
BY: _____ DEPUTY

## SEARCH WARRANT

THE STATE OF TEXAS
THE COUNTY OF DENTON

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Denton County, Texas, or any Peace Officer of the State of Texas.

GREETINGS:

Whereas, the Affiant whose signature is affixed to the affidavit attached hereto is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant is said Affidavit show that the Affiant has probable cause for the belief she expresses therein and establishes the existence of proper grounds for the issuance of this warrant:

NOW THEREFORE, you are commanded to seize and enter **108 Durango Drive Aubrey Texas** described in said affidavit and to there search for **Computer, Laptop, and writings.**

Herein fail not, but have you then and there this warrant within three days, exclusive of the days of its issuance and of its execution, with your return thereon, showing how you have executed the same.

ISSUED at **4:59 pm** o'clock _____ m., on this the 14th day of January 2019, to certify which witness my hand this day.

Honorable Bruce McFarling
362nd Judicial Court Judge
Denton County, Texas

FMC 19-164

## RETURN AND INVENTORY

THE STATE OF TEXAS
THE COUNTY OF DENTON

FILED
AT 11:30 O'CLOCK A M
JAN 15 2019
DISTRICT CLERK
Denton County, Texas
BY: _____ DEPUTY

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing warrant came to hand on the day it was issued and that it was executed on the 14TH day of January, 2019, by making the search directed therein and seizing during such search the following described personal property:

NIKON "COOL PIX" DIGITAL CAMERA (BLK/SIL)
- S/N 30090857
- LOCATED ON KITCHEN BAR

DATA TRAVELER G4 - MEMORY DRIVE (BLUE/WHITE)
- TOP RIGHT DRAWER OF DESK (OFFICE)

YELLOW PAPER - LEGAL PAD "DOCKET GOLD"
- COFFEE TABLE (LIVING ROOM)

BLACK "ACER" LAPTOP
- S/N - NXGTPAA00875004 22AB400
- M/N - A515-51-513F
- LOCATED ON TOP OF DESK (OFFICE)
- CHARGING CABLE

ORANGE/SILVER MEMORY STICK "Z"
- MASTER BEDROOM, DRESSER ON EAST WALL ON TOP IN CONTAINER

_____
AFFIANT #266