EXHIBIT 9

FILED AT 1:50 O'CLOCK P M
JAN 24 2019
DISTRICT CLERK
Denton County, Texas
BY: _____

# SEARCH WARRANT

| THE STATE OF TEXAS | § | ACER, model N17C4 |
| COUNTY OF DENTON | § | Serial # NXGTPAA00422A3400 |
| | | Data Traveler G4-Memory Drive |
| | | Memory Stick "Z" |
| | | Nikon "Cool Pix" Digital |
| | | Camera: Serial # 30090857 |

THE STATE OF TEXAS to the Sheriff or any Peace Officer of Denton County, Texas, or any Peace Officer of the State of Texas,

GREETINGS:

WHEREAS, the Affiant whose signature is affixed to the Affidavit appearing on the reverse hereof is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said affidavit is by this reference incorporated herein for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and establishes the existence of proper grounds for the issuance of this Warrant;

NOW, THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit and to there search for the personal property described in said Affidavit, to wit:

Data stored within the computer or other processing and storage device, to include images, emails, programs, encryption routines and algorithms, GPS logs, or other data that may be decoded, reconstituted, or otherwise manipulated to produce, utilize, transmit, receive, encrypt, encode, or display such images, emails, programs, GPS Logs, encryption routines, and algorithms,

and to seize the same and bring it before me. Herein fail not, but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution with your return thereon, showing how you have executed the same.

ISSUED AT  1:32  o'clock  P M., on this the  24th  day of  January , 20 19  to certify which witness my hand this day.

_____
MAGISTRATE, DENTON COUNTY, TEXAS

Vandyke Search Warrant

FMC19-164

## RETURN AND INVENTORY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | ACER, model N17C4 |
| COUNTY OF DENTON | § | Serial # NXGTPAA00422A3400 |
| | | Data Traveler G4 Memory Drive |
| | | Memory Stick "Z" |
| | | Nikon "Cool Pix" Digital |
| | | Camera: Serial # 30090857 |

The undersigned Affiant, being a Peace Officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing Warrant came to hand on the day it was issued and that it was executed on the 24th day of JANUARY, 20 19, by making the search directed therein and seizing during such search the following described personal property:

DELIVERING SAID PROPERTY TO JERRY POMPOSELLI WITH DA's OFFICE FOR LAB ANALYSES.

_____
AFFIANT

SUBSCRIBED AND SWORN to before me, the undersigned authority, on this the 29th day of JANUARY, 20 19.

Vandyke Search Warrant