

## Property /Evidence Receipt

Denton County Criminal District Attorney
Special Crimes Unit

1450 E. McKinney
Denton, Tx 76209
940-349-2600

DA Case: 19-01-002-005

Page 1 of 1

On (date): 2 / 12 / 19

(time): 9:59 am / pm

The item(s) listed below were:

Name: Sgt Brian Howard

Agency: Oak Point PD

Address: _____

☐ Received from
✓ Returned to

Description of Item(s):

DATA TRAVELER 64 memory drive
MEMORY STICK w/ Green Sticker
NIKON COOLPIX Dig. Camera
Black ACER LAPTOP

*ALL PACKAGING WAS NOT OPENED + remained sealed after receiving by DA office*

Received by: B.M. #762   Received from: [signature] 218