Jason Lee Vandyke

Michael Moore <Michael.Moore@dentoncounty.com>
Thu 1/10/2019 5:34 PM
To: Michael Borel <Michael.Borel@dentoncounty.com>
Cc: Mike Shackleford <mshackleford@oakpointtexas.com>

📎 1 attachments (45 KB)
VandykeOrderRecallingWarrant.pdf;

Deputy Borel,

Per our telephone conversation, please do NOT serve the Warrant of Arrest (No. CO1901101) on Jason Lee Vandyke (W/M 04/03/1980) issued by Judge Bruce McFarling for the felony offense of Obstruction or Retaliation.

Judge McFarling has signed the attached **Order Rescinding Affidavit of Probable Cause for Arrest and Recalling Arrest Warrant**.

The Order will be filed with the District Clerk's office in the morning.

Thank you

*Michael Moore*
Chief, Felony Trial Division
Criminal District Attorney's Office
Denton County
(940) 349-2623

CAUSE NO. : <u>UNFILED</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE 362ND JUDICIAL |
| VS. | * | DISTRICT COURT OF |
| JASON LEE VANDYKE | * | DENTON COUNTY, TEXAS |

### ORDER RESCINDING AFFIDAVIT OF PROBABLE CAUSE FOR ARREST AND RECALLING ARREST WARRANT

On the 10th day of January, 2019, this Court issued a warrant for the arrest of Jason Lee Vandyke (W/M 04/03/1980) for the felony offense of Obstruction or Retaliation (P.C. 36.06)

IT IS ORDERED, ADJUDGED, AND DECREED that the Affidavit of Probable Cause for Arrest is hereby RESCINDED in its entirety and the Court FURTHER ORDERS the Arrest Warrant issued be RECALLED.

Signed this __10th__ day of __January__, 2019.

_____
JUDGE PRESIDING
362ND DISTRICT COURT
DENTON COUNTY, TEXAS