# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**<br>  *Plaintiff*, | § § § | |
| **v.** | § | **CASE NO.  4:18-CV-00247** |
| | § § | |
| **PAUL JOHNSON**<br>  *Movant.* | § | |

## ORDER

Before the Court is Movant Criminal District Attorney Paul Johnson's Motion to Quash Subpoena to Federal Rules of Civil Procedure 45(d)(3)(A).  The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Movant Criminal District Attorney Paul Johnson's Motion to Quash Subpoena Pursuant to Federal Rules of Civil Procedure 45(d)(3)(A) is of merit and it is hereby in all things **GRANTED**.  Plaintiff's Subpoena against Movant Criminal District Attorney Paul Johnson is quashed.

**SIGNED this 17th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE