IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE<br>　*Plaintiff*, | §<br>§<br>§ | |
| v. | § | CASE NO. 4:18-CV-00247 |
| | §<br>§ | |
| PAUL JOHNSON<br>　*Movant.* | § | |

### ORDER

Before the Court is Movant Criminal District Attorney Paul Johnson's Motion for Protective Order or Alternatively, Request for In Camera Inspection to Federal Rules of Civil Procedure 45(d)(3)(A). The Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order shall issue:

It is hereby **ORDERED** that Movant Criminal District Attorney Paul Johnson's Motion for Protective Order or Alternatively, Request for In Camera Inspection Pursuant to Federal Rules of Civil Procedure 45(d)(3)(A) is of merit and it is hereby in all things DENIED as moot. The Court granted the motion to Quash making this motion moot.

**SIGNED this 17th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE