

Jason Van Dyke <jasonleevandyke@gmail.com>

## Re: Fwd: Wise County
3 messages

**Tom Retzlaff** <retzlaff@texas.net>  Fri, May 8, 2020 at 9:10 AM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: jasonleevandyke@gmail.com

I'm not seeing a check in here anywhere, Jeff. No check from the Nazi bitch, no dismissal.

I'm going back to bed. This is bullshit.


Tom Retzlaff

---

**From:** JDorrell@hanszenlaporte.com
**Sent:** May 8, 2020 6:27 AM
**To:** retzlaff@texas.net
**Subject:** Fwd: Wise County

FYI.

> Begin forwarded message:
>
> **From:** Jason Van Dyke <jasonleevandyke@gmail.com>
> **Subject: Wise County**
> **Date:** May 7, 2020 at 6:35:06 PM CDT
> **To:** Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
>
> Jeff -
>
> If you want to work on ending this, you will not need the Wise County stipulation I sent you today. I just got notice that the judge dismissed it. The offer still stands for the Denton County case alone.
>
> --
> Jason L. Van Dyke
> PO Box 2618
> Decatur, TX 76234
> (940) 305-9242
> jasonleevandyke@gmail.com


**Tom Retzlaff** <retzlaff@texas.net>  Fri, May 8, 2020 at 5:44 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: Jason Van Dyke <jasonleevandyke@gmail.com>

Say Jeff, does that Nazi bitch not realize that you can literally file for a new restraining order moments after your first one is denied, over and over and over again, all day, every single day?

The AZ rules regarding protective orders specifically says that a court is prohibited from considering prior denials . And there is no issue preclusion or claim preclusion. And it is all free for the petitioner.

Oh and there is no Vex Lit motion or relief available.

This is specifically in the law.

Crazy, I know. But I just thought you would want to know.

Tom

[Quoted text hidden]

---

**Jason Van Dyke** <jasonleevandyke@gmail.com>     Fri, May 8, 2020 at 5:47 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>

Your client can make that argument at the sanctions hearing ordered by Judge Bailey today
[Quoted text hidden]