# Exhibit 2

**TRIAL COURTS OF ARIZONA IN MARICOPA COUNTY**
North Valley Justice Court/AZ007243J/0724    14264 W. Tierra Buena Lane    Surprise, AZ 85374

| **Order Of Protection** | Case No. CC2020008939000 |
|---|---|
| [ ] Amended Order | Court ORI No. AZ007243J |
| | County Maricopa          State AZ |

PLAINTIFF

| Brittany | | Retzlaff |
|---|---|---|
| First | Middle | Last |

PLAINTIFF IDENTIFIERS

███████████████

Plaintiff's Date of Birth

And on behalf of any minor family member or other Protected Person listed below:

v.

DEFENDANT

| Thomas | Christopher | Retzlaff |
|---|---|---|
| First | Middle | Last |

Defendant/Plaintiff Relationship: The Defendant is my or my spouse's parent.

Defendant's Address:

███████████████████

**DEFENDANT IDENTIFIERS**

| SEX | RACE | DOB | HT | WT |
|---|---|---|---|---|
| Male | White | | 5' 9" | 210 |
| EYES | HAIR | | Arizona prohibits Release of | |
| Brown | Black | | Social Security Numbers | |
| DRIVER'S LICENSE # | STATE | EXP DATE | | |
| | TX | | | |

[ ] Estimated Date of Birth

CAUTION: [ ] Weapon Alleged in Petition

**WARNINGS TO DEFENDANT:** This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262). Because of this order, it may be unlawful for you to possess or purchase a firearm or ammunition pursuant to federal law under 18 U.S.C. § 922(g)(8) or state, tribal, territorial, or local law. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney. Only the Court, in writing, can change this order. This order is effective for one year from date of service.

**THE COURT HEREBY FINDS THAT:**
It has jurisdiction over the parties and subject matter.
[ ] Defendant received actual notice of this Hearing and had an opportunity to participate.
**THE COURT,** finding reasonable cause to believe that Defendant may commit an act of domestic violence or has committed an act of domestic violence within the past year (or good cause exists to consider a longer period), **HEREBY ORDERS:**

NO CRIMES. Defendant shall not commit any crimes, including but not limited to harassment, stalking, or conduct involving the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury, against Plaintiff or Protected Persons.

**PROTECTED LOCATIONS.** Defendant shall not go to or near Plaintiff's or other Protected Person's:
[x] Residence (confidential)
[ ]

Effective 1/1/2020                    Page 1 of 2 Adopted by Administrative Directive No. 2019-10

ᴸ ᴵ Workplace:

[ ] School:

[x] Other: ████████████████████████████████

    • ████

[ ] **ARIZONA FIREARMS LAW.** Under A.R.S. § 13-3602(G)(4), the court finds that Defendant poses a credible threat to the physical safety of Plaintiff or Protected Persons. Therefore, Defendant shall not possess, receive, or purchase firearms and shall surrender same within 24 hours of service to:

[ ] **ANIMALS.** Plaintiff is granted the exclusive care, custody, or control of any animal that is owned, possessed, leased, kept, or held by the plaintiff, the defendant, or a minor child residing in the residence or household of the plaintiff or the defendant. Defendant is ordered to stay away from the animal and shall not take, transfer, encumber, conceal, commit an act of cruelty or neglect in violation of section 13-2910, or otherwise dispose of the animal.

**OTHER ORDERS:**

The Defendant shall not approach the Plaintiff. The Defendant shall not approach the Plaintiff's cats, "Mimi" and "Monkey."

| 1/15/2020 | *[signature]* | Gerald Williams |
|---|---|---|
| Date | Judicial Officer | Printed Name |

---

**WARNING:** This is an official court order. If you disobey this order, you will be subject to arrest and prosecution for the crime of interfering with judicial proceedings and any other crime you may have committed in disobeying this order.

**NOTICE:** If you disagree with this order, you have the right to request a hearing, which will be held within 5 to 10 business days after your written request has been filed in the court that issued this order. Violations of this order should be reported to a law enforcement agency, not the court. Each party must notify this court if an action for dissolution (divorce), separation, annulment or paternity/maternity is filed. This is NOT a parenting time (visitation) or custody (legal decision-making) order. You must file those requests separately in Superior Court.

**ADDITIONAL WARNINGS TO DEFENDANT:** Nothing the plaintiff does can stop, change, or undo this order without the court's written approval. You must appear in court to ask a judge to change (modify) or dismiss (quash) this order. **Even if the plaintiff initiates contact, you could be arrested and prosecuted for violating this order. If you do not want the plaintiff to contact you, you have the right to request a protective order against the plaintiff. But orders are not automatically granted upon request. Legal requirements must be met.**

Effective 1/1/2020          Page 2 of 2 Adopted by Administrative Directive No. 2019-10

North Valley Justice Court/AZ007243J/0724    14264 W. Tierra Buena Lane    Surprise, AZ 85374

| Plaintiff | ☐ Employer-Plaintiff if Workplace Injunction | Defendant | Case No. |
|---|---|---|---|
| Brittany Retzlaff | | Thomas Retzlaff | CC2020008939 |
| ☐ On behalf of minor/person in of protection named: | | Defendant's address | **PETITION for:**<br>☒ Order of Protection<br>☐ Injunction Against Harassment<br>☐ Workplace Injunction |
| Agent's name (if Workplace Injunction) | | Defendant's phone | |

**This is NOT a court order.**

This petition contains Plaintiff's allegations and requests. To see what the court has ordered, see "Order" form.

*DIRECTIONS: Please read the Plaintiff's Guide Sheet before filling out this form.*

1. **Defendant/Plaintiff Relationship** *(or relationship between Defendant and minor/person in need of protection)*.

   ☐ Married (past or present)
   ☐ Live/lived together as intimate partners
   ☐ Romantic or sexual relationship (past or present)
   ☐ Parent of a child in common
   ☐ One party is pregnant by the other

   ☐ Related as parent, grandparent, child, grandchild, brother, sister (or in-law/step)
   ☐ Live/lived together but not as intimate partners
   ☐ Dating (but not romantic or sexual)
   ☒ Other: The Defendant is my or my spouse's parent.

2. ☐ If checked, Defendant and I have a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time, or support in _____ County Superior Court, Case # _____.

3. Name of court, if any, in which any other protective order related to this conduct has been filed.
   Court name_____Case #_____

Effective 1/1/2020                              Page 1 of 2 Adopted by Administrative Directive No. 2019-10

4. Tell the judge what happened and why you need this order. PRINT both the dates and a brief description of what happened. If there is a contested hearing, a judge can consider only what you write here.
   *NOTE: Defendant will receive a copy of this petition when the order is served.*

| Approx. Date | (Do not write on back or in the margin. Attach additional paper if necessary.) |
|---|---|
| 12/25/2020 | My husband came home to our place of residence at the mother and stepfather's house. Upon entering he saw my father in living room with my mother, stepdad, brother and his girlfriend. My husband did not say anything to him, but he took photos of Tom leaving the residence quickly. Tom did not respond and left quickly. My husband filed a police report at El Mirage Police Dept. My husband and I have a restraining order in effect that will be expiring and we want to continue with our restraining order because we feel unsafe and Thomas Retzlaff continues to harass us through different means. |
| 10/31/2019 | My husband and I order a piece a furniture and were awaiting it's arrival to the store. I called the store to check on my order and the employee mention that she had spoken to my father at the store and said that the furniture had yet to arrive. She also mentioned that he tried to get behind the counter to see her computer and said he was lawyer. She later asked him to leave the store. This was alarming to us because no one had knowledge of this purchase or the store we purchased it from except ourselves. We filed a police report at the El Mirage Police Dept. with Officer Watson, Report # E19102835 |
| 08/27/2019 | My husband and I arrived from Spain to the Los Angeles airport. We were held in immigrations for questioning for several hours. After answering their questions the FBI agent disclosed that my father had made a false report against us that caused them to red flag us. After discovering that the report was false and the history of my father, they documented the incident for future references if he tried to do this again. FBI agent ███████████████████████████ |

5. The following persons should also be on this order. They should be protected because Defendant is a danger to them:
   Daniel German Vasquez (███████) ...

6. Defendant should be ordered to stay away from these locations at all times, even when I am not present.
   **NOTE: Do not list confidential addresses here.**

   ☒ Residence (confidential)

   ☐ Work/Business

   ☒ School/other

7. ☐ Defendant owns or carries a firearm or other weapons.

8. ☐ Defendant should be ordered to stay away from any animal that is owned, possessed, leased, kept or held by me, Defendant, or a minor child living in either my household or Defendant's household.

9. Other requests: Female cat named Mimi and male cat named Monkey.;

Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order / Injunction granting relief as allowed by law.

Plaintiff                                     Attest: _____   1/15/2020
                                              Judicial Officer/Clerk/Notary       Date

Effective 1/1/2020                      Page 2 of 2 Adopted by Administrative Directive No. 2019-10

| Brittany Retzlaff | CC2020008939 | DECLARATION |
|---|---|---|
| **Plaintiff** <br> **v.** <br> <br> Thomas Retzlaff <br> **Defendant** | **Case No.** | **OF SERVICE** <br> OP/IAH/IAWH Issue <br> Date 01/15/2020 |

**USE THIS FORM ONLY IF YOU ARE AUTHORIZED TO SERVE LEGAL PAPERS**
**UNDER ARCP 4 OR ARS § 13-3602(K).**

The undersigned, being first duly qualified by law, swears or certifies that a copy of the following was personally
served on Defendant on **3/21/2020 4:15:00 PM** at the following location:

███████████████████████████

(address where Defendant was served)

☑ Petition and Order of Protection (OP)          ☐ Modified (OP)
☐ Petition and Injunction Against Harassment (IAH)   ☐ Modified (IAH)
☐ Petition and Injunction Against Workplace Harassment (IAWH)   ☐ Modified (IAWH)
☐ Notice of Hearing

Plaintiff has been advised of service ☑ Yes   ☐ No

Declarant is a ☐ registered process server   ☑ peace/correction/detention officer   ☐ authorized by the court

| **Scott Blake** | **Hassayampa Precinct Hassayampa Justice Court** | ███████ |
|---|---|---|
| **Print: Name** | **Agency** | **Identification No.** |

Charges*: Services $_____   Mileage $_____   Fees Paid $_____   Total $_____
*No charges/fees for any OP or for any IAH that arises from a dating relationship or sexual violence.*

I declare under penalty of perjury that the foregoing is true and correct pursuant to ARCP 80(c).

| **/s/ Scott Blake** | **03/21/2020** |
|---|---|
| **Signature of Person Serving Document (Declarant)** | Date |

Defendant description:

| Sex | Race | DOB | HT | WT | Eyes | Hair | Driver's License # | State | Distinguishing Features |
|---|---|---|---|---|---|---|---|---|---|
| M | W | ██████ |  | 210 | BRO | BLK |  | NA |  |



RECEIVED
MAR 24 2020
North Valley Justice Court

26

```
04/16/20                    EL MIRAGE POLICE DEPARTMENT
9903
08:55                         CAD Master Call Table:
Page:    1


 Long-Term Call ID    C482124
 Active Call          Nature  Suspicious Act   Type  1    Priority  4

 Address√ ████████████████████              City  ██████████████
 Between: ████████████████
 Zones   ✚         ✚         ✚      Determinant         Alarm
 Directions

 Contact  BRITTANY RETZLAFF               Tel  ██████████████
 Address
 Info  (See below)
 License Plate             State


 How Rcvd  T Telephone               Occurred between  15:41:15
10/31/19
   Rcvd by  D Garcia                         and  15:41:15
10/31/19
 Hld Until   : :     / /             When Rptd  15:48:35
10/31/19


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
= = =

INVOLVEMENTS:
Type  Record #    Date      Description              Relationship
 LW  E19102835  10/31/19    Suspicious Act           *Initiating
Call

Call Taker Comments:        _____
**RP WILL MEET AT THE POLICE STATION**
*ETA 5 MINUTES*

RP: DRIVING  ██████████████████████████

RP STATING THAT THERE IS A RESTRAINING ORDER ON HER FATHER (THOMAS
CHRISTOPHER RETZLAFF). RP STATED THAT A PIECE OF FURNITURE WAS ORDERED.
STATED THAT THE FURNITURE COMPANY TOLD THE RP THAT THE FATHER WAS TRYING
TO GET THE RP'S INFORMATION BY LOOKING OVER THE DESK TO LOOK AT THE
SCREEN. FURNITURE COMPANY (MEGA FURNITURE) RP WOULD LIKE TO SPEAK TO AN
OFFICER ABOUT THE SITUATION AT THE STATION.

19:47:20 10/31/2019 - B C Watson
spoke with rp who advised she received info that her father was
attempting to get info from furniture store, unknown reason. no contact
was made with rp as she is a protected party. provided incident number
and business and. no crime.
```

27

 # EL MIRAGE POLICE DEPARTMENT
Officer Report for Incident E19122539

|  |  |  |  |
|---|---|---|---|
| **Nature:** Violate Crt Ord | | **Address:** ▇▇▇▇▇▇ | |
| **Location:** ▇ | | | |

|  |  |  |
|---|---|---|
| **Offense Codes:** VIOL | | |
| **Received By:** D Carrasco | **How Received:** T | **Agency:** EMPD |
| **Responding Officers:** B C Watson, K J White | | |
| **Responsible Officer:** B C Watson | **Disposition:** EFM 12/25/19 | |
| **When Reported:** 14:29:52 12/25/19 | **Occurred Between:** 13:00:00 12/25/19 and 13:15:00 12/25/19 | |

|  |  |  |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

|  |  |  |
|---|---|---|
| **Complainant:** 165844 | | |
| **Last:** RETZLAFF | **First:** BRITTANY | **Mid:** ANASTASIA |
| **DOB:** ▇ | **Dr Lic:** ▇ | **Address:** ▇▇▇▇ |
| **Race:** W      **Sex:** F | **Phone:** ▇▇ | **City:** ▇▇▇ |

## Offense Codes

| | |
|---|---|
| **Reported:** VIOL Inter w/ Judical Proceedings | **Observed:** VIOL Inter w/ Judical Proceedings |
| **Additional Offense:** VIOL Inter w/ Judical Proceedings | |

## Circumstances

VRF Victims Rights Form

| **Responding Officers:** | **Unit :** |
|---|---|
| B C Watson | A222 |
| K J White | A222 |

|  |  |
|---|---|
| **Responsible Officer:** B C Watson | **Agency:** EMPD |
| **Received By:** D Carrasco | **Last Radio Log:** **:**:** **/**/** |
| **How Received:** T Telephone | **Clearance:** E6 Report Taken |
| **When Reported:** 14:29:52 12/25/19 | **Disposition:** EFM **Date:** 12/25/19 |
| **Judicial Status:** | **Occurred between:** 13:00:00 12/25/19 |
| **Misc Entry:** | **and:** 13:15:00 12/25/19 |

| **Modus Operandi:** | **Description :** | **Method :** |
|---|---|---|

## Involvements

28

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 12/25/19 | Name | RETZLAFF, THOMAS CHRISTOPHER | Suspect |
| 12/25/19 | Name | RETZLAFF, BRITTANY ANASTASIA | Complainant |
| 12/25/19 | Name | VASQUEZ SALDANA, DANIEL GERMAN | Victim |
| 12/25/19 | Offense | Offense#: 32714 - M - 1 count | Charged With |
| 12/25/19 | Cad Call | 14:29:52 12/25/19 Violate Crt Ord | Initiating Call |

01/22/20

## Narrative

                           El Mirage Police Department
                           Investigation Narrative

The following contact was video and audio recorded using the body worn cameras
(BWC) issued by El Mirage Police Department.   Yes__X__           No_____

Incident/DR Number: Violation of a Court Order/E19122539

Date, Time, Reporting Officer: 12/25/2019, 1958 hours, Bryan Watson #3365

Synopsis: On 12/25/2019 at approximately 1301 hours Thomas Retzlaff (defendant)
committed violation of a court order by going to a protected location at ████
███████████████████████. Daniel Vasquez Saldana (plaintiff) is willin█
aid in prosecution.


Detailed Narrative: On 12/25/2019 at approximately 1429 hours dispatch was
advised of a violation of a court order.  The reporting party was reporting from
the El Mirage Police Department.

Within the call notes:
**LOBBY TRAFFIC**
RP WOULD LIKE TO REPORT A VIO OF COURT ORDER, VIOLATED BY HER FATHER THOMAS
RETLAFF TIME DELAY ABOUT AN HOUR.
Call type 1 reopened by J Walter at 14:48:48 12/25/19

Upon arrival I spoke with the reporting party, who was identified by name as
Brittany Retzlaff (reporting party).  Brittany advised her husband was inside
the residence, located at ████████████████████       when her father Thomas Retzlaff
(defendant) entered the residence and left a short time later. Brittany advised
her husband Daniel (plaintiff) was inside the residence, but she was not at the
residence at the time of the violation. Brittany said her husband called her
after Thomas left.

Brittany also advised her father, Thomas, has multiple active cases involving
the FBI regarding weapons offences and terroristic threats.

After speaking with Brittany, I spoke with Daniel (plaintiff). Daniel advised he
was inside his mother in-law's residence (protected place) and his father in-law
arrived. Daniel said his father in-law saw him and immediately left the
residence. Daniel stated no contact was made during the violation. Daniel
provided a photograph showing his father in-law walking off of the property. The
photograph was uploaded into evidence.com. Daniel advised he came to the police
department to make a report of the violation due to other family members are not
supportive of the court order.

Daniel provided photographs of Thomas inside the residence and walking off of
the property. The photographs were uploaded into evidence.com.

At this time Thomas Retzlaff's (defendant) where a bouts are unknown.

This case will be sent to the El Mirage City Attorney requesting the following
charge:
Interfering with Judicial Proceedings, ARS 13-2810A2

Victims rights were provided to Daniel.

This ends my involvement in this incident.

Bryan Watson #3365


_____
Responsible LEO:


_____
Approved by:


_____
Date

01/22/20

**Supplement**
```
            VICTIMS RIGHTS INFORMATION PROVIDED
               BY EL MIRAGE POLICE DEPARTMENT

EMPD Report Number: E19122539
Reporting Officer: Bryan Watson
Officer Serial: 3365
Date of Offense: 12/25/2019

Suspect(s) Name: Thomas C. Retzlaff
Suspect(s) DOB: ████████

Victim Name 1: Daniel Vasquez Saldina
     Victim Lawful Representative: ████████████████████
     Mailing Address:
     Phone: ████████
     Primary
     Alternate
     Other

Email:
Language: _____English      ___X__Spanish      _____Other: _____

VICTIMS'S RIGHTS PROVIDED: __X___YES  _____NO

VICTIMS' RIGHTS:  _X__Requested  ___Waived
```

## Sentryx Booking Information:

| | | | |
|---|---|---|---|
| **Sentryx Booking Number:** 19-2138 | | **Name Number:** 149363 | |
| **Name:** RETZLAFF, THOMAS CHRISTOPHER | | **Address:** 13022 W COLUMBINE DR | |
| **Phone:** ( ) - | | EL MIRAGE, AZ 85335 | |
| **DOB:** ███ | | **Dr Lic:** ███ | |
| **Assigned Bed:** " | | **Current Location:** " | |
| **Booking Date:** 12/25/19 | | | |

### Sentryx Arrest # 20531

| | | | |
|---|---|---|---|
| **Time/Date:** 00:00:00 12/25/19 | **Agency:** EMPD | | |
| **Age at Arrest:** 53 | **Location:** ███ | **Officer:** B C Watson | |
| **Arrest Type:** LONG | **Area:** █ | **Reference:** E19122539 | |
| **Disposition:** | | | |

### Sentryx Offense # 32714

| | | | |
|---|---|---|---|
| **Statute:** ARS13-2810A2 | | **NCIC:** 5005 | |
| **Offense:** VIOL Inter w/ Judical Proceedings | | **Crime Class:** M | |
| **Offense Reference:** E19122539 | **Offense Type:** ARS | **Offense Area:** 11 | |
| **Related Incident:** E19122539 | | **Law Jurisdiction:** ELM | |
| **Entry Code:** CRIM | | **Offense Location:** | |
| **Court Code:** 759 | | **Offense Time/Date:** 00:00:00 12/25/19 | |
| **Offense Disposition:** | | **Disposition Date:** **/**/** | |

33

## Name Involvements:

**Complainant :** 165844
    **Last:** RETZLAFF     **First:** BRITTANY     **Mid:** ANASTASIA
    **DOB:** ▮     **Dr Lic:** ▮     **Address:** ▮
    **Race:** W     **Sex:** F     **Phone:** ▮     **City:** ▮

**Victim :** 182584
    **Last:** VASQUEZ SALDANA     **First:** DANIEL     **Mid:** GERMAN
    **DOB:** ▮     **Dr Lic:** ▮     **Address:** ▮
    **Race:** L     **Sex:** M     **Phone:** ▮     **City:** ▮

**Suspect :** 149363
    **Last:** RETZLAFF     **First:** THOMAS     **Mid:** CHRISTOPHER
    **DOB:** ▮     **Dr Lic:** ▮     **Address:** 13022 W COLUMBINE DR
    **Race:** W     **Sex:** M     **Phone:** ( ) -     **City:** EL MIRAGE, AZ 85335