# Exhibit 6

EXHIBIT 6

E-Served via EFile.TXCourts.gov on
6/30/2020 9:22 PM

James McGibney
4305 Ridgebend Dr
Round Rock, TX 78665

June 30, 2020

**Served via Texas e-Filing system**

Re: Your deposition
    *Retzlaff v. Van Dyke*,
    431st District Court of Denton County
    Case # 20-2579-431

McGibney,

    As provided by Texas Rules of Civil Procedure 199.2(b)(5) and 205.1(c), I got a deposition subpoena with your name on it! I just need to know whether or not you are going to play games, again, with the process servers and constables or if you will simply agree to accept your subpoena like a man?

    The voluntary acceptance of the subpoena will not prevent you from filing a motion to quash. It just saves time and hassle.

    Attached is a list of things that I will want you to produce for your deposition so we can have something to talk about. Such as this social media post by you:

1 | P a g e

50



I would like to know what it means for you to be a "central repository for evidence collection" and I am deeply curious to see whether or not this Walker Wicevich guy is willing to sign a Declaration saying that he authorized you to receive child pornography and to share links with child pornography websites with others (such as your "hard hittin' crew" whom you so often times brag about). Back when you had that @Bullyville twitter account, you would often times Tweet about how people were sending you child porn or links to child porn websites and about your "work" for the FBI.

As evidence by the above Tweet, you seem to like to refer a lot of people to the FBI for investigation and you brag about your association with them. Besides myself (of course), I am curious to find out how many others on your enemies list that you have referred to the FBI for investigation.

In any event, I need to know whether or not you are going to dick around with this or if you will simply accept the subpoena. Keep in mind

that I will be suing you for all the monies I have had to spend on those process servers for the three weeks you spent evading them and playing games. Under the law, I am absolutely entitled to compensation.

I need your answer ASAP.

Respectfully,

*Tom*

---

Thomas Retzlaff
2402 E. Esplanade Ln.
PO Box 46424
Phoenix, AZ 85063-6424
ph# 210-317-9800
Retzlaff@texas.net

## **DOCUMENTS TO BE PRODUCED**

1. All documents reflecting communications between you (or from any other 3rd party) and Jason Lee Van Dyke, to include all emails, text messages and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

2. All documents supporting a claim that Thomas Retzlaff is the author of content on the "BV Files" blog located at www.ViaViewFiles.net.

3. All documents supporting a claim that Thomas Retzlaff is an administrator of, or otherwise exercising control over, the *BV Files* blog.

4. All documents pertaining to any technical, scientific, or investigative methods you have used to determine that Thomas Retzlaff is an owner, administrator, author, or contributor of content to the "BV Files" blog located at www.ViaViewFiles.net.

5. Your most current resume.

6. All documents evidencing any computer technology and investigative training you have had, including college degrees, diplomas, certificates, or transcripts of course work.

7. All documents evidencing any special skills in computer technology you claim to possess, including college degrees, diplomas, certificates, or transcripts of course work.

8. All documents reflecting communications between you and Philip Klein, including audio recordings, letters, reports, e-mails, text messages, and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

9. All documents reflecting communications between you and Brittany Retzlaff, including audio recordings, letters, reports, e-

mails, text messages, drafts of affidavits, interlineated comments on drafts of affidavits. and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

10. All documents reflecting communications between you and Collin Retzlaff, including audio recordings, letters, reports, e-mails, text messages, drafts of affidavits, interlineated comments on drafts of affidavits. and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

11. All communications between you and Walker Wicevich, including audio recordings, letters, reports, e-mails, text messages, and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

12. All communications between you and any representative of the FBI, including audio recordings, letters, reports, e-mails, text messages, and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.

13. All communications referencing or pertaining to Thomas Retzlaff between you and any member of local, state, or federal law enforcement.

14. Copies of any law enforcement reports, complaints, and communications, you have filed, submitted, or transmitted that reference or pertain to Thomas Retzlaff from January 1, 2014, to the date of your response.

15. All documents reflecting any surveillance activities performed by you or at your request on Thomas Retzlaff or any of his family members from January 1, 2014, to the date of your response.

16. All communications between you and any family member of Thomas Retzlaff, including audio recordings, letters, reports, e-mails, text messages, and any other form of communication (to include notes of any conversations), from January 1, 2014, to the date of your response.