**IN THE UNITED STATES DISTRICT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION**

| | | |
|---|---|---|
| **JASON LEE VAN DYKE**,<br>*Plaintiff*,<br>**v.**<br><br>**THOMAS CHRISTOPHER RETZLAFF, a/k/a DEAN ANDERSON, d/b/a BV FILES, VIA VIEW FILES, L.L.C., and VIAVIEW FILES,**<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **NO. 4:18-CV-247-ALM** |

**STIPULATION OF PARTIAL DISMISSAL**

1. Plaintiff is Jason Lee Van Dyke; defendants are Thomas Christopher Retzlaff, a/k/a Dean Anderson, d/b/a BV Files, ViaView Files, LLC, and ViaView Files.

2. On March 28, 2018, plaintiff sued defendants.

3. Plaintiff now moves to dismiss the following three (out of a total of seven) claims against defendants:

(i) Intentional infliction of emotional distress;

(ii) Tortious interference with existing contract; and

(iii) Intrusion upon seclusion.

4. Defendant Thomas Christopher Retzlaff, the only defendant who has appeared and answered in the suit, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of a claim.

8. In accordance with FED. R. CIV. P. 41(a)(1)A)(ii), this stipulation is signed by all parties who have appeared.

9. This dismissal is without prejudice to refiling.

Respectfully submitted,

Jason L. Van Dyke

/s/ Jason Lee Van Dyke
P.O. Box 2618
Decatur, Texas 76234
Telephone: 940-305-9242
jasonleevandyke@protonmail.com
**PLAINTIFF PRO SE**

HANSZEN LAPORTE

By: /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT THOMAS RETZLAFF**

## CERTIFICATE OF SERVICE

I certify that on ________8-12________, 2020, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

Mr. Jason Lee Van Dyke
Plaintiff, Pro Se
P.O. Box 2618
Decatur, Texas 76234
Telephone: 940-305-9242
jasonleevandyke@protonmail.com
**PLAINTIFF PRO SE**

____________/s/ Jeffrey L. Dorrell_____________
**JEFFREY L. DORRELL**