IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, | § | |
|   *Plaintiff*, | § | |
| v. | § | |
| | § | |
| THOMAS CHRISTOPHER | § | NO. 4:18-CV-247-ALM |
| RETZLAFF, a/k/a DEAN | § | |
| ANDERSON, d/b/a BV FILES, VIA | § | |
| VIEW FILES, L.L.C., and VIAVIEW | § | |
| FILES, | § | |
|   *Defendants* | § | |

## AGREED MOTION FOR ENTRY OF STIPULATION
## AND ORDER OF <u>PARTIAL</u> DISMISSAL

Plaintiff Jason Lee Van Dyke and defendants Thomas Christopher Retzlaff, a/k/a Dean Anderson, d/b/a BV Files, ViaView Files, LLC, and ViaView Files, move the Court for entry of the Stipulation and Order of Partial Dismissal filed today in this matter. The parties urge the Court to enter this Order on the following grounds:

1. On March 28, 2018, plaintiff sued defendants.

2. Plaintiff now moves to dismiss the following three (out of a total of seven) claims against defendants:

 (i) Intentional infliction of emotional distress;

 (ii) Tortious interference with existing contract; and

 (iii) Intrusion upon seclusion.

3. Defendant Thomas Christopher Retzlaff, the only defendant who has appeared and answered in the suit, agrees to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of a claim.

7. In accordance with FED. R. CIV. P. 41(a)(1)A)(ii), the stipulation is signed by all parties who have appeared and the parties agree to entry of the order of partial dismissal.


Respectfully submitted,

JASON L. VAN DYKE

        /s/ Jason Lee Van Dyke
P.O. Box 2618
Decatur, Texas 76234
Telephone: 940-305-9242
jasonleevandyke@protonmail.com
**PLAINTIFF PRO SE**


HANSZEN✦LAPORTE

By:       /s/ Jeffrey L. Dorrell
**JEFFREY L. DORRELL**
Texas Bar No. 00787386
Federal ID #18465
jdorrell@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR DEFENDANT THOMAS RETZLAFF**

## CERTIFICATE OF SERVICE

  I certify that on _____8-12_____, 2020, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Texas, Sherman Division.

  Mr. Jason Lee Van Dyke
  Plaintiff, Pro Se
  P.O. Box 2618
  Decatur, Texas 76234
  Telephone: 940-305-9242
  jasonleevandyke@protonmail.com
  **PLAINTIFF PRO SE**


  _____/s/ Jeffrey L. Dorrell_____
  **JEFFREY L. DORRELL**