IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE §<br>    Plaintiff §<br>§<br>v. §<br>§<br>THOMAS CHRISTOPHER RETZLAFF §<br>a/k/a Dean Anderson d/b/a BV Files, Via §<br>View Files L.L.C., and ViaView Files §<br>    Defendant § | Case No. 4:18cv247 |

## ORDER

Before the Court is Defendant Thomas Retzlaff's unopposed motion for leave to file his amended motion for no-evidence summary judgment (Dkt. #197). The Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant Retzlaff's amended motion for no-evidence summary judgment (Dkt. #196) is deemed filed. Plaintiff's deadline to respond to the amended motion for no-evidence summary judgment (Dkt. #196) shall begin to run on the later of August 12, 2020, or the date the Court signs this order granting leave.

**IT IS SO ORDERED**.

SIGNED this 13th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE