IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF TEXAS,
SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, *Plaintiff*, v. THOMAS CHRISTOPHER RETZLAFF, a/k/a DEAN ANDERSON, d/b/a BV FILES, VIA VIEW FILES, L.L.C., and VIAVIEW FILES, *Defendants* | § § § § § § § § § § § | NO. 4:18-CV-247-ALM |

**ORDER APPROVING STIPULATION OF <u>PARTIAL</u> DISMISSAL**

On this day, the Court considered Plaintiff's stipulation of dismissal without prejudice of Plaintiff's claims for:

(i) Intentional infliction of emotional distress;
(ii) Tortious interference with existing contract; and
(iii) Intrusion upon seclusion;

to which Defendant Thomas Christopher Retzlaff agrees. The Court notes that all parties who have appeared have signed the stipulation. Accordingly, the Court GRANTS the Agreed Motion (Dkt. #199), approves the stipulation of dismissal and so Orders.

Remaining before the Court for adjudication are Plaintiff's claims against Defendant Thomas Christopher Retzlaff for:

(i) Libel per se;
(ii) Business disparagement;
(iii) Tortious interference with prospective relations; and
(iv) Malicious criminal prosecution.

**IT IS SO ORDERED.**

**SIGNED this 17th day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE