# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | |
|---|---|
| JASON LEE VAN DYKE, §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>THOMAS CHRISTOPHER §<br>RETZLAFF, a/k/a DEAN §<br>ANDERSON, d/b/a VIA VIEW FILES, §<br>L.L.C., and VIAVIEW FILES, §<br>    *Defendant.* § | NO. 4:18-CV-247<br>Judge Mazzant |

## ORDER

Before the Court is Defendant Thomas Retzlaff's Unopposed Motion for Leave to File Late Response to Plaintiff Van Dyke's Motion for Sanctions. (Dkt. #201). The Court finds that Defendant's motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Response to Plaintiff's Motion for Sanctions (Dkt. #202) is deemed filed.

**IT IS SO ORDERED**.

**SIGNED** this 18th day of August, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE