**Kristin Brady**

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Wednesday, December 12, 2018 11:54 AM |
| **To:** | Mike Shackleford |
| **Cc:** | Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jeffrey Dorrell'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com; Frank.Dixon@cityofdenton.com |
| **Subject:** | Jason Van Dyke threats to City Council members and citizens |
| **Attachments:** | Van Dyke email #2 - 12-12-2018.pdf; Van Dyke email - 12-12-2018.pdf; Proud Boys Press Release - ECF 19-1 - Exhibit 17.pdf; Van Dyke email headers - 12-12-2018.pdf; Van Dyke email headers #2 - 12-12-2018.pdf; Van Dyke Facebook screen shot - 12-12-2018 at 1142 am CT.JPG |
| **Importance:** | High |

Dear Chief Shackleford,

Jason Van Dyke, the man you arrested three months ago for making a false police report pertaining to a burglary and theft of guns, has just sent me the attached emails saying he is going to murder me.

Since he is the leader of the *Proud Boys* white supremacist organization, I take this seriously. As you know, yesterday James Fields Jr. was sentenced to life in prison, plus 419 years, for murdering a woman and hurting 40 others with his car during the Charlottesville, VA white nationalist rally in August 2017 which was organized by the *Proud Boys*. Thus, Van Dyke and his organization are facing increasing scrutiny.

The University of North Texas school administration is investigating a complaint I filed two weeks ago pertaining to Van Dyke's leadership role in a student-ran gun club on the campus, as well as Van Dyke's involvement with the Theta Chi fraternity. Van Dyke was recently expelled from the student gun club. There are allegations Van Dyke has been using his access to university classrooms and students as a means of recruiting the kids into joining his Proud Boys organization.

As you also know, Chief Shackleford, I am a witness against Van Dyke in a disciplinary proceeding initiated by the State Bar of Texas, which is set to go to trial February 22. I am also being sued by Van Dyke in federal court for $100 million.

Attached are the email headers. As you can see, the originating IP address for both emails is **96.226.87.77**, which belongs to Verizon and geo-locates to Plano, TX. (see pg 3 of the documents entitled "Van Dyke email headers – 12-12-2018" and "Van Dyke email headers #2 – 12-12-2018")

In recent days, Van Dyke has been making extremely threatening social media remarks towards Denton City Councilwoman Deborah Armintor. See https://www.facebook.com/jlee.vandyke.9

As you probably know, Chief Shackleford, Dr. Armintor is also an English professor at the University of North Texas. Violence on university campuses is becoming increasingly common. You folks in law enforcement are always telling us "If you see something, say something." From what I understand, a lot of people have been saying a lot of stuff to you guys about Van Dyke. Attached is a screen shot from Van Dyke's Facebook page, taken just minutes ago, in which he specifically states that he is making a threat and is daring people to call police on him! His Facebook page has been reported and it will likely be modified or removed once you are able to check it out.

1

CFLD - 2602

How many more Red Flags do you people need before you take action?

I would ask that you please go arrest Van Dyke. Or, at the very least, search his property and take away ALL of his guns.

Tom Retzlaff

Kristin Brady

| | |
|---|---|
| **From:** | Mike Shackleford <mshackleford@oakpointtexas.com> |
| **Sent:** | Thursday, December 13, 2018 12:48 PM |
| **To:** | Tom Retzlaff |
| **Cc:** | Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jeffrey Dorrell'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com; Frank.Dixon@cityofdenton.com |
| **Subject:** | Re: Jason Van Dyke threats to City Council members and citizens |

Mr Ratzlaff,

Thank you for providing me with this information.

I was relieved to read you had notified both UNT and Denton City Council Members of possible issues regarding them also. (I say possible because the link you sent was unavailable.) I know members of both the Denton Police Department and the University of North Texas Police Department and both are full of extremely capable men and women.

After reviewing both the email and attachments you sent, our department is limited in this due to jurisdictional issues. As you mentioned the email header information you sent regarding the origin of the emails references Plano, Texas, a city over 30 miles from Oak Point.

That does not mean I think you should do nothing. One action you may consider is to file the report where the email was received. You can simply go in and file a report with the local law enforcement agency regarding the communications with Mr. Van Dyke. This not only prevents issues but also lets the officers who would be responding know who they could be walking up on should they come in contact with him. The investigators may also need additional information so you might consider contacting them beforehand.

Thank you and please continue to send us whatever you think may be relevant to our citizens and employees safety.

Mike Shackleford
Director of Public Safety
Oak Point, Texas

---

**From:** Tom Retzlaff <retzlaff@texas.net>
**Sent:** Wednesday, December 12, 2018 11:54:29 AM
**To:** Mike Shackleford
**Cc:** Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jeffrey Dorrell'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com;

1

**Kristin Brady**

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Wednesday, December 19, 2018 5:21 PM |
| **To:** | Mike Shackleford |
| **Cc:** | Kristin Brady; Weill, Kelly; 'Andy Campbell'; 'Dalton LaFerney'; jcouncil@alm.com; 'Editor-in-Chief'; 'Jason Wilson'; 'Jack Crosbie'; Ed.Reynolds@unt.edu; Deb.Armintor@cityofdenton.com; Chris.Watts@cityofdenton.com; Frank.Dixon@cityofdenton.com; paul.johnson@dentoncounty.com; 'JP2 Court'; james.depiazza@dentoncounty.com |
| **Subject:** | RE: Jason Van Dyke threats to City Council members and citizens |
| **Attachments:** | Van Dyke gun photo - 7-16-2018.JPG; Van Dyke in street fight with knife #3.JPG; Van Dyke in street fight with knife #3a.JPG; Van Dyke in street fight with knife #2.JPG; Van Dyke in street fight with knife.JPG; Van Dyke tweet about the State Bar.JPG; Van Dyke Instagram post - 5-13-2018.JPG; Van Dyke brags on Instagram about Proud Boy rally - 3-31-2018.JPG |
| **Importance:** | High |

Dear Chief Shackleford,

Attached is a photograph recently taken of the inside of Van Dyke's house that I found on Facebook. (See van Dyke gun photo – 7-16-2018). I counted 18 rifles, and about 7 hand guns. And at least 8 knifes. Plus, at least two green metal ammo boxes, like the kind we got in the Army that our rifle bullets came in. Not to mention the creepy looking Proud Boy flag on the wall that does not look at all dissimilar to an ISIS flag!!!

While you all are busy doing jurisdictional tap-dances and buck passing, a man has built up an arsenal of weapons and has gone on social media to repeatedly express a willingness to commit violence upon his neighbors for trivial reasons, or no reasons at all, and who is plainly suffering from mental illness.

I asked your local Justice of the Peace, James De Piazza, to issue a Peace Bond against Van Dyke that would at least disarm him. I was at first told "no", that Judge De Piazza does not issue peace bonds unless both people are present in his courtroom. I asked for what support there was for such a requirement in the statute and I was given a song and a dance. After I threatened to file a complaint with the Commission on Judicial Conduct, his office staff said he would "consider" my request. But then later turned me down.

When the shit hits the fan – as you know it eventually will because, well, that's just how life is, but when the shit hits the fan, please do not be upset or surprised when it is YOUR photograph that is on the front page of Sunday paper all across the world and everyone is pointing fingers wanting to know why the fuck something was not done.

When I say that the "whole world is watching you", I literally mean it.

You people in law enforcement are constantly preaching "If you see something, say something." Well, sir, what more do you need?

Tom Retzlaff