# Brian Howard

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Friday, January 04, 2019 8:36 PM |
| **To:** | Brian Howard |
| **Cc:** | Mike Shackleford; 'Hino Hinojosa'; paul.johnson@dentoncounty.com; 'Kristin Kidd'; Coby.Waddill@DentonCounty.com; Deb.Armintor@cityofdenton.com |
| **Subject:** | Jason Van Dyke |
| **Attachments:** | State of TX v Van Dyke - Case CR-2018-07544-E - Judgment Nisi Filed.pdf; State of TX v Van Dyke - Case CR-2018-07544-E - Warrant Sign-Off Sheet.pdf; Van Dyke gun photo - 7-16-2018.JPG |
| **Importance:** | High |

Dear Sgt. Howard,

I just got off the phone with Stephanie, a dispatcher for the Denton County Sheriff's Office. I received information that the fugitive Jason Van Dyke is presently at his residence. I immediately contacted the sheriff's office and informed them that Van Dyke is at his residence at 108 Durango **RIGHT AT THIS VERY MOMENT!!!**

I would like to know why you are refusing to effect an IMMEDIATE arrest and take Van Dyke into custody. If true, this is complete BS and I seriously doubt that this is something that you would do if the subject was a member of the minority community. In case you were not aware, Van Dyke has a great deal of weapons in his house. Attached is a recent photograph from inside of it.

I also was not aware that this was something optional. In case you forget, the District Attorney and Judge Coby Waddill want this guy locked up ASAP. I have attached copies of the relevant court documents for your reference, and I have copied both Judge Waddill and Paul Johnson, the Denton County District Attorney. Both myself and Denton City Councilwoman Deb Armintor are victims of Van Dyke's murder threats, and the sooner he is off the street, the better she and I will feel. I would really hate for this to be a case of White Privilege or some other type of illegal, preferential treatment.

I hope that this is just a terrible misunderstanding. But I have a hunch that something very fishy is going on – and I really really hate fish, Mr. Howard.


Tom Retzlaff

1

PID 3562337　　　　　　　　BF-_____
　　　　　　　　　　　　　　CR-2018-07544-E

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE |
| VS | § | COUNTY CRIMINAL COURT #5 |
| JASON LEE VANDYKE | § | DENTON COUNTY, TEXAS |

FILE FOR RECORD
DENTON COUNTY CLERK
DEC 21 2018
JULI LUKE
____ DEPUTY

## JUDGMENT NISI

On this the 21st day of December, 2018, the Court called for hearing the foregoing criminal case wherein the defendant, **Jason Lee Vandyke**, stands charged by information with a misdemeanor offense. The State of Texas appeared by its criminal District Attorney, but the defendant failed to appear and answer. Thereupon the defendants name was distinctly called at the door of this Courthouse, and a reasonable time was given the defendant after such call was made in which to appear, yet the said defendant came not, and wholly made default.

And it appearing to the Court that the defendant as principal, Entered on **September 14, 2018** into a cash/personal bond, payable to the State of Texas in the penal sum of $1000.00 conditioned that the defendant should make a personal appearance before the Court wherein the criminal case is pending instanter, and there remain from day to day and from term to term of said Court until discharged by due course of law, then and there to answer the above criminal charge.

IT IS THEREFORE ORDERED, that the aforesaid bond is forfeited and the State of Texas have and recover of all the above named defendants, jointly and severally, the amount of the bond mentioned above, prejudgment interest at the maximum rate allowed by law, costs of court, and all necessary and reasonable expenses that may be incurred and occasioned by all Sheriffs and other Peace Officers in re-arresting said defendant. Such re-arrest fees to be determined at the time this judgment becomes final.

IT IS FURTHER ORDERED, that the Clerk shall issue citation to all parties as required by law, and that this Judgment Nisi shall become final unless the defendants appear and show good cause why the defendant-principal did not appear on the above date and why this judgment of forfeiture should not be made final.

IT IS FURTHER ORDERED, that an alias capias issue for the re-arrest of the defendant principal and that the bond thereon is set at a cash/surety bond in the amount of $ No Bond.

SIGNED this the 21st day of December, 2018.

_____
Coby Waddill, Judge Presiding




FILE FOR RECORD
DENTON COUNTY CLERK
DEC 21 2018
JULI LUKE
DEPUTY

## Juli Luke
## Denton County Clerk
### INTER-OFFICE COMMUNICATIONS

### Office of the County Clerk, Criminal Division

TO:    Sheriff's Office/ Warrant Division      DATE: 12/21/2018

RE:    Warrant      FROM: County Clerk

                   BY: M. Barnett CCC#5

| ☒ PLEASE | ☐ RETURN | ☒ SERVE | ☒ WARRANT | ☐ ALIAS CAPIAS |

1. NO. CR-2018-07544-E    State of Texas vs. Jason Lee Vandyke
2. NO. _____ State of Texas vs. _____
3. NO. _____ State of Texas vs. _____
4. NO. _____ State of Texas vs. _____
5. NO. _____ State of Texas vs. _____
6. NO. _____ State of Texas vs. _____
7. NO. _____ State of Texas vs. _____
8. NO. _____ State of Texas vs. _____
9. NO. _____ State of Texas vs. _____
10. NO. _____ State of Texas vs. _____
11. NO. _____ State of Texas vs. _____

**Received By:**

Print Name: MICHAEL SWEET

Signature: _____

Agency/Department: DENTON COUNTY SO.

Date: 21, DECEMBER 2018



# Brian Howard

| | |
|---|---|
| **From:** | Tom Retzlaff <retzlaff@texas.net> |
| **Sent:** | Monday, January 07, 2019 9:25 AM |
| **To:** | Brian Howard |
| **Cc:** | Stephen Ashley; Keith Palmer; Mike Shackleford |
| **Subject:** | Jason Van Dyke |
| **Importance:** | High |

Just wondering if anyone has finally decided to go out and arrest the criminal fugitive from justice Jason Lee Van Dyke, who has in his home a HUGE stockpile of guns? I tried calling this morning, but no one picked up.

Tom Retzlaff

1