## REPORTABLE ACTIONS OF THE
## GRAND JURY SEPTEMBER 26, 2019

| Case Number | Defendant | Offense | Degree | Agency | Offense Report | GJ Result |
|---|---|---|---|---|---|---|
| 199-83873-2019 | Griffin, Lazarius Johnquez | DEL MARIJ >1/4 OZ<=5LBS, A380-061919-02 | State Jail | McKinney | 18-006572 | True Bill of Indictment |
| 199-83874-2019 | Griffin, Lazarius Johnquez | DEL MARIJ >1/4 OZ<=5LBS, A380-061919-03 | State Jail | McKinney | 18-006543 | True Bill of Indictment |
| 199-83879-2019 | Garcia, Juan Antonio | CONTINUOUS VIOLENCE AGAINST THE FAMILY | Third Degree | CCSO | 18076392 | True Bill of Indictment |
| 199-83890-2019 | Chapman, Christopher John | POSS CS PG 1 <1G | State Jail | Plano | 19-1496653 | True Bill of Indictment |
| 199-83891-2019 | Chapman, Christopher John | UNL POSS FIREARM BY FELON | Third Degree | Plano | 19-149653 | True Bill of Indictment |
| 199-83892-2019 | Chapman, Christopher John | POSS CS PG 2 < 1G, arr for F3 | State Jail | Plano | 19-149653 | True Bill of Indictment |
| 199-83893-2019 | Hemmerling, Cason Dillon | POSS CS PG 1 <1G | State Jail | McKinney | 19-003855 | True Bill of Indictment |
| 199-83894-2019 | Hemmerling, Cason Dillon | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR | Third Degree | McKinney | 19-003855 | True Bill of Indictment |
| 199-83931-2019 | Green, Veronica Lynne | VIOL BOND/PROTECTIVE ORDER ASSAULT/STALK IAT, Arr for VPO | Third Degree | Princeton | 19106832 | True Bill of Indictment |
| 199-83941-2019 | Mizner, Gary Lee, Jr. | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT, F19013214 | Third Degree | Dallas | 013214-2019 | True Bill of Indictment |
| 199-83948-2019 | Shults, Heath Eugene | CONTINUOUS VIOLENCE AGAINST THE FAMILY, 19-249 | Third Degree | Frisco | 19056343 | True Bill of Indictment |
| 199-83951-2019 | Tillman, Michael Midell, Jr. | POSS CS PG 1 <1G | State Jail | Plano | 19-36654 | True Bill of Indictment |
| 219-83880-2019 | Gibbs, Damon Jerome | CONTINUOUS VIOLENCE AGAINST THE FAMILY, arr for Aslt BI FM | Third Degree | McKinney | 19-005748 | True Bill of Indictment |
| 219-83895-2019 | HEWETT, JOHN ARCHIE | MAN DEL CS PG 1 >=4G<200G | First Degree | Celina | 19090796 | True Bill of Indictment |
| 219-83896-2019 | Wiseman, Dalbert Earl | MAN DEL CS PG 1 >=4G<200G | First Degree | Celina | 19090796 | True Bill of Indictment |

## REPORTABLE ACTIONS OF THE GRAND JURY SEPTEMBER 26, 2019

| Case # | Name | Charge | Degree | City | Ref # | Action |
|---|---|---|---|---|---|---|
| 219-83897-2019 | Wiseman, Dalbert Earl | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR | Third Degree | Celina | 19090796 | True Bill of Indictment |
| 219-83907-2019 | Pardue, Van Vincent | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR, M401-2-17-19-PPD1 arr for Poss Dang Drug | Third Degree | Plano | 19-028383 | True Bill of Indictment |
| 219-83908-2019 | Pardue, Van Vincent | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR, 2019-P-166 | Third Degree | Plano | 19-028383 | True Bill of Indictment |
| 219-83923-2019 | Bull, Ashley | POSS CS PG 1 <1G, F-19-1285R | State Jail | Richardson | 201900059779 | True Bill of Indictment |
| 219-83935-2019 | Hiruye, Jonathon Jafet | POSS CS PG 1 <1G | State Jail | Plano | 19-43028 | True Bill of Indictment |
| 219-83936-2019 | IQBAL, ADNAAN | POSS CS PG 1 >=1G<4G, 2019-P-456 | Third Degree | Plano | 19-11123 | True Bill of Indictment |
| 219-83939-2019 | Mendez, Sergio | POSS CS PG 1 >=1G<4G | Third Degree | Frisco | 19038520 | True Bill of Indictment |
| 219-83953-2019 | Vargas, Tomas | POSS CS PG 2 < 1G | State Jail | Plano | 19-30232 | True Bill of Indictment |
| 296-83875-2019 | Mauala, Lehua Deann | UNL POSS FIREARM BY FELON | Third Degree | McKinney | 19-003873 | True Bill of Indictment |
| 296-83876-2019 | Mauala, Lehua Deann | POSS CS PG 1 >=1G<4G | Third Degree | McKinney | 19-003873 | True Bill of Indictment |
| 296-83881-2019 | Greene, Tamesha Nicole | ABANDON ENDANGER CHILD CRIMINAL NEGLIGENCE, re-indictment of 296-81949-2017, 6-01262017-4 | State Jail | McKinney | 17-000653 | True Bill of Indictment |
| 296-83884-2019 | Owen, Kendra Rochelle | MAN DEL CS PG 1 >=4G<200G, 380A-190207-4SO | First Degree | Collin County Sheriff's | 19007347 | True Bill of Indictment |
| 296-83886-2019 | Carillo, Ciro, Jr. | POSS CS PG 3 < 28G DFZ IAT | State Jail | Plano | 2019-00166661 | True Bill of Indictment |
| 296-83887-2019 | Carillo, Ciro, Jr. | MAN DEL CS PG 1 >=4G<200G, arr for F2 | First Degree | Plano | 2019-00166661 | True Bill of Indictment |
| 296-83888-2019 | Carillo, Ciro, Jr. | MAN DEL CS PG 1 >=1G<4G, arr for F3 | Second Degree | Plano | 2019-00166661 | True Bill of Indictment |
| 296-83889-2019 | Carillo, Ciro, Jr. | MAN DEL CS PG 1 >=1G<4G, arr for F3 | Second Degree | Plano | 2019-00166661 | True Bill of Indictment |

## REPORTABLE ACTIONS OF THE GRAND JURY SEPTEMBER 26, 2019

| Case Number | Name | Charge | Degree | City | Number | Action |
|---|---|---|---|---|---|---|
| 296-83920-2019 | Ballard, Douglas Glenn | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | Third Degree | Frisco | 1904863 | True Bill of Indictment |
| 296-83937-2019 | Jones, Narada Sherrod | POSS CS PG 1 <1G | State Jail | Plano | 19-41798 | True Bill of Indictment |
| 296-83944-2019 | Primm, Conan Lee | BURGLARY OF HABITATION | Second Degree | Frisco | 19043260 | True Bill of Indictment |
| 296-83950-2019 | Steghaus, Richard Wesley | POSS CS PG 1 <1G | State Jail | Plano | 19-34554 | True Bill of Indictment |
| 296-83952-2019 | Ullom, Dylan Thomas | POSS CS PG 1 <1G, F-19-1275-R | State Jail | Richardson | 19-00050100 | True Bill of Indictment |
| 366-83877-2019 | Bankston, Michael Lee | AGG ASSAULT W/DEADLY WEAPON | Second Degree | Plano | 19-131090 | True Bill of Indictment |
| 366-83882-2019 | Norman, Anthony Champagne | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | Third Degree | McKinney | 19-004400-C | True Bill of Indictment |
| 366-83898-2019 | Holt, Miranda Leighann | POSS CS PG 1 <1G | State Jail | Melissa | 19053785 | True Bill of Indictment |
| 366-83899-2019 | Iselt, Brian David | POSS CS PG 1 <1G | State Jail | Melissa | 19053785 | True Bill of Indictment |
| 366-83909-2019 | Paul, Jeremy Taylor | POSS CS PG 1 <1G | State Jail | Plano | 19-42607 | True Bill of Indictment |
| 366-83910-2019 | Paul, Jeremy Taylor | MAN DEL CS PG 2 OR 2-A >=4G<400G | First Degree | Plano | 19-42607 | True Bill of Indictment |
| 366-83911-2019 | Rodriguez, Joshua | MAN DEL CS PG 2 OR 2-A >=4G<400G, 19-052 | First Degree | Frisco | 19012291 | True Bill of Indictment |
| 366-83912-2019 | Rodriguez, Joshua | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR, 19-053 | Third Degree | Frisco | 19012526 | True Bill of Indictment |
| 366-83913-2019 | Rodriguez, Josue Daniel | MAN DEL CS PG 2 OR 2-A >=4G<400G | First Degree | Frisco | 19012291 | True Bill of Indictment |
| 366-83914-2019 | Strawn, Taylor Rene | MAN DEL CS PG 1 >=4G<200G, 2019-P-217 | First Degree | Plano | 19-37485 | True Bill of Indictment |
| 366-83915-2019 | Strawn, Taylor Rene | MAN DEL CS PG 1 >=4G<200G, for simulated CS | First Degree | Plano | 19-46539 | True Bill of Indictment |

## REPORTABLE ACTIONS OF THE
## GRAND JURY SEPTEMBER 26, 2019

| Case Number | Name | Charge | Degree | Agency | Ref Number | Action |
|---|---|---|---|---|---|---|
| 366-83916-2019 | Strawn, Taylor Rene | POSS CS PG 1 <1G | State Jail | Plano | 19-46539 | True Bill of Indictment |
| 366-83917-2019 | Strawn, Taylor Rene | MAN DEL CS PG 1 >=4G<200G, 2019-P-241 | First Degree | Plano | 19-41304 | True Bill of Indictment |
| 366-83929-2019 | Garza, Catarino | POSS CS PG 1 <1G | State Jail | McKinney | 19-003108-A | True Bill of Indictment |
| 366-83933-2019 | Harris, Roy Lee, III | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR | Third Degree | Melissa | 19031370 | True Bill of Indictment |
| 380-83918-2019 | Adams, Tyrone, Jr. | POSS CS PG 2 < 1G, F-19-1232-R | State Jail | Richardson | 19-00019161 | True Bill of Indictment |
| 380-83922-2019 | Berry, Joshua | POSS CS PG 2 < 1G | State Jail | Celina | 19033349 | True Bill of Indictment |
| 380-83932-2019 | Griggs, Jason Michael | POSS CS PG 1 <1G | State Jail | Frisco | 19037923 | True Bill of Indictment |
| 380-83940-2019 | Millican, Justin Daniel | POSS CS PG 1 <1G | State Jail | Plano | 19-40894 | True Bill of Indictment |
| 380-83942-2019 | Nelon, Robert Allen | MAN DEL CS PG 1 >=4G<200G, arr for poss cs | First Degree | Plano | 19-42181 | True Bill of Indictment |
| 380-83946-2019 | Sheafer, Jaqueline Nicole | POSS CS PG 2 >= 1G<4G | Third Degree | Plano | 19-33991 | True Bill of Indictment |
| 401-83885-2019 | Rushing, Joshua | ASSAULT FAMILY/HOUSEHOLD MEMBER PREV CONV IAT, arr for Burg Hab, A38005081902 | Third Degree | McKinney | 19-003683 | True Bill of Indictment |
| 401-83903-2019 | Nguyen, Quang Tran | POSS CS PG 2 >= 4G<400G | Second Degree | DPS | | True Bill of Indictment |
| 401-83904-2019 | Nguyen, Quang Tran | POSS CS PG 2 >= 4G<400G, for PG3 | Second Degree | DPS | | True Bill of Indictment |
| 401-83905-2019 | Tran, Louis | POSS CS PG 2 >= 4G<400G | Second Degree | DPS | | True Bill of Indictment |
| 401-83906-2019 | Tran, Louis | POSS CS PG 2 >= 4G<400G, for PG3 | Second Degree | DPS | | True Bill of Indictment |
| 401-83921-2019 | Becerril, Nataly | POSS CS PG 1 <1G | State Jail | Frisco | 19040950 | True Bill of Indictment |

## REPORTABLE ACTIONS OF THE GRAND JURY SEPTEMBER 26, 2019

| Case Number | Name | Charge | Degree | Agency | Arrest/Report # | Action |
|---|---|---|---|---|---|---|
| 401-83924-2019 | Carrasco, Jose | POSS CS PG 1 >=1G<4G, F-19-1289-R | Third Degree | Richardson | 201900065944 | True Bill of Indictment |
| 401-83934-2019 | Hensley, Matthew Paul | MAN DEL CS PG 1A <20 AU, arr for poss cs PG1A | State Jail | McKinney | 19-001327 | True Bill of Indictment |
| 401-83938-2019 | Larry, Adrian Jamaal | POSS CS PG 2 < 1G | State Jail | Anna | 19-000139 | True Bill of Indictment |
| 401-83943-2019 | PHIPPS, MARK ANTHONY | POSS CS PG 2 >= 1G<4G | Third Degree | Plano | 19-43974 | True Bill of Indictment |
| 401-83949-2019 | Staples, Emmett Lee, III | POSS CS PG 1 <1G | State Jail | Frisco | 19039762 | True Bill of Indictment |
| 416-83878-2019 | Gajadien, Tushar | POSS CS PG 1 <1G, arr for 1-4 | State Jail | Anna | 19-000083 | True Bill of Indictment |
| 416-83883-2019 | Oliver, Garrett Blake | AGG ASSAULT W/DEADLY WEAPON, arr for Agg Aslt, 19-238 | Second Degree | Frisco | 19059628 | True Bill of Indictment |
| 416-83900-2019 | Jones, Ashley Hope | ABANDON ENDANGER CHILD CRIMINAL NEGLIGENCE, F-19-1262- arr for F2 | State Jail | Richardson | 201900039642 | True Bill of Indictment |
| 416-83901-2019 | Jones, Ashley Hope | ABANDON ENDANGER CHILD CRIMINAL NEGLIGENCE, F-19-1261-R | State Jail | Richardson | 20190039642 | True Bill of Indictment |
| 416-83902-2019 | Jones, Ashley Hope | POSS CS PG 1 >=1G<4G, F-19-1260-R | Third Degree | Richardson | 201900039642 | True Bill of Indictment |
| 416-83919-2019 | Anwar, Milton | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | Third Degree | Richardson | 201900031938 | True Bill of Indictment |
| 416-83925-2019 | Cashiola, Phillip Ross | STALKING, 380A1906187PPD | Third Degree | Plano | 19-48349 | True Bill of Indictment |
| 416-83927-2019 | Culbertson, Jacob Hayes | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | Third Degree | McKinney | 19-004551 | True Bill of Indictment |
| 416-83928-2019 | Emerson, Matthew Alan | AGG ASSAULT W/DEADLY WEAPON, F19136359 | Second Degree | Dallas | 136359-2019 | True Bill of Indictment |
| 416-83930-2019 | Givens, Paige Lee | TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR | Third Degree | McKinney | 19-004325 | True Bill of Indictment |
| 416-83945-2019 | Rutherford, Madison Lea | MAN DEL CS PG 1 >=4G<200G, arr for Poss CS | First Degree | Frisco | 19025954 | True Bill of Indictment |

## REPORTABLE ACTIONS OF THE
## GRAND JURY SEPTEMBER 26, 2019

| Name | Case # | Charge | Degree | City | Report # | Disposition |
|---|---|---|---|---|---|---|
| Geils, Georgina Briana | 201908660 | AGG ASSAULT W/DEADLY WEAPON | Second Degree | Frisco | 19057475 | **No Billed** |
| Glass, Lindsey Megan | 201907349 (bond w/CCL) | SALE TO CERTAIN PERSON - Alcohol | Misdemeanor Unassigned | Plano | 17-163591 | **No Billed** |
| Grigoryan, Vladimir | 201903852 (C.B.) | POSS CS PG 1 <1G | State Jail | Plano | 19-40308 | **No Billed** |
| Miller, Spencer Marion | 201908250 | ASSAULT FAM/HOUSE MEM IMPEDE BREATH/CIRCULAT | Third Degree | Frisco | 19054804 | **No Billed** |
| Shah, Syed Azfa Hussain | 201903860 | POSS CS PG 1 <1G | State Jail | Plano | 19-40308 | **No Billed** |
| Van Dyke, Jason Lee | **No Bond** | HARASSMENT | Class B Misdemeanor | Plano | 19-052189 | **No Billed** |



STATE OF TEXAS    )
COUNTY OF COLLIN  )

I, Lynne Finley, District Clerk in and for Collin County Texas, do hereby certify that the above foregoing is a true and correct copy of the original document as the same appears on the file in the District Court, Collin County, Texas. Witness my hand and seal of said Court, this the 18 day of 10 A.D., 20 19.

LYNNE FINLEY, DISTRICT CLERK
COLLIN COUNTY, TEXAS
_____ DEPUTY

