# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JASON LEE VAN DYKE | § § | |
| v. | § § | Civil Action No.  4:18-cv-00247 |
| | § | Judge Mazzant |
| THOMAS RETZLAFF, a/k/a DEAN ANDERSON, d/b/a VIA VIEW FILES LLC, and VIA VIEW FILES | § § § | |

## ORDER

Pending before the Court is parties' Agreed Motion to Vacate Mediation Order (Dkt. #210). The Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the parties shall not be required to mediate this case, and the portion of the Court's scheduling order compelling mediation is **VACATED**.

**IT IS SO ORDERED**.

**SIGNED this 27th day of August, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE