Gmail      Jason Van Dyke <jasonleevandyke@gmail.com>

## Re: Surveillance
1 message

**Tom Retzlaff** <retzlaff@texas.net>   Sat, Sep 12, 2020 at 12:54 PM
To: JDorrell@hanszenlaporte.com
Cc: Jason Van Dyke <jasonleevandyke@gmail.com>, Alan Taggart <alan@taggartfirm.com>

Jeff,
If he wants copies of all the videos and photos, doesn't he have to pay the costs for duplication?   Not just the cost of all the DVDs to be burned, but the hourly pay for the person who has to take the time to duplicate all that shit, too??

I don't think I ought to get stuck having to pay your already outrageous Hanszen Laporte fees just to have some junior associates sit around making 15 or 20 DVDs and such!!

And we don't have to give him any of the McGibney stuff, do we?  He's not a party in this case. Just a witness. And Van Dyke is not a party to the Ft Worth lawsuit.  Let Stone froth at the mouth over this with Judge Cosby.  But I don't want to be sharing anything with the Nazi bitch that pertains to other cases in other courts, right?  I'm not obligated to respond to anything in that case and Stone can suck it.

By the way, how the fuck did he find out????  Probably something we said at the deposition, I bet.  I told u I was worried about there being a hot mike in that room what with all the issues about the audio and open phones and laptop microphones!  Fuck!!!!!!!  And I bet he shared that shit with fucking mcgibney and Klein.  God damn it.

As for any emails and other communications between us and the FBI (especially those regarding that Conklin kid, and the Dallas mayor's office and DPD internal affairs), the Denton DA's Office, and (most especially) the Denton Cty probation office director, I want you to object using the same nonsense claims that junior g-man chick from the US Attorney's office used.  Let's see how they like them apples, Jeff!

I wonder if his "appropriate legal action" will involve yet another pathetic lawsuit. Doesn't this asshole realize yet that those threats mean absolutely nothing to me?  Just like his and McGibney's claims about their nonsense FBI investigation of **me** and their statements about "imminent" arrests and indictments of me "and others."  It's like they simply have not been paying any attention at all to anything over the past 6 or so years this shit has been going on with whom they are dealing with. Maybe that shit works on other people.  But their wasting their breath on me.

Anyways, tell this cocksucker to make an appropriate discovery request and we'll respond in the appropriate manner.  And Stone can fuck off and wait to see what happens November 19.


Tom Retzlaff

---

>     Begin forwarded message:
>
>     **From:** Jason Van Dyke <jasonleevandyke@gmail.com>
>
>     **Subject: Surveillance**
>
>     **Date:** September 11, 2020 at 3:28:13 PM CDT
>
>     **To:** Jeffrey Dorrell <jdorrell@hanszenlaporte.com>, Alan Taggart <alan@taggartfirm.com>

Mr. Dorrell -

While I was at work this afternoon I was informed by a friend that your client and/or your firm have been conducting surveillance activities on my home on and off since I moved in.

By this correspondence, I am asking if you are opposed to my filing of a motion to reopen discovery. Based upon this revelation, it is now necessary for me to take your clients deposition and is further necessary for me to engage in additional written discovery to obtain copies of any photographs and reports.

While this information may just be due to your client attempting to troll, I take this sort of thing extremely seriously and - if it did in fact occur - I will be taking appropriate legal action.

--

Jason L. Van Dyke

PO Box 2618

Decatur, TX 76234

(940) 305-9242

jasonleevandyke@gmail.com