

Jason Van Dyke <jasonleevandyke@gmail.com>

## Re: Rescission of Settlement Offers
2 messages

**Tom Retzlaff** <retzlaff@texas.net>  Mon, Sep 14, 2020 at 3:35 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: jasonleevandyke@gmail.com

Jeff, so this pathetic bitch is withdrawing his settlement offer of the two of us engaging in some kind of silly fist fight at an MMA gym?! Oh well, I guess all that time I spent watching Karate Kid and Cobra Kai reruns this weekend trying to learn some fighting tips was just a waste of time, eh?

Hey, maybe I can use them the next time McGibney confronts me at the courthouse steps challenging me to fight him!! Hahahahahahahaha

What silly kids - their world is crashing down around them and all these clowns want to do is posture for their fan boys on Twitter.

In any event, fuck him. Tell this cocksucker that I am withdrawing my instructions to you to give him those surveillance DVDs just so we don't have to waste any time (and **my** money) with bullshit motions to Judge Mazzant. If you have not already sent him my offer - don't. We won't oppose a motion to reopen the discovery period. But He can make his own fucking motion and Mazzant can rule whenever.

What a total dipshit.

Did you tell him what Johnson said this morning? lol. Stupid cunt.


Tom Retzlaff

> On Sep 14, 2020, at 5:00 AM, Jeffrey Dorrell <JDorrell@hanszenlaporte.com> wrote:
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Jason Van Dyke <jasonleevandyke@gmail.com>
>> **Date:** September 13, 2020 at 9:56:37 PM CDT
>> **To:** Jeffrey Dorrell <JDorrell@hanszenlaporte.com>
>> **Subject: Rescission of Settlement Offers**
>>
>>
>> Jeff -
>>
>> Due to your client's filing this evening, all previously tendered offers of settlement are - by the correspondence - rescinded and withdrawn.
>>
>> --
>> Jason L. Van Dyke
>> PO Box 2618
>> Decatur, TX 76234

(940) 305-9242
jasonleevandyke@gmail.com

---

**Tom Retzlaff** <retzlaff@texas.net>  Fri, Sep 18, 2020 at 1:37 PM
To: Jeffrey Dorrell <jdorrell@hanszenlaporte.com>
Cc: jasonleevandyke@gmail.com

Does Van Dyke not realize that when Marquardt gets dragged into federal court to eventually testify about this hair brained scheme regarding the death threat emails all his bullshit lies will be exposed to the entire world? The phoney "affidavits" to the state bar designed to improperly influence their disciplinary proceedings. Not to mention the criminal case.

We've had 16 months of physical surveillance on Van Dyke and his home to draw upon. We know literally evey detail of this kid's life. Whose his friends are. Where he works. Who his family is and where they live. Who he associates with. What fast food he likes to eat.

My settlement offer of him paying me $500,000 is still on the table, isn't it, Jeff?


Tom Retzlaff

[Quoted text hidden]