# IN THE UNITED STATES DISTRICT FOR THE
# EASTERN DISTRICT OF TEXAS,
# SHERMAN DIVISION

| | | |
|---|---|---|
| JASON LEE VAN DYKE, § | | |
|     *Plaintiff*, § | | |
| v. § | | |
| § | | |
| THOMAS CHRISTOPHER § | NO. 4:18-CV-247-ALM |
| RETZLAFF, a/k/a DEAN § | | |
| ANDERSON, d/b/a BV FILES, VIA § | | |
| VIEW FILES, L.L.C., and VIAVIEW § | | |
| FILES, § | | |
|     *Defendants* § | | |

## ORDER

Pending before the Court is Retzlaff's Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion to Dismiss (Dkt. #214) and Supplemental Motion to Dismiss (Dkt. #215). The Court, after considering the motion, is of the opinion that the motion is meritorious and should be **GRANTED**.

Therefore, this Retzlaff's motion for an extension is **GRANTED** and Retzlaff's response is now due 10 days from this Order.

**IT IS SO ORDERED.**
**SIGNED this 5th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE