# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 13, 2020

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Thomas Christopher Retzlaff
         v. Jason Lee Van Dyke
         No. 19-1272
         (Your No. 18-40710)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The motion of 16 Media Organizations and Advocacy Groups for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

[Stamp: U.S. COURT OF APPEALS RECEIVED OCT 13 2020 FIFTH CIRCUIT]

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 15, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 18-40710    Jason Van Dyke v. Thomas Retzlaff
                           USDC No. 4:18-CV-247

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Stacy M. Carpenter, Deputy Clerk